UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Shane King, | ) | |
|     *Plaintiff* | ) | Case No. 24-cv-1565 |
| v. | ) | |
| Smurfit Westrock PLC, | ) | |
| Phillip Giddens, | ) | |
|     *Defendants* | ) | |

**Appearance of Counsel**

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shane King


Date: September 12, 2024              /s Andrew Stautz

                                                     Indiana Atty. #37665-49
                                                     Stautz Law, LLC
                                                     735 Shelby St. #58
                                                   Indianapolis, Indiana 46203
                                                   andy@stautzlaw.com
                                                   Tel: (317) 597-4497