UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King,<br>    *Plaintiff*<br>v.<br>Smurfit Westrock PLC,<br>Phillip Giddens,<br>    *Defendants* | Case No. 24-cv-1565 |

### Waiver of the Service of Summons

To: Andrew Stautz, attorney for Plaintiff

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from September 12, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/27/24

Signed: *(signature)*

Defendant Party Name
Smurfit Westrock, Plc

Name: Chandra C. Davis
Address: 1000 Abernathy Rd NE Ste 125
Atlanta, GA 30328
Email: chandra.davis@smurfitwestrock.com
Tel.: 678-429-4400