IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:24-cv-1565 |
| | ) |
| Smurfit Westrock PLC, | ) |
| Phillip Giddens, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant Smurfit Westrock PLC.

Respectfully submitted,

October 17 2024
Date

*/s/ Michael Rabinowitch*
Misha Rabinowitch, #18117-49

Attorney for Defendant Smurfit Westrock PLC

DINSMORE & SHOHL LLP
One Indiana Square, Ste. 1800
Indianapolis, IN 46204-4208
317/639-6151
317/639-6444-Fax
Misha.Rabinowitch@Dinsmore.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, a copy of the foregoing *Notice of Appearance* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael Rabinowitch*
Michael Rabinowitch, #18117-49