IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:24-cv-1565 |
| ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant Phillip Giddens.

Respectfully submitted,

October 29 2024
Date

*/s/ Michael Rabinowitch*
Misha Rabinowitch, #18117-49

Attorney for Defendants Smurfit Westrock PLC and Phillip Giddens

DINSMORE & SHOHL LLP
One Indiana Square, Ste. 1800
Indianapolis, IN 46204-4208
317/639-6151
317/639-6444-Fax
Misha.Rabinowitch@Dinsmore.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, a copy of the foregoing *Notice of Appearance* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael Rabinowitch*
Michael Rabinowitch, #18117-49