IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:24-cv-1565 |
| ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
| ) | |
| Defendants. ) | |

**WAIVER AND NOTICE OF ACCEPTANCE OF SERVICE OF PROCESS**

Defendant, Phillip Giddens through his undersigned counsel, hereby acknowledges receipt of the Complaint regarding the above-referenced matter and waives formal service of process. Defendant agrees to serve his response to the Complaint on or before November 11, 2024.

Respectfully submitted,

October 30, 2024          /s/ Michael Rabinowitch
Date                      Misha Rabinowitch, #18117-49

Attorney for Defendants Smurfit Westrock PLC and Phillip Giddens

DINSMORE & SHOHL LLP
One Indiana Square, Ste. 1800
Indianapolis, IN 46204-4208
317/639-6151
317/639-6444-Fax
Misha.Rabinowitch@Dinsmore.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, a copy of the foregoing *Waiver and Notice* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael Rabinowitch
Michael Rabinowitch, #18117-49