### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shane King, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:24-cv-1565 |
| ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendants, Smurfit Westrock PLC and Phillip Giddens, by counsel, respectfully notify the Court that the Plaintiff was served with a copy of the Defendants' Fed.R. Civ. P. 26(a)(1) Initial Disclosures via electronic mail on November 15, 2024 to counsel of record.

| | |
|---|---|
| November 15, 2024 | */s/ Michael Rabinowitch* |
| Date | Misha Rabinowitch, #18117-49 |
| | |
| | Attorney for Defendants Smurfit Westrock PLC and Phillip Giddens |

DINSMORE & SHOHL LLP
One Indiana Square, Ste. 1800
Indianapolis, IN 46204-4208
317/639-6151
317/639-6444-Fax
Misha.Rabinowitch@Dinsmore.com

### CERTIFICATE OF SERVICE

I certify that on November 15, 2024, I filed the foregoing using the Court's CM/ECF system, through which parties and counsel may obtain a copy of the same.

*/s/ Michael Rabinowitch*
Michael Rabinowitch, #18117-49

51391684.1