UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | Case No. 24-cv-01565-MPB-MKK |
| v. ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
|     *Defendants* ) | |

**Notice of Service of Plaintiff's Rule 26(a)(1) Initial Disclosures**

Plaintiff Shane King, by counsel, has served his Rule 26(a)(1) Initial Disclosures on Defendants' counsel of record this Friday, November 15, 2024. Service was by e-mail by prior written consent. Fed. R. Civ. P. 5(b)(2)(E).

Date: 11/15/2024

    Respectfully submitted,

    Andrew Stautz
    Atty. #37665-49
    Stautz Law, LLC
    735 Shelby St. #58
    Indianapolis, Indiana 46203
    andy@stautzlaw.com
    (317) 597-4497
    Attorney for Shane King

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, this filing was served by CM/ECF on all counsel of record.

    /s/ Andrew Stautz
    Atty. #37665-49