UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | Case No. 24-cv-01565-MPB-MKK |
| v. ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
|     *Defendants* ) | |

**Plaintiff's Preliminary Witness and Exhibit Lists**

Plaintiff Shane King, by counsel, identifies the following individuals as potential witnesses at trial and the following documents as potential exhibits. Mr. King reserves his rights to revise these preliminary lists as discovery progresses.

**I.  Witnesses**

1. Shane King
2. Phillip Giddens
3. Sydria Jordan
4. Mark Kennedy
5. Terry Miller

**II.  Exhibits**

1. Mr. King's July 3, 2024 time off request form
2. Mr. King's July 9, 2024 time off request form
3. Mr. King's August 8, 2024 time off request form
4. Mr. King's August 21, 2024 time off request form
5. Kr. King's dental appointment time off request form
6. Mr. King's short-term disability claim to Sedgwick

7. Sedgwick's timeline of Mr. King's claim

8. Mr. King's August 20, 2024 emails to Mr. Giddens

9. Sedwick's August 30, 2024 text denial of Mr. King's claim

10. Hartford Insurance life benefit cancellation letter

11. Mr. King's August 19, 2024 pay period pay stub

12. SmurfitWestrock attendance records

13. SmurfitWestrock employee handbook and/or published policies

14. SmurfitWestrock FMLA notice

15. Mr. King's medical bills

As previously noted, these lists are prepared without the benefit of discovery, and as such are likely to be revised before dispositive motions and/or trial.

Respectfully submitted,

Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497
Attorney for Shane King

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, the foregoing was served by CM/ECF to all counsel of record.

/s/ Andrew Stautz
Atty. #37665-49