## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** | Case No. 24-cv-1565 |
| Plaintiff, | Judge |
| vs. | |
| **SMURFIT WESTROCK PLC, et al.** | |
| Defendants. | |

## DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants Smurfit Westrock PLC ("Smurfit") and Phillip Giddens ("Giddens") (collectively "Defendants") identify the following individuals as potential witnesses at trial and the following documents as potential exhibits. Defendants reserve the right to amend, modify or supplement the following preliminary lists as discovery progresses.

**A. WITNESSES**

1. Shane King

2. Phillip Giddens

3. Mark Kennedy

4. Any individuals identified by Plaintiff in his Initial Disclosures or Preliminary Witness list or any individual identified by the parties in discovery.

5. All witnesses needed to authenticate or provide a foundation for exhibits.

6. All witnesses necessary for rebuttal or impeachment.

**B. EXHIBITS**

1. Smurfit's employee handbook and/or applicable employment policies.

2. Plaintiff's Leave of Absence claim file.

3. Plaintiff's Leave of Absence Claim notes.

4. Plaintiff's 2/13/19 Verbal Warning

5. Plaintiff's 3/6/23 Verbal Warning.

5. Plaintiff's 8/23/23 Verbal Warning

6. Plaintiff's 11/13/23 Written Warning

7. Plaintiff's 12/12/23 2nd Written Warning and Suspension

8. Plaintiff's 3/15/24 Final Warning

9. Plaintiff's 4/25/24 First Level Warning for Safety

10. Termination Review dated August 22, 2024.

11. Plaintiff 2023 Performance Appraisal.

12. Notification of Tardiness or Absence signed by Plaintiff on 1/3/23.

13. Text Messages between Plaintiff and Giddens.

14. 8/9/24 Microsoft Teams chat between Giddens and Mark Kennedy.

15. 8/22/24 Microsoft Teams chat between Giddens and Mark Kennedy.

16. Smurfit Leave Status Reports

17. All documents contained in Plaintiff's personnel file.

18. All documents related to Plaintiff's work performance, including but not limited to performance reviews, evaluations, and disciplinary action.

19. All exhibits necessary for purposes of rebuttal and/or impeachment.

Defendants reserve the right to modify, amend or supplement the foregoing preliminary witness and exhibit lists.

Respectfully submitted,

DINSMORE & SHOHL LLP

 */s/ Misha Rabinowitch*
Misha Rabinowitch, #18117-49

*Counsel for Defendants*

DINSMORE & SHOHL LLP
211 North Pennsylvania Street, Suite 1800
One Indiana Square, #1800
Indianapolis, IN  46204-4208
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
Misha.Rabinowitch@dinsmore.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2024, a true and correct copy of the foregoing was served on Plaintiff's counsel in this case via email at:

Andrew Stautz
Stautz Law, LLC
andy@stautzlaw.com

*Counsel for Plaintiff*

 */s/ Misha Rabinowitch*
Misha Rabinowitch