UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** | Case No. 24-cv-1565 |
| Plaintiff, | Judge |
| vs. | |
| **SMURFIT WESTROCK PLC, et al.** | |
| Defendants. | |

### MOTION OF LOUISE GRIFFIN TO APPEAR *PRO HAC VICE*

Louise Griffin, pursuant to S.D. Ind. Local Rule 83-6(b)(1), hereby moves this Court for an Order granting her leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendants Smurfit Westrock PLC and Phillip Giddens (collectively "Defendants"), in the above-styled cause only. In support of this motion, the undersigned states:

1. Pursuant to S.D. Ind. Local Rules 83-6(b)(1) and 83-6(d), the Certification of Louise Griffin is attached hereto as Exhibit A.

2. Pursuant to S.D. Ind. Local Rules 83-6(a) and 83-6(c), the *pro hac vice* admission fee required to process this Motion has been submitted to the Clerk of this Court via the Court's online payment system.

3. Pursuant to S.D. Ind. Local Rule 83-6(b)(1), the undersigned has been granted access to the Court's ECF system through PACER.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting the undersigned leave to appear *pro hac vice* for purposes of this cause only. A proposed order is attached as Exhibit B hereto for this Court's consideration.

Date: December 3, 2024            Respectfully submitted,

                                         */s/ Louise M. Griffin*
                                         Louise M. Griffin (OH Bar No. 0095724)
                                         DINSMORE & SHOHL LLP
                                         255 Fifth Street, Suite 1900
                                         Cincinnati, OH 45202
                                         Telephone: (513) 977-8656
                                         Facsimile: (513) 977-8141
                                         Louise.griffin@dinsmore.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, a true and correct copy of the foregoing was filed through the Court's CM/ECF electronic filing system, with notice of this filing to be sent to the parties by operation of the Court's CM/ECF system.

                                         */s/ Louise M. Griffin*
                                         Louise M. Griffin