**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **SHANE KING**<br><br>Plaintiff,<br><br>vs.<br><br>**SMURFIT WESTROCK PLC, et al.**<br><br>Defendants. | Case No. 24-cv-1565<br><br>Judge |

**CERTIFICATION OF LOUISE GRIFFIN IN SUPPORT OF MOTION TO APPEAR**
*PRO HAC VICE*

In support of the accompanying Motion to Appear *Pro Hac Vice*, and pursuant to S.D. Ind. Local Rules 83-6(b)(1) and 83-6(d), the undersigned states:

1. I am admitted to practice, currently in active status, and in good standing as an attorney in the following courts: (1) United States Court of Appeals for the Sixth Circuit; (2) United States District Court for the Southern District of Ohio; (3) United States District Court for the Northern District of Ohio; and (4) all courts in the state of Ohio (Ohio bar number 0095724).

2. I am not currently and have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor have I ever received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I hereby certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and will abide by these rules and standards.

4. My colleague Michael Rabinowitch will serve as local co-counsel for this matter. Mr. Rabinowitch is a member of this Court's bar.

Dated: December 3, 2024

Respectfully submitted,

*/s/ Louise M. Griffin*
Louise M. Griffin (OH Bar No. 0095724)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8656
Fax: (513) 977-8141
Louise.Griffin@dinsmore.com