# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** | Case No. 24-cv-1565 |
| Plaintiff, | Judge |
| vs. | |
| **SMURFIT WESTROCK PLC, et al.** | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

This cause comes before the Court upon the Motion for Louise Griffin to appear and participate *pro hac vice* as counsel for Defendants Defendants Smurfit Westrock PLC and Phillip Giddens in the above-captioned cause only.

The Court, having considered the papers filed in support of the Motion, hereby **ORDERS** that the Motion is **GRANTED**.

The applicant's contact information should be entered as follows:

Louise M. Griffin (OH Bar No. 0095724)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8656
Fax: (513) 977-8141
Louise.Griffin@dinsmore.com

Dated: _____    _____
Judge, U.S. District Court
Southern District of Indiana

**Distribution to all counsel of record via CM/ECF**