**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **SHANE KING** | Case No. 24-cv-1565 |
| Plaintiff, | Judge |
| vs. | |
| **SMURFIT WESTROCK PLC, et al.** | |
| Defendants. | |

### MOTION OF LOUISE GRIFFIN TO APPEAR *PRO HAC VICE*

Louise Griffin, pursuant to S.D. Ind. Local Rule 83-6(b)(1), hereby moves this Court for an Order granting her leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendants Smurfit Westrock PLC and Phillip Giddens (collectively "Defendants"), in the above-styled cause only. In support of this motion, the undersigned states:

1. Pursuant to S.D. Ind. Local Rules 83-6(b)(1) and 83-6(d), the Certification of Louise Griffin is attached hereto as Exhibit A.

2. Pursuant to S.D. Ind. Local Rules 83-6(a) and 83-6(c), the *pro hac vice* admission fee required to process this Motion has been submitted to the Clerk of this Court via the Court's online payment system.

3. Pursuant to S.D. Ind. Local Rule 83-6(b)(1), the undersigned has been granted access to the Court's ECF system through PACER.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting the undersigned leave to appear *pro hac vice* for purposes of this cause only. A proposed order is attached as Exhibit B hereto for this Court's consideration.

Date: December 5, 2024

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Misha Rabinowitch*
Misha Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

Louise M. Griffin (*pro hac vice pending*)
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8656
Facsimile: (513) 977-8141
louise.griffin@dinsmore.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 5, 2024, I served the foregoing using the Court's CM/ECF system, through which parties and counsel may obtain a copy of the same.

*/s/ Michael Rabinowitch*
Michael Rabinowitch, #18117-49