UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHANE KING,                                    )
                                               )
                    Plaintiff,                 )
                                               )
            v.                                 )        No. 1:24-cv-01565-MPB-MKK
                                               )
SMURFIT WESTROCK PLC,                          )
PHILLIP GIDDENS,                               )
                                               )
                    Defendants.                )

## ORDER

This matter has come before the Court on motion of Louis Griffin of Dinsmore & Shohl,

LLP seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as

counsel on behalf of the Defendant in the above-styled cause only, Dkt. [20]. Being fully

advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Louise M. Griffin
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8656
Facsimile: (513) 977-8141
louise.griffin@dinsmore.com

**Applicant is to register with the Court's Electronic Filing System within 10 days of**

**entry of this order.**

So ORDERED.

Date: 12/6/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

Distribution via U.S. Mail:

Louise M. Griffin
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202