UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, et al., | ) |
| | ) |
| Defendants. | ) |

**SCHEDULING ORDER**

This cause is hereby set for a **JURY TRIAL** before the Honorable Matthew P. Brookman, United States District Judge on **SEPTEMBER 23, 2025,** at 9:00 a.m., Indianapolis time (EDT), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A **FINAL PRE-TRIAL CONFERENCE** is set for **AUGUST 13, 2025,** at 9:30 a.m., Indianapolis time (EDT), in Room 288 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Dated: December 11, 2024

*[Signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.