UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, | ) |
| PHILLIP GIDDENS, | ) |
| | ) |
| Defendants. | ) |

**ORDER TO SHOW CAUSE**

On December 6, 2024, the Court issued the Order Granting Motion for Louis M. Griffin to Appear *Pro Hac Vice* [Dkt. 21], which ordered as follows:

> Applicant is to register with the Court's Electronic Filing System within 10 days of entry of this order.

Ms. Griffin has failed to comply with the Court's Order.

Ms. Griffin is hereby ordered to show cause why her appearances should not be stricken from the docket. Ms. Griffin shall have through and **including, December 31, 2024,** respond to this order or her appearance will be stricken.

SO ORDERED.

Date: 12/19/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

VIA US MAIL TO

Louise M. Griffin
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202