UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHANE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01565-MPB-MKK |
| | ) | |
| SMURFIT WESTROCK PLC, | ) | |
| PHILLIP GIDDENS, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On January 28, 2025, the parties appeared, by counsel, for a telephonic status conference with the Magistrate Judge. The parties discussed the status of discovery and readiness for the February 26, 2025, settlement conference. Defendant shall respond to Plaintiff's December 26, 2024, demand no later than **February 4, 2025**.

On December 19, 2024, the Court issued an Order to Show Cause to Ms. Griffin. (Dkt. 26). After discussion, the Court extended Ms. Griffin's deadline for responding to said Order to **January 31, 2025**.

The conference concluded without further order.

Date: 1/29/2025

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.