UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** | Case No. 24-cv-1565 |
| Plaintiff, | Judge M. Kendra Klump |
| vs. | |
| **SMURFIT WESTROCK PLC, et al.** | |
| Defendants. | |

## RESPONSE TO SHOW CAUSE ORDER

Louise Griffin, counsel on behalf of Defendants Smurfit Westrock PLC and Phillip Giddens (collectively "Defendants"), hereby submits the following response to the Court's Order to Show Cause filed December 19, 2024 as to why she should not be stricken from this case for her failure to register with the United States District Court for the Southern District of Indiana.

1. Counsel's failure to timely register for efiling with the Court was simply a clerical error. Counsel respects and appreciates the valuable time of the Court and opposing counsel, and again apologizes for any inconvenience resulting for her late response.

2. Counsel registered for efiling privileges on January 9, 2025. A confirmation email sent January 10, 2025 is attached to this Response as Exhibit A.

3. Counsel and her staff have taken steps to avoid similar calendaring mistakes in the future.

4. Counsel respectfully asks the Court not to strike her appearance from this matter. If the Court is still considering striking her appearance from this case, notwithstanding the

explanation in this Response, counsel respectfully requests a hearing to present additional facts and argument on her behalf.

Date: January 30, 2025                     Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Misha Rabinowitch*
Misha Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

/s/ *Louise M. Griffin*
Louise M. Griffin
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8656
Facsimile: (513) 977-8141
louise.griffin@dinsmore.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2025, I served the foregoing using the Court's CM/ECF system, through which parties and counsel may obtain a copy of the same.

*/s/ Louise M. Griffin*
Louise M. Griffin