| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Griffin, Louise |
| **Subject:** | NextGen CM/ECF Registration Status |
| **Date:** | Friday, January 10, 2025 8:57:16 AM |

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 6686983
Court: INDIANA SOUTHERN DISTRICT COURT
Date/Time Submitted: 01/09/2025 13:38:25 CST
Transaction ID: 26416
Request: Registration
Transaction Status: Processed
Comment: Your request for E-filing in INSD has been approved. Thank you.

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to insd_cmecf@insd.uscourts.gov.