UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SMURFIT WESTROCK PLC, )<br>PHILLIP GIDDENS, )<br>)<br>Defendants. ) | No. 1:24-cv-01565-MPB-MKK |

## ORDER

Defendant filed a Uniform Stipulated Protective Order, Dkt. [27]. As provided in the instructions accompanying the Uniform Stipulated Protective Order and Federal Rule of Civil Procedure 26(c), a party must move the Court to enter a protective order and establish the motion is being made for good cause. Fed. R. Civ. P. 26(c)(1). The Parties did not move the Court to enter their protective order or establish good cause. Therefore, the Court **DIRECTS** the Clerk of this Court to **STRIKE** the Parties' Uniform Stipulated Protective Order, Dkt. [27]. The Parties are reminded to take care to ensure compliance with all Federal and Local Rules when filing documents.

So **ORDERED**.

Date: 2/11/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system