# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** <br><br> Plaintiff, <br><br> vs. <br><br> **SMURFIT WESTROCK PLC, et al.,** <br><br> Defendants. | Case No. 1:24-cv-1565 |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Shane King, by counsel, and Defendants Smurfit Westrock PLC and Phillip Giddens, by counsel, hereby submit their Motion for Entry of Protective Order ("Motion"):

1. During the course of discovery, the parties have been – or may be – asked to produce documents which they contend are confidential trade secret, personal/private health, and other non-public proprietary or private information ("Protected Information"). The legally protected interest of the parties and/or non-parties outweighs the public's interest in the disclosure of these documents. The documents at issue pertain only to the parties' and the non-parties' Protective Information, and this case does not involve any public issues.

2. All parties to this lawsuit have discussed this issue, and all parties agree to the relief requested in this Motion.

3. All parties have jointly drafted and stipulated to the Protective Order attached as Exhibit "1" based on the Court's Uniform Protective Order and the Court's Order dated February 11, 2025, Dkt. 31, except that the parties have removed the Attorneys Eyes Only language from the Court's form.

WHEREFORE, Plaintiff Shane King and Defendants Smurfit Westrock PLC and Phillip Giddens respectfully request the Court issue an order approving the parties' Stipulated Protective Order.

Dated: February 13, 2025

Respectfully submitted,

*/s/ Andrew Stautz*      *(with permission*
Andrew Stautz
STAUTZ LAW, LLC
735 Shelby Street, #58
Indianapolis, IN 46203

*Counsel for Plaintiff*

*/s/ Michael Rabinowitch*
Michael Rabinowitch
DINSMORE & SHOHL LLP
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204

Louise M. Griffin
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2025, I served the foregoing using the Court's CM/ECF system, through which parties and counsel may obtain a copy of the same.

*/s/ Michael Rabinowitch*
Michael Rabinowitch

52978480.1