UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHANE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01565-MPB-MKK |
| | ) | |
| SMURFIT WESTROCK PLC, | ) | |
| PHILLIP GIDDENS, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM SETTELMENT CONFERENCE

On February 26, 2025, the Court convened for an in-person settlement conference. Plaintiff's counsel, Defendants' counsel, Defendant Smurfit Westrock PLC's representative (Ms. Chandra Davis), and Defendant Phillip Giddens all appeared in person. Plaintiff Shane King failed to appear. The conference began at 9:30 a.m. (Eastern), as scheduled. (Dkt. 22). The Court remained available until 10:30 a.m. At that time, however, given Plaintiff's continued absence, the Court adjourned the proceeding.

No later than **March 12, 2025**, Plaintiff shall show cause why he should not be ordered to reimburse Defendants for the cost of their travel to and from the February 26, 2025, settlement conference, as a consequence of Plaintiff's failure to appear at said conference.

This matter is set for a telephonic status conference on **March 20, 2025, at 9:30 a.m. (Eastern)**. Plaintiff Shane King is required to participate in the conference. Plaintiff's counsel shall notify Plaintiff King of this requirement.

The Court, *sua sponte*, extends the following case deadlines as set forth below:

- Dispositive motion deadline: May 23, 2025

- Close of expert and damages discovery: June 25, 2025

- Motions to limit or preclude expert testimony at trial: July 2, 2025

- Final witness and exhibit lists: August 6, 2025

So ORDERED.

Date: 2/26/2025

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.