UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | Case No. 24-cv-1565 |
| v. ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
|     *Defendants* ) | |

**Response to Show Cause Order**

In response to the Court's show-cause order issued as part of the Court's ENTRY AND ORDER FROM SETTLEMENT CONFERENCE, (ECF No. 33), Plaintiff Shane King, by counsel, submits:

1. Shane is and has been unemployed since he was terminated by Smurfit Westrock in August 2024.

2. Due to his prolonged unemployment, Shane has no fixed engagements that require attention to a calendar.

3. Shane deliberately keeps his use of phones, internet, social media, and other technology to a minimum. He checks email not more than every few days, and often allows his phone to go dead and uncharged for hours or days at a time.

4. Counsel's email reminders were too far in advance of the date of the settlement conference to convey the immediacy of the scheduled date and time of the settlement conference.

5. Shane's phone was dead on the date of the conference and he did not check his email until the next day.

6. Shane has a good-faith desire to explore settlement possibilities with the Magistrate Judge's assistance, and he wanted to attend the settlement conference.

7. Shane has no money with which to satisfy a monetary sanction imposed upon him by the Court.

8. Shane intends diligently to comply with future Court orders and dates.

Respectfully submitted,

Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497
Attorney for Shane King

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, a copy of the foregoing was filed electronically and served by CM/ECF on registered counsel of record.

/s/ Andrew Stautz
Atty. #37665-49