UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | Case No. 24-cv-1565 |
| v. ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
|     *Defendants* ) | |

**Plaintiff's Statement of Claims**

Plaintiff Shane King, by counsel, for his Statement of Claims, (required by the Case Management Plan, ECF No. 24 at 6), submits:

1. **FMLA Interference**. Defendants Smurfit Westrock and Phillip Giddens interfered with Shane's FMLA rights when they fired him on the first day of an FMLA-protected leave taken to treat a serious health condition. See generally Seventh Cir. Pattern Civil Jury Instructions # 10.1, 10.3. See also 29 U.S.C. § 2615(a)(1); 29 C.F.R. § 825.216.

2. **FMLA Retaliation**. Defendants Smurfit Westrock and Phillip Giddens retaliated against Shane's exercise of his FMLA rights when they fired him on the first day of an FMLA-protected leave taken to treat a serious health condition. See generally Seventh Cir. Pattern Civil Jury Instruction # 10.4. See also 29 U.S.C. §§ 2615(a)(2), (b).

3. **Breach of Contract**. Defendants Smurfit Westrock and Phillip Giddens breached an implied contract with Shane (to maintain his employment and to allow him the short-term disability leave to which he was entitled) when they

fired him on the first day of his disability leave. *See Eck & Associates v. Alusuisse Flexible Packaging, Inc.*, 700 N.E.2d at 1169 (Ind. Ct. App. 1998).

4. **<u>Tortious Interference</u>**. Defendants Smurfit Westrock and Phillip Giddens tortiously interfered with Shane's right to receive short-disability benefits from a third-party provider when they fired him on the first day of his disability leave. *See Bilmoria Computer Sys., LLC v. Am. Online, Inc.*, 829 N.E.2d 150 (Ind. Ct. App. 2005)

                                          Respectfully submitted,

                                          Andrew Stautz
                                          Atty. #37665-49
                                          Stautz Law, LLC
                                          735 Shelby St. #58
                                          Indianapolis, Indiana 46203
                                          andy@stautzlaw.com
                                          (317) 597-4497
                                          Attorney for Shane King

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, a copy of the foregoing was filed electronically and served on registered counsel of record by CM/ECF.

                                          /s/ Andrew Stautz
                                          Atty. #37665-49