# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** | Case No. 1:24-cv-1565 |
| Plaintiff, | |
| vs. | |
| **SMURFIT WESTROCK PLC, et al.,** | |
| Defendants. | |

### DEFENDANT SMURFIT WESTROCK PLC'S RESPONSE TO PLAINTIFF SHANE KING'S RESPONSE TO SHOW CAUSE ORDER AND MOTION FOR COSTS

For its Response to Plaintiff Shane King's Response to Show Cause Order and Motion for Costs, Defendant Smurfit Westrock PLC ("Westrock"), by counsel, states as follows:

1. On December 6, 2024, this Court scheduled this matter for a Settlement Conference to occur on February 26, 2025 at 9:30 A.M.

2. In his response, Plaintiff Shane King ("King") acknowledges that he received sufficient notice and even email reminders regarding the date and time of the Settlement Conference. Nevertheless, King failed to appear for the previously scheduled Settlement Conference.

3. King's stated excuse for missing the Settlement Conference is that he does not keep a calendar; he deliberately keeps his use of phones, internet, social media, and other technology to a minimum; he checks email not more than every few days; and often allows his phone to go dead and uncharged for hours or days at a time.

4. With all due respect to King and his counsel, King's excuse is woefully inadequate. One might understand if King had a medical issue or other unexpected emergency, but simply forgetting about it is not a valid excuse.

5. It is worth mentioning that Westrock terminated King's employment due to his repeated failure to show up for work on time and for missing work altogether.

6. King further contends that because he is unemployed he has no money with which to satisfy a monetary sanction imposed upon him by the Court. But King, himself, testified that since his employment was terminated and he was cleared to return to work on September 20, 2024, he hasn't been looking "super hard" for employment because he "had a little money saved up, and I just kind of decided, if I find a good job, I'm going to take it. I'm not just going to work anywhere." (See King Dep, p. 88, a true and accurate copy of which is attached hereto as Exhibit A.)

7. Westrock's representative, Deputy General Counsel Chandra Davis, flew in from Atlanta the night before the Settlement Conference and both Defendants timely appeared the next morning along with the undersigned counsel and waited for over an hour to give King time to show up.

8. Based on the foregoing, Westrock requests the Court order King to reimburse Westrock for its expenses incurred to attend the February 26, 2025, Settlement Conference.

9. Davis' expenses to travel from Atlanta are as follows:

|        |         | 25-Feb   | 26-Feb  |
|--------|---------|----------|---------|
|        | Car     | $ 56.55  | $ 24.76 |
|        |         | $ 22.34  | $ 78.73 |
|        | Airfare | $ 657.52 | $ 5.35  |
|        | Hotel   | $ 251.86 |         |
|        | Food    | $ 26.07  |         |
|        |         | $ 1,014.34 | $ 108.84 |
| TOTAL: | $1,153.13 |        |         |

2

WHEREFORE, Defendant Smurfit Westrock, PLC requests the Court enter an Order requiring Plaintiff Shane King to reimburse Westrock in the amount of $1,153.13 within thirty (30) days of the date of the Court's Order.

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Michael Rabinowitch*
Michael Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

Louise M. Griffin (*pro hac vice pending*)
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8656
Facsimile: (513) 977-8141
louise.griffin@dinsmore.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 19, 2025, I served the foregoing using the Court's CM/ECF system, through which parties and counsel may obtain a copy of the same.

*/s/ Michael Rabinowitch*
Michael Rabinowitch

53685078.1