# **EXHIBIT A**

# In the Matter Of:

*SHANE KING*

*-v-*

*SMURFIT WESTROCK PLC, ET AL.*

_____

**Shane S. King**

*January 27, 2025*

_____



800.869.0873 | www.StewartRichardson.com

Reporting Driven by Excellence — Since 1975

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

| | | |
|---|---|---|
| 1 | | the date.  It was either the 19th or the 20th.  I'd |
| 2 | | have to look at it, but it was one of those. |
| 3 | Q | And have you worked since September 19? |
| 4 | A | No. |
| 5 | Q | Do you have any income coming in to pay your bills? |
| 6 | A | No. |
| 7 | Q | Tell us about your attempts to find work since |
| 8 | | September 19. |
| 9 | A | I mean, I've just filled out Indeed applications as |
| 10 | | I've seen them.  Like, yeah, that's about it |
| 11 | | really.  I haven't been super looking -- looking |
| 12 | | super hard. |
| 13 | Q | Why haven't you been looking super hard? |
| 14 | A | I just -- I don't know.  I've been in a little |
| 15 | | slump.  I had a little money saved up, and I just |
| 16 | | kind of decided, if I find a good job, I'm going to |
| 17 | | take it.  I'm not just going to go work anywhere. |
| 18 | Q | Has anyone offered you a job since September 19? |
| 19 | A | No -- like actually, like, offered, offered it, no. |
| 20 | | My buddy said I could come work with him, but it's, |
| 21 | | like, third shifts, and I was just like, no, I |
| 22 | | don't want to do that. |
| 23 | Q | I recall seeing in your Answers to Interrogatories |
| 24 | | identification of one potential employer that you |
| 25 | | had applied for.  Are there any others specifically |

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION

 3

 4
   SHANE KING,                    )
 5                                )
             Plaintiff,           )
 6                                )
             -v-                  ) CASE NO.
 7                                ) 1:24-cv-01565
   SMURFIT WESTROCK PLC, ET       )
 8 AL.,                           )
                                  )
 9          Defendants.           )

10                    Job No. 196740

11
           I, SHANE S. KING, state that I have read the
12 foregoing transcript of the testimony given by me at
   my deposition on January 27, 2025, and that said
13 transcript constitutes a true and correct record of
   the testimony given by me at said deposition except as
14 I have so indicated on the errata sheets provided
   herein.
15

16

17
                                   _____
18                                    [signature]
19                                 _____
                                   SHANE S. KING
20

21

22

23      STEWART RICHARDSON & ASSOCIATES
           Registered Professional Reporters
24         One Indiana Square, Suite 2425
              Indianapolis, IN  46204
25               (800)869-0873
```

NO CHANGES     02/24/2025