# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** | Case No.: 1:24-cv-1565 |
| Plaintiff, | Judge |
| vs. | |
| **SMURFIT WESTROCK PLC, et al.** | |
| Defendants. | |

## ORDER GRANTING MOTION FOR COSTS

This cause comes before the Court upon Defendant Smurfit Westrock PLC's Response to Plaintiff Shane King's Response to Show Cause Order and Motion for Costs.

The Court, having considered Westrock's Motion, hereby **ORDERS** that Defendant's Motion for Costs is **GRANTED**.

WHEREFORE, the Plaintiff Shane King is hereby ordered to reimburse Smurfit Westrock PLC for its expenses incurred to attend the February 26, 2025, Settlement Conference in the amount of $1,153.13; within thirty (30) days of the date of this Order.

Dated: _____

_____
Magistrate, U.S. District Court
Southern District of Indiana

**Distribution to all counsel of record via CM/ECF**

53719627.1