UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
|                Plaintiff, | ) |
|                v. | ) No. 1:24-cv-01565-MPB-MKK |
| SMURFIT WESTROCK PLC, PHILLIP GIDDENS, | ) |
|              Defendants. | ) |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a telephonic status conference on March 20, 2025, with the Magistrate Judge. Despite being ordered to appear for the conference, (Dkt. 33), Plaintiff Shane King failed to appear. Plaintiff's counsel confirmed that he had notified (and reminded) Mr. King of the conference.

This matter is set for an in-person hearing on **April 16, 2025, at 1:00 p.m. (Eastern), Room 243,** 46 East Ohio Street, Indianapolis, Indiana with Magistrate Judge M. Kendra Klump. Plaintiff Shane King and Plaintiff's counsel **must attend the hearing in person**. Defense counsel may attend the April 16th hearing telephonically, if desired. Plaintiff's counsel shall send Mr. King a copy of this Order and notify Mr. King of the Order's requirements.

At the April 16th hearing, Plaintiff shall show cause why he should not be sanctioned for his repeated failures to appear. Plaintiff is advised that failing to appear for scheduled conferences or to follow Court orders may result in sanctions, including up to and including dismissal of the case. Fed. R. Civ. P. 16(f); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

Defendants orally moved to dismiss the case. Plaintiff opposed the motion. Defendants' motion is taken under advisement. Any briefing on the oral motion is stayed until after the April 16th hearing.

The Court exercises is discretion to STAY discovery and other case management deadlines pending further order of the Court.

So ORDERED.

Date: 03/28/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.