UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | Case No. 24-cv-1565 |
| v. ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
|     *Defendants* ) | |

**Order on Show-Cause and Motion to Dismiss**

The Court comes to rule on 1) its own show-cause order and 2) Defendants' oral motion to dismiss. Having considered Plaintiff's written response to the show-cause Order; Defendants' written response thereto; Plaintiff's representations at the April 16, 2025, status conference; the Defendants' oral motion to dismiss; and Plaintiff's written response thereto, and otherwise being duly advised, the Court now rules:

The Show-Cause Order is **discharged** without sanction.

Defendants' Rule 41(b) Motion to Dismiss is **denied.**

The Parties shall refer to the latest scheduling order and the Court's orders at the latest status conference for current deadlines.

**SO ORDERED.**

Signed: _____

Date: _____

Distribution by CM/ECF to registered counsel of record.