UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Shane King, | ) | |
|     *Plaintiff* | ) | Case No. 24-cv-1565 |
| v. | ) | |
| Smurfit Westrock PLC, | ) | |
| Phillip Giddens, | ) | |
|     *Defendants* | ) | |

## Joint Motion to Continue Trial Date

In response to Magistrate Judge Klump's order issued at the April 16, 2025 status conference, Plaintiff Shane King, by counsel, and Defendants Smurfit Westrock and Phillip Giddens, by counsel, jointly submit:

1. The case timeline has been disrupted by Shane's failure to appear at two prior hearings.

2. There is a pending Motion to Dismiss, and a pending Order to Show Cause, either of which could result in the dismissal of this case before trial. This motion is made subject to the outcome of those proceedings.

3. Trial is currently set for September 23, 2025, with a final pretrial conference August 13, 2025. (Scheduling Order, ECF No. 25.)

4. The Court has extended the dispositive motion deadline from May 23, 2025, to July 25, 2025.

5. The parties anticipate cross motions for summary judgment, complete briefing for which takes 70 days on a standard schedule.

6. Summary judgment briefing would likely not be finished before October 3, 2025, which is after the current trial date.

7. A new, continued trial date would allow for complete briefing and subsequent ruling on the anticipated cross motions for summary judgment.

The Parties jointly request a continued trial date for December 2025 or January 2026.

Respectfully submitted,

Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497
Attorney for Shane King

Misha Rabinowitch
211 North Pennsylvania Street
Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, a copy of the foregoing was filed electronically and served by CM/ECF on registered counsel of record.

/s/ Andrew Stautz
Atty. #37665-49