UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHANE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01565-MPB-MKK |
| | ) | |
| SMURFIT WESTROCK PLC, | ) | |
| PHILLIP GIDDENS, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY AND ORDER FROM SHOW CAUSE HEARING**
**AND STATUS CONFERENCE**

On April 16, 2025, Plaintiff appeared, in person and by counsel, and Defendant appeared,

by counsel, for an in-person show cause hearing and status conference with the Magistrate Judge.

Plaintiff offered an explanation of his failure to appear at the February 2025 settlement conference.

Defendant renewed its previous oral motion to dismiss the case (or, in the alternative, for

Plaintiff to pay expenses incurred by Defendant's client representative to travel to the settlement

conference). Plaintiff's response in opposition to said motion is due by **April 30, 2025**. Defendant's

reply is due seven days after Plaintiff's response in opposition.

The Court lifted the stay of discovery and other case management plan deadlines. Deadlines

are extended as follows:

- Dispositive motion deadlines:

    o Plaintiff's motion for summary judgment: July 25, 2025

    o Defendant's combined response in opposition & cross-motion for summary

        judgment: September 5, 2025

- o   Plaintiff's combined reply in support & response in opposition to the cross-motion:

  October 10, 2025

- o   Defendant's reply in support of cross-motion: October 24, 2025

- Close of expert and damages discovery: August 25, 2025

- Final witness and exhibit lists: September 12, 2025

- Objections or motions in limine regarding experts: November 17, 2025

The parties were directed to file a joint motion to continue the final pretrial conference and trial within seven days.

This matter is set for a telephonic status conference on **June 2, 2025, at 2:00 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.


Date: 4/21/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.