UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Shane King, | ) | |
|     *Plaintiff* | ) | Case No. 24-cv-1565 |
| v. | ) | |
| Smurfit Westrock PLC, | ) | |
| Phillip Giddens, | ) | |
|     *Defendants* | ) | |

**Order on Joint Motion to Continue Trial Date**

The Parties having filed their Joint Motion to Continue Trial Date, (ECF No. 42), which forms part of the Court record, the Court, having reviewed said motion and being otherwise duly advised, hereby **grants** the Motion.

Subject to the Court's further rulings on the pending Show-Cause Order and Defendants' Motion to Dismiss, the trial date in this matter is **continued** from September 23, 2025 to _____, with a final pretrial conference on _____.

**SO ORDERED.**

Signed: _____

Date: _____

Distribution by CM/ECF to registered counsel of record.