UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, et al., | ) |
| | ) |
| Defendants. | ) |

**Order on Joint Motion to Continue Trial Date**

The Parties having filed their Joint Motion to Continue Trial Date, (ECF No. 42), which forms part of the Court record, the Court, having reviewed said motion and being otherwise duly advised, hereby **grants** the Motion.

Subject to the Court's further rulings on the pending Show-Cause Order and Defendants' Motion to Dismiss, the **JURY TRIAL** in this matter is **CONTINUED** from September 23, 2025, to **JANUARY 27, 2026,** at 9:00 a.m. (EST), in Room 349 of the United States Courthouse in Indianapolis, Indiana, and the **FINAL PRETRIAL CONFERENCE** is **CONTINUED** from August 13, 2025, to **DECEMBER 11, 2025,** at 9:00 a.m. (EST), in Room 288 of the United States Courthouse.

**SO ORDERED.**

Dated: April 22, 2025

*[signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record.