# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING<br><br>Plaintiff,<br><br>vs.<br><br>SMURFIT WESTROCK PLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-1565 |

### DEFENDANTS' REPLY IN SUPPORT OF THEIR ORAL MOTION TO DISMISS AND ALTERNATIVE MOTION FOR COSTS

Plaintiff Shane King's ("King") only explanation for missing the February 26, 2025, Court ordered Settlement Conference, and the follow-up March 20, 2025, Status Conference, which the Court specifically set so that King could explain why be failed to appear for the Settlement Conference, is that he "forgot what day it was."

Respectfully, Defendants Smurfit Westrock PLC ("Westrock") and Phillip Giddens ("Giddens") could understand if King's excuse was, as examples, due to a medical condition or even an unexpected appointment of some kind (perhaps a job interview), but to miss both Court ordered dates because he forgot what day it was, is disrespectful to the federal court system, the Magistrate, the Judge, the Court staff, the attorneys (including his own), and the parties themselves. Some penalty for King's actions, possibly including dismissal, is warranted.

Fed. R. Civ. P. 16(f) provides sanctions for parties that fail to appear at court ordered conferences. Specifically, "[o]n motion or on its own, the court may issue any just orders . . . if a party or its attorney: (A) fails to appear at a scheduling or other pretrial conference." Fed. R. Civ.

P. 16(f)(1)(A). "Instead of or in addition to any other sanction, the court ***must*** order the party, its attorney, or both to pay the reasonable expenses—including attorney's fees—incurred because of any noncompliance with this rule, unless the noncompliance was substantially justified." Fed. R. Civ. P. 16(f)(2) (emphasis added).

As this Court has recently noted, "Rule 41(b) authorizes the district court to dismiss a lawsuit with prejudice if the plaintiff 'fails to prosecute or to comply with these rules or a court order.'" *Garner v. Metro Sch. Dist. of Pike Twp.*, 2024 U.S. Dist. LEXIS 190605, at *4 (S.D. Ind. Oct. 21, 2024). "One way in which a plaintiff can fail to prosecute his case is by . . . disobeying an order to attend a pre-conference hearing." *Lucien v. Breweur*, 9 F.3d 26, 29 (7th Cir. 1993).

King contends that dismissal of the case is not warranted for a number of reasons, including because the case has been diligently prosecuted. Defendants do not disagree that King's counsel has been diligent and responsive in propounding, and responding to, discovery, but that does not mean that King has been diligent. Despite proper notice from his counsel, King has disregarded two court ordered requirements to be present in court. That is not diligence.

Also, it is not accurate to state that it is only King that has been harmed by his lack of diligence. King's substantial delay in prosecution of his case, due to only his doing, only serves to increase defense costs, as the passage of time requires additional time to get back up to speed after a period of delay.

Based on the foregoing, Defendants reiterate their oral motion to dismiss this matter under Fed. R. Civ. P. 41(b), or, in the alternative, pursuant to Fed R. Civ. P. 16(f)(2), order King to pay Westrock $1,153.13 [Docket No. 38] as compensation for expenses incurred to attend the Settlement Conference on February 26, 2025, and for all other relief just and proper.

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Michael Rabinowitch*
Michael Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

Louise M. Griffin (*pro hac vice pending*)
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8656
Facsimile: (513) 977-8141
louise.griffin@dinsmore.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 28, 2025, I served the foregoing using the Court's CM/ECF system, through which parties and counsel may obtain a copy of the same.

*/s/ Michael Rabinowitch*
Michael Rabinowitch

61024505.1