UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| SMURFIT WESTROCK PLC, PHILLIP GIDDENS, | ) ) ) ) |
| Defendants. | ) |

### ENTRY AND ORDER FROM TELEPHONIC SHOW CAUSE HEARING

On June 4, 2025, the Parties, by counsel, appeared for a telephonic show cause hearing with the Magistrate Judge. Show cause order discharged.

This matter is set for a telephonic status conference on **September 23, 2025, at 2:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 6/4/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.