U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shane King, )<br>    *Plaintiff* )<br>vs. )<br>Smurfit-Westrock, PLC, )<br>Phillip Giddens )<br>    *Defendants* ) | Cause No. 1:24-cv-01565-MPB-MKK |

## **Motion to Extend Sanctions Deadline**

Plaintiff Shane King, by counsel, moves to extend the deadline to pay sanctions, and states in support:

1. The Court ordered Mr. King to pay Smurfit-Westrock's expenses incurred for a corporate representative to attend the February 26, 2025, Settlement Conference, which Mr. King failed to attend, in the amount of $1,153.13 within sixty (60) days of the date of the Order. (ECF No. 48.)

2. The sanctions Order was issued May 6, 2025; sixty days from that date is Saturday, July 5, 2025.

3. Shane King does not have $1,153.13 with which to pay the sanctions, and will not be able to meet the deadline.

4. Shane King requests that the Court extend the sanctions deadline, or, in the alternative, convert the sanctions amount to a quasi-judgment, dating from July 5, and bearing post-judgment interest from that date.

Respectfully submitted,

/s/ Andrew Stautz

Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497