U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | |
| vs. ) | Cause No. 1:24-cv-01565-MPB-MKK |
| Smurfit-Westrock, PLC, ) | |
| Phillip Giddens ) | |
|     *Defendants* ) | |

**Order on Motion to Extend Sanctions Deadline**

Plaintiff Shane King, by counsel, having moved the Court to extend the deadline to pay sanctions, and the Court being duly advised in the premises, hereby ORDERS that Shane King shall have an additional _____ days, until _____ (date), to pay the sanctions amount of $1,153.13 imposed by previous Order. (ECF No. 48.)

    SO ORDERED.

_____

Judge

_____

Date