UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Shane King, | ) | |
|     *Plaintiff* | ) | Case No. 24-cv-1565 |
| v. | ) | |
| Smurfit Westrock PLC, | ) | |
| Phillip Giddens, | ) | |
|     *Defendants* | ) | |

**Motion for Summary Judgment (and Index of Exhibits)**

Plaintiff Shane King, by counsel, the Court to enter summary judgment in his favor as to liability on his FMLA retaliation and interference claims. Fed. R. Civ. P. 56. No genuine issue exists as to any material fact as to liability on Plaintiff's claims; he is entitled to judgment as a matter of law. In support of this Motion, Mr. King submits a Brief in Support.

In accordance with MPB Practices and Procedures III.H.1. "Exhibits," the Parties are using sequentially numbered exhibits, and intend to keep the same numbering from depositions through summary judgment and trial (adding numbers as necessary).

The following index shows exhibits to date, exhibits newly introduced, and the attachment number for summary judgment purposes.

**King Deposition Exhibits**

| | |
|---|---|
| Exhibit 1 | · Application for Employment at WestRock |
| Exhibit 2 | · Employee Counseling form signed 02-19-2019 |
| Exhibit 3 | · Employee Counseling form signed 11-13-2023 |
| Exhibit 4 | · Attendance Policy |

| | | |
|---|---|---|
| Exhibit 5 | Employee Counseling Form - Final Written Warning | |
| Exhibit 6 | Corrective Action Form dated 03-15-2024 | |
| Exhibit 7 | Text Message | |
| Exhibit 8 | Spreadsheet from Sedgwick | |
| Exhibit 9 | Email string re: S King LOA | |
| Exhibit 10 | Time Off Request Form | |
| Exhibit 11 | Complaint | |
| Exhibit 12 | Plaintiff's Response to Defendant's First Set of Discovery Requests | |
| Exhibit 13 | Shane King Notes and Appointment Card | |

**Giddens Deposition Exhibits**

| | | |
|---|---|---|
| Exhibit 20 | 8-5-24 Time-Off Request | Attached as ECF No. 53-1 |
| Exhibit 21 | 7-10-24 E-mail Exchange | |
| Exhibit 22 | Attendance Policy | |
| Exhibit 23 | Messages - Giddens/Kennedy | Attached as ECF No. 53-2 |
| Exhibit 24 | 3-6-23 Counseling Sheet | |
| Exhibit 25 | 5-25-23 Counseling Sheet | |
| Exhibit 26 | 6-1-23 Counseling Sheet | |
| Exhibit 27 | 11-13-23 Counseling Sheet | |
| Exhibit 28 | 12-12-23 Counseling Sheet | |
| Exhibit 29 | 3-15-24 Corrective Action Form | |
| Exhibit 30 | 4-25-24 Corrective Action Form | |
| Exhibit 31 | 8-22-24 Termination Review | Attached as ECF No. 53-3 |
| Exhibit 32 | Tangela Thomas Termination Review | |
| Exhibit 33 | 2023 King Attendance Records | |
| Exhibit 34 | 2024 King Attendance Records | |
| Exhibit 35 | Attendance Records Lead Page | |
| Exhibit 36 | 2023 King Attendance Rows | |
| Exhibit 37 | 2024 King Attendance Rows | |

**New Exhibits: Plaintiff Summary Judgment**

| | | |
|---|---|---|
| Exhibit 40 | King Deposition Transcript | Attached as ECF No. 53-4 |
| Exhibit 41 | Giddens Deposition Transcript | Attached as ECF No. 53-5 |
| Exhibit 42 | Disciplinary Write-Ups | Attached as ECF No. 53-6 |
| Exhibit 43 | Sedgwick Claim Timeline | Attached as ECF No. 53-7 |
| Exhibit 44 | King-Giddens Emails 8-20-2025 | Attached as ECF No. 53-8 |
| Exhibit 45 | Giddens Voicemail 8-21-2025 | Attached as ECF No. 53-9 |

| | | |
|---|---|---|
| Exhibit 46 | Surgery After-Visit Summary | Attached as ECF No. 53-10 |
| Exhibit 47 | Westrock Benefits Emails | Attached as ECF No. 53-11 |

WHEREFORE, Plaintiff moves the Court to enter partial summary judgment in his favor, and for all other just and proper relief in the premises.

Respectfully submitted,

Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497
Attorney for Shane King

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, a copy of the foregoing Motion for Summary Judgment was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Andrew Stautz
Atty. #37665-49