# TIME OFF REQUEST FORM

THIS FORM MUST BE COMPLETED AND SUBMITTED FOR PAYROLL NO LATER THAN THE DAY FOLLOWING THE OCCURENCE.

NAME: Shane King

PAID ABSENCE REQUEST (DATES): 8/21/24 – Disability – 9/20/24 Earliest Return

VACATION - FULL DAY [✓]   VACATION - HALF DAY [ ]

EMPLOYEE SIGNATURE: Shane King    DATE: 8/5/24

GM SIGNATURE: [signature]    DATE: 8/5/24