**Phil Giddens <phil.giddens@westrock.com>    8/9/2024    11:13 AM**

GM

**Phil Giddens <phil.giddens@westrock.com>    8/9/2024    11:18 AM**

If you have a chance today I'd like to discuss Shane King. He was roughly an hour late yesterday and he's not here yet today again. I think he believes that he's now immune from any action having filed to STD and it's having a negative effect on my entire team. My concern is that this will continue up to the date of his surgery while the remainder of the team sees this and perceives that there are no consequences for him. I feel like we need to take some sort of action now depending on how Legal views the situation.

**Mark Kennedy <mark.kennedy@westrock.com>    8/9/2024    11:20 AM**

GM. Has he called in for today?

**Phil Giddens <phil.giddens@westrock.com>    8/9/2024    11:28 AM**

He has not. No VM or text. Yesterday it was " I slept through 5 alarms".

**Mark Kennedy <mark.kennedy@westrock.com>    8/9/2024    11:34 AM**

Ok I'm traveling today and will call when I get a free moment.

**Phil Giddens <phil.giddens@westrock.com>    8/9/2024    11:34 AM**

Thanks.

WESTROCK 000578
CONFIDENTIAL

**Phil Giddens <phil.giddens@westrock.com>**    8/9/2024    11:40 AM

Shane just texted. He slept through several alarms again and will be heading in soon. Based on his travel time he'll be in by 8:15 so about 75 minutes late again.

WESTROCK 000579
CONFIDENTIAL

**Mark Kennedy <mark.kennedy@westrock.com>    8/9/2024    1:04 PM**

Ok. His leave is not scheduled to begin until 8/21. He has not supplied documentation for his leave per Sedgwick. Any absences he has now are not excused. If he is at 10 or more points let me know and I'll check into termination. His pending FMLA claim could complicate this but I'll check into it.

**Phil Giddens <phil.giddens@westrock.com>    8/9/2024    5:30 PM**

He is above 10 points at this point. Let me know how to move forward.

**Mark Kennedy <mark.kennedy@westrock.com>    8/9/2024    7:09 PM**

Ok, I'll need to review this with our attorney due to the FMLA issue. I'll let you know the outcome.

WESTROCK 000580
CONFIDENTIAL