Termination Review
WestRock Fiber Supply

Date: August 22. 2024

Name: Shane King

EE ID: 314731

Job Title: Forklift Operator Senior

Hire Date: 5/16/28

BU/Location: 3143/Indianapolis

Manager: Phillip Giddens

**Employment History**

| Type | Level | Date |
|---|---|---|
| Forklift Operator | | 08/20/2018 |
| Forklift Operator | Senior | 11/15/2021 |
| | | |
| | | |

**Documents & Exhibits**

Appendix A: Attendance written warning dated 11/13/23
Appendix B: Attendance final written warning dated 12/12/23
Appendix C:

**Policy Under Considerations**

WestRock Attendance Policy dated 1/1/2023 and implemented 6/1/2023

**Witnesses & Other Involved Parties**

**Due Diligence**

- Is there any current or pending leave (FMLA)?    no
- Is there an ADA Accommodation in effect?    no
- Has the employee voiced a recent complaint regarding a protected activity?    no
- Has there been an interactive process with the employee?   yes
- Has there been a workers compensation case or work injury in the recent past?   no
- Has legal and/or labor be consulted as appropriate?    Legal, yes
- Have grounds for termination been reviewed under a union contract if applicable?    n/a
- Is all documentation in place and review completed?    yes
- Is the decision to terminate employment consistent with past practice?    yes

Created 9/6/2023.

## Recommendation/Reason for Termination

Employee has accrued 15.5 points over the past rolling twelve months as the follows for infractions of the attendance policy:

**Late to work**

10/31/23

11/2/23

11/9/23

1/5/24

1/24/24

2/13/24

2/17/24

3/5/24

4/4/24

4/19/24

8/8/24

8/9/24

**Unexcused Absences**

12/11/23

12/12/23

3/14/24

7/2/24*

- Employee arrived at work without his required safety boots. When asked to return home and retrieve the required PPE and return to work employee stated that "if he was required to go back home he would not return", which he did not, resulting in an unexcused absence. This incident/conversation was witnessed by Operations Manager, Christopher Pflum.

Created 9/6/2023.

WESTROCK 000035
CONFIDENTIAL

Due to the continued performance deficiencies and failure to successfully meet the expectations of the WestRock Attendance Policy issued on January 1, 2023, EMPLOYEE is recommended for termination of employment effective 8/22/24.

Created 9/6/2023.

WESTROCK 000036
CONFIDENTIAL