**StewartRichardson**

DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF INDIANA
 2                       INDIANAPOLIS DIVISION

 3

 4
      SHANE KING,                      )
 5                                     )
                   Plaintiff,          )
 6                                     )
                  -v-                  ) CASE NO.
 7                                     ) 1:24-cv-01565
      SMURFIT WESTROCK PLC, ET         )
 8    AL.,                             )
                                       )
 9                 Defendants.         )

10

11

12          The deposition upon oral examination of

13    SHANE S. KING, a witness produced and sworn before me,

14    Elizabeth T. Lindner, RPR, Notary Public in and for

15    the County of Marion, State of Indiana, taken on

16    behalf of the Defendants at the offices of Dinsmore &

17    Shohl, One Indiana Square, Suite 1800, Indianapolis,

18    Indiana, on January 27, 2025, commencing at 9:18 a.m.,

19    and pursuant to all applicable rules.

20

21

22

23

24              STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
25                     (800)869-0873
```

```
 1                          APPEARANCES

 2   FOR THE PLAINTIFF:

 3        Andrew Stautz, Esq.
          STAUTZ LAW
 4        735 Shelby Street
          Suite 58
 5        Indianapolis, IN   46203
          andy@stautzlaw.com
 6

 7   FOR THE DEFENDANTS:

 8        Michael "Misha" Rabinowitch, Esq.
          DINSMORE & SHOHL, LLP
 9        One Indiana Square
          Suite 1800
10        Indianapolis, IN   46204
          misha.rabinowitch@dinsmore.com
11
          Louise M. Griffin, Esq. (pro hac vice pending)
12        DINSMORE & SHOHL, LLP
          255 E. Fifth Street, Suite 1900
13        Cincinnati, Ohio 45202
          louise.griffin@dinsmore.com
14
          Chandra Davis, Esq.  (Via Zoom)
15        SMURFIT WESTROCK PLC
          1000 Abernathy Rd NE
16        Sandy Springs, GA   30328
          chandra.davis@westrock.com
17

18   ALSO PRESENT:   Phillip Giddens, Smurfit Westrock

19

20

21

22

23

24

25
```

1                        INDEX OF EXAMINATION

2                                                        PAGE

3    DIRECT EXAMINATION
          Questions By Mr. Rabinowitch:               4
4

5

6
                         INDEX OF EXHIBITS
7
     NUM.                DESCRIPTION                    PAGE
8
     Exhibit 1    Application for Employment at        6
9                 WestRock

10   Exhibit 2    Employee Counseling form signed      15
                  02-19-2019
11
     Exhibit 3    Employee Counseling form signed      17
12                11-13-2023

13   Exhibit 4    Attendance Policy                    26

14   Exhibit 5    Employee Counseling Form - Final     29
                  Written Warning
15
     Exhibit 6    Corrective Action Form dated         32
16                03-15-2024

17   Exhibit 7    Text Message                         40

18   Exhibit 8    Spreadsheet from Sedgwick            49

19   Exhibit 9    Email string re: S King LOA          50

20   Exhibit 10   Time Off Request Form                52

21   Exhibit 11   Complaint                            65

22   Exhibit 12   Plaintiff's Response to              74
                  Defendant's First Set of
23                Discovery Requests

24   Exhibit 13   Shane King Notes and Appointment     81
                  Card
25

```
1              THE REPORTER:  My name is Elizabeth Lindner,
2         an associate of Stewart Richardson & Associates,
3         located in Indianapolis, Indiana.  Today's date is
4         January 27, 2025.  The time is 9:18 a.m.  This
5         deposition is being held at the offices of
6         Dinsmore & Shohl, One Indiana Square, Suite 1800,
7         Indianapolis, Indiana.  The deponent's name is
8         Shane S. King.
9                         SHANE S. KING,
10   having been first duly sworn or affirmed to tell the
11   truth, the whole truth, and nothing but the truth,
12   was examined and testified as follows:
13   DIRECT EXAMINATION
14   BY MR. RABINOWITCH:
15   Q  Mr. King, please state your full name for the
16      record.
17   A  Shane King.
18   Q  What is your home address?
19   A  5903 Heathmore Drive, Indianapolis, Indiana 46237.
20   Q  How long have you lived at that address?
21   A  Four years.  Four full -- yeah, four full years.
22   Q  Who do you live there with?
23   A  Myself.
24   Q  Do you rent that --
25   A  Yeah.
```

```
 1   Q   -- location?  Yes?

 2   A   Yeah, I rent it.  Yeah.

 3   Q   Have you ever been deposed before?

 4   A   Never.

 5   Q   So first of all, my name is Misha Rabinowitch.  I'm

 6       the attorney representing the defendants in the

 7       case, Smurfit WestRock and Mr. Giddens.  I'll

 8       probably refer to Smurfit WestRock as WestRock just

 9       to shorten it.

10   A   Yeah.

11   Q   So I'm going to ask you questions about the lawsuit

12       that you filed.

13           If for some reason you don't understand a

14       question that I ask, please ask me to repeat it.

15   A   Okay.

16   Q   And another rule, you have to answer out loud.  You

17       can't shake your head.  You have to say yes or no

18       or whatever the answer is.

19   A   Yeah.

20   Q   And you understand you're under oath today?

21   A   Yes.

22   Q   Is there any reason or anything you can think of

23       that would prevent you from testifying truthfully

24       today?

25   A   No.
```

```
 1   Q   Are you married?
 2   A   No.
 3   Q   Have you ever been married?
 4   A   No.
 5   Q   Do you have any children?
 6   A   No.
 7   Q   What's the highest level of education that you've
 8       achieved?
 9   A   High school.
10   Q   Where did you graduate from high school?
11   A   Triton Central.
12   Q   What year?
13   A   2012.
14   Q   Have you had any education since you graduated from
15       Triton Central?
16   A   No, I didn't complete any education.
17   Q   Did you start?
18   A   Yeah, I started, like, right out of high school at
19       Ivy Tech for, like, one semester but I never went
20       back.
21           (Exhibit 1 marked.)
22   Q   Sir, I'm going to hand you what has been identified
23       by the court reporter as Exhibit 1 to your
24       deposition.
25           Can you identify that document.
```

```
 1  A  This is from -- this is when I got hired on from --
 2     I don't see -- I forget the name of the -- what's
 3     the -- Express Employment.  That's the temp agency
 4     I went to, but I don't see their --
 5  Q  I believe this is your employment application for
 6     when you --
 7  A  Went full-time?
 8  Q  -- went full-time --
 9  A  Gotcha.
10  Q  -- at WestRock.  I'd like to ask you some questions
11     about your employment history prior to going to
12     work for WestRock, which I understand to be you
13     went full-time at WestRock May 16 of 2018; does
14     that sound correct?
15  A  Yeah.
16  Q  Prior to going to work for WestRock full-time,
17     where did you work?
18  A  The job I had, it was Direct Shot.  It was a
19     warehouse in Franklin.
20  Q  And how long did you work there?  And to refresh
21     your recollection, page 3.
22  A  I want to say it was just a year, right around a
23     year I want to say.
24  Q  One thing we also have to be careful of is not
25     talking over each other, because she can't take
```

```
 1      down the both of us at the same time.
 2  A   Yeah.
 3  Q   So just if you'd let me finish my question and you
 4      can answer.
 5          So a little over a year?  On this document it
 6      indicates February 2017 to October 2017, so that
 7      would be a little bit less than a year.
 8  A   That's what it appears to be, yes.
 9  Q   What was your position there?
10  A   I drove a forklift.
11  Q   Why did you leave Direct Shot Distributing?
12  A   I don't remember.
13  Q   Were you disciplined for anything related to your
14      employment at --
15  A   No.
16  Q   -- Direct Shot Distributing?
17  A   No, I left.
18  Q   Were you ever given any notice of employment policy
19      violations for attendance while you worked at
20      Direct Shot Distributing?
21  A   No.
22  Q   And your supervisor there at Direct Shot
23      Distributing was Brent Siepman?  Do I have that
24      correct?
25  A   Yes, that is what it says here.
```

```
 1   Q   Prior to working for Direct Shot Distributing, who
 2       did you work for?
 3   A   Says that I worked for UPS before I worked there.
 4   Q   What was your position at UPS?
 5   A   I was a loader.
 6   Q   And how long did you work for UPS?
 7   A   From August 2016 to January of 2017.
 8   Q   Why did you leave UPS?
 9   A   I moved, and I was no longer close to working
10       there.
11   Q   Were you ever disciplined for any
12       employment-related issues while you worked at UPS?
13   A   Nope.
14   Q   Okay.  Prior to going to work for UPS, where did
15       you work?
16   A   I don't even remember.
17   Q   Well, if you turn to the two pages past that, does
18       that refresh your recollection?
19   A   Yep.  I worked at Guitar Center before I worked at
20       UPS.
21   Q   How long did you work at Guitar Center?
22   A   From September 2015 to July of 2016.
23   Q   What was your position?
24   A   Customer service representative.
25   Q   Why did you leave Guitar Center?
```

```
 1   A   I didn't like it.

 2   Q   What were your job responsibilities there?

 3   A   Answering the phone for online orders and customer

 4       service questions.

 5   Q   Were you ever disciplined for any

 6       employment-related violation, including attendance

 7       or tardiness while you worked at Guitar Center?

 8   A   No.

 9   Q   Before we get into the detail of my questioning on

10       your claims in the case, can you just, in your own

11       words, tell us why you brought the lawsuit against

12       WestRock and Mr. Giddens.

13   A   Because I had a surgery and I planned it out for

14       two months, did all the steps required to plan a

15       surgery.  I went through with the surgery, and then

16       was fired and -- I claimed to be fired two days

17       before this, but I was fired the day after.

18           I would have never got the surgery had I been

19       fired for attendance.  I wouldn't be in medical

20       debt.  I wouldn't be doing any of the -- like, I

21       would have just found a new job.  But I was denied

22       my health insurance benefits.  I'm being denied my

23       unemployment benefits.  So I thought this was the

24       correct action.

25   Q   Sir, you have some documents in front of you that I
```

```
 1      think you -- not the exhibit, but the other folder
 2      of papers.
 3  A   Yeah.
 4  Q   What is that?
 5  A   Oh, it's just, like, literally all of my medical
 6      stuff, just everything.
 7  Q   Did you produce that?
 8  A   Yeah, it's all been submitted.
 9          MR. STAUTZ:  Mr. Rabinowitch, we scanned every
10      document in there and produced it in our first
11      document production.
12  Q   Is there a reason why you brought that with you
13      today?
14  A   Just thought it would be useful today.
15          MR. STAUTZ:  I recommended he did just in
16      case.
17          MR. RABINOWITCH:  Okay.
18  Q   So getting back to your employment, based upon your
19      application, it looks like that after you left
20      Direct Shot Distributing, you went to work as a
21      temp at WestRock; is that right?
22  A   Yeah, I think that's what the paper says.
23  Q   And what was your position as a temp for WestRock?
24  A   I was a forklift driver.
25  Q   Did you have prior training to be a forklift
```

```
 1      operator?
 2   A  Through WestRock?
 3   Q  Anywhere.
 4   A  Yes, I was a forklift driver before I came to
 5      WestRock.
 6   Q  So that was at -- sorry.  That was at Direct Shot
 7      Distributing; right?
 8   A  Yes.
 9   Q  How did you go about applying for the temp position
10      at WestRock?
11   A  I don't remember.
12   Q  Do you remember who you spoke with about it?
13   A  Express Employment.  I don't know who it was.
14   Q  That was the temp agency?
15   A  Yes.
16   Q  Was there a particular shift that you applied to
17      work for?
18   A  I didn't specifically apply for one, but are you
19      referring to WestRock or Direct Shot?
20   Q  WestRock.
21   A  It was only first shift available.
22   Q  Okay.
23   A  Yeah, through Express.  They gave me three options,
24      like, three different companies I could work for.
25      They had a first shift available, so I chose
```

```
 1      WestRock.
 2  Q   What's the timing of the first shift at WestRock?
 3  A   7:00 a.m. to 4:00 p.m.
 4  Q   Did you always work first shift?
 5  A   Always, yeah.
 6  Q   7:00 a.m. to 4:00 p.m.  Was there a break in that
 7      time?
 8  A   Yeah, lunch.  You get two 15-minute breaks and then
 9      a 30-minute lunch.
10  Q   How many forklift operators would work on a given
11      shift at WestRock?
12  A   Eight?  I don't know the exact number.  To be
13      honest, I wouldn't be able -- I'd have to, like,
14      write it all down.  But it's around eight, I would
15      say.
16  Q   There were more than five?
17  A   Yeah.
18  Q   Less than ten, somewhere in that range.
19  A   Yeah.
20  Q   What were your responsibilities as a forklift
21      operator?
22  A   Load and unload material, count material, weigh
23      material, organize it within the warehouse, and
24      then fill out paperwork for each individual truck,
25      bill of ladings, things like that.
```

```
 1  Q  Was it your understanding when you went to work for
 2     WestRock that it was important for you to arrive at
 3     the time your shift started?
 4  A  Yeah.
 5  Q  And was it important for you to work until your
 6     shift ended?
 7  A  I would say so.
 8  Q  When you went to work -- let's take the temp
 9     period.  Who was your supervisor?
10  A  My direct supervisor would have been Mike Wyatt.
11  Q  Mike Wyatt?  Okay.
12  A  Yeah.
13  Q  How long was Mr. Wyatt your supervisor?
14  A  Pretty much until he stepped down.  Like this
15     was -- I mean, all the way up until -- I don't know
16     exactly when he became a truck driver after that,
17     but all the way up until then.
18  Q  And who did Mr. Wyatt report to; do you know?
19  A  It was Michelle Taylor at first when I first
20     started there.
21  Q  How long was it -- well, who took -- who -- did
22     someone take over for Ms. Taylor?
23  A  Yeah, Phil.  He took over eventually.  I don't know
24     exactly when that was, but she left and there was,
25     like, a small gap and then he took over.
```

```
 1  Q  So there's a period of time when you worked there
 2     that Michelle Taylor was the plant manager?
 3  A  Yeah, general manager, yep.
 4  Q  Did you have anyone that was reporting to you?
 5  A  No, I've never been above anybody, I would say.  I
 6     helped new people but I wasn't anyone's boss.
 7  Q  Do you know when Mr. Giddens took over for
 8     Ms. Taylor?
 9  A  I don't know exactly when it was.  I want to say it
10     was wintertime, but I really don't remember.
11  Q  Wintertime of what year?
12  A  I don't keep track of that.
13  Q  Okay.
14  A  Yeah.
15  Q  How long a period of time was Ms. Taylor the
16     general manager while you worked there?  I'm just
17     trying to get a general sense.
18  A  Yeah, I mean, you'd have to ask WestRock.  I don't
19     have any of that.
20  Q  Do you recall receiving verbal or written warnings
21     for your attendance during your employment at
22     WestRock?
23  A  I think so.
24         (Exhibit 2 marked.)
25  Q  So I'm going to hand you what we've marked as
```

| 1 | | Deposition Exhibit 2, ask you to review that |
|---|---|---|
| 2 | | document.  And when you're ready, I have some |
| 3 | | questions to ask. |
| 4 | A | Yeah, go ahead. |
| 5 | Q | This looks like an employee counseling form dated |
| 6 | | February 13 -- well, it's signed February 19, 2019, |
| 7 | | based upon the signatures at the bottom.  Do you |
| 8 | | see that? |
| 9 | A | Yeah. |
| 10 | Q | Is that your signature on the document? |
| 11 | A | Yeah, that's me. |
| 12 | Q | And it looks like Michelle Taylor, the manager's |
| 13 | | signature, is below that.  Is that -- |
| 14 | A | Yeah. |
| 15 | Q | -- your understanding?  Okay. |
| 16 | | And what was this counseling for? |
| 17 | A | It says I was 22 minutes late, and it says I was |
| 18 | | late a total of four times, it says here. |
| 19 | Q | It says verbal warning is checked at the top |
| 20 | | under -- |
| 21 | A | Okay, yeah. |
| 22 | Q | -- number 1, right? |
| 23 | A | That's a verbal warning, yeah. |
| 24 | Q | And then under box 3, it states, continued |
| 25 | | tardiness, 22 minutes late on January 8, 2019, |

```
 1        1 hour 37 minutes late on January 28, 2019, 1 hour
 2        38 minutes late on February 13, 2019, and two hours
 3        late on 2-19-19.
 4            Do you have any reason to dispute those dates
 5        and that --
 6   A    I mean, I signed it, but I don't really remember
 7        any of these dates at all.
 8   Q    Do you remember a conversation with Ms. Taylor
 9        regarding this document and your tardiness?
10   A    No, it's from 2019.
11   Q    You believe you discussed it with her?
12   A    I mean, I signed it.  I was there.  I was in the
13        room, but I don't remember any conversation.
14   Q    Were you having trouble getting to work on time at
15        this point?
16   A    I don't even remember why any of this was -- I
17        don't -- I mean, like I said, I signed it, but I
18        don't remember why I was late.
19   Q    Do you remember anything Ms. Taylor said to you
20        about this discipline?
21   A    No, not really.
22   Q    But you did understand that being at work for your
23        shift on time was important?
24   A    Yeah, I would say so.
25            (Exhibit 3 marked.)
```

```
 1   Q   Sir, I've handed you what the court reporter has
 2       marked as Exhibit 3.  Ask for you to identify that
 3       document.
 4           (Witness reviews document.)
 5           Can you identify it?
 6   A   It is an employee counseling.
 7   Q   Does your signature appear on the document?
 8   A   Yes.
 9   Q   And it's dated November 13 -- signatures are dated
10       November 13, 2023?
11   A   Yeah, that's the date on here.
12   Q   And what is this employee counseling form for?
13   A   It is for -- it doesn't say what it's for.  I mean,
14       it says I have attendance points, but there's no --
15       it doesn't say what it's for anywhere.
16   Q   Let me direct your attention to the third section
17       which is on the front page under violation of
18       performance issue resulting in counseling.
19           And in the box it states, Per the WestRock
20       Attendance Policy dated 1-1-2023 and implemented
21       6-1-2023, employee has accumulated 6.5 attendance
22       points at this time.  Employee called in sick on
23       6-7 and again on 9-29.  Employee arrived late on
24       7-10-2023, 7-18-2023, 7-26-2023, 8-23-2023,
25       10-3-2023, and 10-9-2023 for a total of 3.5 points.
```

```
 1      Employee left prior to the end of their shift on
 2      6-30-23 and again on 10-30-2023 for an additional
 3      1 point or a total of 6.5 points as of this date.
 4           Was that your understanding?  Were you in
 5      agreement that you had 6.5 points as of that date
 6      based upon the dates that are stated in the
 7      document here?
 8   A  I wouldn't say I agree, but I signed it.
 9   Q  Do you have any reason to dispute that you were
10      late on those days?
11   A  Right now I have no reason to dispute that.
12   Q  Did you speak with Mr. Giddens when this was
13      provided to you?
14   A  I don't remember.  Someone signed it here, PL.
15   Q  At this point, so Mr. Giddens was your manager as
16      of November 2023; right?
17   A  I don't know.
18   Q  Well, he signed the document.
19   A  Did he sign the document?
20   Q  My understanding is his signature is on this
21      document.
22   A  I don't understand that, so if that's what you're
23      telling me.
24   Q  You don't know?
25   A  I don't know that.
```

1   Q   You don't know that?

2   A   You're telling me that.

3   Q   Were you having some trouble getting to work on

4       time this period of time?

5   A   I wouldn't say that, no.

6   Q   No?  Looks like you arrived late on one, two,

7       three, four, five, six times within a three-month

8       period.

9   A   That's what it says.

10  Q   You don't think that's having trouble getting to

11      work on time?

12  A   I'm not sure.  I don't know.  I don't even know if

13      I was late on these days.

14  Q   You were late here for the deposition today; right?

15  A   Yes.

16  Q   Well, why were you late for your deposition today?

17  A   I was just trying to find a place to park.  I'm not

18      getting paid to be here, though so . . .

19  Q   Under Section 4, direct your attention to

20      Section 4.

21  A   Uh-huh.

22  Q   It says "Please review the company attendance

23      policy (attached) and plan your days to ensure that

24      you arrive at work on time and do not leave prior

25      to the end of your scheduled shift."

| | | |
|---|---|---|
| 1 | | Do you see that? |
| 2 | A | What was that?  I'm sorry, No. 4? |
| 3 | Q | Yeah. |
| 4 | A | Please review the attendance policy.  Okay. |
| 5 | Q | Did you review the attendance policy? |
| 6 | A | When? |
| 7 | Q | When it instructed you here in November 2023 to do |
| 8 | | so? |
| 9 | A | Maybe.  I don't remember. |
| 10 | Q | Did you observe a difference in how Mr. Giddens |
| 11 | | enforced the attendance policy at WestRock versus |
| 12 | | how Ms. Taylor enforced the attendance policy at |
| 13 | | WestRock? |
| 14 | A | Yes. |
| 15 | Q | And what was that difference? |
| 16 | A | Well, it was kind of at a discretionary basis.  It |
| 17 | | was -- points were being removed from certain |
| 18 | | people.  There's a grace period.  Who knows what |
| 19 | | the grace period is?  If there's a grace period, |
| 20 | | it's not in the policy.  So I don't know.  Like, I |
| 21 | | know that if you were late, with Michelle, you were |
| 22 | | late, and that was it.  There was no grace period |
| 23 | | or anything like that.  It was just, it was what it |
| 24 | | was. |
| 25 | Q | Okay.  We need to break this down a little bit -- |

1    A   Yeah.

2    Q   -- because I got a little confused.

3    A   Yeah, sorry.

4    Q   So the grace period --

5    A   Is not in the policy.

6    Q   -- enforcement, were you talking about Mr. Giddens

7        or Ms. Taylor?

8    A   Yeah, Mr. Giddens.

9    Q   And help me understand what you mean by grace

10       period.

11   A   Well, I don't fully understand it is the thing.  I

12       don't.  That's the thing.  It's been brought up

13       multiple times, and then it was removed apparently.

14   Q   Are you describing something that was in writing?

15   A   No.

16   Q   Just how Mr. Giddens enforced the policy?

17   A   Yes.

18   Q   And do you feel that you were treated differently

19       than anybody else?

20   A   Yes.

21   Q   Who were you treated differently than?

22   A   I do feel like I was -- this was held, like -- I

23       didn't get, like -- I don't even know what I'm

24       trying to say.  I'll just say, yes.  The answer, I

25       will say yes.

```
 1   Q   Please identify anyone that you believe was treated
 2       differently than you by Mr. Giddens.
 3   A   Let's say Mike Hamilton, Terry Hammock.  I'll let
 4       you write, sorry.  Let's see, one of the drivers, I
 5       don't know his last name, John.  I'm trying to
 6       think of who else.  I'm trying to remember people's
 7       names here.  Terry Miller, I'd say.  Maybe not Tai.
 8           Yeah, that's all I can think of at this point.
 9   Q   If you think of any others, please --
10   A   Yeah, sorry.  That's all I can think of right now.
11   Q   Are these all forklift drivers?
12   A   Yeah, Terry Hammock kind of drives a loader, too,
13       but he is certified on the forklift too, at least
14       when I worked there.
15   Q   Let's start with Mike Hamilton.  How do you believe
16       he was treated differently?
17   A   I mean, he could basically do whatever.  There was
18       no repercussions for his actions.  He could cuss
19       people out.  He could leave when he wanted to.  He
20       could basically do whatever he wanted to, and there
21       was no repercussions.  Not that I want to get him
22       in trouble or anything like that, but, yeah, if
23       you're asking if there was a difference, I would
24       say yes.
25   Q   Do you have any knowledge of his attendance record?
```

| 1 | A | No, not at all. |
| 2 | Q | Terry Hammock, I believe, is the next one.  How do |
| 3 | | you believe he was treated differently? |
| 4 | A | Same thing.  I mean, it's just kind of just he can |
| 5 | | leave when he wants.  He's not getting pointed for |
| 6 | | every single thing, for attendance points.  Sorry. |
| 7 | | I was being vague.  But, yeah. |
| 8 | Q | Let me ask you this, do you clock in and clock out? |
| 9 | A | Yeah, it's like an employee ID number. |
| 10 | Q | Okay.  So when you arrive for your shift, you clock |
| 11 | | in? |
| 12 | A | Yeah, you punch your number. |
| 13 | Q | And it shows the time that you arrive? |
| 14 | A | Yes. |
| 15 | Q | So if Mr. Hamilton, for example -- |
| 16 | A | Yeah. |
| 17 | Q | -- was late, his time records would indicate that? |
| 18 | A | Yeah, I'm sure if you could go in and see, like, |
| 19 | | any HR alterations, yeah, I'm sure if he showed up |
| 20 | | late or left early it was removed.  It wasn't |
| 21 | | pointed on him.  Yeah. |
| 22 | Q | What's the basis of your statement in that regard? |
| 23 | A | Well, one time he clocked out and he had zero |
| 24 | | points, and he has been late or left early before, |
| 25 | | but he had literally zero points.  He showed me. |

```
 1   Q   How do you know he had zero points?
 2   A   Because you can show.  Like, you type in your
 3       employee ID, and it's like self-service or
 4       something like that, and you can see your
 5       attendance points, and he had zero points.
 6           And I was, like, how do you have literally
 7       zero points?  And he had zero.  So it's like he can
 8       leave or whatever he needs to do, but he's not
 9       getting pointed for it.  That would be, like,
10       immunity, basically.
11   Q   Did you speak with Mr. Giddens about this issue?
12   A   No.
13   Q   Let's go to John, and you didn't remember his last
14       name.  I think you identified him as a driver.
15   A   Yeah, I didn't know him very closely, no.
16   Q   How do you believe he was treated differently?
17   A   He was pretty new, and he had a disability claim
18       and it was perfectly fine.  They even let him come
19       in and sit in the office so that there was no
20       injury claim basically, like personal injury claim.
21       So they let him work in the office, sit in the
22       office, and get paid full pay, but when I try to
23       have a short-term disability claim, I get fired.
24   Q   Do you know what his attendance record was?
25   A   No.
```

```
 1   Q   Do you have any reason to believe he had points,

 2       attendance points that exceeded the requisite

 3       number in the policy?

 4   A   I wouldn't be able to -- I have no idea.  I mean,

 5       maybe not because he was newer, so I would -- I

 6       mean, that would be one thing leaning towards no,

 7       but I really don't know.

 8   Q   Okay.  Terry Miller.

 9   A   Yes.

10   Q   How do you believe he was treated differently?

11   A   I mean, same thing.  I mean, it's just kind of

12       not -- I don't know.  Honestly, I can -- it's all

13       the similar thing.  It's just if Shane does

14       something, we're going to make it a big deal, and

15       then everyone else is kind of just like, oh, you

16       were a couple minutes late.  It's no big deal.

17       Like, we'll take it off there.

18   Q   Did Mr. Giddens ever give you grace?

19   A   Not that I know of.

20   Q   Never?

21   A   If he did, it was -- yeah, if he did, thank you,

22       but I don't know that has ever happened for me, no.

23   Q   You don't know?

24   A   No.

25               (Exhibit 4 marked.)
```

```
 1   Q   Mr. King, did you have a relationship with
 2       Ms. Taylor beyond a working relationship?
 3   A   Yeah.
 4           MR. STAUTZ:  You can answer.
 5   A   Okay.  Yeah, yeah, yeah.  Yeah, I did.
 6   Q   Describe that.
 7   A   I'm not going to describe my personal
 8       relationships.
 9   Q   I think it's relevant to the case, so I'd ask that
10       you describe your relationship.
11   A   How is it relevant?
12   Q   I just ask the questions.  He can object if he
13       wants, but I think you need to answer the question.
14   A   I can object?
15   Q   No.
16           MR. STAUTZ:  No.
17   Q   Your lawyer can.
18   A   Yeah, I had a personal relationship.  We hung out,
19       went to dinners, and things like that, I mean.
20   Q   Would you call it a romantic relationship?
21   A   You could call it romantic, yeah.
22   Q   How long did that last?
23   A   Oh, I don't really remember exactly how long.
24       Yeah, I don't remember.
25   Q   More than six months?
```

| | | |
|---|---|---|
| 1 | A | I would say, yeah, I mean, six months to a year, |
| 2 | | somewhere in that time frame, I would say. |
| 3 | Q | Do you know why Ms. Taylor left WestRock? |
| 4 | A | No, I don't know exactly why she left. |
| 5 | Q | Mr. King, I put in front of you what's been marked |
| 6 | | as Deposition Exhibit 4.  Do you recognize this |
| 7 | | document? |
| 8 | A | Recognize it?  No.  It's the attendance policy it |
| 9 | | looks like. |
| 10 | | Yeah, attendance policy. |
| 11 | Q | Was this shared with you while you were employed by |
| 12 | | WestRock? |
| 13 | A | Yeah, I'm sure.  Normally when they have, like, an |
| 14 | | update on one of these things, they'll, like, put |
| 15 | | it in the morning meeting and we'll, like, sign a |
| 16 | | piece of paper or something. |
| 17 | Q | And this one is dated 1-1-2023 which is while you |
| 18 | | were employed at WestRock; right? |
| 19 | A | Yes. |
| 20 | Q | If you go to page 3, the first sentence in the |
| 21 | | introduction says, consistent and reliable |
| 22 | | attendance is an important part of each team |
| 23 | | member's job, and the expectations are that every |
| 24 | | team member will report to work every scheduled day |
| 25 | | on time and for their full shift. |

```
 1            Was that your understanding of WestRock's
 2       policy at the time you were employed there?
 3   A   Yeah.
 4   Q   And then further down that page, there's a section
 5       on the point accumulation process.
 6   A   Yeah.
 7   Q   Right?
 8   A   Yes.
 9   Q   And then in the last page, there's a schedule of
10       the point system and the different discipline that
11       will be administered if those points are
12       accumulated.  Do you see that?
13   A   You said it's on the last page?
14   Q   Yeah, page 6.
15   A   Yeah, disciplinary action schedule.
16   Q   And do you agree with me that if an employee
17       accumulates ten points, they would be subject to
18       termination?
19   A   Yeah, it says --
20   Q   And I'm looking at the 8- and 10-hour shift
21       section.
22   A   Yes.  Yeah, it says 10 points would be termination.
23            (Exhibit 5 marked.)
24   Q   Sir, I've handed you what we've marked as
25       Deposition Exhibit 5.  Please review that document.
```

```
 1      And when you're ready, tell us what it is.
 2  A   This is an employee counseling.  This is a written
 3      final warning -- final written warning.
 4  Q   Under Section 1 -- well, does your signature appear
 5      on this document?
 6  A   Yeah, that looks like my signature.
 7  Q   And so it was provided to you while you were
 8      employed?
 9  A   This paper, yeah, I signed it.
10  Q   Under Section 1, counseling level, there's a box.
11      The first X is second written or final warning.
12      And then the next box is suspension.
13          Were you suspended as a result of this
14      counseling form?
15  A   Yeah, it looks like I came back on 12-18 of '23.
16      Sorry.
17  Q   Okay.  At that point you had accumulated 8.5
18      points; is that right?
19  A   That's what it says, yeah.
20  Q   And it includes all the dates that you were tardy;
21      right?
22  A   Yeah, it looks like it's -- yeah.
23  Q   At least that's all the dates that you had been
24      identified as being tardy; right?
25  A   Yeah, they got them down here.  Yes.
```

```
 1 | Q  So I think what you're doing, just so the record is
 2 |    clear, you're comparing Exhibit 3 to Exhibit 5?
 3 | A  Yeah, sorry, I was just kind of --
 4 | Q  That's okay.
 5 | A  -- looking to see the dates, yeah.
 6 | Q  Could there have been other dates that you were
 7 |    tardy but weren't written down?
 8 | A  I wouldn't be able to tell you.  Maybe.  I don't
 9 |    know, though.
10 | Q  Did you have a conversation with Mr. Giddens about
11 |    this situation that gave rise to the final written
12 |    warning and suspension?
13 | A  I'm sure we had a conversation that day since I
14 |    signed it.
15 | Q  What did you discuss?
16 | A  I wouldn't be able -- I don't know.  I don't
17 |    remember.
18 | Q  Let's see, under Section 6, which is the bottom of
19 |    the first page, action taken, this states, I,
20 |    meaning you, desire to continue my employment with
21 |    WestRock, and I reaffirm my commitment to meeting
22 |    company attendance standards.  I understand that
23 |    failure to meet this commitment through immediate
24 |    and sustained performance may lead to further
25 |    disciplinary action, up to and including
```

```
 1      termination.
 2           Was that your understanding when you signed
 3      this document?
 4   A  Yeah.
 5   Q  Did Mr. Gibbens speak to you about any other
 6      performance issues that you were having besides
 7      attendance?
 8   A  I don't remember.
 9   Q  Could he have?
10   A  Could he have?
11   Q  Yeah.
12   A  I'm sure he could have.
13           (Exhibit 6 marked.)
14   Q  Sir, handing you what's been identified as
15      deposition Exhibit 6.  Please review that document,
16      and when you're ready, tell us what that is.
17   A  This is a corrective action form.
18   Q  What's the date of it?
19   A  The date on this is March 15 of 2024.
20   Q  Does your signature appear on the document?
21   A  Yeah, I don't remember signing this, but it looks
22      like my signature.
23   Q  There on page 2, that's your signature?
24   A  I mean, I'm not trying to accuse people of forging,
25      but I don't remember signing this piece -- I've
```

```
 1        never seen this paper in my life.
 2   Q   Does that look like your signature?
 3   A   Yeah, I mean, it's similar.  It's kind of meshed
 4        together with the one below it, but I don't really
 5        remember this paper at all.
 6   Q   Do you recall receiving --
 7   A   No.
 8   Q   -- a final warning --
 9   A   Sorry.
10   Q   -- in March?
11   A   No, I don't remember this at all.  I'm sorry.
12        Like, I'm not trying to call your paper fake, but,
13        like, I've never seen this paper in my life.
14   Q   Under -- well, first, under warning level --
15   A   Okay.
16   Q   -- the final warning box is checked; right?
17   A   Yeah, right here.
18   Q   And you had previously already received a final
19        warning, but here you're getting another final
20        warning.
21   A   That's what it looks like, but I just don't -- I've
22        never seen this in my life.  Like, I think this
23        is -- I don't know what you would call it.
24   Q   The next box is corrective action, reason is
25        attendance.  Do you see that?
```

1  A  Yes, on 3.

2  Q  Under that corrective action history, employee

3     received verbal warning on 8-23-23 regarding

4     attendance and a written warning on 11-9-23 after

5     accumulating 8 1/2 points.  That, I believe, is

6     consistent with the previous corrective action

7     forms that we reviewed.

8         Do you have any reason to dispute that?

9  A  It says we have one on 8-23, a verbal warning, and

10    then a written warning on 11-9.  Yeah, I don't --

11    this written warning says 11-13.  I don't know what

12    to say to that.

13 Q  At this point you've reached 13 points, at least

14    according to this document.

15 A  Yeah, according to this document that's what that

16    says, yeah.

17 Q  So you don't have any recollection of being

18    notified that you accumulated 13 points --

19 A  No.

20 Q  -- in March of 2024?

21 A  Never.

22 Q  The threshold for termination under the policy that

23    we reviewed previously was 10 points.  Do you

24    recall that?

25 A  Yeah, I do recall that.

```
 1   Q   So if you had been given a final written warning
 2       here in March 15, 2024, and you'd reached
 3       13 points, then Mr. Giddens had given you some
 4       grace, it appears to me.
 5           Do you have any reason to dispute that?
 6   A   If this were to be a real document, it would appear
 7       that way, yeah.
 8   Q   On the second page, if you'd turn to the second
 9       page, in the box it says, 13 points total as of
10       3-14-24.  Employee is receiving a final warning for
11       attendance beyond ten attendance points due to
12       delay in delivering the final warning prior to the
13       tenth accrued point.
14           Do you recall that situation at all?
15   A   No.
16   Q   But effectively he's explaining why he didn't
17       decide to terminate you after the -- based upon
18       having 13 1/2 points; is that right?
19   A   What is -- I'm sorry.  Can you repeat that.
20   Q   Yeah, I didn't ask that very well.  I believe
21       Mr. Giddens is explaining to you why you're getting
22       another final warning beyond ten attendance points,
23       and that was because there was a delay in
24       delivering the final warning prior to the tenth
25       accrued point.
```

```
 1           Do you have any reason to dispute that's why
 2      Mr. Giddens did this?
 3   A  I have no comment on that, like, sorry.  I don't
 4      know what to say to that.
 5   Q  Do you recall a conversation with Mr. Giddens
 6      regarding this situation in March?
 7   A  Being at 13 points?
 8   Q  Yeah.
 9   A  No.
10   Q  You don't recall it?
11   A  I don't think this is a real document.  I think
12      they forged my signature on there.  Like, I've
13      never seen this in my entire life.
14   Q  What leads you to believe your signature was
15      forged?
16   A  I mean, it doesn't -- I mean, it's meshed in with
17      this second signature below it, and I've never seen
18      this, and I don't remember ever being told I was at
19      13 points.  So there's, like, three things that --
20      also, what would a positive delay to not tell me I
21      was at ten points -- I guess I'm not asking
22      questions.
23   Q  Yeah, you're not.
24   A  I'm sorry.
25   Q  Were you able to track your own points?
```

1  A  You can check it if you go on, like, the punch

2     clock or the time clock.  You can type in your

3     employee ID number.

4  Q  And how often would you check your points

5     situation?

6  A  It was mostly when someone else would -- you know

7     at the end of the day when you're about to leave or

8     whatever you just type your number in and you just

9     check it.  I would -- not very often.

10 Q  Okay.

11 A  Yeah.

12 Q  But --

13 A  I had checked it before.

14 Q  You had checked it before?

15 A  Yeah.

16 Q  So you were at least permitted the opportunity to

17    know where you stood from a points standing?

18 A  Yeah.

19 Q  Under description of infraction on the -- back to

20    the first page on this document --

21 A  Yeah.

22 Q  -- there's dates -- I'm just going to count them

23    listed here, one, two, three, four, five, six,

24    seven, eight, nine, ten, eleven, twelve, thirteen,

25    fourteen dates between July of 2023 and March of

```
 1      2024 when you've been identified as having violated
 2      the attendance policy.
 3          Do you have any reason to dispute that on
 4      those dates you violated the attendance policy?
 5   A  Yeah, no, I'm not going to dispute anything on this
 6      paper, no.
 7   Q  And then under that, employee left work prior to
 8      end of shift, and there are two dates.
 9          You don't have any reason to dispute that that
10      occurred?
11   A  Yeah, I'm not going to dispute anything on this
12      paper.
13   Q  Okay.
14          MR. RABINOWITCH:  I think let's take a couple
15      minutes.
16          MR. STAUTZ:  Yeah, I was about to say
17      something like that.  Sure.
18          MR. RABINOWITCH:  Yeah.
19          (A brief recess was taken.)
20   BY MR. RABINOWITCH:
21   Q  Going back to Exhibit 6 for just a minute.
22   A  Yeah.
23   Q  This is the document you said you'd never seen
24      before.  Do you have any facts to dispute that this
25      is Mr. Giddens' signature on the document?
```

```
 1  A  No, I don't know his signature.
 2  Q  So you don't have any facts to dispute that that's
 3     his signature on this document?
 4  A  No.  No, I don't.
 5  Q  Is there anything you dispute as to the accuracy of
 6     this document?
 7  A  I don't have any -- I don't have anything -- like,
 8     I don't have records of attendance policies, so I
 9     don't have anything.
10  Q  If you didn't agree with what is stated in the
11     document, what could you have done?
12  A  In terms of -- what could I have done -- I'm sorry.
13  Q  Well, could you have refused to sign it?
14  A  Yeah, I've refused to sign things before in the
15     past.
16  Q  And were you permitted to do that?
17  A  Yeah.  Yeah.  I can not sign if I don't want to.
18  Q  And did you, in those instances, did you write
19     anything on the document?
20  A  No.
21  Q  You just said I'm not signing it?
22  A  Yeah.
23  Q  So you knew that was --
24  A  An option.
25  Q  -- an option?
```

```
 1   A   Yes.  Sorry.  I didn't mean to cut you off.

 2   Q   That's all right.

 3           But you did say, I believe, that anytime you

 4       clocked in or out, you're able to see how many

 5       points you have?

 6   A   Yeah, it won't tell you when you clock out, but you

 7       can go in and it's a different option on the

 8       screen, but you can do that.

 9   Q   Okay.

10           (Exhibit 7 marked.) yes

11           Mr. King, I've handed you a document that

12       we've marked as Exhibit 7.

13   A   Yes.

14   Q   What is that document?

15   A   It looks like a text message between me and Chris.

16   Q   Who is Chris?

17   A   He was the operations manager at the time that I

18       left.

19   Q   Was he who you reported to directly?

20   A   Yeah, he was -- yeah, he kind of ran the morning

21       meetings and stuff like that.

22   Q   And what's the date of these text messages?

23   A   This is August 9 of 2024.

24   Q   Do --

25   A   Oh, August 8.  These are separate texts put --
```

```
 1        okay, cool.
 2   Q   So the bottom one is August 8, 2024; right?
 3   A   Yeah, they're just, like, reversed, yeah.
 4   Q   And the first one is from you to Chris and it says,
 5        "I literally just woke up.  No alarm going off.
 6        I'm so sorry."
 7             Did you send that text?
 8   A   Yeah, that's me.  That's my picture right there.
 9   Q   And then you sent a second one, it's not date
10        stamped, but it says, "On my way now."
11             Did you send that text?
12   A   Yeah.
13   Q   So were you late to work that day?
14   A   Yeah, these are separate days.  These are two days
15        in a row.
16   Q   Right.
17   A   Yeah.
18   Q   So on August 8, though, do you recall how late you
19        were that day?
20   A   August 8, no, there's no time on here, so I
21        wouldn't even be able to give you a guess.
22   Q   Were you permitted to be a few minutes late and not
23        be charged points?
24   A   Was I?
25   Q   Yeah.
```

```
 1   A   I don't think I was, no.
 2   Q   You don't recall a policy -- or not a policy, but
 3       a -- Mr. Giddens permitting you to arrive at least
 4       by 7:07 without receiving discipline?
 5   A   That's what I'm saying, I had mentioned something
 6       earlier about a grace period, but I don't know if
 7       it's being applied always, if it's sometimes being
 8       applied.  Like, it's not on paper like we said
 9       earlier, so I don't.
10   Q   But the clocking records would -- if you arrived at
11       work at 7:04, say, they would show?
12   A   It would show 7:04.
13   Q   Yeah, or at 7:10, it would show 7:10?
14   A   Yeah, or even further down, yeah.
15   Q   So you don't dispute that you were late to work on
16       August 8, 2024; right?
17   A   August 8?  I mean, this doesn't show that I was
18       late.  I would assume by just how I'm typing that,
19       yeah, I was late that day.  But, I mean, like I
20       said, there's no time.  I don't know.
21           Like, I literally just woke, that could have
22       been at 6:50.  It could have been at 7:50.  I don't
23       know exactly when I woke up and sent that text.
24   Q   Then the next text on this page is one dated
25       August 9, 2024.
```

1  A  Yeah.

2  Q  Do you recall sending that text?

3  A  I don't recall, but that is me right there.

4  Q  And you're pointing to the picture?

5  A  Yeah, sorry.

6  Q  Profile picture?

7  A  That's my profile picture on iMessage.

8  Q  The text says it's from you to Chris; right?

9  A  Well, the way it seems is I might have sent this to

10    Phil and him because this is a third person that

11    has Shane and Chris saved in their phone.  So I

12    would assume this is a screenshot from Phil's

13    phone.  So I sent this to probably Chris and Phil.

14  Q  And it says, "I think something is wrong with my

15    phone or something.  All 3 alarms were still on

16    snooze with no sound and I'm not in arm's reach to

17    shut them off."

18  A  Yes.

19  Q  "I just woke up again.  But even then the wall

20    alarm didn't wake me up either.  I'm not sure

21    what's going on with me.  Brushing teeth and then

22    on my way."

23  A  Yep.

24  Q  Do you recall sending that text?

25  A  I don't recall, but I'm not going to dispute it.

```
 1       That looks like, yeah, I woke up late and I was
 2       letting them know I was on my way.
 3   Q   So at this point, two days in a row, you overslept
 4       and were late to work?
 5   A   That's what it looks like, yes.  I mean, there's no
 6       times on here.  I mean, this thing, does this show
 7       that I was late on these days?  No, I don't see
 8       anything.
 9   Q   Mr. King?
10   A   Yeah.
11   Q   The printout doesn't show the time.
12   A   Yeah, because this was at this date (indicating) or
13       whatever.
14   Q   Yeah, that was earlier.
15   A   Yeah.
16   Q   Right, the previous morning.
17           But I wanted to show you on Ms. Griffin's
18       computer the version of these texts that are time
19       stamped.
20   A   So, yeah, so this one would be . . .
21   Q   So go to the 8-8 text.
22   A   Yes.
23   Q   What's the time stamp on that?
24   A   7:25.  So I woke up at 7:25.
25   Q   A.m.?
```

```
 1  A   A.m.
 2  Q   Then let's look at the August 9 one.
 3  A   Yeah.
 4  Q   And I just want to identify what time the record
 5      shows, and we could substitute.
 6          MR. STAUTZ:  I was going to say, Counsel, can
 7      we --
 8          MS. GRIFFIN:  We can -- yeah, they're Bates
 9      numbered on --
10          MR. STAUTZ:  -- substitute production.
11          MS. GRIFFIN:  Right.  Yeah, it's all in the
12      Bates that we've produced to you.
13          MR. STAUTZ:  Okay.
14          MR. RABINOWITCH:  But we can substitute.
15          MS. GRIFFIN:  And we can substitute.
16  A   Sorry.  And that's at 7:34, yeah.
17  Q   So the August 9, 2024, text that you sent to
18      Shane -- I'm sorry, to Chris and, you think,
19      Mr. Giddens --
20  A   Yeah.
21  Q   -- was, I'm sorry, at what time?  7:34 a.m.?
22  A   Yeah.
23  Q   Did you have a conversation with -- I'm sorry,
24      what's Chris' last name?
25  A   I don't remember.  He was kind of newer so I
```

```
 1        didn't -- yeah.
 2   Q    Did you have a conversation with Chris regarding
 3        these tardies?
 4   A    I don't remember.
 5   Q    Did you have a conversation with Mr. Giddens
 6        regarding those tardies?
 7   A    I don't remember, unless there was, like, a written
 8        warning or something.  I don't know that we had a
 9        conversation about it.  I don't know.  I don't
10        remember.
11   Q    So you don't recall having a conversation with
12        Mr. Giddens about your tardy on August 9?
13   A    No.
14   Q    I'm sorry that was a double negative.
15            Do you recall a conversation with Mr. Giddens
16        regarding your tardy on August 9?
17   A    No, I don't recall a conversation.  Sorry.
18   Q    When do you first recall the conversation occurred
19        regarding your termination?
20   A    Like, when I was terminated?
21   Q    Yeah.
22   A    It was the day after my surgery.  It would have
23        been August 22 of 2024.
24   Q    So you don't -- do you recall any conversation with
25        Mr. Giddens or anyone else regarding your
```

| | | |
|---|---|---|
| 1 | | attendance situation or termination between |
| 2 | | August 9 and August 22? |
| 3 | A | No.  Yeah, because this was right before surgery. |
| 4 | | I just now realized that.  No, there was -- I don't |
| 5 | | remember any conversation. |
| 6 | Q | My understanding is that as of August 9, 2024, you |
| 7 | | had accumulated 15 1/2 points because of these two |
| 8 | | tardies on the 8th and the 9th. |
| 9 | A | Yeah. |
| 10 | Q | Do you know whether that is accurate? |
| 11 | A | I don't know that that's accurate, no. |
| 12 | Q | Do you have any reason to dispute it? |
| 13 | A | I mean, if this is not true, then, yeah, I would |
| 14 | | dispute it, but I don't know.  I would have to look |
| 15 | | at my own, like, attendance record or whatever. |
| 16 | Q | Well, I think you already testified that you had no |
| 17 | | reason to dispute the accuracy of what's |
| 18 | | included -- |
| 19 | A | I didn't say I had no reason.  I said I wasn't |
| 20 | | going to dispute it. |
| 21 | Q | You're not disputing what's in Exhibit 6? |
| 22 | A | Yeah, I'm not going to dispute anything on there. |
| 23 | Q | And so then you had two more tardies after that on |
| 24 | | August 8 and 9; correct? |
| 25 | A | That's what it looks like here. |

| 1 | Q | At that point you had accumulated 15 1/2 attendance |
| 2 | | points? |
| 3 | A | Yes.  According to this paper, yes. |
| 4 | Q | And your testimony is that you did not have a |
| 5 | | conversation with anyone at WestRock regarding your |
| 6 | | attendance situation or your termination between |
| 7 | | August 9 of 2024 and August 22 of 2024? |
| 8 | A | That is correct. |
| 9 | Q | At some point during the summer of 2024, you |
| 10 | | requested FMLA leave; right? |
| 11 | A | Yeah, it would have been in July is when -- yeah, |
| 12 | | early or mid July because my first appointment for |
| 13 | | the surgery was, like, the beginning of July, first |
| 14 | | week of July.  That's when I found out I was |
| 15 | | diagnosed with the hernia. |
| 16 | Q | How did you first make the request for leave? |
| 17 | A | I asked Sydria, which she's kind of like the |
| 18 | | officer manager, does scheduling and stuff like |
| 19 | | that, I asked her what I needed to do.  She gave me |
| 20 | | the number for Sedgwick, which is the claims |
| 21 | | company that does that.  And I just called them and |
| 22 | | gave them all the information. |
| 23 | | And then, you know, that was about it.  I |
| 24 | | mean, I don't know the exact day.  It was -- I have |
| 25 | | it in my timeline or something somewhere, but it |

```
 1      was somewhere around middle of July.
 2             (Exhibit 8 marked.)
 3   Q  We have records from -- well, I'll go ahead and
 4      hand you this from Sedgwick.  It's a timeline.
 5      It's challenging, to say the least.
 6   A  Old school paper.
 7   Q  Well, I blew it up because my eyes are so bad I
 8      couldn't see it.  But I think just to confirm the
 9      timing, if you go to the very last page of this
10      document --
11   A  Yeah.
12   Q  -- these are records from Sedgwick, I believe.
13   A  Yeah.
14   Q  And it looks like the first notice they had was on
15      July 9 of 2024.
16   A  Okay, yeah.
17   Q  Is that consistent with your recollection?
18   A  Yeah, that sounds about right, yeah.
19   Q  At that time -- if you look to the right, it has,
20      you know, what's the date of the surgery, July 25,
21      2024.
22   A  Yeah.
23   Q  And then what is the expected or estimated
24      return-to-work date is August 16, 2024.
25   A  Yeah.
```

```
 1   Q   Is that your recollection of what you told
 2       Sedgwick?
 3   A   Well, they really told me that.  I didn't tell them
 4       that.  They kind of -- well, I guess, no, I would
 5       have told them the estimated return-to-work date
 6       because that's what the doctor would have told me.
 7       That would have been the day after a checkup
 8       appointment, so I'm assuming that my checkup
 9       appointment post surgery would have been August 15.
10       I would have been returning that Friday.
11           So, yeah, that looks all right.
12   Q   Did you speak with Mr. Giddens at this time
13       regarding your request for leave?
14   A   Yeah, it wouldn't have probably -- I don't think I
15       turned in my form that exact day, but it would have
16       been a couple days after that I would have turned
17       in a request-off form.
18           (Exhibit 9 marked.)
19   Q   Sir, I'm handing you what's been marked as
20       Exhibit 9, and you're not on these emails, I don't
21       believe.
22   A   No.
23   Q   Do you know who Mark Kennedy is?
24   A   I've never met him.  I talked to him -- actually I
25       didn't talk to him.  I was given his number.  I
```

```
 1        tried -- I left him a voice mail.  He never called
 2        me back.  He just said send correspondence to
 3        whatever Atlanta address that they had.  That's
 4        really all I had.  That's all I really know of him
 5        really.
 6    Q   And then Phil Giddens who we talked about, that's
 7        who it's to, is dated July 10, and a CC to Chris
 8        Pflum, I think.  Is that the Chris that we were
 9        talking about, your direct supervisor?
10    A   Yeah, Chris.  Yeah, he was the newer operations
11        manager.
12    Q   And this indicates that a new disability claim had
13        been filed for Shane or submitted and is currently
14        pending.
15    A   Yeah.
16    Q   And then there's some exchange between Phil and
17        Mark on, you know, when it's to start.
18            Do you see that?
19    A   Yeah, what is the effective date?
20    Q   Yeah.  Confirming the start date from -- or Mark
21        says July 25, 2024?
22    A   Yeah, I see.  Responds up there, 7-25.
23    Q   Do you think you talked to Mr. Giddens about your
24        need for leave before or after this email exchange?
25    A   Let's see.  This was on July 10.  I mean, if
```

```
 1        they're sending emails, I would have turned it in
 2        before then.  I'm not sure the -- I'm not sure
 3        exactly when I would have turned in my request-off
 4        form, like, the exact date.  But I would say
 5        probably before this, I would say.  I mean, my
 6        doctor's appointment was July 3.  This started
 7        July -- I'm sorry.
 8    Q   Yeah, you can go ahead and use that to refresh your
 9        memory.
10    A   7-9.
11            MR. STAUTZ:  Is this introduced as an exhibit
12        or is this . . .
13            MR. RABINOWITCH:  Yeah, we're not there yet.
14        I kind of got ahead of myself.
15            (Exhibit 10 marked.)
16    Q   I've handed you what's been marked as Exhibit 10,
17        which is a time-off request form.
18    A   Yeah, this.
19    Q   Does your signature appear on this document?
20    A   Yeah, this isn't the one for this first one,
21        though.  I turned in one before this.
22    Q   We haven't located one in the files.  I'm not
23        saying it doesn't exist --
24    A   Yeah.
25    Q   -- but we didn't see one.
```

```
 1           So you think you turned one in --
 2   A  I know I did.
 3   Q  -- earlier?
 4   A  Yeah, I know I did.
 5   Q  Is your signature on this document?
 6   A  Yeah, that's me.
 7   Q  Does it look like Mr. Giddens' signature on this
 8      document?
 9   A  Yeah, I mean, like I said, I don't know his
10      signature but I don't . . .
11   Q  Why did you turn this one in if you had already
12      turned one in?
13   A  My surgery got rescheduled.  It was actually the
14      day before surgery, so it would have been July 24.
15      They called me.  The doctor was sick.  They were
16      going to reschedule it, and so I turned in the
17      second one for the new return-to-work day.
18   Q  Is this the first notice that you provided to
19      WestRock that you would not be taking the leave
20      beginning July 25?
21   A  With this?  No, this is, like, way after.  I told
22      them that day because I had to tell them I'm going
23      to be at work tomorrow.  So that was on July 24.
24   Q  Okay.
25   A  Yeah, so the doctor called, because I was going to
```

```
 1        be off that day.  I was scheduled for surgery, and
 2        then they called me the day before; the doctor was
 3        sick.
 4    Q   Was there anything in writing, communication
 5        between you and either Mr. Giddens or Chris Pflum?
 6    A   Just one of these (indicating).  I turned one of
 7        these in, time-off request.
 8    Q   Well, I'm trying to understand the notice that you
 9        provided once you learned that your surgery was
10        being changed.
11    A   Let me see.  Does this have a date on it?  So,
12        yeah, this, I mean, this.  I mean, obviously they
13        knew I came to work on the 25th, but this is when I
14        turned this in, so this was August 5.  I guess this
15        was the first paper that says that it got
16        rescheduled, but I was at work on the 25th.
17    Q   Very good.  And I'm not disputing because the
18        Sedgwick timeline does indicate that the date was
19        changed on 7-25 from 7-25 to 8-21.
20    A   Uh-huh.
21            (A discussion was held off the record.)
22    Q   Did you work between August 9 and August 22?
23    A   I worked, yeah, from the 9th to the 20th -- my last
24        day of work was the 20th.
25    Q   Do you know whether your short-term disability
```

```
 1       claim had been approved by the date of your last
 2       day of work?
 3   A   It wasn't approved.  They have to wait until the
 4       doctor sends an exact return-to-work date, which
 5       the money doesn't get approved until he sends that
 6       letter basically, which is he said he scheduled it
 7       for the day after surgery.
 8   Q   Do you know whether your FMLA leave had been
 9       approved at the time of your last day of work?
10   A   No, like I say, it was pending that -- like, it
11       doesn't go through until after the surgery.  It's
12       not going to be approved.
13   Q   That's for the FMLA leave and the short-term
14       disability leave?
15   A   Through Sedgwick.  Yeah, I'm not sure if they're
16       different.
17   Q   How did you learn you were terminated?
18   A   I had a voice mail from Phil Giddens on the day of
19       my surgery.  Obviously I didn't answer that.  And
20       then I had another voice mail the day after, so I
21       called him back.  He said I was terminated.
22   Q   Sorry, I probably should know this.  Do we have
23       that voice mail?
24   A   Voice mail?
25   Q   Yeah.
```

```
 1   A   Yeah, the voice mail just says, call me back, but I
 2       have them.
 3   Q   You have them?  Did you produce that?
 4   A   I think I screenshotted them.  Not the transcript,
 5       but the voice mail itself?
 6           MR. STAUTZ:  Do you have the actual voice mail
 7       file?
 8           THE WITNESS:  I don't know if I have the
 9       transcript.  IPhone, I'm sure, unless I've deleted
10       them, but I don't think.
11           MR. RABINOWITCH:  Oh, I have seen that, yes.
12           MR. STAUTZ:  My recollection is we sent you a
13       screenshot indicating that there was a voice mail
14       but we didn't produce --
15           MR. RABINOWITCH:  A transcription of the voice
16       mail.
17           MR. STAUTZ:  -- like a voice mail audio file.
18           MR. RABINOWITCH:  Yeah.  I got it.  Sorry.
19           Okay.  So the transcription of the first voice
20       mail from August 21 says, Shane, it's Phil at work.
21       If you can give me a call, please.  (317)209-6337.
22       Thank you.
23           Is that the voice mail you're talking about?
24   A   Yeah, that was on the day of my surgery.
25   Q   So then there's another voice mail from
```

```
 1       Mr. Giddens, August 22, so the following day.
 2   A   Yes.
 3   Q   Which says, Shane, good morning.  It's Phil at the
 4       WestRock.  Again, if you would give me a call,
 5       please.  I just need to talk to you.
 6       (317)209-6337.  Thanks.
 7           Is that the second voice mail you received?
 8   A   Yes.  And then I called him back after that,
 9       whenever I woke up.
10   Q   What do you recall of that conversation?
11   A   I mean, like, I know I was pretty heated but I
12       tried to keep my cool.  He said I was terminated.
13       He said this wasn't an approved leave.  I tried to
14       explain that Sedgwick doesn't approve the money
15       until after the doctor sends the letter, which he
16       told me it was not going to be sent until after
17       surgery, post surgery.  So, like, I wasn't going to
18       be getting paid until the doctor sent that letter.
19           So it literally cannot be approved before my
20       surgery.
21   Q   I lost you on that.  Can you break that down.
22   A   Yeah, so Sedgwick, so the approval, like, through
23       Sedgwick because it's pending, which is the whole
24       claim of why I was terminated apparently is because
25       it was pending, it cannot not be pending until
```

```
 1        after the surgery is completed because they need an
 2        exact return-to-work date to tell, like, say how
 3        much I'm going to get paid.
 4            So, like, it is literally impossible to get
 5        that to go from pending to approved until post
 6        surgery.
 7   Q    Did you talk to Mr. Giddens about that?
 8   A    I told him that the day before because he asked
 9        me -- you know, because I hadn't sent him any of
10        the Sedgwick stuff.  And he said, will you send
11        that to me.  So I emailed it to him.  He said, it
12        looks like it's just pending.  It's not approved.
13        I explained that it's not going to be approved
14        until after the doctor sends the letter.
15            That was the last conversation we had about
16        it, and then I went home like normal, had my
17        surgery the next day.
18   Q    I need to understand.  So are we talking about two
19        different conversations, one conversation where you
20        talked to Mr. Giddens about -- let me finish.
21   A    No, yeah -- sorry, you saw me.
22   Q    One conversation with Mr. Giddens about the status
23        of your leave and your short-term disability, and
24        then a second conversation about the termination;
25        am I understanding that correctly?
```

```
 1   A   Yeah, so the day before my surgery, he asked me if
 2       I could send him anything that I had from Sedgwick.
 3       So I sent him like the policy number and all of
 4       that.  I sent him the 15-page packet that they sent
 5       me.  That's all I had from them really.  I sent
 6       that to him.
 7           And he told me -- he came back up.  I was on
 8       break.  He came up and said something about it's
 9       not approved -- or Mark said it wasn't approved.
10       Someone said it wasn't approved.
11           And I explained that it is pending until the
12       doctor sends the letter.  The doctor told me that
13       they're going to send the letter the day after
14       surgery.
15   Q   And this conversation occurred on?
16   A   8-20-2024.
17   Q   August 20?
18   A   Yeah.
19   Q   And then the conversation that we started to talk
20       about --
21   A   Was, like, the day after on the phone.
22   Q   Well, hold on.  Let me go back to the 8-20
23       conversation.
24           Was there anything else that was discussed
25       that you haven't talked about?
```

```
 1  A  No, like, it was a very short conversation.  He was
 2     basically wanting me to send him whatever I had on
 3     it.  So I sent him what I had.
 4  Q  Then the next conversation was the day after your
 5     surgery?
 6  A  Yes.
 7  Q  On August 22?
 8  A  Yes, the 22nd.
 9  Q  What was discussed during that conversation?
10  A  Like I said, he said that he talked to HR.  They
11     said that it wasn't an approved leave, and they
12     were terminating me based on attendance or
13     something like that, something along those lines.
14     I don't know verbatim.  I'd have to ask AT&T for
15     that.
16  Q  What do you mean, you'd have to ask AT&T?
17  A  Like for a transcript.  I don't have -- I don't
18     know exactly what was said.  It was something along
19     the lines of, we talked to HR or we talked to legal
20     or whoever.  They said that this was not an
21     approved leave, and we're going to terminate you.
22  Q  Did he tell you why you were being terminated?
23  A  He said it was based on attendance.
24  Q  Did he say anything else about your performance?
25  A  No.
```

```
 1  Q  Did he tell you what date the termination was going
 2     to be effective?
 3  A  No.  I'm assuming it didn't go through until, like,
 4     a week later because I didn't get a text that my
 5     money wasn't going to come until 8-30, August 30.
 6     So I'm assuming that it wasn't an immediate thing
 7     that happened.
 8  Q  After you spoke with Mr. Giddens, what did you do
 9     next in terms of your situation?
10  A  I called my mom first, but I mean, yeah, I mean.
11     Researched lawyers.  I mean, that's really all I
12     did.  I felt like I was wronged, and here we are.
13     That was about it.
14  Q  But, again, I think we covered this earlier, you
15     didn't -- sorry -- you don't dispute that at that
16     point you had violated the attendance policy?
17  A  I had violated it before, yeah.
18  Q  What did you say to your mom?
19  A  I don't even -- I was irate.  I couldn't even
20     recall that conversation.
21  Q  Who else did you call?
22  A  Really that's it, my mom.
23  Q  It looks like from the report that you called
24     Sedgwick?
25  A  Oh, yeah, I called -- probably, yeah.  I probably
```

```
 1        called them just to see -- which, like I said, I
 2        thought I was still going to get at least paid
 3        until I was, like, able to work -- like, get the
 4        short-term disability.  And then obviously after my
 5        return-to-work date was, like, the 19th or 20th of
 6        September, I assumed I would just have to find a
 7        new job after that.
 8             But then once, like I said, on 8-30, when it
 9        got denied, my disability, that's when I really
10        started researching this avenue, I guess.
11   Q    I'm trying to understand.  You said you thought you
12        would have to find a new job?
13   A    Yeah.  Like, after I recovered from surgery.
14   Q    Why was that?
15   A    I was terminated.
16   Q    Okay.
17   A    Yeah.
18   Q    And you don't dispute the basis of the termination;
19        right?
20   A    I do, yeah.
21   Q    And what's the -- what's your basis for disputing
22        that?
23   A    I believe that I was fired in retaliation for
24        taking a short-term disability claim.  I wasn't in
25        good favor with the company, so they decided that
```

```
 1       they weren't going to allow me to do that.
 2   Q   What facts do you rely upon for the claim that you
 3       were retaliated against?
 4   A   I mean, there's a large gap from when I was at
 5       10 points for termination.  We said that there was
 6       an overlap of 3 1/2 points and then we're trying to
 7       say that I got even more additional points from
 8       March all the way till August.  I wasn't terminated
 9       for attendance.  And the day after my surgery, I
10       was terminated for attendance.
11   Q   So the basis for your statement there is that you
12       weren't terminated as of August 9; is that what
13       you're saying?
14   A   I wasn't terminated at all.  Like, I don't even
15       remember the last time we had a conversation about
16       attendance.  Like, that's what I'm saying.  If I
17       was past points of termination, I don't
18       understand --
19   Q   But at August 9, you had accumulated well over the
20       amount of points that would warrant termination
21       based upon the attendance policy; is that correct?
22   A   Yeah, based off the policy.  Yeah, 15 points would
23       be past 10.
24   Q   And you had already received a written warning and
25       two final warnings; right?
```

 1  A  I don't know the exact number of warnings I got,
 2     honestly.
 3  Q  That would be in the documents?
 4  A  I was about to say --
 5  Q  That would be in the documents that we've already
 6     reviewed?
 7  A  Okay.  Yeah, I -- we got a written warning -- two
 8     written warnings, a verbal warning, and this is a
 9     final warning, apparently.  Like I said, I don't --
10     I've never seen this in my life, but we've got a
11     verbal, two writtens, and a final here sitting in
12     front of me.
13  Q  It's the company's position that as of August 9 you
14     had accumulated 15 1/2 points, okay?  Do you know
15     anyone else who had accumulated that amount of
16     points but wasn't terminated?
17  A  I don't know how many points everybody has.  Like I
18     said, I remember that time that dude had zero.  I
19     have seen people past 10 points or whatever.  I
20     don't know that they would -- that they still work
21     there.  I really don't -- yeah, I'll just say, no,
22     just because I don't know anybody.
23  Q  Well, who did you know that had more than 10
24     points?
25  A  Like I say, I don't have anything in front of me,

```
 1        so I'll just say no, because I don't have anything
 2        that I can show you.
 3   Q    No, you aren't aware of anyone else?
 4   A    I'm not aware of anyone past 10 points.  I'll say
 5        that because just -- yeah.
 6             (Exhibit 11 marked.)
 7   Q    Mr. Giddens (sic), I've handed you a copy of your
 8        Complaint that you filed in this case, and I want
 9        to direct your attention to paragraph 12.  It's
10        towards the end.
11   A    Oh, sorry.  What page is it, or does it have a page
12        number?
13             MR. STAUTZ:  It's about halfway through the
14        Complaint.  Keep going, keep going, keep going.
15        Keep going.  There it is.  It's on the next page.
16             THE WITNESS:  Next page.  Number?
17             MR. RABINOWITCH:  12.
18             THE WITNESS:  12, thank you.
19   Q    Paragraph 12 states "Smurfit WestRock backdated the
20        firing to August 20 to avoid providing Shane the
21        benefits to which he was entitled."
22             What facts do you have to support that your
23        termination was backdated?
24   A    Yeah, so my unemployment, when I tried to claim
25        unemployment, they said my last day of work was
```

| 1 | | August 19, 2024.  That's what they have as my last |
|---|---|---|
| 2 | | day of work.  Sedgwick told me that the reason that |
| 3 | | my claim was denied was because I didn't work until |
| 4 | | the last day -- you have to work until your last |
| 5 | | day of work to get your benefits.  They said that I |
| 6 | | was fired on 8-19-2024, which would mean I would |
| 7 | | not get my benefits.  But I wasn't fired until the |
| 8 | | 22nd. |
| 9 | Q | Do you know when WestRock made the decision to |
| 10 | | terminate you? |
| 11 | A | I believe that it was a conversation that probably |
| 12 | | happened on a meeting after I left on Tuesday, |
| 13 | | probably. |
| 14 | Q | Sorry, you've got to give me a date? |
| 15 | A | Yeah, 8-20, the day before surgery.  Because like I |
| 16 | | said, I didn't hear anything about this until the |
| 17 | | day after. |
| 18 | Q | What facts lead you to believe that it was a |
| 19 | | conversation that occurred after -- |
| 20 | A | I mean, I have no evidence.  That's what my |
| 21 | | personal belief is, like, there was no conversation |
| 22 | | about this.  We were not talking about termination, |
| 23 | | suspension, points, policy.  We had -- I don't -- |
| 24 | | like I said, I don't remember the last conversation |
| 25 | | we had about any of that.  And then everything's |

```
 1      fine.  They say bye to me.  I get hugs before, let
 2      us know how it goes, and then the next day I'm
 3      fired.
 4 Q    Did you say goodbye to Mr. Giddens?
 5 A    No, I didn't say goodbye to him.
 6 Q    What about Mr. Pflum?
 7 A    Who is Mr. Pflum?
 8 Q    Chris.
 9 A    I don't know if I said bye right before I left.  I
10      know I gave hugs to the ladies in the office and
11      that was about it.  I left.
12 Q    So again, between August 9 and when you left on the
13      20th, you did not have a conversation with -- it's
14      your testimony that you didn't discuss with
15      Mr. Giddens or Mr. Pflum your attendance issues?
16 A    Not a single time, no.
17 Q    Your last day of work was August 20?
18 A    That's correct.
19 Q    And I think you said -- I don't want to put -- I'm
20      not trying to misstate what you said, but something
21      to the effect of there had to be a conversation
22      after the 20th regarding your termination.
23 A    Yeah, I mean, unless this was a long, planned out
24      thing, we're just going to let him go after his
25      surgery.  Because, like, it's been planned for two
```

```
 1        months.  So it's either they planned it out for two
 2        months and now we're just going to let him work
 3        until the surgery and let him go, or they decided
 4        it that day.  I mean --
 5   Q    When you say planned it out for two months, what do
 6        you mean?
 7   A    Yeah, like, we're going to let him work until his
 8        surgery and then let him go after his surgery.  I'm
 9        saying, there's only -- I mean, I can only see two
10        ways that it went down.  Either they planned they
11        were going to let me work until my surgery and let
12        me go, or they decided after it was pending that
13        they were going to let me go which was the day
14        before surgery.
15   Q    There's a couple of intervening facts in that
16        period of time which were on August 8 and August 9.
17        You were late for work, and you accumulated two
18        more points.
19            So isn't it possible that they made the
20        determination based upon having then violated --
21   A    Well, there's a pretty big delay in there.
22   Q    Let me finish.
23   A    Sorry.
24   Q    Violated the attendance policy yet again to
25        terminate you?
```

```
 1  A  Yeah.  It's a pretty big delay, but, yeah.  I don't
 2     know what would cause that sort of a delay.
 3     That's, like, three weeks.
 4  Q  Let me direct your attention to paragraph 14 in the
 5     document that's in front of you.
 6        It says "Mr. Giddens and Smurfit WestRock
 7     thereby violated Shane's rights under the FMLA;
 8     breached its contract with Shane, and tortiously
 9     interfered with the provision of benefits by the
10     third-party provider."
11        What facts do you have to support your claim
12     that WestRock violated your rights under the FMLA?
13  A  Because my benefits were approved.  I paid for
14     those benefits.  They were approved.
15        Like I said, this was planned out for two
16     months and, you know, it would be different if it
17     was, like, hey, we're going to let you go for
18     attendance on the 9th, then I would have canceled
19     my surgery.  I would have never got surgery.  I
20     would have had to come up with a different plan.
21        But it was intentionally waited until the day
22     after my surgery to fire me for attendance when
23     we're claiming that I would have been fired on the
24     9th, which is 13 days before -- so almost two
25     weeks, I said three weeks, sorry, so two weeks
```

```
 1        before.  So there was a two-week delay in me being
 2        fired.
 3             So, yeah, I mean, you and WestRock or Phil
 4        Giddens, whoever, made the decision, intentionally
 5        waited until after my surgery to fire me.
 6   Q    You said intentionally now twice.  What evidence do
 7        you have to support that it was intentional?
 8   A    If I was going to fire someone for attendance, I
 9        would probably just fire them for attendance.  I
10        wouldn't let them keep working while they have a
11        hernia and then fire them the day after their
12        hernia surgery.
13             Working without any sort of -- I don't know
14        what you call them.  There was no accommodations
15        meant for me having surgery.  I was still lifting
16        things.  I was still working, doing my normal job.
17        It was perfectly fine that I was working there past
18        my points of termination.
19   Q    Did you ask for accommodations?
20   A    I told them, hey, I'm not supposed to be lifting
21        anything heavy.  That was it.  There were no
22        accommodations.  We didn't fill anything out.
23        Doctor just said, don't lift anything heavy.
24        That's all I said.  I was working and doing my
25        thing.  I'm not complaining.
```

```
 1   Q   But you didn't make any requests, like ADA
 2       requests, for accommodations?
 3   A   Yeah, I've never made any sort of requests, no.
 4   Q   There's a phrase in here that Mr. Giddens and
 5       Smurfit WestRock breached its contract with Shane.
 6       What contract are you talking about?
 7           MR. STAUTZ:  Objection.  You can answer.
 8           THE WITNESS:  What's that?
 9           MR. STAUTZ:  I said, you can answer.
10   A   Yeah, I mean, I don't exactly know what we mean by
11       contract here.  Sorry.  I don't know the legal
12       stuff.
13   Q   And then the next part of that sentence says "and
14       tortiously interfered with the provision of
15       benefits by the third-party provider."
16           What facts do you have to establish that
17       WestRock tortiously interfered with the provision
18       of your benefits?
19   A   They changed my day, my last day of work to the
20       19th which was the reason that Sedgwick gave me
21       that my benefits were not accepted.  I would have
22       got paid.  Even though I was terminated, I would
23       have got paid for my disability.  They would have
24       paid me if I worked up until the last day of work,
25       which was the 20th.  But like I said, Sedgwick and
```

```
 1        my unemployment, so the State, both have my last
 2        day of work as the 19th, which is not correct.
 3             (A discussion was held off the record.)
 4   Q    So we were reviewing Exhibit 8, which is the
 5        oversized document with the notes with Sedgwick,
 6        and there does not appear to be anything that we've
 7        been able to find where we indicated that the last
 8        day of work was August 19, we meaning WestRock.
 9   A    WestRock, yeah.
10             Yeah, so, I've tried to get this letter of
11        denial.  They told me it exists.  I've called them
12        multiple times.  They have, like, claims
13        specialists or whatever that work on these
14        individual claims, or they have a bunch of them
15        they oversee.  I was told that I was going to get a
16        callback three times, never got a callback.  And
17        then I got them on the phone, and they said they
18        were going to send me a physical copy, and I've
19        still never received anything from them.  So I
20        don't . . .
21   Q    You're talking about Sedgwick?
22   A    Sedgwick, yeah, sorry.  Because I asked them.  I
23        was, like, I need a copy of that letter of denial,
24        and that was three times I tried to get that
25        letter.  So I don't have the letter.  I can try to
```

```
 1       get it again.
 2   Q   But you're not aware of any communication between
 3       WestRock and Sedgwick indicating that your last day
 4       of work was 8-19?
 5   A   That's what they told me.  They said it was denied
 6       by employer.  They said I did not work until my
 7       last day of work.  That's what they told me the
 8       letter of denial says.  I can get it.  Like I said,
 9       I've tried to get it three times so far, and I
10       haven't had luck with them.  I keep saying I'll get
11       a callback, but that is what that letter -- if we
12       get that letter of denial, that's what they told me
13       it says.  It was denied by the employer because I
14       did not work until my last day of work.
15   Q   So what was your actual last day of work?
16   A   8-20.  And in order to get your benefits, you have
17       to work up until the last day.
18   Q   Have you looked at -- do you have this document?
19   A   The big one?
20   Q   Yeah.  The second page back there's a note midway
21       down where it says "I was just informed by Local HR
22       that they will be terminating this employee
23       effective 8-20-2024 since they determined that he
24       violated the attendance policy prior to taking the
25       leave."
```

```
 1   A   Yeah.

 2   Q   I just -- we don't --

 3   A   Yeah, that was my correspondence with them.  So I

 4       called and, what, does this have a date on it?

 5       This was August 29.  So, yeah, this was basically

 6       when I -- hold on.

 7           8-20.  Okay, this wasn't sent on 8-20.  I was

 8       about to say there's no way it could have been

 9       because I was under anesthesia.  Okay.  Yeah.

10           (Exhibit 12 marked.)

11   Q   Mr. King, I'm handing you your Answers to

12       Interrogatories -- or answers to the discovery

13       requests, which we've identified as Exhibit 12.

14       Direct your attention to the second page.  I'd like

15       to ask you about some of the witnesses that you've

16       identified here.

17   A   Okay.

18   Q   Sydria Jordan, who you referenced, I think you

19       referenced one conversation you had with her where

20       you were inquiring as to how to make your claim

21       with Sedgwick.

22   A   Yeah, how to start it.

23   Q   Yeah.

24   A   Sorry.  Yeah.

25   Q   Did you have any other conversations with her
```

```
 1        regarding either your termination or your claim at
 2        this period of time?
 3   A    What period?
 4   Q    Yeah.  Between July 9, I think when you made your
 5        original claim, and when you were terminated?
 6   A    No.  I mean, just like I said, she gave me the
 7        number for Sedgwick.  That's really all I can think
 8        about.  I mean, I updated people.  Like, when I got
 9        rescheduled, obviously I came to work on the 25th,
10        so they knew it was rescheduled or whatever, but,
11        yeah, that's, I mean --
12   Q    That's the only conversation?
13   A    That I can really think of, yeah.
14   Q    And then you've identified Terry Miller.  What do
15        you believe Mr. Miller will testify to?
16   A    Well, I don't hope that they testify anything
17        specific at all.
18   Q    I didn't say hope.  I just, what do you anticipate?
19   A    The truth.  I mean, that's all I --
20   Q    But what information would he have that's pertinent
21        to your claims here?
22   A    You'd have to ask him.  I don't -- like I said, I
23        put everybody that works there because I don't
24        have -- I have nothing to hide.  So I put
25        everybody's name down.
```

```
 1   Q   Well, you put next to his name, history of

 2       attendance policy nonenforcement and timing of

 3       Mr. King's leave and termination.

 4   A   Okay.  Yeah.

 5   Q   What do you think he's going to say about history

 6       of attendance policy and nonenforcement?

 7   A   Nonenforcement like I was past ten points and I

 8       wasn't terminated, and then I got fired the day

 9       after my surgery.  Meaning that I wasn't fired for

10       attendance.

11   Q   So you think he'll talk about your issues?

12   A   If you asked him that.  I'm not asking him to say

13       anything.  I'm saying if you guys want to talk to

14       him and figure something out, that's fine.  That's

15       why I put everyone down.  I just put everybody's

16       name down.

17   Q   Have you talked to any of these people since you

18       left?  And I'm talking about anyone from Terry

19       Miller down.

20   A   Terry Miller down?  I mean, I still talk to

21       Michelle.  We're still friends.

22           I talked to Wyatt afterwards.  He asked how I

23       was doing.  He checked on me.

24           And I played video games with Tai Caldwell,

25       but that's -- but that's, like, the extent of -- I
```

| | | |
|---|---|---|
| 1 | | haven't really hung out with any of these people |
| 2 | | outside of work besides Michelle. |
| 3 | Q | Have you talked to any of them about your claims in |
| 4 | | this case? |
| 5 | A | No, I mean, Mike Wyatt asked me what happened.  I |
| 6 | | told him I got fired after my surgery, and that's |
| 7 | | about it.  I haven't talked to Pat or Chris or |
| 8 | | Hamilton or Hammock, Terry Hammock, sorry, Michael |
| 9 | | Hamilton.  Tai Caldwell, we just talk about video |
| 10 | | games.  That's it. |
| 11 | Q | What have you talked to Michelle Taylor about your |
| 12 | | claims in this case? |
| 13 | A | The claims?  Nothing really.  I mean, she asked me |
| 14 | | how it's going.  It's going, I guess.  That's about |
| 15 | | it. |
| 16 | Q | Is there anyone on here that you -- and I'm talking |
| 17 | | about from Terry Miller down -- |
| 18 | A | Yeah. |
| 19 | Q | -- you believe would discuss what it sounds like |
| 20 | | you're claiming as people who were treated |
| 21 | | differently than you regarding the attendance |
| 22 | | policy? |
| 23 | A | Yeah, I mean, if you talked to them, I'm sure you |
| 24 | | would get that. |
| 25 | Q | What do you think they would say? |

| 1 | A | I don't know what they would say specifically.  I |
| 2 | | think that it would be -- they would agree -- I |
| 3 | | mean, not even agree.  You wouldn't even have to |
| 4 | | say, does this happen.  I mean, they would just say |
| 5 | | that the attendance policy is very wishy-washy or |
| 6 | | whatever you want to call it.  It's very not |
| 7 | | straight.  I don't know how you would describe it. |
| 8 | | It's not exactly how it appears on the piece of |
| 9 | | paper, basically.  That's why I just put everybody. |
| 10 | Q | Do you know if anyone from WestRock told Sedgwick |
| 11 | | that August 19 was going to be your last day? |
| 12 | A | That's what I was told, yeah.  So, yeah, I would |
| 13 | | say, yeah, that's what they told me. |
| 14 | Q | Who was it? |
| 15 | A | Who? |
| 16 | Q | Who from WestRock told? |
| 17 | A | I don't know.  I don't have a copy of the letter. |
| 18 | | I don't know who sends that. |
| 19 | Q | Are you aware of anything in writing? |
| 20 | A | No, I mean, like I said, what they told me, I can |
| 21 | | try to get it, but I don't have it in front of me. |
| 22 | Q | Who is it that -- you've referred a couple times to |
| 23 | | they.  Are you talking about somebody at Sedgwick? |
| 24 | A | Sedgwick.  Yeah, I don't know their name. |
| 25 | Q | Do you have a number you call? |

```
 1  A  Yeah, I mean, the paper that they have.  I don't
 2     know.  I don't have it off the top of my head.
 3     It's in one of these pieces of paper in this big
 4     folder.  The one that Sydria gave me basically.
 5     Yeah, my Sedgwick, Sedgwick claims.  That number
 6     right there.
 7           MR. STAUTZ:  Let the record --
 8           MR. RABINOWITCH:  Yeah.
 9           MR. STAUTZ:  I'm going to say, let the record
10     reflect that you're showing a document.
11           THE WITNESS:  That has my info on it?
12           MR. STAUTZ:  We've produced it.
13           MR. RABINOWITCH:  I think we should identify
14     this as an exhibit, would be Exhibit 13.  We can
15     make a copy --
16           MR. STAUTZ:  Sure.
17           MR. RABINOWITCH:  -- of this and then we'll
18     put Exhibit 13 sticker on the copy and give you
19     back the original.
20           THE WITNESS:  I don't have the exact name.
21           MR. STAUTZ:  And you should have it in PDF
22     form as well.
23  Q  Put on the record what this is, Exhibit 13.
24  A  This whole thing, including the card?
25  Q  Yeah.
```

| | | |
|---|---|---|
| 1 | A | So the card is my appointment.  This is for |
| 2 | | August 15 with Steven Clark.  So this would have |
| 3 | | been the, like, just when I actually met with the |
| 4 | | surgeon in person and met -- just went over the |
| 5 | | surgery at 1:15 (sic).  Let me see. |
| 6 | | But this -- these are two separate things so I |
| 7 | | don't know how that's going to work.  These got |
| 8 | | stapled together.  But this is from my original |
| 9 | | surgery, July 25.  So those are two separate things |
| 10 | | that have been stapled together. |
| 11 | Q | So the full 8 1/2 X 11 piece of paper is a note |
| 12 | | from Community Physician Network regarding your |
| 13 | | original date of surgery; right? |
| 14 | A | Yeah, that was the original date.  Yep. |
| 15 | Q | And there's -- is this your handwriting at the |
| 16 | | bottom? |
| 17 | A | Yeah, that's me. |
| 18 | Q | And there's a Sedgwick claims number and then |
| 19 | | examiner looks like Jacael. |
| 20 | A | There we go.  That's the name we were looking for. |
| 21 | | Yeah, so that's who they said was handling my case. |
| 22 | | They gave me the direct number.  Well, when I call |
| 23 | | that number, I get a voice mail, so I leave a voice |
| 24 | | mail. |
| 25 | | Like I said, I got a call back, and they said |

```
 1        that it was going -- they would send me a copy of
 2        the letter of denial because they said there is an
 3        actual letter of denial, and then, yeah, that's
 4        really the last I've heard of that.
 5   Q    Have you ever spoken with this person?
 6   A    Jacael?  Yeah, I got him on the phone once, I
 7        believe, and they said that they were going to put
 8        a note, and like I said, they were going to call me
 9        back and then send me a physical copy, and I have
10        not gotten that.
11   Q    And then stapled to the full sheet of paper is a
12        card.  It's like an appointment card --
13   A    Yep.
14   Q    -- with Thursday, 8-15-24 at 1:50, an appointment
15        with Dr. Clark it looks like.
16   A    Yes.
17   Q    So we'll just identify that as Exhibit 13.
18              (Exhibit 13 marked.)
19          Let's look at Interrogatory Response No. 8,
20        which I'll get you a page number here.
21              (A brief recess was taken.)
22   BY MR. RABINOWITCH:
23   Q    I want to go back and just confirm, Mr. King.
24   A    Yep.
25   Q    Your testimony is that you were employed by
```

```
 1      WestRock on the 20th?
 2   A  Yeah.
 3   Q  And you were -- you worked on the 20th?
 4   A  Full 8 hours, yep.
 5   Q  And you were paid for your work on the 20th?
 6   A  Yeah.
 7   Q  What did Sedgwick tell you about the significance
 8      of the 19th?
 9   A  They said that I was denied by employer based off I
10      didn't work until my last day of work, which was
11      the 20th.  They said my last day of work was the
12      19th.  And like I said, I thought it might have
13      been a mistake but then when I go to get
14      unemployment they said my last day of work was the
15      19th.  So it was clear that my last day of work was
16      reported by somebody that it was the 19th, and it
17      wasn't me.
18   Q  So I don't see anything in the Sedgwick records
19      indicating that their position was your last day
20      was the 19th.
21          MR. STAUTZ:  Object to the form.
22   Q  Are you aware of anything in writing from Sedgwick
23      which indicates that your last day of work was the
24      19th?
25   A  I don't have it -- I've not seen it with my own
```

| | | |
|---|---|---|
| 1 | | eyes.  They told me it exists.  I have to get it if |
| 2 | | that's what we need. |
| 3 | Q | I'm sorry if I'm repeating myself. |
| 4 | A | No, you're fine.  No, do your thing. |
| 5 | Q | I'm just trying to get to the bottom of this.  And |
| 6 | | you said they told me that my last day of work was |
| 7 | | the 19th.  Who were you referring to as they? |
| 8 | A | Sedgwick is they.  Sorry. |
| 9 | Q | Let's go back to how you reached whoever it was |
| 10 | | that told you that. |
| 11 | A | Yeah, it would have been that 844 number right |
| 12 | | there.  It wasn't the Jacael person because that's |
| 13 | | the person that was, like, assigned to the claim or |
| 14 | | whatever afterwards, and that's not who told me |
| 15 | | because -- that it was denied. |
| 16 | | Because when I called and they told me it was |
| 17 | | denied, they said I can call that claims person. |
| 18 | | That's why I got their name and number, and then |
| 19 | | that's when I called and left them a number.  They |
| 20 | | got back with me and then said they would send me a |
| 21 | | copy.  I've not ever gotten a copy of that. |
| 22 | Q | I believe earlier in your testimony you indicated |
| 23 | | that it's your claim that WestRock interfered with |
| 24 | | your health benefit. |
| 25 | A | Yes. |

```
 1   Q   What is your claim in that regard?

 2   A   I would have got paid disability until the doctor

 3       cleared me if my last day of work was the 20th.

 4   Q   You're talking about a short-term disability versus

 5       health insurance.

 6   A   I don't know the difference.  Personally I don't

 7       know the difference.

 8   Q   Your health insurance remained in effect, did it

 9       not?

10   A   Yeah, for, like, 30 days or something like that.

11   Q   Yeah.

12   A   And then they offer you COBRA or something like

13       that.

14   Q   Okay.

15   A   Something like that, yeah.

16   Q   You reference unemployment.  Did you receive

17       unemployment?

18   A   I've not received it yet.  I've tried, like, three

19       times.  I kind of gave up on it.

20   Q   Have you gotten a denial of your unemployment?

21   A   Well, the first time it was denied, they said that

22       I had to -- because it says, like -- it will ask

23       you a bunch of questions, and one of them it left

24       you a full box so I kind of, like, fully went into

25       detail or whatever.
```

```
 1            Well, they called me and said, hey, on this
 2       line you just put, yes, I was able to work, yes, I
 3       looked for a job.  You don't put all this
 4       additional stuff.  So I refilled it out, just put,
 5       yes, yes.  Still got denied.
 6            I've given up on it at that point.  I haven't
 7       received any of that.
 8   Q   Turn your attention to Interrogatory No. 8 which
 9       requests information regarding damages that you
10       claim.
11   A   I'm lost here.  I'm sorry.
12            MR. STAUTZ:  I think you're in the wrong
13       document.
14            THE WITNESS:  No. 8.
15            MR. STAUTZ:  Page 11.
16   Q   And the answer is at the bottom of the page.  The
17       first item of damages is backpay, 16 weeks at
18       887.60.
19            Did you calculate that or did your attorney
20       calculate that?
21            THE WITNESS:  We calculated it together;
22       right?
23            MR. STAUTZ:  Yeah.  Not waiving
24       attorney-client privilege.  But, yes, we worked on
25       that together.
```

```
 1            THE WITNESS:  Sorry.
 2   Q  What's the basis of that?  How did you arrive at
 3       the 16 weeks?
 4   A  Yeah?
 5            16 weeks would have basically been -- the
 6       backpay is from when the surgery was basically.  So
 7       up until whenever we filed this, I think that was
 8       16 weeks.  Yeah, December 13.  Sorry.  So it would
 9       have been from the time of surgery to December 13.
10   Q  And then the front pay is the time following?
11   A  I mean, that was just estimated as a week per year
12       of service.
13            THE WITNESS:  That's what we calculated that
14       as, I'm pretty sure; right?  Or am I . . .
15            MR. STAUTZ:  May I answer?
16            MR. RABINOWITCH:  Yeah, please.
17            THE WITNESS:  Sorry.
18            MR. RABINOWITCH:  I'm just trying to get to
19       the bottom of it.  Sorry.
20            MR. STAUTZ:  At the time we didn't know how
21       long Shane would be out of work, and we had guessed
22       how long it would be until he found comparable
23       employment.
24            THE WITNESS:  Okay.  All right.
25            MR. STAUTZ:  I think it's been more than six
```

| | | |
|---|---|---|
| 1 | | weeks since December 13, but the damages |
| 2 | | calculation was supposing about that long for his |
| 3 | | recovery, his job search. |
| 4 | Q | And then you've got medical bills, $2,937.  What |
| 5 | | does that include? |
| 6 | A | That's the remainder that wasn't paid, basically |
| 7 | | the amount I wouldn't have incurred if I was |
| 8 | | actually fired on the 19th because I would have not |
| 9 | | got surgery, basically.  So I'm asking them to pay |
| 10 | | that. |
| 11 | Q | Did your health insurance not cover your medical |
| 12 | | bills? |
| 13 | A | They did.  Yeah, most of it.  But I'm saying I |
| 14 | | would not have gotten surgery if I was fired in a |
| 15 | | correct way basically. |
| 16 | Q | So if I understand what you're saying, is $2,937 |
| 17 | | was medical expenses that were incurred due to the |
| 18 | | surgery but were not covered by your health |
| 19 | | insurance? |
| 20 | A | Yes. |
| 21 | Q | Are you currently working? |
| 22 | A | No. |
| 23 | Q | So you haven't -- sorry.  When were you released to |
| 24 | | go back to work? |
| 25 | A | It was the 19th, September 19 of 2024, I think is |

```
 1        the date.  It was either the 19th or the 20th.  I'd
 2        have to look at it, but it was one of those.
 3   Q    And have you worked since September 19?
 4   A    No.
 5   Q    Do you have any income coming in to pay your bills?
 6   A    No.
 7   Q    Tell us about your attempts to find work since
 8        September 19.
 9   A    I mean, I've just filled out Indeed applications as
10        I've seen them.  Like, yeah, that's about it
11        really.  I haven't been super looking -- looking
12        super hard.
13   Q    Why haven't you been looking super hard?
14   A    I just -- I don't know.  I've been in a little
15        slump.  I had a little money saved up, and I just
16        kind of decided, if I find a good job, I'm going to
17        take it.  I'm not just going to go work anywhere.
18   Q    Has anyone offered you a job since September 19?
19   A    No -- like actually, like, offered, offered it, no.
20        My buddy said I could come work with him, but it's,
21        like, third shifts, and I was just like, no, I
22        don't want to do that.
23   Q    I recall seeing in your Answers to Interrogatories
24        identification of one potential employer that you
25        had applied for.  Are there any others specifically
```

| | | |
|---|---|---|
| 1 | | that you can identify by name that you applied for |
| 2 | | work? |
| 3 | A | Not that I can -- maybe Frito Lay I think I applied |
| 4 | | at.  But the only one I have, like, a letter of |
| 5 | | denial from was -- actually, I don't even remember |
| 6 | | the name of the company. |
| 7 | Q | Let's go back to No. 8, please, is the question I |
| 8 | | want to cover.  It's on page 11 in the Answers to |
| 9 | | Interrogatories. |
| 10 | A | Yeah, okay. |
| 11 | Q | You've got disability benefit part 1, 12 weeks at |
| 12 | | 100 percent pay.  What is that? |
| 13 | A | This is how much Sedgwick would have been paying if |
| 14 | | I was approved.  I was approved for 12 weeks at |
| 15 | | 100 percent pay, 14 weeks at 60 percent pay. |
| 16 | Q | How does that relate to the 16 weeks of back pay? |
| 17 | A | The back pay is what I would have been paid if I |
| 18 | | wasn't wrongfully terminated.  That's my weekly pay |
| 19 | | before taxes. |
| 20 | Q | But is it the same period of time or a different |
| 21 | | period of time? |
| 22 | A | I mean, they overlap for 26 weeks -- up to |
| 23 | | 26 weeks.  I wouldn't have taken 26 weeks but . . . |
| 24 | Q | What I'm trying to understand is the relationship |
| 25 | | between the 26 weeks of disability benefit and the |

| | | |
|---|---|---|
| 1 | | back pay and front pay that you've claimed.  And if |
| 2 | | you want to get some assistance from your attorney, |
| 3 | | I have no objection to that. |
| 4 | A | Well, it's -- just from what I looked up even |
| 5 | | without him, like, these are separate lines.  So, |
| 6 | | like, the back pay is what I would have been paid |
| 7 | | had I continued my employment there.  And then the |
| 8 | | disability is what I was told was approved by |
| 9 | | Sedgwick, and I could have taken that full 26 weeks |
| 10 | | if I was not ready to come back to work, but it was |
| 11 | | taken from me.  So these are two separate pays. |
| 12 | | This is what I could have got paid, and this is |
| 13 | | what was taken from me. |
| 14 | Q | But are they for the same period of time or a |
| 15 | | different period of time? |
| 16 | A | I mean, they're for different things.  I don't know |
| 17 | | about the timeline. |
| 18 | Q | The issue I'm having, we're having, is that either |
| 19 | | you get paid by WestRock if you're working, but if |
| 20 | | you're not working because you were on disability, |
| 21 | | then you'd get the disability pay, not both. |
| 22 | | MR. STAUTZ:  I -- you know, I'm not sure we've |
| 23 | | perfectly theorized this.  I do think that his |
| 24 | | legal entitlement is both the missing pay and the |
| 25 | | value of his benefits. |

```
 1        Now, you know, I'm not sure I'm prepared to do
 2   this all right now.  I admit it bears more thought,
 3   but I don't think we've got two -- I don't think we
 4   need to look at it as two separate time periods,
 5   and I don't think it's double counting on the same
 6   time period.  I think what Shane is saying is
 7   basically right.  There's the value of being able
 8   to not work and recover from his surgery and the
 9   value of his job-protected leave.
10        MS. GRIFFIN:  You can't have two things on the
11   same week.
12        MR. STAUTZ:  I understand what you're saying,
13   but I'm just not sure we can --
14        MR. RABINOWITCH:  I really at this point --
15   yeah, we don't need to resolve it now.  At this
16   point I just want to make sure I understand what it
17   is that is being claimed.  You may have one
18   position as to whether you can recover it, and we
19   may have another.
20        THE WITNESS:  Yeah.
21 Q  But am I correct though that the disability
22   benefit, the 26 weeks, would overlap with the back
23   pay?
24 A  I don't know how to answer that.  I mean, if I
25   continued to work and didn't have surgery those
```

```
 1       16 weeks, yeah, I would have.
 2  Q  You would have not gotten paid by WestRock, but you
 3       would have gotten your disability benefits?
 4  A  Yeah, and vice versa.  It goes both ways.  If I
 5       didn't get the surgery and kept working, I would
 6       have got paid by WestRock; and if I took the
 7       surgery, I would have got paid by Sedgwick.
 8  Q  Right, but not both at the same time?
 9  A  Yeah, I didn't get the opportunity to have either.
10  Q  Right.
11  A  Yeah.
12  Q  Mr. King, do you have records in your files that
13       you brought today regarding your unemployment
14       claim?
15  A  Everything I've sent to you guys.
16           MR. STAUTZ:  I don't think he brought your --
17       you can look.  I don't think there was anything
18       related to unemployment in the files that you --
19           THE WITNESS:  Oh, the pay itself?
20           MR. RABINOWITCH:  Your claim.
21           MR. STAUTZ:  Your unemployment.
22           THE WITNESS:  Unemployment?  Sorry, I was
23       thinking disability.  No, I have nothing for
24       unemployment.  I kind of gave up on that.  It's 400
25       a week.  It would be nice, but, like, the loops and
```

```
 1       the -- like, they're making me -- I'm doing what
 2       they told me and it's still not working.
 3   Q   Well, if you had any documentation of your attempt
 4       to get unemployment --
 5   A   Yeah, I'm sure I could get that.
 6   Q   -- I'd ask you to present it to your lawyer and he
 7       can decide whether he can present it to me.
 8            MR. STAUTZ:  Okay.  Yeah.
 9            THE WITNESS:  Right now?
10            MR. STAUTZ:  No.  No.
11            THE WITNESS:  I was going to say.
12            MR. RABINOWITCH:  Not right now.
13   Q   Are there any other facts that we have not
14       discussed that support your claim that WestRock
15       interfered with your FMLA leave and/or your
16       disability benefit?
17   A   I don't believe I have anything additional besides
18       I need to get that letter of denial.  So that's the
19       only document that I don't have that I guess I
20       would say I need, but I don't have anything
21       additional.
22   Q   Besides documents, I just want to make sure we've
23       covered everything besides documents, conversations
24       with either Mr. Giddens or anyone else to establish
25       your interference claim?
```

```
 1   A   No, that's kind of why I just put everyone's name
 2       down because it would just be if you guys had any
 3       specific questions or he had any specific
 4       questions, we can ask everybody.
 5            MR. RABINOWITCH:  Let's just take maybe a
 6       five-minute pause here --
 7            MR. STAUTZ:  Sure.
 8            MR. RABINOWITCH:  -- so we can regroup a
 9       little bit.
10            (A brief recess was taken.)
11   BY MR. RABINOWITCH:
12   Q   Mr. King, I appreciate your time.  I have no
13       further questions.
14            THE WITNESS:  Awesome.
15            MR. STAUTZ:  I'm not going to -- I don't think
16       there's any testimony to clean up.  I'm not going
17       to ask any cross questions today.
18            MR. RABINOWITCH:  Do you want signature?
19            MS. GRIFFIN:  Does he want to read and sign?
20       Do you want your client to read and sign?
21            MR. STAUTZ:  Yeah, is there a transcript ready
22       already?  I don't understand.
23            MR. RABINOWITCH:  No, when it's done, he has
24       the option of reading and signing it or waiving
25       that and relying on this great court reporter here.
```

```
 1  So it's up to you.

 2        (A discussion was held off the record.)

 3        MR. STAUTZ:  Well, we'll wait and see the

 4  transcript just to make sure there are no errors.

 5        MS. GRIFFIN:  So reading and signing, yes.

 6        MR. STAUTZ:  Okay, then, yes, read and sign.

 7        THE REPORTER:  Do you want this transcribed at

 8  this time?

 9        MR. RABINOWITCH:  Yes.

10        THE REPORTER:  And is electronic okay?

11        MR. RABINOWITCH:  Yeah.

12        THE REPORTER:  And then would you like to

13  order a copy at this point?

14        MR. STAUTZ:  I would like a copy, yeah,

15  please.

16        (The deposition concluded at 11:50 a.m.)

17

18

19

20

21

22

23

24

25
```

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
2                       INDIANAPOLIS DIVISION

3

4
     SHANE KING,                         )
5                                        )
                 Plaintiff,              )
6                                        )
                   -v-                   ) CASE NO.
7                                        ) 1:24-cv-01565
     SMURFIT WESTROCK PLC, ET            )
8    AL.,                                )
                                         )
9                Defendants.             )

10                      Job No. 196740

11
             I, SHANE S. KING, state that I have read the
12   foregoing transcript of the testimony given by me at
     my deposition on January 27, 2025, and that said
13   transcript constitutes a true and correct record of
     the testimony given by me at said deposition except as
14   I have so indicated on the errata sheets provided
     herein.
15

16

17

18

19   _____
                   SHANE S. KING
20

21

22

23              STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
24              One Indiana Square, Suite 2425
                   Indianapolis, IN  46204
25                     (800)869-0873

```
 1   STATE OF INDIANA

 2   COUNTY OF MARION

 3

 4         I, Elizabeth T. Lindner, a Notary Public in

 5   and for said county and state, do hereby certify that

 6   the deponent herein was by me first duly sworn to tell

 7   the truth, the whole truth, and nothing but the truth

 8   in the aforementioned matter;

 9         That the foregoing deposition was taken on

10   behalf of the Defendants; that said deposition was

11   taken at the time and place heretofore mentioned

12   between 9:18 a.m. and 11:50 a.m.;

13         That said deposition was taken down in

14   stenograph notes and afterwards reduced to typewriting

15   under my direction; and that the typewritten

16   transcript is a true record of the testimony given by

17   said deponent;

18         And thereafter presented to said witness for

19   signature; that this certificate does not purport to

20   acknowledge or verify the signature hereto of the

21   deponent.

22         I do further certify that I am a disinterested

23   person in this cause of action; that I am not a

24   relative of the attorneys for any of the parties.

25         IN WITNESS WHEREOF, I have hereunto set my
```

1  hand and affixed my notarial seal this 12th day of

2  February, 2025.

3

4                        *Elizabeth T. Lindner*

5                        Elizabeth T. Lindner
                         NOTARY PUBLIC SEAL
6     SEAL               STATE OF INDIANA
                         Commission No. NP0673781
7                        My Commission Expires Nov. 11, 2031

8

9

10 My commission expires:
   November 11, 2031
11
   Job No. 196740
12

13

14

15

16

17

18

19

20

21

22

23

24

25

















53:16,22,25 55:12 57:16,17 58:3,
13 59:13 60:21 61:1,5 62:2 63:1
65:14,15 67:24 68:2,7,11,13
69:17 70:8 72:15,18 76:5 77:14
78:11 79:9 80:7 81:1,7,8 88:16,17
93:11 94:15,16

good 54:17 57:3 62:25 88:16

goodbye 67:4,5

got 7:1 10:18 22:2 30:25 52:14
53:13 54:15 56:18 62:9 63:7 64:1,
7,10 66:14 69:19 71:22,23 72:16,
17 75:8 76:8 77:6 80:7,25 81:6
83:18,20 84:2 85:5 87:4,9 89:11
90:12 91:3 92:6,7

Gotcha 7:9

gotten 81:10 83:21 84:20 87:14
92:2,3

grace 21:18,19,22 22:4,9 26:18
35:4 42:6

graduate 6:10

graduated 6:14

great 94:25

GRIFFIN 45:8,11,15 91:10 94:19
95:5

Griffin's 44:17

guess 36:21 41:21 50:4 54:14
62:10 77:14 93:19

guessed 86:21

Guitar 9:19,21,25 10:7

guys 76:13 92:15 94:2

H

had 6:14 7:18 10:13,18 12:25
19:5 24:23,25 25:1,5,7,17 26:1
27:18 30:17,23 31:13 33:18 35:1,
3 37:13,14 42:5 46:8 47:7,16,19,
23 48:1 49:14 51:3,4,12 53:11,22
55:1,8,18,20 58:15,16 59:2,5
60:2,3 61:16,17 63:15,19,24
64:14,15,18,23 66:23,25 67:21
69:20 73:10 74:19 84:22 86:21
88:15,25 90:7 93:3 94:2,3

hadn't 58:9

halfway 65:13

Hamilton 23:3,15 24:15 77:8,9

Hammock 23:3,12 24:2 77:8

hand 6:22 15:25 49:4

handed 18:1 29:24 40:11 52:16
65:7

handing 32:14 50:19 74:11

handling 80:21

handwriting 80:15

happen 78:4

happened 26:22 61:7 66:12 77:5

hard 88:12,13

has 6:22 18:1,21 24:24 26:22
43:11 49:19 64:17 79:11 88:18
94:23

have 4:20 5:3,16,17 6:3,5,14 7:24
8:23 10:18,21,25 11:25 13:13
14:10 15:4,18,19 16:2 17:4 18:14
19:9,11 23:25 25:6,23 26:1,4 27:1
28:13 31:6,10 32:9,10,12 34:8,9,
17 35:5 36:1,3 38:3,9,24 39:2,7,8,
9,11,12,13 40:5 42:21,22 43:9
45:23 46:2,5,22 47:12,14 48:4,11,
24 49:3 50:5,6,7,9,10,14,15,16
52:1,3 53:14 54:11 55:3,22 56:2,
3,6,8,11 60:14,16,17 62:6,12
64:19,25 65:1,11,22 66:1,4,20
67:13 69:11,18,19,20,23 70:7,10
71:16,21,23 72:1,12,14,25 73:16,
18 74:4,8,25 75:20,22,24 76:17
77:3,11 78:3,17,21,25 79:1,2,20,
21 80:2,10 81:5,9 82:12,25 83:1,
11 84:2,20 86:5,9 87:7,8,14 88:2,
3,5 89:4,13,17,23 90:3,6,9,12
91:10,17,19,25 92:1,2,3,6,7,9,12,
23 93:13,17,19,20 94:12

haven't 52:22 59:25 73:10 77:1,7
85:6 87:23 88:11,13

having 4:10 17:14 20:3,10 32:6
35:18 38:1 46:11 68:20 70:15
90:18

he 11:15 14:14,16,23,25 19:18,19
23:13,16,17,18,19,20 24:3,4,5,19,
23,24,25 25:1,5,7,8,16,17 26:1,5,
10,21 27:12 32:9,10,12 35:16
40:17,19,20 45:25 51:1,2,10 55:5,
6,21 57:12,13,15 58:8,10,11 59:1,
7,8 60:1,10,22,23,24 61:1 65:21
73:23 75:20 76:22,23 86:22 92:16
93:6,7 94:3,19,23

he'll 76:11

he's 24:5 25:8 35:16 76:5

head 5:17 79:2

health 10:22 83:24 84:5,8 87:11,
18

hear 66:16

heard 81:4

heated 57:11

Heathmore 4:19

heavy 70:21,23

held 4:5 22:22 54:21 72:3 95:2

help 22:9

helped 15:6

her 17:11 48:19 74:19,25

here 8:25 16:18 18:11 19:7,14
20:14,18 21:7 23:7 30:25 33:17,
19 35:2 37:23 41:20 44:6 47:25
61:12 64:11 71:4,11 74:16 75:21
77:16 81:20 85:11 94:6,25

hernia 48:15 70:11,12

hey 69:17 70:20 85:1

hide 75:24

high 6:9,10,18

highest 6:7

him 23:21 24:21 25:14,15,18,21
43:10 50:24,25 51:1,4 55:21 57:8
58:8,9,11 59:2,3,4,6 60:2,3 67:5,
24 68:2,3,7,8 75:22 76:12,14 77:6
81:6 88:20 90:5

hired 7:1

his 19:20 23:5,18,25 24:17 25:13,
24 39:1,3 50:25 53:9 67:24 68:7,8
76:1 87:2,3 90:23,25 91:8,9

history 7:11 34:2 76:1,5

hold 59:22 74:6

home 4:18 58:16

honest 13:13

honestly 26:12 64:2

hope 75:16,18

hour 17:1

**hours** 17:2 82:4

**how** 4:20 7:20 9:6,21 12:9 13:10 14:13,21 15:15 21:10,12 22:16 23:15 24:2 25:1,6,16 26:10 27:11, 22,23 37:4 40:4 41:18 42:18 48:16 55:17 58:2 64:17 67:2 74:20,22 76:22 77:14 78:7,8 80:7 83:9 86:2,20,22 89:13,16 91:24

**HR** 24:19 60:10,19 73:21

**hugs** 67:1,10

**hung** 27:18 77:1

---

**I**

**I'D** 7:10 13:13 23:7 27:9 60:14 74:14 88:1 93:6

**I'LL** 5:7 22:24 23:3 49:3 64:21 65:1,4 73:10 81:20

**I'M** 5:5,11 6:22 10:22 15:16,25 20:12,17 21:2 22:23 23:5,6 24:18, 19 27:7 28:13 29:20 31:13 32:12, 24 33:11,12 35:19 36:21,24 37:22 38:5,11 39:12,21 41:6 42:5,18 43:16,20,25 45:18,21,23 46:14 47:22 50:8,19 52:2,7,22 53:22 54:8,17 55:15 56:9 58:3 61:3,6 62:11 63:16 65:4 67:2,19 68:8 70:20,25 74:11 76:12,13,18 77:16,23 79:9 83:3,5 85:11 86:14, 18 87:9,13 88:16,17 89:24 90:18, 22 91:1,13 93:1,5 94:15,16

**I'VE** 15:5 18:1 29:24 32:25 33:13, 21 36:12,17 39:14 40:11 50:24 52:16 56:9 64:10 65:7 71:3 72:10, 11,18 73:9 81:4 82:25 83:21 84:18 85:6 88:9,10,14 92:15

**ID** 24:9 25:3 37:3

**idea** 26:4

**identification** 88:24

**identified** 6:22 25:14 30:24 32:14 38:1 74:13,16 75:14

**identify** 6:25 18:2,5 23:1 45:4 79:13 81:17 89:1

**if** 5:13 8:3 9:17 19:22 20:12 21:19, 21 23:9,22,23 24:15,18,19 26:13, 21 27:12 28:20 29:11,16 35:1,6,8 37:1 39:10,17 42:6,7,10 47:13 49:9,19 51:25 53:11 55:15 56:8,

21 57:4 59:1 63:16 67:9 69:16 70:8 71:24 73:11 76:12,13 77:23 78:10 83:1,3 84:3 87:7,14,16 88:16 89:13,17 90:1,10,19 91:24 92:4,6 93:3 94:2

**imessage** 43:7

**immediate** 31:23 61:6

**immunity** 25:10

**implemented** 18:20

**important** 14:2,5 17:23 28:22

**impossible** 58:4

**in** 4:3 5:6 7:19 10:10,19,25 11:10, 15 13:6,18 17:12 18:18,19,22 19:4,6 21:7,10,20 22:5,14 23:22 24:8,11,18,22 25:2,19,21 26:3 28:2,5,15,20 29:9 33:1,10,13,22 34:20 35:2,9,12,23 36:6,13,16 37:2,8 39:10,12,14,18 40:4,7 41:15 43:11,16 44:3 45:11 47:21 48:11,25 50:15,17 52:1,3,21,22 53:1,11,12,16 54:4,7,14 61:9 62:23,24 64:3,5,10,11,25 65:8 67:10 68:15,21 69:4,5 70:1 71:4 73:16 77:3,12 78:19,21 79:3,21 80:4 82:18,22 83:22 84:1,8 85:12 87:14 88:5,14,23 89:8 92:12,18

**include** 87:5

**included** 47:18

**includes** 30:20

**including** 10:6 31:25 79:24

**income** 88:5

**incurred** 87:7,17

**Indeed** 88:9

**Indiana** 4:3,6,7,19

**Indianapolis** 4:3,7,19

**indicate** 24:17 54:18

**indicated** 72:7 83:22

**indicates** 8:6 51:12 82:23

**indicating** 44:12 54:6 56:13 73:3 82:19

**individual** 13:24 72:14

**info** 79:11

**information** 48:22 75:20 85:9

**informed** 73:21

**infraction** 37:19

**injury** 25:20

**inquiring** 74:20

**instances** 39:18

**instructed** 21:7

**insurance** 10:22 84:5,8 87:11,19

**intentional** 70:7

**intentionally** 69:21 70:4,6

**interfered** 69:9 71:14,17 83:23 93:15

**interference** 93:25

**Interrogatories** 74:12 88:23 89:9

**Interrogatory** 81:19 85:8

**intervening** 68:15

**into** 10:9 84:24

**introduced** 52:11

**introduction** 28:21

**IPHONE** 56:9

**irate** 61:19

**is** 4:1,3,4,5,7,18 5:5,18,22 7:1,5, 24 8:25 11:4,12,21 16:10,13,19 18:6,12,13,17 19:20 21:19 22:5, 11 23:13 24:2 26:15 27:11 28:17, 22 30:1,2,11,12,18 31:1,18 32:16, 17,19 33:16,23,24 34:5 35:10,18, 19,21 36:11 38:23,25 39:5,10 40:14,16,23 41:2,4 42:24 43:3,9, 10,12,14 47:6,10,13 48:4,8,11,20 49:17,23,24 50:1,23 51:7,8,13,19 52:11,12,17 53:5,18,21 54:13 55:6 56:12,23 57:7,23,24 58:1,4 59:11 63:11,12,21 64:8 65:11,15 66:21 67:7 69:24 72:2,4 73:11 77:16 78:5,22 79:23 80:1,8,11,15 81:2,11,25 83:8 84:1 85:16,17 86:6,10 87:16,25 89:7,12,13,17, 20,24 90:6,8,12,18,24 91:6,17 94:21 95:10

**isn't** 52:20 68:19

**issue** 18:18 25:11 90:18

**issues** 9:12 32:6 67:15 76:11

**it** 5:2,9,14 7:18,22 8:5,8,25 10:1,
13 11:10,14,19 12:12,13,21
13:14,23 14:1,2,5,19,21 15:9
16:12,17,18,19,24 17:6,11,12,17
18:5,6,13,14,15,19 19:8,14 20:9,
22 21:7,16,22,23 22:11,13 24:13,
20 25:9,18 26:14,17,21 27:11,20,
21 28:8,15 29:19,22 30:1,7,9,15,
19,20,22 31:14 32:18,21 33:4,21,
23 34:9 35:4,6,9 36:10,16,17
37:1,6,9,13,14 39:13,21 40:6,15
41:4,10 42:12,13,22 43:9,14,25
44:5 46:9,22 47:12,14,20,25
48:11,23,24,25 49:7,8,14,19
50:14,15 52:1,23 53:7,13,14,16
54:11,15 55:3,6,10 56:18 57:16,
19,25 58:4,11,16 59:9,10,11 60:1,
3,11,18,23 61:3,6,13,17,22,23
62:8 65:11,15 66:11,18 67:2,11
68:1,4,5,10,12,19 69:6,16,21
70:7,17,21 72:11 73:1,5,8,9,13,21
74:4,8,22 75:10 77:7,10,15,19
78:2,6,7,8,14,21,22 79:2,11,12,21
81:1,15 82:12,15,16,25 83:1,9,11,
12,15,16 84:8,18,19,21,22,23
85:4,6,21 86:8,19,22 87:13,25
88:1,2,10,17,19 89:20 90:10 91:2,
4,15,16,18 92:4,25 93:6,7 94:2,24

**it's** 11:5,8 13:14 16:6 17:10 18:9,
13,15 21:20 22:12 24:4,9 25:3,7
26:11,12,13,16 27:9 28:8 29:13
30:22 33:3 36:16 40:7 41:9 42:7,8
43:8 45:11 49:4,5 51:7,17 55:11
56:20 57:3,23 58:12,13 59:8
64:13 65:9,13,15 67:13,25 68:1
69:1 77:14 78:6,8 79:3 81:12
83:23 86:25 88:20 89:8 90:4 91:5
92:24 93:2 94:23 95:1

**item** 85:17

**its** 69:8 71:5

**itself** 56:5 92:19

**Ivy** 6:19

**J**

**Jacael** 80:19 81:6 83:12

**January** 4:4 9:7 16:25 17:1

**job** 7:18 10:2,21 28:23 62:7,12
70:16 85:3 87:3 88:16,18

**job-protected** 91:9

**John** 23:5 25:13

**Jordan** 74:18

**July** 9:22 37:25 48:11,12,13,14
49:1,15,20 51:7,21,25 52:6,7
53:14,20,23 75:4 80:9

**just** 5:8 7:22 8:3 10:10,21 11:5,6,
14,15 15:16 20:17 21:23 22:16,24
24:4 26:11,13,15 27:12 31:1,3
33:21 37:8,22 38:21 39:21 41:3,5
42:18,21 43:19 45:4 47:4 48:21
49:8 51:2 54:6 56:1 57:5 58:12
62:1,6 64:21,22 65:1,5 67:24 68:2
70:9,23 73:21 74:2 75:6,18 76:15
77:9 78:4,9 80:3,4 81:17,23 83:5
85:2,4 86:11,18 88:9,14,15,17,21
90:4 91:13,16 93:22 94:1,2,5 95:4

**K**

**keep** 15:12 57:12 65:14,15 70:10
73:10

**Kennedy** 50:23

**kept** 92:5

**kind** 21:16 23:12 24:4 26:11,15
31:3 33:3 40:20 45:25 48:17 50:4
52:14 84:19,24 88:16 92:24 94:1

**King** 4:8,9,15,17 27:1 28:5 40:11
44:9 74:11 81:23 92:12 94:12

**King's** 76:3

**knew** 39:23 54:13 75:10

**know** 12:13 13:12 14:15,18,23
15:7,9 19:17,24,25 20:1,12 21:20,
21 22:23 23:5 25:1,15,24 26:7,12,
19,22,23 28:3,4 31:9,16 33:23
34:11 36:4 37:6,17 39:1 42:6,20,
23 44:2 46:8,9 47:10,11,14 48:23,
24 49:20 50:23 51:4,17 53:2,4,9
54:25 55:8,22 56:8 57:11 58:9
60:14,18 64:1,14,17,20,22,23
66:9 67:2,9,10 69:2,16 70:13
71:10,11 78:1,7,10,17,18,24 79:2
80:7 84:6,7 86:20 88:14 90:16,22
91:1,24

**knowledge** 23:25

**knows** 21:18

**L**

**ladies** 67:10

**ladings** 13:25

**large** 63:4

**last** 23:5 25:13 27:22 29:9,13
45:24 49:9 54:23 55:1,9 58:15
63:15 65:25 66:1,4,24 67:17
71:19,24 72:1,7 73:3,7,14,15,17
78:11 81:4 82:10,11,14,15,19,23
83:6 84:3

**late** 16:17,18,25 17:1,2,3,18
18:23 19:10 20:6,13,14,16 21:21,
22 24:17,20,24 26:16 41:13,18,22
42:15,18,19 44:1,4,7 68:17

**later** 61:4

**lawsuit** 5:11 10:11

**lawyer** 27:17 93:6

**lawyers** 61:11

**Lay** 89:3

**lead** 31:24 66:18

**leads** 36:14

**leaning** 26:6

**learn** 55:17

**learned** 54:9

**least** 23:13 30:23 34:13 37:16
42:3 49:5 62:2

**leave** 8:11 9:8,25 20:24 23:19
24:5 25:8 37:7 48:10,16 50:13
51:24 53:19 55:8,13,14 57:13
58:23 60:11,21 73:25 76:3 80:23
91:9 93:15

**left** 8:17 11:19 14:24 19:1 24:20,
24 28:3,4 38:7 40:18 51:1 66:12
67:9,11,12 76:18 83:19 84:23

**legal** 60:19 71:11 90:24

**less** 8:7 13:18

**let** 8:3 18:16 23:3 24:8 25:18,21
54:11 58:20 59:22 67:1,24 68:2,3,
7,8,11,13,22 69:4,17 70:10 79:7,9
80:5

**let's** 14:8 23:3,4,15 25:13 31:18
38:14 45:2 51:25 81:19 83:9 89:7
94:5

**letter** 55:6 57:15,18 58:14 59:12, 13 72:10,23,25 73:8,11,12 78:17 81:2,3 89:4 93:18

**letting** 44:2

**level** 6:7 30:10 33:14

**life** 33:1,13,22 36:13 64:10

**lift** 70:23

**lifting** 70:15,20

**like** 6:18,19 7:10 10:1,20 11:5,19 12:24 13:13,25 14:14,25 16:5,12 17:17 20:6 21:20,23 22:22,23 23:22 24:9,18 25:2,3,4,6,7,9,20 26:15,17 27:19 28:9,13,14,15 30:6,15,22 32:22 33:2,12,13,21, 22 36:3,12,19 37:1 38:17 39:7 40:15,21 41:3 42:8,19,21 44:1,5 46:7,20 47:15,25 48:13,17,18 49:14 52:4 53:7,9,21 55:10 56:17 57:11,17,22 58:2,4,12,16 59:3,21 60:1,10,13,17 61:3,12,23 62:1,3, 5,8,13 63:14,16 64:9,17,25 66:15, 21,24 67:25 68:7 69:3,15,17 71:1, 25 72:12,23 73:8 74:14 75:6,8,22 76:7,25 77:19 78:20 80:3,19,25 81:8,12,15 82:12 83:13 84:10,12, 15,18,22,24 88:10,19,21 89:4 90:5,6 92:25 93:1 95:12,14

**Lindner** 4:1

**line** 85:2

**lines** 60:13,19 90:5

**listed** 37:23

**literally** 11:5 24:25 25:6 41:5 42:21 57:19 58:4

**little** 8:5,7 21:25 22:2 88:14,15 94:9

**live** 4:22

**lived** 4:20

**Load** 13:22

**loader** 9:5 23:12

**Local** 73:21

**located** 4:3 52:22

**location** 5:1

**long** 4:20 7:20 9:6,21 14:13,21 15:15 27:22,23 67:23 86:21,22 87:2

**longer** 9:9

**look** 33:2 45:2 47:14 49:19 53:7 81:19 88:2 91:4 92:17

**looked** 73:18 85:3 90:4

**looking** 29:20 31:5 80:20 88:11, 13

**looks** 11:19 16:5,12 20:6 28:9 30:6,15,22 32:21 33:21 40:15 44:1,5 47:25 49:14 50:11 58:12 61:23 80:19 81:15

**loops** 92:25

**lost** 57:21 85:11

**loud** 5:16

**luck** 73:10

**lunch** 13:8,9

---

## M

**made** 66:9 68:19 70:4 71:3 75:4

**mail** 51:1 55:18,20,23,24 56:1,5, 6,13,16,17,20,23,25 57:7 80:23, 24

**make** 26:14 48:16 71:1 74:20 79:15 91:16 93:22 95:4

**making** 93:1

**manager** 15:2,3,16 19:15 40:17 48:18 51:11

**manager's** 16:12

**many** 13:10 40:4 64:17

**March** 32:19 33:10 34:20 35:2 36:6 37:25 63:8

**Mark** 50:23 51:17,20 59:9

**marked** 6:21 15:24,25 17:25 18:2 26:25 28:5 29:23,24 32:13 40:10, 12 49:2 50:18,19 52:15,16 65:6 74:10 81:18

**married** 6:1,3

**material** 13:22,23

**may** 7:13 31:24 86:15 91:17,19

**maybe** 21:9 23:7 26:5 31:8 89:3 94:5

**me** 5:14 8:3 12:23 16:11 18:16 19:23 20:2 22:9 24:8,25 26:22

29:16 35:4 36:20 40:15 41:8 43:3, 20,21 48:19 50:3,6 51:2 53:6,15 54:2,11 56:1,21 57:4,16 58:9,11, 20,21 59:1,5,7,12,22 60:2,12 63:1 64:12,25 66:2,14 67:1 68:11,12, 13,22 69:4,22 70:1,5,15 71:20,24 72:11,18 73:5,7,12 75:6 76:23 77:5,13 78:13,20,21 79:4 80:5,17, 22 81:1,8,9 82:17 83:1,6,14,16,20 84:3 85:1 90:11,13 93:1,2,7

**mean** 14:15 15:18 17:6,12,17 18:13 22:9 23:17 24:4 26:4,6,11 27:19 28:1 32:24 33:3 36:16 40:1 42:17,19 44:5,6 47:13 48:24 51:25 52:5 53:9 54:12 57:11 60:16 61:10,11 63:4 66:6,20 67:23 68:4,6,9 70:3 71:10 75:6,8, 11,19 76:20 77:5,13,23 78:3,4,20 79:1 86:11 88:9 89:22 90:16 91:24

**meaning** 31:20 72:8 76:9

**meant** 70:15

**medical** 10:19 11:5 87:4,11,17

**meet** 31:23

**meeting** 28:15 31:21 66:12

**meetings** 40:21

**member** 28:24

**member's** 28:23

**memory** 52:9

**mentioned** 42:5

**meshed** 33:3 36:16

**message** 40:15

**messages** 40:22

**met** 50:24 80:3,4

**Michael** 77:8

**Michelle** 14:19 15:2 16:12 21:21 76:21 77:2,11

**mid** 48:12

**middle** 49:1

**midway** 73:20

**might** 43:9 82:12

**Mike** 14:10,11 23:3,15 77:5

**Miller** 23:7 26:8 75:14,15 76:19, 20 77:17

**minute** 38:21

**minutes** 16:17,25 17:1,2 26:16 38:15 41:22

**Misha** 5:5

**missing** 90:24

**misstate** 67:20

**mistake** 82:13

**mom** 61:10,18,22

**money** 55:5 57:14 61:5 88:15

**months** 10:14 27:25 28:1 68:1,2, 5 69:16

**more** 13:16 27:25 47:23 63:7 64:23 68:18 86:25 91:2

**morning** 28:15 40:20 44:16 57:3

**most** 87:13

**mostly** 37:6

**moved** 9:9

**Mr** 4:14,15 5:7 10:12 11:9,15,17 14:13,18 15:7 19:12,15 21:10 22:6,8,16 23:2 24:15 25:11 26:18 27:1,4,16 28:5 31:10 32:5 35:3,21 36:2,5 38:14,16,18,20,25 40:11 42:3 44:9 45:6,10,13,14,19 46:5, 12,15,25 50:12 51:23 52:11,13 53:7 54:5 56:6,11,12,15,17,18 57:1 58:7,20,22 61:8 65:7,13,17 67:4,6,7,15 69:6 71:4,7,9 74:11 75:15 76:3 79:7,8,9,12,13,16,17, 21 81:22,23 82:21 85:12,15,23 86:15,16,18,20,25 90:22 91:12,14 92:12,16,20,21 93:8,10,12,24 94:5,7,8,11,12,15,18,21,23 95:3, 6,9,11,14

**Ms** 14:22 15:8,15 17:8,19 21:12 22:7 27:2 28:3 44:17 45:8,11,15 91:10 94:19 95:5

**much** 14:14 58:3 89:13

**multiple** 22:13 72:12

**my** 4:1 5:5 8:3 10:9,22 11:5 14:10 19:20 27:7 30:6 31:20,21 32:22 33:1,13,22 36:12,13 41:8,10 43:7, 14,22 44:2 46:22 47:6,15 48:12, 25 49:7 50:8,15 52:3,5 53:13 54:23 55:19 56:12,24 57:12,19 58:16 59:1 61:4,10,22 62:4,9 63:9 64:10 65:24,25 66:1,3,7,20 68:11 69:13,19,22 70:5,16,18,24 71:19,

21,23 72:1 73:6,14 74:3 76:9 77:6 79:2,5,11 80:1,8,21 82:10,11,14, 15,25 83:6 84:3 88:20 89:18 90:7

**myself** 4:23 52:14 83:3

___

**N**

**name** 4:1,7,15 5:5 7:2 23:5 25:14 45:24 75:25 76:1,16 78:24 79:20 80:20 83:18 89:1,6 94:1

**names** 23:7

**need** 21:25 27:13 51:24 57:5 58:1,18 72:23 83:2 91:4,15 93:18, 20

**needed** 48:19

**needs** 25:8

**negative** 46:14

**Network** 80:12

**never** 5:4 6:19 10:18 15:5 26:20 33:1,13,22 34:21 36:13,17 38:23 50:24 51:1 64:10 69:19 71:3 72:16,19

**new** 10:21 15:6 25:17 51:12 53:17 62:7,12

**newer** 26:5 45:25 51:10

**next** 24:2 30:12 33:24 42:24 58:17 60:4 61:9 65:15,16 67:2 71:13 76:1

**nice** 92:25

**nine** 37:24

**no** 5:17,25 6:2,4,6,16 8:15,17,21 9:9 10:8 15:5 17:10,21 18:14 19:11 20:5,6 21:2,22 22:15 23:18, 21 24:1 25:12,15,19,25 26:4,6,16, 22,24 27:15,16 28:4,8 33:7,11 34:19 35:15 36:3,9 38:5,6 39:1,4, 20 41:5,20 42:1,20 43:16 44:5,7 46:13,17 47:3,4,11,16,19 50:4,22 53:21 55:10 58:21 60:1,25 61:3 64:21 65:1,3 66:20,21 67:5,16 70:14,21 71:3 74:8 75:6 77:5 78:20 81:19 83:4 85:8,14 87:22 88:4,6,19,21 89:7 90:3 92:23 93:10 94:1,12,23 95:4

**nonenforcement** 76:2,6,7

**Nope** 9:13

**normal** 58:16 70:16

**Normally** 28:13

**not** 7:24 11:1 17:21 20:12,17,24 21:20 22:5 23:7,21 24:1,5 25:8 26:5,12,19 27:7 32:24 33:12 36:20,21,23 37:9 38:5,11 39:17, 21 41:9,22 42:2,8 43:16,20,25 47:13,21,22 48:4 50:20 52:2,13, 22 53:19 54:17 55:12,15 56:4 57:16,25 58:12,13 59:9 60:20 65:4 66:7,22 67:13,16,20 70:20, 25 71:21 72:2,6 73:2,6,14 76:12 78:3,6,8 81:10 82:25 83:14,21 84:9,18 85:23 87:8,11,14,18 88:17 89:3 90:10,20,21,22 91:1,8, 13 92:2,8 93:2,12,13 94:15,16

**note** 73:20 80:11 81:8

**notes** 72:5

**nothing** 4:11 75:24 77:13 92:23

**notice** 8:18 49:14 53:18 54:8

**notified** 34:18

**November** 18:9,10 19:16 21:7

**now** 19:11 23:10 41:10 47:4 68:2 70:6 91:1,2,15 93:9,12

**number** 13:12 16:22 24:9,12 26:3 37:3,8 48:20 50:25 59:3 64:1 65:12,16 75:7 78:25 79:5 80:18, 22,23 81:20 83:11,18,19

**numbered** 45:9

___

**O**

**oath** 5:20

**object** 27:12,14 82:21

**objection** 71:7 90:3

**observe** 21:10

**obviously** 54:12 55:19 62:4 75:9

**occurred** 38:10 46:18 59:15 66:19

**October** 8:6

**of** 4:2,5 5:5,22 6:7,18 7:2,13,24 8:1,18 9:7,22 10:9,20,25 11:2,5 13:2,25 15:1,11,12,15,19 16:18 17:7,16 18:17,25 19:1,3,5,16 20:4,25 21:16 23:4,6,8,9,10,12,25 24:4,22 26:11,15,19 28:5,14,16,

22 29:1,9 30:13,15 31:3,18 32:18,
19,24 33:3 34:17,20 35:9 37:7,19,
25 38:3 39:5,8,12 40:20,22,23
44:18 45:25 46:23 47:6,7,17 48:7,
9,13,14,17 49:1,9,15,20 50:1,4
51:4 52:14 54:6,24 55:1,2,9,18
56:15,19,24 57:10,24 58:9,23
59:3 60:19 61:9 62:5,18 63:6,12,
17,20 64:1,12,13,15,25 65:3,4,7,
25 66:2,5,25 67:17,21 68:15,16
69:2,5,9 70:13,18 71:3,13,14,18,
19,24 72:2,8,10,14,23 73:2,4,7,8,
12,14,15 74:15 75:2,13 76:1,2,6,
17,25 77:1,2,3 78:8,17,19,21
79:2,3,17 80:11,13 81:1,2,3,4,11
82:8,10,11,14,15,22,23 83:5,6,21
84:3,19,20,23,24 85:7,16,17 86:2,
9,12,19,21 87:13,25 88:2,16,24
89:4,6,16,20,21,25 90:14,15,25
91:7,9 92:24 93:3,18 94:1,24

**off** 26:17 40:1 41:5 43:17 54:1,21
63:22 72:3 79:2 82:9 95:2

**offer** 84:12

**offered** 88:18,19

**office** 25:19,21,22 67:10

**officer** 48:18

**offices** 4:5

**often** 37:4,9

**oh** 11:5 26:15 27:23 40:25 56:11
61:25 65:11 92:19

**okay** 5:15 9:14 11:17 12:22 14:11
15:13 16:15,21 21:4,25 24:10
26:8 27:5 30:17 31:4 33:15 37:10
38:13 40:9 41:1 45:13 49:16
53:24 56:19 62:16 64:7,14 74:7,9,
17 76:4 84:14 86:24 89:10 93:8
95:6,10

**Old** 49:6

**on** 7:1 8:5 10:9 13:10 16:10,25
17:1,2,3,14,23 18:7,11,17,22,23
19:1,2,10,20 20:3,6,11,13,24
23:13 24:21 28:14,25 29:5,13
30:5,15 32:19,20,23 34:1,3,4,9,10
35:8 36:3,12 37:1,19,20 38:3,5,
11,25 39:3,19 40:7 41:10,18,20
42:8,15,24 43:7,15,21,22 44:2,6,
7,17,23 45:9 46:12,16 47:8,22,23
49:14 50:20 51:17,25 52:19 53:5,
7,23 54:11,13,16,19 55:18 56:24
57:21 59:7,15,21,22 60:2,7,12,23

62:8 65:15 66:6,12 67:12 68:16
69:18,23 72:13,17 74:4,6,7 75:9
76:23 77:16 78:8 79:11,18,23
81:6 82:1,3,5 84:19 85:1,6,24
87:8 89:8 90:20 91:5,10 92:24
94:25

**once** 54:9 62:8 81:6

**one** 4:6 6:19 7:24 12:18 20:6 23:4
24:2,23 26:6 28:14,17 33:4 34:9
37:23 41:2,4,9 42:24 44:20 45:2
52:20,21,22,25 53:1,11,12,17
54:6 58:19,22 73:19 74:19 79:3,4
84:23 88:2,24 89:4 91:17

**online** 10:3

**only** 12:21 68:9 75:12 89:4 93:19

**operations** 40:17 51:10

**operator** 12:1 13:21

**operators** 13:10

**opportunity** 37:16 92:9

**option** 39:24,25 40:7 94:24

**options** 12:23

**or** 4:10 5:17,18,22 10:7 12:19
15:20 19:3 21:23 22:7 23:22
24:20,24 25:3,8 28:16 30:11 37:2,
7 40:4 42:2,13,14 43:15 44:12
46:8,25 47:1,15 48:6,12,25 49:23
51:13,20,24 52:12 54:5 59:9
60:12,19,20 62:5 64:19 65:11
67:15 68:3,12 70:3 72:13,14
74:12 75:1,10 77:7,8 78:5 83:13
84:10,12,25 85:19 86:14 88:1
89:20 90:14 93:24 94:3,24

**order** 73:16 95:13

**orders** 10:3

**organize** 13:23

**original** 75:5 79:19 80:8,13,14

**other** 7:25 11:1 31:6 32:5 74:25
93:13

**others** 23:9 88:25

**our** 11:10

**out** 5:16 6:18 10:13 13:24 23:19
24:8,23 27:18 40:4,6 48:14 67:23
68:1,5 69:15 70:22 76:14 77:1
85:4 86:21 88:9

**outside** 77:2

**over** 7:25 8:5 14:22,23,25 15:7
63:19 80:4

**overlap** 63:6 89:22 91:22

**oversee** 72:15

**oversized** 72:5

**overslept** 44:3

**own** 10:10 36:25 47:15 82:25

**P**

**p.m.** 13:3,6

**packet** 59:4

**page** 7:21 18:17 28:20 29:4,9,13,
14 31:19 32:23 35:8,9 37:20
42:24 49:9 65:11,15,16 73:20
74:14 81:20 85:15,16 89:8

**pages** 9:17

**paid** 20:18 25:22 57:18 58:3 62:2
69:13 71:22,23,24 82:5 84:2 87:6
89:17 90:6,12,19 92:2,6,7

**paper** 11:22 28:16 30:9 33:1,5,
12,13 38:6,12 42:8 48:3 49:6
54:15 78:9 79:1,3 80:11 81:11

**papers** 11:2

**paperwork** 13:24

**paragraph** 65:9,19 69:4

**park** 20:17

**part** 28:22 71:13 89:11

**particular** 12:16

**past** 9:17 39:15 63:17,23 64:19
65:4 70:17 76:7

**Pat** 77:7

**pause** 94:6

**pay** 25:22 86:10 87:9 88:5 89:12,
15,16,17,18 90:1,6,21,24 91:23
92:19

**paying** 89:13

**pays** 90:11

**PDF** 79:21

**pending** 51:14 55:10 57:23,25
58:5,12 59:11 68:12

**people** 15:6 21:18 23:19 32:24

64:19 75:8 76:17 77:1,20

people's 23:6

per 18:19 86:11

percent 89:12,15

perfectly 25:18 70:17 90:23

performance 18:18 31:24 32:6 60:24

period 14:9 15:1,15 20:4,8 21:18, 19,22 22:4,10 42:6 68:16 75:2,3 89:20,21 90:14,15 91:6

periods 91:4

permitted 37:16 39:16 41:22

permitting 42:3

person 43:10 80:4 81:5 83:12,13, 17

personal 25:20 27:7,18 66:21

Personally 84:6

pertinent 75:20

Pflum 51:8 54:5 67:6,7,15

Phil 14:23 43:10,13 51:6,16 55:18 56:20 57:3 70:3

Phil's 43:12

phone 10:3 43:11,13,15 59:21 72:17 81:6

phrase 71:4

physical 72:18 81:9

Physician 80:12

picture 41:8 43:4,6,7

piece 28:16 32:25 78:8 80:11

pieces 79:3

PL 19:14

place 20:17

plan 10:14 20:23 69:20

planned 10:13 67:23,25 68:1,5, 10 69:15

plant 15:2

played 76:24

please 4:15 5:14 20:22 21:4 23:1, 9 29:25 32:15 56:21 57:5 86:16 89:7 95:15

point 17:15 19:3,15 23:8 29:5,10 30:17 34:13 35:13,25 44:3 48:1,9 61:16 85:6 91:14,16 95:13

pointed 24:5,21 25:9

pointing 43:4

points 18:14,22,25 19:3,5 21:17 24:6,24,25 25:1,5,7 26:1,2 29:11, 17,22 30:18 34:5,13,18,23 35:3,9, 11,18,22 36:7,19,21,25 37:4,17 40:5 41:23 47:7 48:2 63:5,6,7,17, 20,22 64:14,16,17,19,24 65:4 66:23 68:18 70:18 76:7

policies 39:8

policy 8:18 18:20 20:23 21:4,5, 11,12,20 22:5,16 26:3 28:8,10 29:2 34:22 38:2,4 42:2 59:3 61:16 63:21,22 66:23 68:24 73:24 76:2, 6 77:22 78:5

position 8:9 9:4,23 11:23 12:9 64:13 82:19 91:18

positive 36:20

possible 68:19

post 50:9 57:17 58:5

potential 88:24

prepared 91:1

present 93:6,7

pretty 14:14 25:17 57:11 68:21 69:1 86:14

prevent 5:23

previous 34:6 44:16

previously 33:18 34:23

printout 44:11

prior 7:11,16 9:1,14 11:25 19:1 20:24 35:12,24 38:7 73:24

privilege 85:24

probably 5:8 43:13 50:14 52:5 55:22 61:25 66:11,13 70:9

process 29:5

produce 11:7 56:3,14

produced 11:10 45:12 79:12

production 11:11 45:10

profile 43:6,7

provided 19:13 30:7 53:18 54:9

provider 69:10 71:15

providing 65:20

provision 69:9 71:14,17

punch 24:12 37:1

put 28:5,14 40:25 67:19 75:23,24 76:1,15 78:9 79:18,23 81:7 85:2, 3,4 94:1

Q

question 5:14 8:3 27:13 89:7

questioning 10:9

questions 5:11 7:10 10:4 16:3 27:12 36:22 84:23 94:3,4,13,17

R

Rabinowitch 4:14 5:5 11:9,17 38:14,18,20 45:14 52:13 56:11, 15,18 65:17 79:8,13,17 81:22 86:16,18 91:14 92:20 93:12 94:5, 8,11,18,23 95:9,11

ran 40:20

range 13:18

reach 43:16

reached 34:13 35:2 83:9

read 94:19,20 95:6

reading 94:24 95:5

ready 16:2 30:1 32:16 90:10 94:21

reaffirm 31:21

real 35:6 36:11

realized 47:4

really 15:10 17:6,21 26:7 27:23 33:4 50:3 51:4,5 59:5 61:11,22 62:9 64:21 75:7,13 77:1,13 81:4 88:11 91:14

reason 5:13,22 11:12 17:4 19:9, 11 26:1 33:24 34:8 35:5 36:1 38:3,9 47:12,17,19 66:2 71:20

recall 15:20 33:6 34:24,25 35:14 36:5,10 41:18 42:2 43:2,3,24,25 46:11,15,17,18,24 57:10 61:20

88:23

receive 84:16

received 33:18 34:3 57:7 63:24
72:19 84:18 85:7

receiving 15:20 33:6 35:10 42:4

recess 38:19 81:21 94:10

recognize 28:6,8

recollection 7:21 9:18 34:17
49:17 50:1 56:12

recommended 11:15

record 4:16 23:25 25:24 31:1
45:4 47:15 54:21 72:3 79:7,9,23
95:2

records 24:17 39:8 42:10 49:3,
12 82:18 92:12

recover 91:8,18

recovered 62:13

recovery 87:3

refer 5:8

reference 84:16

referenced 74:18,19

referred 78:22

referring 12:19 83:7

refilled 85:4

reflect 79:10

refresh 7:20 9:18 52:8

refused 39:13,14

regard 24:22 84:1

regarding 17:9 34:3 36:6 46:2,6,
16,19,25 48:5 50:13 67:22 75:1
77:21 80:12 85:9 92:13

regroup 94:8

relate 89:16

related 8:13 92:18

relationship 27:1,2,10,18,20
89:24

relationships 27:8

released 87:23

relevant 27:9,11

reliable 28:21

rely 63:2

relying 94:25

remainder 87:6

remained 84:8

remember 8:12 9:16 12:11,12
15:10 17:6,8,13,16,18,19 19:14
21:9 23:6 25:13 27:23,24 31:17
32:8,21,25 33:5,11 36:18 45:25
46:4,7,10 47:5 63:15 64:18 66:24
89:5

removed 21:17 22:13 24:20

rent 4:24 5:2

repeat 5:14 35:19

repeating 83:3

repercussions 23:18,21

report 14:18 28:24 61:23

reported 40:19 82:16

reporter 4:1 6:23 18:1 94:25
95:7,10,12

reporting 15:4

representative 9:24

representing 5:6

request 48:16 50:13 52:17 54:7

request-off 50:17 52:3

requested 48:10

requests 71:1,2,3 74:13 85:9

required 10:14

requisite 26:2

reschedule 53:16

rescheduled 53:13 54:16 75:9,
10

Researched 61:11

researching 62:10

resolve 91:15

Responds 51:22

Response 81:19

responsibilities 10:2 13:20

result 30:13

resulting 18:18

retaliated 63:3

retaliation 62:23

return-to-work 49:24 50:5 53:17
55:4 58:2 62:5

returning 50:10

reversed 41:3

review 16:1 20:22 21:4,5 29:25
32:15

reviewed 34:7,23 64:6

reviewing 72:4

reviews 18:4

Richardson 4:2

right 6:18 7:22 11:21 12:7 16:22
19:11,16 20:14 23:10 28:18 29:7
30:18,21,24 33:16,17 35:18 40:2
41:2,8,16 42:16 43:3,8 44:16
45:11 47:3 48:10 49:18,19 50:11
62:19 63:25 67:9 79:6 80:13
83:11 85:22 86:14,24 91:2,7 92:8,
10 93:9,12

rights 69:7,12

rise 31:11

romantic 27:20,21

room 17:13

row 41:15 44:3

rule 5:16

S

said 17:17,19 29:13 38:23 39:21
42:8,20 47:19 51:2 53:9 55:6,21
57:12,13 58:10,11 59:8,9,10
60:10,11,18,20,23 62:1,8,11 63:5
64:9,18 65:25 66:5,16,24 67:9,19,
20 69:15,25 70:6,23,24 71:9,25
72:17 73:5,6,8 75:6,22 78:20
80:21,25 81:2,7,8 82:9,11,12,14
83:6,17,20 84:21 85:1 88:20

same 8:1 24:4 26:11 89:20 90:14
91:5,11 92:8

saved 43:11 88:15

saw 58:21

say 5:17 7:22,23 13:15 14:7 15:5,

9 17:24 18:13,15 19:8 20:5 22:24, 25 23:3,7,24 28:1,2 34:12 36:4 38:16 40:3 42:11 45:6 47:19 49:5 52:4,5 55:10 58:2 60:24 61:18 63:7 64:4,21,25 65:1,4 67:1,4,5 68:5 74:8 75:18 76:5,12 77:25 78:1,4,13 79:9 93:11,20

**saying** 42:5 52:23 63:13,16 68:9 73:10 76:13 87:13,16 91:6,12

**says** 8:25 9:3 11:22 16:17,18,19 18:14 20:9,22 28:21 29:19,22 30:19 34:9,11,16 35:9 41:4,10 43:8,14 51:21 54:15 56:1,20 57:3 69:6 71:13 73:8,13,21 84:22

**scanned** 11:9

**schedule** 29:9,15

**scheduled** 20:25 28:24 54:1 55:6

**scheduling** 48:18

**school** 6:9,10,18 49:6

**screen** 40:8

**screenshot** 43:12 56:13

**screenshotted** 56:4

**search** 87:3

**second** 30:11 35:8 36:17 41:9 53:17 57:7 58:24 73:20 74:14

**section** 18:16 20:19,20 29:4,21 30:4,10 31:18

**Sedgwick** 48:20 49:4,12 50:2 54:18 55:15 57:14,22,23 58:10 59:2 61:24 66:2 71:20,25 72:5,21, 22 73:3 74:21 75:7 78:10,23,24 79:5 80:18 82:7,18,22 83:8 89:13 90:9 92:7

**see** 7:2,4 16:8 21:1 23:4 24:18 25:4 29:12 31:5,18 33:25 40:4 44:7 49:8 51:18,22,25 52:25 54:11 62:1 68:9 80:5 82:18 95:3

**seeing** 88:23

**seems** 43:9

**seen** 33:1,13,22 36:13,17 38:23 56:11 64:10,19 82:25 88:10

**self-service** 25:3

**semester** 6:19

**send** 41:7,11 51:2 58:10 59:2,13

60:2 72:18 81:1,9 83:20

**sending** 43:2,24 52:1

**sends** 55:4,5 57:15 58:14 59:12 78:18

**sense** 15:17

**sent** 41:9 42:23 43:9,13 45:17 56:12 57:16,18 58:9 59:3,4,5 60:3 74:7 92:15

**sentence** 28:20 71:13

**separate** 40:25 41:14 80:6,9 90:5,11 91:4

**September** 9:22 62:6 87:25 88:3,8,18

**service** 9:24 10:4 86:12

**seven** 37:24

**shake** 5:17

**Shane** 4:8,9,17 26:13 43:11 45:18 51:13 56:20 57:3 65:20 69:8 71:5 86:21 91:6

**Shane's** 69:7

**shared** 28:11

**she** 7:25 14:24 28:4 48:19 75:6 77:13

**she's** 48:17

**sheet** 81:11

**shift** 12:16,21,25 13:2,4,11 14:3,6 17:23 19:1 20:25 24:10 28:25 29:20 38:8

**shifts** 88:21

**Shohl** 4:6

**short** 60:1

**short-term** 25:23 54:25 55:13 58:23 62:4,24 84:4

**shorten** 5:9

**Shot** 7:18 8:11,16,20,22 9:1 11:20 12:6,19

**should** 55:22 79:13,21

**show** 25:2 42:11,12,13,17 44:6, 11,17 65:2

**showed** 24:19,25

**showing** 79:10

**shows** 24:13 45:5

**shut** 43:17

**sic** 65:7 80:5

**sick** 18:22 53:15 54:3

**Siepman** 8:23

**sign** 19:19 28:15 39:13,14,17 94:19,20 95:6

**signature** 16:10,13 18:7 19:20 30:4,6 32:20,22,23 33:2 36:12,14, 17 38:25 39:1,3 52:19 53:5,7,10 94:18

**signatures** 16:7 18:9

**signed** 16:6 17:6,12,17 19:8,14, 18 30:9 31:14 32:2

**significance** 82:7

**signing** 32:21,25 39:21 94:24 95:5

**similar** 26:13 33:3

**since** 6:14 31:13 73:23 76:17 87:1 88:3,7,18

**single** 24:6 67:16

**Sir** 6:22 10:25 18:1 29:24 32:14 50:19

**sit** 25:19,21

**sitting** 64:11

**situation** 31:11 35:14 36:6 37:5 47:1 48:6 61:9

**six** 20:7 27:25 28:1 37:23 86:25

**slump** 88:15

**small** 14:25

**Smurfit** 5:7,8 65:19 69:6 71:5

**snooze** 43:16

**so** 5:5,11 8:3,5,6 10:23 11:18 12:6,25 14:7 15:1,23,25 17:24 19:15,22 20:18 21:8,20 22:4 24:10,15 25:7,19,21 26:5 27:9 30:7 31:1 34:17 35:1 36:19 37:16 39:2,8,23 41:2,6,13,18,20 42:9,15 43:11,13 44:3,20,21,24 45:17,25 46:11,24 47:23 49:7 50:8,11 53:1, 14,16,23,25 54:11,14 55:20 56:19,25 57:1,17,19,22 58:4,11, 18 59:1,3 60:3 61:6 62:25 63:11 65:1,24 67:12 68:1,19 69:24,25

70:1,3 72:1,4,10,19,25 73:9,15
74:3,5 75:10,24 76:11 78:12 80:1,
2,6,9,11,21,23 81:17 82:15,18
84:24 85:4 86:6,8 87:9,16,23
90:5,11 93:18 94:8 95:1,5

**some** 5:13 7:10 10:25 16:2 20:3
35:3 48:9 51:16 74:15 90:2

**somebody** 78:23 82:16

**someone** 14:22 19:14 37:6
59:10 70:8

**something** 22:14 25:4 26:14
28:16 38:17 42:5 43:14,15 46:8
48:25 59:8 60:13,18 67:20 76:14
84:10,12,15

**sometimes** 42:7

**somewhere** 13:18 28:2 48:25
49:1

**sorry** 12:6 21:2 22:3 23:4,10 24:6
30:16 31:3 33:9,11 35:19 36:3,24
39:12 40:1 41:6 43:5 45:16,18,21,
23 46:14,17 52:7 55:22 56:18
58:21 61:15 65:11 66:14 68:23
69:25 71:11 72:22 74:24 77:8
83:3,8 85:11 86:1,8,17,19 87:23
92:22

**sort** 69:2 70:13 71:3

**sound** 7:14 43:16

**sounds** 49:18 77:19

**speak** 19:12 25:11 32:5 50:12

**specialists** 72:13

**specific** 75:17 94:3

**specifically** 12:18 78:1 88:25

**spoke** 12:12 61:8

**spoken** 81:5

**Square** 4:6

**stamp** 44:23

**stamped** 41:10 44:19

**standards** 31:22

**standing** 37:17

**stapled** 80:8,10 81:11

**start** 6:17 23:15 51:17,20 74:22

**started** 6:18 14:3,20 52:6 59:19
62:10

**state** 4:15 72:1

**stated** 19:6 39:10

**statement** 24:22 63:11

**states** 16:24 18:19 31:19 65:19

**status** 58:22

**STAUTZ** 11:9,15 27:4,16 38:16
45:6,10,13 52:11 56:6,12,17
65:13 71:7,9 79:7,9,12,16,21
82:21 85:12,15,23 86:15,20,25
90:22 91:12 92:16,21 93:8,10
94:7,15,21 95:3,6,14

**stepped** 14:14

**steps** 10:14

**Steven** 80:2

**Stewart** 4:2

**sticker** 79:18

**still** 43:15 62:2 64:20 70:15,16
72:19 76:20,21 85:5 93:2

**stood** 37:17

**straight** 78:7

**stuff** 11:6 40:21 48:18 58:10
71:12 85:4

**subject** 29:17

**submitted** 11:8 51:13

**substitute** 45:5,10,14,15

**Suite** 4:6

**summer** 48:9

**super** 88:11,12,13

**supervisor** 8:22 14:9,10,13 51:9

**support** 65:22 69:11 70:7 93:14

**supposed** 70:20

**supposing** 87:2

**sure** 20:12 24:18,19 28:13 31:13
32:12 38:17 43:20 52:2 55:15
56:9 77:23 79:16 86:14 90:22
91:1,13,16 93:5,22 94:7 95:4

**surgeon** 80:4

**surgery** 10:13,15,18 46:22 47:3
48:13 49:20 50:9 53:13,14 54:1,9
55:7,11,19 56:24 57:17,20 58:1,6,
17 59:1,14 60:5 62:13 63:9 66:15
67:25 68:3,8,11,14 69:19,22 70:5,

12,15 76:9 77:6 80:5,9,13 86:6,9
87:9,14,18 91:8,25 92:5,7

**suspended** 30:13

**suspension** 30:12 31:12 66:23

**sustained** 31:24

**sworn** 4:10

**Sydria** 48:17 74:18 79:4

**system** 29:10

## T

**Tai** 23:7 76:24 77:9

**take** 7:25 14:8,22 26:17 38:14
88:17 94:5

**taken** 31:19 38:19 81:21 89:23
90:9,11,13 94:10

**taking** 53:19 62:24 73:24

**talk** 50:25 57:5 58:7 59:19 76:11,
13,20 77:9

**talked** 50:24 51:6,23 58:20 59:25
60:10,19 76:17,22 77:3,7,11,23

**talking** 7:25 22:6 51:9 56:23
58:18 66:22 71:6 72:21 76:18
77:16 78:23 84:4

**tardies** 46:3,6 47:8,23

**tardiness** 10:7 16:25 17:9

**tardy** 30:20,24 31:7 46:12,16

**taxes** 89:19

**Taylor** 14:19,22 15:2,8,15 16:12
17:8,19 21:12 22:7 27:2 28:3
77:11

**team** 28:22,24

**Tech** 6:19

**teeth** 43:21

**tell** 4:10 10:11 30:1 31:8 32:16
36:20 40:6 50:3 53:22 58:2 60:22
61:1 82:7 88:7

**telling** 19:23 20:2

**temp** 7:3 11:21,23 12:9,14 14:8

**ten** 13:18 29:17 35:11,22 36:21
37:24 76:7

**tenth** 35:13,24

**terminate** 35:17 60:21 66:10 68:25

**terminated** 46:20 55:17,21 57:12,24 60:22 62:15 63:8,10,12, 14 64:16 71:22 75:5 76:8 89:18

**terminating** 60:12 73:22

**termination** 29:18,22 32:1 34:22 46:19 47:1 48:6 58:24 61:1 62:18 63:5,17,20 65:23 66:22 67:22 70:18 75:1 76:3

**terms** 39:12 61:9

**Terry** 23:3,7,12 24:2 26:8 75:14 76:18,20 77:8,17

**testified** 4:12 47:16

**testify** 75:15,16

**testifying** 5:23

**testimony** 48:4 67:14 81:25 83:22 94:16

**text** 40:15,22 41:7,11 42:23,24 43:2,8,24 44:21 45:17 61:4

**texts** 40:25 44:18

**than** 8:7 13:16,18 22:19,21 23:2 27:25 64:23 77:21 86:25

**thank** 26:21 56:22 65:18

**Thanks** 57:6

**that** 4:20,24 5:12,14,23 6:7,25 7:14 8:6,23,25 9:3,17,18 10:25 11:4,7,12,19,21 12:6,14,16 13:6, 18,25 14:2,16,24 15:2,4,12,19 16:1,8,10,13 17:5,22 18:2 19:4,5, 6,9,11,22,25 20:1,2,5,23 21:1,2, 15,21,22,23 22:14,18 23:1,21,22 24:13,17,22 25:4,9,19 26:2,6,19, 22 27:6,9,19,22 28:2,23 29:1,4, 10,12,16,25 30:6,17,18,20,23 31:6,11,13,22 32:2,6,15,16 33:2, 25 34:2,5,7,8,12,15,18,22,24,25 35:5,7,14,18,19,20,23 36:3,4,19 38:3,7,9,17,24 39:2,16,23 40:3,8, 11,14,17,21 41:7,11,13,19 42:15, 17,18,19,21,23 43:2,3,10,24 44:1, 7,14,18,23 45:12,17 46:8,14 47:4, 6,10,11,16,23 48:1,4,8,19,21,23 49:17,18,19 50:1,3,4,7,8,10,11, 15,16 51:3,8,12,18 52:8 53:18,19, 22,23 54:1,8,9,15,18 55:5,10,19, 23 56:3,11,13,23,24 57:7,8,10,14, 18,21 58:5,7,8,11,13,15,25 59:2,

4,6,11,12,19,24,25 60:9,10,11,13, 15,20 61:4,6,7,13,15,20,23 62:7, 14,22,23,25 63:1,2,5,7,11,12,20, 21 64:3,5,13,15,18,20,23 65:2,5, 8,22 66:2,5,11,18,19,25 67:11,14 68:4,10,12,15,19 69:2,12,23 70:7, 17,21 71:4,8,13,16,20,21 72:6,7, 13,15,23,24 73:3,11,12,22,23 74:3,15 75:13,16,23 76:9,12 77:16,24 78:2,5,11,18,22 79:1,4, 5,10,11 80:10,14,23 81:1,4,7,10, 17,25 82:9,15,16,19,23 83:6,10, 11,13,15,17,21,23 84:1,10,13,15, 21 85:6,7,9,19,20,25 86:2,7,11,13 87:2,5,6,10,17 88:22,24 89:1,3, 12,16 90:1,3,9,18,23 91:17,21,24 92:12,18,24 93:5,13,14,18,19 94:25

**that's** 7:3 8:8 11:22 16:11,23 18:11 19:22 20:9,10 22:12 23:8, 10 30:19,23 31:4 32:23 33:21 34:15 36:1 39:2 40:2 41:8 42:5 43:7 44:5 45:16 47:11,25 48:14 50:6 51:3,4,6 53:6 55:13 59:5 61:11,22 62:9 63:16 66:1,20 67:18 69:3,5 70:24 73:5,7,12 75:7,11,12,19,20 76:14,25 77:6, 10,14 78:9,12,13 80:7,17,20,21 81:3 83:2,12,14,18,19 86:13 87:6 88:10 89:18 93:18 94:1

**the** 4:1,4,5,7,10,11,15 5:6,11,18 6:7,23 7:2,3,18 8:1 9:17 10:3,9, 10,11,14,15,17,18,20,23 11:1,22 12:9,14 13:2,12,23 14:3,8,15,17 15:2,15 16:7,10,12,19 17:12 18:1, 7,11,16,17,19 19:1,6,18,19 20:14, 22,25 21:4,5,11,12,19,20 22:4,5, 11,12,16,24 23:4,13 24:2,13,22 25:19,21 26:2,3,13 27:9,12,13 28:8,15,20,23 29:2,5,9,10,13,20 30:11,12,20,23 31:1,5,11,18,19 32:18,19,20 33:4,16,24 34:6,22 35:8,9,12,17,24 37:1,2,7,16,19,20 38:2,4,23,25 39:5,10,14,19 40:7, 17,20,22 41:2,4 42:10,24 43:4,8, 9,19 44:11,16,18,21,23 45:2,4,11, 17 46:18,22 47:8,17 48:9,13,15, 16,17,20,22,24 49:5,8,9,14,19,20, 23 50:5,6,7 51:8,10,19,20 52:2,4, 20,22 53:13,15,16,17,18,19,25 54:2,8,13,15,16,17,18,21,23,24 55:1,3,5,7,9,11,13,18,20 56:1,4,5, 6,8,15,19,23,24 57:1,3,7,14,15, 18,22,23 58:1,8,10,14,15,17,22, 24 59:1,3,4,11,12,13,19,21,22

60:4,8,19 61:1,16,23 62:3,5,18, 21,25 63:2,8,9,11,15,19,21,22 64:1,3,5,13 65:10,13,15,16,18,19, 20 66:2,4,7,9,15,16,24 67:2,10, 12,21,22 68:3,13,19,24 69:4,7,9, 12,18,21,23 70:4,11 71:8,11,13, 14,15,17,19,20,24,25 72:1,2,3,4, 5,7,17,25 73:7,13,17,19,20,24 74:12,14,15 75:6,9,12,19 76:8,25 77:13,21 78:5,8,17 79:1,2,4,7,9, 11,18,19,20,23,24 80:1,3,4,11,14, 15,20,22 81:2,4,6,11 82:1,3,5,7,8, 11,14,16,18,20,21,23 83:5,7,12, 13 84:2,3,6,7,21 85:12,14,16,21 86:1,2,3,5,6,9,10,13,17,19,20,24 87:1,6,7,8,17,25 88:1 89:4,6,7,8, 16,17,20,24,25 90:6,7,14,17,18, 21,24 91:5,7,8,10,20,21,22 92:5, 6,8,9,18,19,22,25 93:1,9,11,18 94:14,24 95:2,3,7,10,12,16

**their** 7:4 19:1 28:25 43:11 70:11 78:24 82:19 83:18

**them** 30:25 37:22 43:17 44:2 48:21,22 50:3,5 53:22 56:2,3,4,10 59:5 62:1 70:9,10,11,14,20 72:11, 14,17,19,22 73:10 74:3 77:3,23 83:19 84:23 87:9 88:10

**then** 10:15 13:8,24 14:17,25 16:24 22:13 26:15 29:4,9 30:12 34:10 35:3 38:7 41:9 42:24 43:19, 21 45:2 47:13,23 48:23 49:23 51:6,16 52:2 54:2 55:20 56:25 57:8 58:16,24 59:19 60:4 62:4,8 63:6 66:25 67:2 68:8,20 69:18 70:11 71:13 72:17 75:14 76:8 79:17 80:18 81:3,9,11 82:13 83:18,20 84:12 86:10 87:4 90:7, 21 95:6,12

**theorized** 90:23

**there** 4:22 5:22 7:20 8:9,22 9:3, 10 10:2 11:10,12 12:16 13:6,16 14:20,24 15:1,16 17:12 21:22 23:14,17,20,23 25:19 26:17 29:2 31:6 32:23 35:23 36:12 38:8 39:5 41:8 43:3 46:7 47:4,22 51:22 52:13 54:4 56:13 59:24 63:5,11 64:21 65:15 66:21 67:21 68:21 70:1,14,17,21 72:6 75:23 77:16 79:6 80:20 81:2 83:12 88:25 90:7 92:17 93:13 94:21 95:4

**there's** 15:1 18:14 21:18,19 29:4, 9 30:10 36:19 37:22 41:20 42:20 44:5 51:16 56:25 63:4 68:9,15,21

71:4 73:20 74:8 80:15,18 91:7
94:16

**thereby** 69:7

**these** 17:7 20:13 23:11 28:14
40:22,25 41:14 44:7,18 46:3 47:7
49:12 50:20 54:6,7 72:13 76:17
77:1 79:3 80:6,7 90:5,11

**they** 12:23,25 25:18,21 28:13
29:17 30:25 36:12 42:11 49:14
50:3,4 51:3 53:15 54:2,12 55:3
58:1 59:4 60:10,11,20 62:25 63:1
64:20 65:25 66:1,5 67:1 68:1,3,
10,12,13,19 69:14 70:10 71:19,23
72:11,12,14,15,17 73:5,6,7,12,22,
23 75:10,16 77:25 78:1,2,4,13,20,
23 79:1 80:21,22,25 81:1,2,7,8
82:9,11,14 83:1,6,7,8,16,17,19,20
84:12,21 85:1 87:13 89:22 90:14
93:2

**they'll** 28:14

**they're** 41:3 45:8 52:1 55:15
59:13 90:16 93:1

**thing** 7:24 22:11,12 24:4,6 26:6,
11,13 44:6 61:6 67:24 70:25
79:24 83:4

**things** 13:25 27:19 28:14 36:19
39:14 70:16 80:6,9 90:16 91:10

**think** 5:22 11:1,22 15:23 20:10
23:6,8,9,10 25:14 27:9,13 31:1
33:22 36:11 38:14 42:1 43:14
45:18 47:16 49:8 50:14 51:8,23
53:1 56:4,10 61:14 67:19 74:18
75:4,7,13 76:5,11 77:25 78:2
79:13 85:12 86:7,25 87:25 89:3
90:23 91:3,5,6 92:16,17 94:15

**thinking** 92:23

**third** 18:16 43:10 88:21

**third-party** 69:10 71:15

**thirteen** 37:24

**this** 4:4 7:1,5 8:5 10:17,23 14:14
16:5,16 17:9,15,16,20 18:12,22
19:3,12,15,20 20:4 21:25 22:22
23:8 24:8 25:11 28:6,11,17 30:2,
5,9,13 31:11,19,23 32:3,17,19,21,
25 33:1,5,11,13,22 34:11,13,14,
15 35:6 36:2,6,11,13,17,18 37:20
38:5,11,23,24 39:3,6 40:23 42:17,
24 43:9,10,12,13 44:3,6,12,20
47:3,13 48:3 49:4,9 50:12 51:12,

24,25 52:5,6,11,12,18,19,20,21
53:5,7,11,18,21 54:11,12,13,14
55:22 57:13 59:15 60:20 61:14
62:10 64:8,10 65:8 66:16,22
67:23 69:15 72:10 73:18,22 74:4,
5,7 75:2 77:4,12 78:4 79:3,14,17,
23,24 80:1,2,6,8,15 81:5 83:5
85:1,3 86:7 89:13 90:12,23 91:2,
14,15 94:25 95:7,8,13

**those** 17:4 19:10 29:11 38:4
39:18 46:6 60:13 69:14 80:9 88:2
91:25

**though** 20:18 31:9 41:18 52:21
71:22 91:21

**thought** 10:23 11:14 62:2,11
82:12 91:2

**three** 12:23,24 20:7 36:19 37:23
69:3,25 72:16,24 73:9 84:18

**three-month** 20:7

**threshold** 34:22

**through** 10:15 12:2,23 31:23
55:11,15 57:22 61:3 65:13

**Thursday** 81:14

**till** 63:8

**time** 4:4 8:1 13:7 14:3 15:1,15
17:14,23 18:22 20:4,11,24 24:13,
17,23 28:2,25 29:2 37:2 40:17
41:20 42:20 44:11,18,23 45:4,21
49:19 50:12 55:9 63:15 64:18
67:16 68:16 75:2 84:21 86:9,10,
20 89:20,21 90:14,15 91:4,6 92:8
94:12 95:8

**time-off** 52:17 54:7

**timeline** 48:25 49:4 54:18 90:17

**times** 16:18 20:7 22:13 44:6
72:12,16,24 73:9 78:22 84:19

**timing** 13:2 49:9 76:2

**to** 4:10 5:8,9,11,14,16,17 6:22,23
7:4,10,11,12,16,20,22,23,24 8:6,
8,13 9:1,7,9,14,17,22 10:14,16
11:18,20,25 12:4,16,19 13:3,6,12,
13 14:1,2,5,8,18 15:4,9,17,18,25
16:1,3 17:4,14,19 18:2,16 19:1,9,
11,13 20:3,10,17,18,19,23,25
21:7,25 22:24 23:5,6,19,20,21
25:8,13,22 26:1,4,14 27:7,9,13,19
28:1,20,24 29:17 30:7 31:2,5,8,
11,20,21,23,24,25 32:5,24 33:12

34:8,12,14,15 35:4,5,6,8,11,12,
17,21,24 36:1,4,14,20,25 37:7,16,
19,22 38:3,5,7,9,11,16,21,24
39:2,5,13,14,16,17 40:1,4,19
41:4,13,21,22 42:3,15 43:4,8,9,
13,16,25 44:4,17,21 45:4,6,12,17,
18 47:12,14,17,20,22 48:3,19
49:5,8,9,19 50:24,25 51:2,7,17,23
52:8 53:16,18,22,23,25 54:8,13,
19,23 55:3,12 57:5,12,13,16,17
58:2,3,4,5,7,11,13,18,20 59:6,13,
19,22 60:2,10,14,16,19,21 61:2,5,
18 62:1,2,3,6,11,12 63:1,6 64:4
65:9,20,21,22,24 66:4,5,9,14,18
67:1,4,5,10,19,20,21,24 68:2,7,
11,13,24 69:4,11,17,20,22 70:5,7,
8,20 71:16,19 72:6,7,10,15,18,24,
25 73:9,16,17,24 74:8,11,12,14,
15,20,22 75:9,15,21,22,24 76:1,5,
12,13,17,20,22 77:3,7,11,23 78:3,
6,11,21,22 79:9 80:7 81:7,8,11,23
82:13,21 83:1,5,7,9,13 84:22
85:2,8 86:9,18 87:9,17,23,24
88:2,5,7,16,17,22,23 89:7,8,16,
22,24 90:2,3,10 91:1,4,8,15,16,
18,24,25 92:9,15,18 93:4,6,7,11,
18,22,24 94:15,16,17,19,20 95:1,
4,12

**today** 5:20,24 11:13,14 20:14,16
92:13 94:17

**Today's** 4:3

**together** 33:4 80:8,10 85:21,25

**told** 36:18 50:1,3,5,6 53:21 57:16
58:8 59:7,12 66:2 70:20 72:11,15
73:5,7,12 77:6 78:10,12,13,16,20
83:1,6,10,14,16 90:8 93:2

**tomorrow** 53:23

**too** 23:12,13

**took** 14:21,23,25 15:7 92:6

**top** 16:19 79:2

**tortiously** 69:8 71:14,17

**total** 16:18 18:25 19:3 35:9

**towards** 26:6 65:10

**track** 15:12 36:25

**training** 11:25

**transcribed** 95:7

**transcript** 56:4,9 60:17 94:21
95:4

**transcription** 56:15,19

**treated** 22:18,21 23:1,16 24:3 25:16 26:10 77:20

**tried** 51:1 57:12,13 65:24 72:10, 24 73:9 84:18

**Triton** 6:11,15

**trouble** 17:14 20:3,10 23:22

**truck** 13:24 14:16

**true** 47:13

**truth** 4:11 75:19

**truthfully** 5:23

**try** 25:22 72:25 78:21

**trying** 15:17 20:17 22:24 23:5,6 32:24 33:12 54:8 62:11 63:6 67:20 83:5 86:18 89:24

**Tuesday** 66:12

**turn** 9:17 35:8 53:11 85:8

**turned** 50:15,16 52:1,3,21 53:1, 12,16 54:6,14

**twelve** 37:24

**twice** 70:6

**two** 9:17 10:14,16 13:8 17:2 20:6 37:23 38:8 41:14 44:3 47:7,23 58:18 63:25 64:7,11 67:25 68:1,5, 9,17 69:15,24,25 80:6,9 90:11 91:3,4,10

**two-week** 70:1

**type** 25:2 37:2,8

**typing** 42:18

## U

**Uh-huh** 20:21 54:20

**under** 5:20 16:20,24 18:17 20:19 30:4,10 31:18 33:14 34:2,22 37:19 38:7 69:7,12 74:9

**understand** 5:13,20 7:12 17:22 19:22 22:9,11 31:22 54:8 58:18 62:11 63:18 87:16 89:24 91:12,16 94:22

**understanding** 14:1 16:15 19:4, 20 29:1 32:2 47:6 58:25

**unemployment** 10:23 65:24,25

72:1 82:14 84:16,17,20 92:13,18, 21,22,24 93:4

**unless** 46:7 56:9 67:23

**unload** 13:22

**until** 14:5,14,15,17 55:3,5,11 57:15,16,18,25 58:5,14 59:11 61:3,5 62:3 66:3,4,7,16 68:3,7,11 69:21 70:5 71:24 73:6,14,17 82:10 84:2 86:7,22

**up** 14:15,17 22:12 24:19 31:25 41:5 42:23 43:19,20 44:1,24 49:7 51:22 57:9 59:7,8 69:20 71:24 73:17 84:19 85:6 86:7 88:15 89:22 90:4 92:24 94:16 95:1

**update** 28:14

**updated** 75:8

**upon** 11:18 16:7 19:6 35:17 63:2, 21 68:20

**UPS** 9:3,4,6,8,12,14,20

**us** 8:1 10:11 30:1 32:16 67:2 88:7

**use** 52:8

**useful** 11:14

## V

**vague** 24:7

**value** 90:25 91:7,9

**verbal** 15:20 16:19,23 34:3,9 64:8,11

**verbatim** 60:14

**versa** 92:4

**version** 44:18

**versus** 21:11 84:4

**very** 25:15 35:20 37:9 49:9 54:17 60:1 78:5,6

**vice** 92:4

**video** 76:24 77:9

**violated** 38:1,4 61:16,17 68:20, 24 69:7,12 73:24

**violation** 10:6 18:17

**violations** 8:19

**voice** 51:1 55:18,20,23,24 56:1,5, 6,13,15,17,19,23,25 57:7 80:23

## W

**wait** 55:3 95:3

**waited** 69:21 70:5

**waiving** 85:23 94:24

**wake** 43:20

**wall** 43:19

**want** 7:22,23 15:9 23:21 39:17 45:4 65:8 67:19 76:13 78:6 81:23 88:22 89:8 90:2 91:16 93:22 94:18,19,20 95:7

**wanted** 23:19,20 44:17

**wanting** 60:2

**wants** 24:5 27:13

**warehouse** 7:19 13:23

**warning** 16:19,23 30:3,11 31:12 33:8,14,16,19,20 34:3,4,9,10,11 35:1,10,12,22,24 46:8 63:24 64:7, 8,9

**warnings** 15:20 63:25 64:1,8

**warrant** 63:20

**was** 4:12 7:18,22 8:9,23 9:4,5,9, 23 10:16,17,21,23 11:23,24 12:4, 6,13,14,16,21 13:6 14:1,2,5,9,13, 15,19,21,24 15:2,4,9,10,15 16:16, 17 17:12,16,18,23 19:4,12,15 20:13,17 21:2,15,16,17,22,23,24 22:13,14,22 23:1,16,17,21,23 24:3,7,17,20 25:6,16,17,18,19,24 26:5,10,21 28:11 29:1 30:7 31:3 32:2 34:23 35:23 36:14,18,21 37:6 38:16,19 39:23 40:17,19,20 41:24 42:1,17,19 44:1,2,7,12,14 45:6,21,25 46:7,14,20,22 47:3,4 48:13,14,23,24 49:1,14 50:25 51:10,25 52:6 53:13,15,23,25 54:1,2,4,9,14,15,16,18,21,24 55:10,21 56:13,24 57:11,12,16, 24,25 58:15 59:7,21,24 60:1,4,9, 18,20,23 61:1,12,13,19 62:2,3,5, 14,15,23 63:4,5,10,17 64:4 65:21, 23,25 66:3,6,11,18,21 67:11,17, 23 68:12,13 69:15,17,21 70:1,7,8, 14,15,16,17,21,24 71:20,22,25 72:3,8,15,23,24 73:4,5,13,15,21 74:3,5,7,9 75:10 76:7,23 78:11, 12,14 80:14,21 81:1,21 82:9,10, 11,14,15,16,19,20,23 83:6,9,13,

15,16 84:3,21 85:2 86:6,7,11
87:2,7,14,17,25 88:1,2,21 89:5,14
90:8,10,13 92:17,22 93:11 94:10
95:2

**wasn't** 15:6 24:20 47:19 55:3
57:13,17 59:9,10 60:11 61:5,6
62:24 63:8,14 64:16 66:7 74:7
76:8,9 82:17 83:12 87:6 89:18

**way** 14:15,17 35:7 41:10 43:9,22
44:2 53:21 63:8 74:8 87:15

**ways** 68:10 92:4

**we** 7:24 10:9 11:9 21:25 27:18
31:13 34:7,9,23 42:8 45:5,7,8,14,
15 46:8 49:3 51:6,8 52:22,25
55:22 56:12,14 58:15,18 59:19
60:19 61:12,14 63:5,15 64:7
66:22,23,25 70:22 71:10 72:4,7,8
73:11 74:2 77:9 79:13,14 80:20
83:2 85:21,24 86:7,13,20,21 91:3,
13,15,18 93:13 94:4,8

**we'll** 26:17 28:15 79:17 81:17
95:3

**we're** 26:14 52:13 60:21 63:6
67:24 68:2,7 69:17,23 76:21
90:18

**we've** 15:25 29:24 40:12 45:12
64:5,10 72:6 74:13 79:12 90:22
91:3 93:22

**week** 48:14 61:4 86:11 91:11
92:25

**weekly** 89:18

**weeks** 69:3,25 85:17 86:3,5,8
87:1 89:11,14,15,16,22,23,25
90:9 91:22 92:1

**weigh** 13:22

**well** 9:17 14:21 16:6 19:18 20:16
21:16 22:11 24:23 30:4 33:14
35:20 39:13 43:9 47:16 49:3,7
50:3,4 54:8 59:22 63:19 64:23
68:21 75:16 76:1 79:22 80:22
84:21 85:1 90:4 93:3 95:3

**went** 6:19 7:4,7,8,13 10:15 11:20
14:1,8 27:19 58:16 68:10 80:4
84:24

**were** 8:13,18 9:11 10:2,5 13:16,
20 17:14 19:4,9 20:3,14,16 21:17,
21 22:6,18,21 26:16 28:11,18
29:2 30:7,13,20 31:6 32:6 35:6
36:25 37:16 39:16 41:13,19,22

42:15 43:15 44:4 51:8 53:15
55:17 60:12,22 63:3 66:22 68:11,
13,16,17 69:13,14 70:21 71:21
72:4,18 74:20 75:5 77:20 80:20
81:7,8,25 82:3,5 83:7 87:17,18,23
90:20

**weren't** 31:7 63:1,12

**Westrock** 5:7,8 7:10,12,13,16
10:12 11:21,23 12:2,5,10,19,20
13:1,2,11 14:2 15:18,22 18:19
21:11,13 28:3,12,18 31:21 48:5
53:19 57:4 65:19 66:9 69:6,12
70:3 71:5,17 72:8,9 73:3 78:10,16
82:1 83:23 90:19 92:2,6 93:14

**Westrock's** 29:1

**what** 4:18 6:12,22 8:8,9,25 9:4,23
10:2 11:4,22,23 13:20 15:11,25
16:16 18:1,12,13,15 19:22 20:9
21:2,15,18,23 22:9,23 25:24
29:24 30:1,19 31:1,15 32:16
33:21,23 34:11,15 35:19 36:4,14,
20 39:10,11,12 40:14 42:5 44:5
45:4,21 47:25 48:19 49:23 50:1,6
51:19 57:10 60:3,9,16,18 61:1,8,
18 63:2,12,16 65:11,22 66:1,18,
20 67:6,20 68:5 69:2,11 70:6,14
71:6,10,16 73:5,7,11,12,15 74:4
75:3,14,18,20 76:5 77:5,11,19,25
78:1,12,13,20 79:23 82:7 83:2
84:1 86:13 87:4,16 89:12,17,24
90:4,6,8,12,13 91:6,12,16 93:1

**what's** 6:7 7:2 13:2 24:22 28:5
32:14,18 40:22 43:21 44:23 45:24
47:17,21 49:20 50:19 52:16 62:21
71:8 86:2

**whatever** 5:18 23:17,20 25:8
37:8 44:13 47:15 51:3 60:2 64:19
72:13 75:10 78:6 83:14 84:25

**when** 7:1,6 14:1,8,16,19,24 15:1,
7,9 16:2 19:12 21:6,7 23:14,19
24:5,10 25:22 28:13 30:1 32:2,16
37:6,7 38:1 40:6 42:23 46:18,20
48:11,14 51:17 52:3 54:13 62:8,9
63:4 65:24 66:9 67:12 68:5 69:22
74:6 75:4,5,8 80:3,22 82:13
83:16,19 86:6 87:23 94:23

**whenever** 57:9 86:7

**where** 6:10 7:17 9:14 37:17
58:19 72:7 73:21 74:19

**whether** 47:10 54:25 55:8 91:18
93:7

**which** 7:12 18:17 28:17 31:18
48:17,20 52:17 55:4,6 57:3,15,23
62:1 65:21 66:6 68:13,16 69:24
71:20,25 72:2,4 74:13 81:20
82:10,23 85:8

**while** 8:19 9:12 10:7 15:16 28:11,
17 30:7 70:10

**who** 4:22 9:1 12:12,13 14:9,18,21
21:18 22:21 23:6 40:16,19 50:23
51:6,7 61:21 64:15,23 67:7 74:18
77:20 78:14,15,16,18,22 80:21
83:7,14

**whoever** 60:20 70:4 83:9

**whole** 4:11 57:23 79:24

**why** 8:11 9:8,25 10:11 11:12
17:16,18 20:16 28:3,4 35:16,21
36:1 53:11 57:24 60:22 62:14
76:15 78:9 83:18 88:13 94:1

**will** 22:25 28:24 29:11 58:10
73:22 75:15 84:22

**wintertime** 15:10,11

**wishy-washy** 78:5

**with** 4:22 10:15 11:12 12:12 17:8,
11 19:12 21:21 23:15 25:11 27:1
28:11 29:16 31:10,20 33:4 34:6
36:5,16 39:10 43:14,16,21 45:23
46:2,5,11,15,24 48:5,15 49:17
50:12 53:21 58:22 61:8 62:25
67:13,14 69:8,9,20 71:5,14,17
72:5 73:10 74:3,19,21,25 76:24
77:1 80:2,3 81:5,14,15 82:25
83:20,23 88:20 91:22 93:15,24

**within** 13:23 20:7

**without** 42:4 70:13 90:5

**witness** 18:4 56:8 65:16,18 71:8
79:11,20 85:14,21 86:1,13,17,24
91:20 92:19,22 93:9,11 94:14

**witnesses** 74:15

**woke** 41:5 42:21,23 43:19 44:1,
24 57:9

**won't** 40:6

**words** 10:11

**work** 7:12,16,17,20 9:2,6,14,15,
21 11:20 12:17,24 13:4,10 14:1,5,
8 17:14,22 20:3,11,24 25:21
28:24 38:7 41:13 42:11,15 44:4
53:23 54:13,16,22,24 55:2,9

56:20 62:3 64:20 65:25 66:2,3,4,5
67:17 68:2,7,11,17 71:19,24 72:2,
8,13 73:4,6,7,14,15,17 75:9 77:2
80:7 82:5,10,11,14,15,23 83:6
84:3 85:2 86:21 87:24 88:7,17,20
89:2 90:10 91:8,25

**worked** 8:19 9:3,12,19 10:7 15:1,
16 23:14 54:23 71:24 82:3 85:24
88:3

**working** 9:1,9 27:2 70:10,13,16,
17,24 87:21 90:19,20 92:5 93:2

**works** 75:23

**would** 5:23 8:7 10:18,21 11:14
13:10,14 14:7,10 15:5 17:24
23:23 24:17 25:9 26:5,6 27:20
28:1,2 29:17,22 33:23 35:6 36:20
37:4,6,9 42:10,11,12,13,18 43:12
44:20 46:22 47:13,14 48:11 50:4,
6,7,9,10,15,16 52:1,3,4,5 53:14,
19 57:4 62:6,12 63:20,22 64:3,5,
20 66:6 69:2,16,18,19,20,23 70:9
71:21,22,23 75:20 77:19,24,25
78:1,2,4,7,12 79:14 80:2 81:1
83:11,20 84:2 86:5,8,21,22 87:8,
14 89:13,17 90:6 91:22 92:1,2,3,
5,7,25 93:20 94:2 95:12,14

**wouldn't** 10:19,20 13:13 19:8
20:5 26:4 31:8,16 41:21 50:14
70:10 78:3 87:7 89:23

**write** 13:14 23:4 39:18

**writing** 22:14 54:4 78:19 82:22

**written** 15:20 30:2,3,11 31:7,11
34:4,10,11 35:1 46:7 63:24 64:7,8

**writtens** 64:11

**wrong** 43:14 85:12

**wronged** 61:12

**wrongfully** 89:18

**Wyatt** 14:10,11,13,18 76:22 77:5

---

**Y**

**yeah** 4:21,25 5:2,10,19 6:18 7:15
8:2 11:3,8,22 12:23 13:5,8,17,19
14:4,12,23 15:3,14,18 16:4,9,11,
14,21,23 17:24 18:11 21:3 22:1,3,
8 23:8,10,12,22 24:7,9,12,16,18,
19,21 25:15 26:21 27:3,5,18,21,
24 28:1,10,13 29:3,6,14,15,19,22

30:6,9,15,19,22,25 31:3,5 32:4,
11,21 33:3,17 34:10,15,16,25
35:7,20 36:8,23 37:11,15,18,21
38:5,11,16,18,22 39:14,17,22
40:6,20 41:3,8,12,14,17,25 42:13,
14,19 43:1,5 44:1,10,12,14,15,20
45:3,8,11,16,20,22 46:1,21 47:3,
9,13,22 48:11 49:11,13,16,18,22,
25 50:11,14 51:10,15,19,20,22
52:8,13,18,20,24 53:4,6,9,25
54:12,23 55:15,25 56:1,18,24
57:22 58:21 59:1,18 61:10,17,25
62:13,17,20 63:22 64:7,21 65:5,
24 66:15 67:23 68:7 69:1 70:3
71:3,10 72:9,10,22 73:20 74:1,3,
5,9,22,23,24 75:4,11,13 76:4
77:18,23 78:12,13,24 79:1,5,8,25
80:14,17,21 81:3,6 82:2,6 83:11
84:10,11,15 85:23 86:4,8,16
87:13 88:10 89:10 91:15,20 92:1,
4,9,11 93:5,8 94:21 95:11,14

**year** 6:12 7:22,23 8:5,7 15:11
28:1 86:11

**years** 4:21

**yep** 9:19 15:3 43:23 80:14 81:13,
24 82:4

**yes** 5:1,17,21 8:8,25 12:4,8,15
18:8 20:15 21:14 22:17,20,24,25
23:24 24:14 26:9 28:19 29:8,22
30:25 34:1 40:1,10,13 43:18 44:5,
22 48:3 56:11 57:2,8 60:6,8 81:16
83:25 85:2,5,24 87:20 95:5,6,9

**yet** 52:13 68:24 84:18

**you** 4:20,22,24 5:3,11,12,13,16,
17,20,22,23 6:1,3,5,10,14,17,22,
25 7:6,10,12,17,20 8:3,11,13,18,
19 9:2,6,8,11,12,15,17,21,25
10:5,7,10,11,25 11:1,7,12,19,20,
25 12:9,12,16,18 13:4,8 14:1,2,5,
8,18 15:1,4,7,16,20,25 16:1,7
17:4,8,11,14,19,22 18:1,2,5 19:4,
5,9,12,13,24 20:1,3,6,10,14,16,24
21:1,5,7,10,21 22:6,9,14,18,21
23:1,2,4,9,15,25 24:3,8,10,12,13,
18 25:1,2,4,6,11,13,14,16,24
26:1,10,15,18,21,23 27:1,4,10,13,
20,21 28:3,5,6,11,17,20 29:2,12,
13,16,24 30:7,13,17,20,23 31:6,8,
10,15,20 32:2,5,6,14 33:6,18,23,
25 34:8,17,18,23 35:1,3,5,14,17,
19,21 36:1,5,10,14,25 37:1,2,4,6,
8,14,16,17 38:3,4,9,23,24 39:2,5,
10,11,13,16,18,21,23 40:1,3,5,6,

8,11,19 41:4,7,9,11,13,18,21,22
42:2,3,10,15 43:2,8,24 44:3,17
45:12,17,18,23 46:2,5,11,15,18,
24 47:6,10,12,16,23 48:1,4,9,16,
23 49:4,9,19,20 50:1,12,19,23
51:17,18,23 52:8,16 53:1,11,18,
19 54:5,8,9,22,25 55:8,17 56:3,6,
12,21,22 57:4,5,7,10,21 58:7,9,
10,19,21 59:25 60:16,21,22 61:1,
8,14,15,16,18,21,23 62:11,18
63:2,11,19,24 64:13,14,23 65:2,3,
7,8,18,22 66:4,9,10,18 67:4,12,
13,14,19,20 68:5,6,17,25 69:5,11,
16,17 70:3,6,7,14,19 71:1,6,7,9,
16 73:16,18 74:11,15,18,19,20,25
75:4,5,15,18 76:1,5,11,12,13,17
77:3,11,16,19,21,23,25 78:3,6,7,
10,19,23,25 79:18,21 81:5,20,25
82:3,5,7,22 83:6,7,9,10,22 84:12,
16,20,23,24 85:2,3,9,19 86:2
87:21,23 88:3,5,13,18,24 89:1
90:2,19,20,22 91:1,10,17,18 92:2,
12,13,15,17,18 93:3,6 94:2,18,20
95:1,7,12

**you'd** 8:3 15:18 35:2,8 38:23
60:16 75:22 90:21

**you're** 5:20 16:2 19:22 20:2
23:23 30:1 31:1,2 32:16 33:19
35:21 36:23 37:7 40:4 43:4 47:21
50:20 56:23 63:13 72:21 73:2
77:20 79:10 83:4 84:4 85:12
87:16 90:19,20 91:12

**you've** 6:7 34:13 38:1 66:14
74:15 75:14 78:22 87:4 89:11
90:1

**your** 4:15,18 5:17 6:23 7:5,11,21
8:9,13,22 9:4,18,23 10:2,10
11:18,23 13:20 14:1,3,5,9,13
15:21 16:10,15 17:9,22 18:7,16
19:4,15 20:16,19,23,25 24:10,12,
22 25:2,4 27:10,17 29:1 30:4
32:2,20,23 33:2,12 36:14,25 37:2,
4,8 46:12,16,19,25 48:4,5,6 49:17
50:1,13 51:9,23 52:8,19 53:5
54:9,25 55:1,8,9 58:23 60:4,24
61:9,18 62:21 63:11 65:7,9,22
66:4,5 67:14,15,17,22 69:4,11,12
71:18 73:3,15,16 74:11,14,20
75:1,4,21 76:11 77:3,11 78:11
80:12,15 81:25 82:5,19,23 83:4,
22,23,24 84:1,8,20 85:8,19 87:11,
18 88:5,7,23 90:2 92:3,12,13,16,
20,21 93:3,6,14,15,25 94:12,20

## Z

**zero** 24:23,25 25:1,5,7 64:18