# In the Matter Of:

*SHANE KING*

*-v-*

*SMURFIT WESTROCK PLC, ET AL.*

---

## Phillip E. Giddens

*January 28, 2025*

---

# StewartRichardson
## DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

1              UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
2                   INDIANAPOLIS DIVISION

3

4

     SHANE KING,                        )
5                                        )
                    Plaintiff,           )
6                                        )
          -v-                            )   CASE NO.
7                                        )   1:24-cv01565
     SMURFIT WESTROCK PLC,               )
8    PHILLIP GIDDENS,                    )
                                         )
9                   Defendants.          )

10

11

12         The deposition upon oral examination of PHILLIP

13   E. GIDDENS, a witness produced and sworn before me,

14   Marlana M. Haig, RPR, CRI, Notary Public in and for

15   the County of Marion, State of Indiana, taken on

16   behalf of the Plaintiff at the offices of Stautz Law,

17   LLC, 735 Shelby St., #58, Indianapolis, Marion County,

18   Indiana on January 28, 2025, at 8:57 a.m., pursuant to

19   the Federal Rules of Civil Procedure.

20

21

22

23

24            STEWART RICHARDSON & ASSOCIATES
               Registered Professional Reporters
25                     (800) 869-0873

```
 1                          APPEARANCES:

 2
    FOR THE PLAINTIFF:
 3
      Andrew Stautz, Esq.
 4    STAUTZ LAW, LLC
      735 Shelby St.
 5    #58
      Indianapolis, IN 46203
 6    andy@stautzlaw.com

 7
    FOR THE DEFENDANTS:
 8
      Louise M. Griffin, Esq.
 9    DINSMORE & SHOHL, LLP
      211 North Pennsylvania Street
10    Suite 1800
      Indianapolis, IN 46204
11    louise.griffin@dinsmore.com

12
    ALSO PRESENT VIA ZOOM VIDEOCONFERENCE:
13
      Chandra Davis
14

15

16

17

18                     INDEX OF EXAMINATION

19  EXAMINATION                                    PAGE

20  DIRECT EXAMINATION

21  By Mr. Stautz:                                    4

22  CROSS-EXAMINATION

23  By Ms. Griffin:                                 110

24

25
```

1              INDEX OF PLAINTIFF'S EXHIBITS

2

3    NUM.                    DESCRIPTION                    PAGE

4

5    Exhibit 20    8-5-24 Time-Off Request              17

6    Exhibit 21    7-10-24 E-mail Exchange              21

7    Exhibit 22    Attendance Policy                    31

8    Exhibit 23    Messages - Giddens/Kennedy           38

9    Exhibit 24    3-6-23 Counseling Sheet              42

10   Exhibit 25    5-25-23 Counseling Sheet             48

11   Exhibit 26    6-1-23 Counseling Sheet              54

12   Exhibit 27    11-13-23 Counseling Sheet            56

13   Exhibit 28    12-12-23 Counseling Sheet            58

14   Exhibit 29    3-15-24 Corrective Action Form       63

15   Exhibit 30    4-25-24 Corrective Action Form       69

16   Exhibit 31    8-22-24 Termination Review           72

17   Exhibit 32    Tangela Thomas Termination Review    79

18   Exhibit 33    2023 King Attendance Records         85

19   Exhibit 34    2024 King Attendance Records         85

20   Exhibit 35    Attendance Records Lead Page         86

21   Exhibit 36    2023 King Attendance Rows            86

22   Exhibit 37    2024 King Attendance Rows            86

23

24

25

```
 1          THE REPORTER:  My name is Marlana Haig, an
 2    associate of Stewart Richardson & Associates, One
 3    Indiana Square, Suite 2425, Indianapolis, Indiana.
 4    Today's date is January 28, 2025.  The time is 8:57
 5    a.m. EST.
 6          This is the case of Shane King v. Smurfit
 7    Westrock PLC, Phillip Giddens, Cause No.
 8    1:24-cv-01565, held in the United States District
 9    Court, Southern District of Indiana, Indianapolis
10    Division.
11          This deposition is being held in person.  The
12    parties are located at 735 Shelby Street in
13    Indianapolis.  The deponent is Phillip Giddens.
14          Will counsel please identify themselves and any
15    persons present with you for the record.
16          MS. GRIFFIN:  Louise Griffin on behalf of Smurfit
17    Westrock and Phil Giddens.
18          MR. STAUTZ:  And I'm Andy Stautz.  I'm the
19    attorney for Plaintiff Shane King, who is not here
20    today.
21                    PHILLIP E. GIDDENS,
22    called as a witness by the Plaintiff, having been
23    first duly sworn, was examined and testified as
24    follows:
25  DIRECT EXAMINATION
```

1   BY MR. STAUTZ:

2   Q Great.  Good morning, Mr. Giddens.

3   A Good morning.

4   Q You are Phillip Giddens?

5   A I am.

6   Q Where do you work?

7   A Smurfit Westrock Indianapolis Recycle.

8   Q Is that one building?

9   A Yes.

10  Q One big plant?

11  A Yes.

12  Q What's it like?

13  A It's a large basically open-air plant.  The facility

14    processes a variety of different types of fiber.  We

15    bale that material typically, send it out both to

16    external and internal mills for further processing.

17  Q Do you have, in addition to the mostly open-air

18    section, an office?

19  A We do.

20  Q How big is that?

21  A I'd say probably in total the offices are maybe six to

22    800 square feet, and then we have a break room that's

23    probably another five to 600 square feet.

24  Q And who works in the office there?

25  A Myself, Sydria Jordan, my office manager, Pat

1    Coppedge, our plant buyer, and Yohanna Matos, who is

2    our scale clerk.

3  Q Okay.  So a handful of people?

4  A Yes.

5  Q But pretty small work environment?

6  A Small work environment in the office, and there's a

7    small separate office for our operations manager,

8    Chris Pflum.

9  Q Okay.  And then how many -- I know Shane King was a

10    forklift operator.  How many of those guys are there,

11    drivers, forklift operators, balers, all that?

12  A It fluctuates, but typically six to nine, and then an

13    additional four to five commercial drivers.

14  Q Do you know them all by name usually?

15  A Yes.

16  Q What's your formal title?

17  A General manager.

18  Q So when you get to work, do you clock in?

19  A I do not.

20  Q Okay.  You're salaried?

21  A Correct.

22  Q I take it the forklift operators and hourly guys clock

23    in?

24  A Correct.

25  Q How does that happen?

```
 1   A Have a time clock in the office.  They enter the
 2     office, they clock in, and that's where they clock out
 3     at the end of their shift as well.
 4   Q So for a typical day for one of those guys, they drive
 5     to the plant, they park in probably the parking lot,
 6     come in the office, clock in, get right to work?
 7   A In the morning, there's a morning meeting.
 8   Q Okay.  Who runs the morning meeting?
 9   A Depending on who's there, it's either Chris Pflum, the
10     operations manager, or myself or both of us.
11   Q Okay.  And what do you do at the morning meeting?
12   A We discuss the day's priorities, we discuss the prior
13     day's production numbers, we discuss issues related to
14     safety, and any other thing that might be relevant for
15     that day's work.
16   Q Okay.  So on a typical morning, people park, they come
17     in, they clock in, you do this morning meeting, you
18     set your goals for the day, then they go work?
19   A Correct.
20   Q At the end of the day, anything similar, or do they
21     just clock out at the end of the shift?
22   A They just clock out at the end of their shift.
23   Q Okay.  How long have you been at Indianapolis Recycle?
24   A A little over two and a half years.
25   Q Okay.  Can you give me a month and a year, please?
```

1   A September of '22 is when I took over the plant.

2   Q Had you been with Westrock before?

3   A No.

4   Q I keep calling it Westrock.  There's more than

5     Westrock since the merger; right?

6   A Correct.

7   Q Did that affect your operations any?

8   A No, not yet.

9   Q Sure.

10  A I mean we expect other changes to come.

11  Q But if I refer to Westrock, you're fine understanding

12    that it's all the same company, just like

13    Mr. Rabinowitch did yesterday?

14  A Yes.

15  Q All right.  So you started in September 2022.  Were

16    the same guys working there that are working there

17    now?

18  A Some, but not all.  We had some turnover.

19  Q Bad turnover or just normal or --

20  A A mix.

21  Q Okay.  Do you know what the average tenure of one of

22    your hourly workers is?

23  A I'd say the average is probably at this point four to

24    five years.

25  Q Okay.  Thanks for the context.  You know, I once went

```
 1        to a trial and the trial could have been avoided if
 2        they had sat down and explained how the business
 3        works, you know.
 4            That's a comment, not a question, just for local
 5        color.
 6            Well, today we're obviously here on the Shane
 7        King case.  You know that.
 8      A Uh-huh.
 9    Q You were sitting in Mr. King's deposition yesterday?
10      A That's correct.
11    Q How did that go for you?
12      A I was just there as an observer.
13    Q Okay.  Anything about it surprise you?
14      A Not particularly.
15    Q Okay.  What about Mr. King saying he'd never seen that
16        one document, did that surprise you?
17      A Given the fact that his signature was on it, it did
18        surprise me.
19    Q It surprised me.  First I'd heard about it.  But
20        nothing else in general?
21      A No.
22    Q You think his story tallies with the facts generally?
23      A I think the documents tally with the facts.
24    Q Documents, okay.  So we're sitting here in January
25        2025.  Shane was fired last year.  Do you remember the
```

```
 1     date?

 2   A I believe the date was the 20th of August.

 3   Q Okay.  So how did you fire Shane?

 4   A Well, I ultimately tried to call him a couple of times

 5     once the final decision was made, and I ended up

 6     connecting with him I believe a day or two later to

 7     inform him of the decision.

 8   Q Okay.  So how did you fire him?

 9   A How did I fire him?  In what respect?

10   Q Like what action that you took made him fired?

11   A I informed him that he had been terminated as a result

12     of his attendance in violation of the attendance

13     policy.

14   Q And you told him he was fired on the 22nd?

15   A Yes, that's correct.

16   Q Okay.  Why did you fire Shane?

17   A Because he repeatedly violated the company's

18     attendance policy.

19   Q Where was the company's attendance policy?

20   A Well, everyone gets a copy of it.  They sign that

21     policy.  A copy of their signed policy is kept in

22     their personnel file.  We also have a copy housed at

23     the plant office.

24   Q Okay.  So the attendance policy is a written document?

25   A It is a written document.
```

| | |
|---|---|
| 1 | Q Okay.  And the written document explains how the |
| 2 | attendance policy works? |
| 3 | A That's correct. |
| 4 | Q Okay.  Do you have a system that keeps track of |
| 5 | attendance? |
| 6 | A We do.  It's an electronic system.  It's kept as part |
| 7 | of the timekeeping system. |
| 8 | Q Okay.  So does it function -- how does it work?  How |
| 9 | does the attendance system work? |
| 10 | A Well, if for example someone clocks in at 6:59, the |
| 11 | system records their clock-in time, and it's kept |
| 12 | electronically.  If on the other hand they clock in at |
| 13 | 7:15, that clock-in time is kept electronically and |
| 14 | the system automatically records a relevant number of |
| 15 | attendance points.  If they're late, if they don't |
| 16 | clock in at all, if -- if they call in and tell us |
| 17 | they're not going to be in the plant today and they |
| 18 | call in more than 60 minutes in advance of their |
| 19 | shift, a certain number of points are recorded, and if |
| 20 | they call in less than 60 minutes in advance of their |
| 21 | shift, a different point total is recorded. |
| 22 | Q So is it totally automatic? |
| 23 | A Not totally automatic in the respect if they call less |
| 24 | than 60 minutes in advance, that has to be manually |
| 25 | adjusted. |

```
 1    Q So you can make -- in general, it's automatic?

 2    A Yes.

 3    Q But you've got the option to override it, you know, to

 4      reflect the facts?

 5    A Well, you're not really overriding in the sense you're

 6      changing something because if they don't clock in at

 7      all, you have to make a manual entry based on when

 8      they call in.

 9    Q But the attendance records are in some -- there's some

10      electronic system?

11    A Correct.

12    Q That has all the attendance records?

13    A That's correct.

14    Q Okay.  So back when I was in business briefly, there

15      was a lot of emphasis on single source of truth.  Is

16      there a single source of truth in your business for

17      the attendance records?

18          MS. GRIFFIN:  Object to form.  You can answer.

19    A I'm not sure.  Can you clarify what you mean by a

20      single source of --

21    Q Is there one database or one program that is just,

22      okay, that's what the attendance record is, like you

23      can just look at that system and be like, yeah, that's

24      it?

25    A Yes.
```

```
 1   Q Okay.
 2   A It's a software program.
 3   Q So in the software, whatever it said about a person's
 4     past attendance is what it is?
 5   A Correct.
 6   Q You don't have a chalkboard in your office?
 7   A No.
 8   Q No handwritten notes, no other tallies?
 9   A No.
10   Q All right.  Let's talk about -- Shane King had a long
11     disciplinary history with you guys, didn't he?
12   A Shane had his issues.
13   Q No love lost between you?
14   A I wouldn't say that at all.  No, I wouldn't say that.
15     You know, my expectations of Shane were the same as
16     everyone else who works at the plant.
17   Q Had Shane been working there before you started at
18     Westrock?
19   A Yes.
20   Q All right.  We're leaving the disciplinary history
21     question for a moment while we talk about his leave
22     requests in the summer of 2024.
23   A Okay.
24   Q Okay.  Do you know generally what I'm talking about?
25     I mean do you kind of remember the lead up to Shane's
```

```
 1      hernia surgery in August?
 2    A Yes.
 3    Q Okay.  So you know he had a hernia surgery in August,
 4      for instance?
 5    A I do know how that he went through with the surgery,
 6      yes.
 7    Q When did you first know that Shane wanted time off for
 8      the surgery?
 9    A It was sometime in July of last year.
10    Q Okay.  How did you -- how did you find out?
11    A He first informed my office manager that he was going
12      to need to take leave for the surgery.
13    Q And she told you?
14    A Yes.
15    Q Okay.  Did Shane turn in a time-off request form?
16    A He did.
17    Q Okay.  In early July?
18    A Yes.
19    Q And yesterday you remember we talked about that form.
20      It's not in your lawyer's document production.  Shane
21      says it exists.  You say it exists?
22    A It was pulled back at some point because the date
23      became a bit of a moving target.
24    Q Sure.  But you agree that at one point Shane turned in
25      a July time-off request form?
```

```
 1 │ A Yeah, I remember that.
 2 │ Q All right.  And we just don't know where it is now?
 3 │ A Well, typically when it's withdrawn, it's given back
 4 │    to the person who applied for the time off.
 5 │ Q Okay.  So you think Shane probably has that?
 6 │ A Well, I don't know whether he has it or not.  The
 7 │    practice is if someone applies for time off and then
 8 │    they decide they don't need it or want it, the slip is
 9 │    given back to the applicant.
10 │ Q Okay.  I understand.  I don't think it's important.  I
11 │    think we -- I think Shane's testimony and your
12 │    testimony is the same, that in July he submitted this
13 │    time-off request form for surgery; is that correct?
14 │ A That's my recollection.
15 │ Q On the form, did he say, you know, time-off request,
16 │    surgery dates?
17 │ A He gave me a -- as I recall, it was a date range.  I
18 │    don't recall that there was any mention of surgery on
19 │    that request.
20 │ Q Okay.  And did you take any action with regard to that
21 │    first time-off request form?
22 │       MS. GRIFFIN:  Object to form, but you may answer.
23 │ A Action as in?
24 │ Q Did you block out some dates on the calendar?  Did you
25 │    need to -- did you need to do anything about the
```

```
 1      time-off request?
 2    A At that point, no.
 3    Q What did you generally do?  Not in Shane's case, in
 4      any case.  You get these time-off request forms.  What
 5      action does that prompt?
 6    A I record that on an office calendar that someone was
 7      going to be off.
 8    Q Okay.  And that affects your -- I'm sure that affects
 9      your day-to-day operations if someone's going to be
10      gone?
11    A It does.
12    Q And you plan around that?
13    A Yes.
14    Q Is it inconvenient to have one of your drivers or
15      forklift operators out?
16    A I wouldn't say inconvenient.  We just have to make
17      accommodations for our production plans.
18    Q Work around it?
19    A Yes.
20    Q So I've been calling this a first time-off request
21      form, this July one that we were talking about
22      earlier, and counsel objected because I haven't asked
23      you yet about the second time-off request form.  Do
24      you agree that there was a second time-off request
25      form from Shane, this one in August?
```

```
 1    A  I do.

 2    Q  Okay.  I have that here.  We'll mark it as Exhibit 20.

 3            MS. GRIFFIN:  Do you have any earlier exhibits?

 4            MR. STAUTZ:  This way you can keep your 1 through

 5        whatever and mine will start at 20 and go up.  Does

 6        that really bother you?

 7            MS. GRIFFIN:  I've just never done it that way.

 8        It's usually defendant's exhibits and plaintiff's.

 9            MR. STAUTZ:  This way we just have one set of

10        exhibits with numbers.

11            MS. GRIFFIN:  It doesn't matter to me.

12            MR. STAUTZ:  I'm sorry.

13            MS. GRIFFIN:  It was just a question.  I was just

14        a little confused.

15            MR. STAUTZ:  This is the first exhibit I intend

16        to introduce today.  I'm going to start the numbering

17        at 20 and number sequentially from there.

18            MS. GRIFFIN:  Off the record real fast.

19            (A discussion was held off the record.)

20            (Plaintiff(s) Exhibit No. 20 was marked for

21        identification.)

22    BY MR. STAUTZ:

23    Q  So this is exhibit -- it's marked 20 as a number, but

24        it's the first one you've seen today.  Do you

25        recognize this?
```

```
 1   A I do.
 2   Q You see at the bottom where it says Westrock 000068,
 3     confidential?
 4   A Correct.
 5   Q If I told you that's a Bates number from your lawyers,
 6     would you agree with me?
 7   A Oh, I don't have any basis to agree or disagree.  This
 8     is the first I've seen of that.
 9   Q Okay.  I'm representing to you that it's production
10     from your attorneys.
11   A Okay.
12   Q This is a document you all had.
13   A Okay.
14   Q What is it?
15   A It's a time-off request submitted by Shane King.
16   Q Okay.  And GM signature, and then it looks like PG, is
17     that your initials?
18   A Yes.  That's my signature.
19   Q Date, 8-5-24.  Is that the day you got this and signed
20     it?
21   A Yes.
22   Q Okay.  At the top, it says Shane King.  Do you see
23     that?
24   A Yes.
25   Q And you see paid absence request dates, and then it's
```

```
 1      8-21-24, dash disability, dash 9-20-20, earliest
 2      return.  Do you see that?
 3    A I do.
 4    Q So when you received this on the 5th of August, what
 5      did you understand?
 6    A Well, when I received this and approved it, my
 7      understanding was that Shane was planning on taking
 8      off this time period from 8-21 to 9-20 with that being
 9      predicated on the fact that he had approved FMLA or
10      short-term leave approved through Sedgwick.
11    Q So you knew he was going to be off for a month for
12      surgery?
13    A Yes, that was my understanding.
14    Q Okay.  So we've called this the second time-off
15      request form.  We talked about the first time-off
16      request form from July.  Did the one in July look
17      about like this?
18    A Honestly, I don't recall exactly what it looked like.
19      It would have been similar to this.
20    Q And you mentioned that you thought his leave was
21      predicated on short-term disability or FMLA?
22    A Approved leave, yes.
23    Q How did those approvals happen?
24    A The applicant would submit a request for -- in my
25      case, I've had it when I was with Westrock.  I had to
```

1    submit a request for short-term disability, initiated

2    myself through Sedgwick, and then I would then receive

3    an approval and schedule my time off.

4  Q So in Shane's case, how would you know the approval

5    status of his leave?

6  A Working through our HR department, I was in regular

7    contact with them to verify whether or not his leave

8    had been approved.

9  Q Was it approved?

10 A The last time I spoke to HR prior to Shane taking off,

11   it had not been approved.

12 Q Why not?

13 A I can't possibly know why it wasn't approved.

14 Q Is it usual for your employees to have full approval

15   completed before they take time off?

16 A Again, I can't answer that.  It was usual in my case.

17   Shane was the only one during my tenure that had

18   requested time off in this manner.

19 Q Did you know about the FMLA before this case?

20 A Know about FMLA in what respect?

21 Q Were you aware that the law existed?

22 A Yes.

23 Q Okay.  Had you ever been trained on it?

24 A Yes.

25 Q Okay.  When was that?

```
 1   A I'd have to look at -- look back at records.  I don't
 2     recall exactly.
 3   Q I think I saw something in the documents, which I
 4     don't have a -- I didn't print everything on,
 5     suggesting there was an HR training in January '23?
 6   A That's entirely possible.
 7   Q Okay.  But you were a manager.  You received trainings
 8     from your company about how leave requests work?
 9   A Yes.
10   Q But Shane was the first -- you're saying Shane was the
11     first time off or prolonged leave you had while you
12     were a manager there?
13   A Yes.
14   Q Are you happy with how you handled it?
15   A Am I happy with?
16   Q How you handled it.
17   A I think I handled it appropriately based on the
18     information I had at the time.
19   Q Do you have new information since that changes --
20   A No.
21   Q -- what you would have done?
22   A No.
23   Q All right.  I've got another document here that I'm
24     marking as Exhibit 21.
25           (Plaintiff(s) Exhibit No. 21 was marked for
```

```
 1      identification.)
 2           MR. STAUTZ:  Copy for you, copy for you, original
 3        for you.
 4   Q This is or appears to be an e-mail chain between you
 5        and Mark Kennedy.  Do you agree?
 6   A Yes.
 7   Q You see at the bottom it's marked Westrock, so this
 8        came out of you all's document production?
 9   A Yes.
10   Q Did you see this document yesterday?
11   A I did.
12   Q Okay.  So you were e-mailing Mark Kennedy on July
13        10th; is that right?
14   A Yes.
15   Q And the first e-mail there at the bottom half of the
16        page says from Mark Kennedy dated Wednesday, July 10th
17        to Phil Giddens, subject S. King LOA.  Do you see all
18        that?
19   A Yes.
20   Q And Phil says, hello, a new disability claim has been
21        submitted.  Shane's estimated return to work date is
22        8-16-2024.  Do you see that?
23   A Well, yes.  I didn't say that.  That was Mark Kennedy
24        saying that.
25   Q I'm sorry.  I said see that.  See that.
```

1   A Oh, I'm sorry.

2   Q And then claim is currently in pending status awaiting

3     receipt of supporting documentation.  Do you see that?

4   A I do.

5   Q Documentation will be due on 8-14-2024.  Do you see

6     that?

7   A Yes.

8   Q Did you read this e-mail when it came to you?

9   A I did.

10  Q And how did you respond?

11  A I asked Mark what the effective date of the leave was.

12  Q Okay.  And what did he tell you?

13  A Well, I can't tell from this document what he told me.

14  Q Could I direct your attention to the top line?

15  A Oh, I'm sorry.  I missed that.  Start date of the

16    leave is 7-25.

17  Q Okay.  So would it be fair to say that as of July

18    10th, you knew Shane had a disability claim with

19    Sedgwick; correct?

20  A That it was pending, yes.

21  Q You knew it was pending?

22  A Uh-huh.

23  Q You knew that the start date for the leave was July

24    25th; correct?

25  A Yes.

1   Q And you knew the return-to-work date was the 16th of

2     August; correct?

3   A Yes.

4   Q And you knew documentation was due on the 14th of

5     August; correct?

6   A Yes.

7   Q So you knew on July 10th that documentation wasn't due

8     before the start of the leave; correct?

9   A Based on this, yes.

10  Q Do you have any other information?  You say based on

11    this.  Where else could you -- where else could you

12    get information about this from?

13  A I might have gotten it directly from Mark Kennedy in a

14    subsequent phone conversation.

15  Q Okay.  So you read the initial e-mail that has the

16    return to work date August 16th and the documentation

17    due date August 14th; correct?

18  A Yes.

19  Q And we know you read it because you replied asking

20    about the effective date; right?

21  A Yes.

22  Q And we know you read it in some detail because the

23    piece of information -- the effective date is a piece

24    of information that's not in the dates provided in the

25    e-mail from Mark; right?

```
1    A Correct.
2    Q Okay.  So you knew that documentation wasn't due until
3      close to the return-to-work date; right?
4    A Based on this, yes.
5    Q Okay.  Did you nonetheless believe that documentation
6      for a leave request was due before the leave began?
7    A Can you clarify?
8    Q You're telling me based on this, you knew that
9      documentation for leave wasn't necessarily due until
10     after the leave started; right?
11   A In the case of the leave that started on 7-25?
12   Q Sure.
13   A Yes.
14   Q Okay.
15   A But this leave didn't take place.
16   Q Right.  Agree.  You had at least one data point, this
17     leave, this leave request, which as you say didn't
18     happen, that showed that Shane could in theory take
19     time off, a month off, and not have documentation due
20     to approve the leave until two days before the leave
21     was scheduled to end; correct?
22   A In this case, yes.
23   Q I know.  We're just talking about this case.
24         Yes, you knew in at least one case that
25     documentation wasn't due until well into the leave?
```

```
 1   A (Affirmative nod).

 2   Q So for subsequent leaves, did you think it would work

 3     the same way?

 4   A You know, I try not to make assumptions like that.

 5   Q Okay.  Did you believe that documentation for leave

 6     was due before the leave began?

 7   A That was my understanding.  In the case of the August

 8     leave, yes.

 9   Q Why?

10   A That was just my understanding because --

11   Q Do you have any grounds for that belief?

12   A The communication went back and forth that prior to

13     the August leave, the leave was not approved.

14   Q And you thought it needed to be approved?

15   A Yes, I thought --

16   Q -- before it began?

17   A Yes.

18   Q Because of something --

19   A Because of the way it was communicated to me that the

20     leave was not approved.

21   Q Okay.  Who communicated that to you?

22   A Mark Kennedy.

23   Q Okay.  So Mark told you that the leave wasn't

24     approved?

25   A Yes.
```

```
 1   Q Did he tell you anything else?
 2   A Not that I recall.
 3   Q Did he tell you the leave isn't approved and it needs
 4     to be approved or else he can't take it?
 5   A Not that I recall.
 6   Q Nothing like that?
 7   A No.
 8   Q Okay.  So you just on your own believed the leave must
 9     be approved before it begins?
10         MS. GRIFFIN:  Object to form.  You may answer.
11   A That was my understanding.
12   Q Okay.  Despite what you knew about the July leave?
13   A Despite that.
14   Q Okay.  When did you decide to fire Shane?
15   A August 9th of 2024.
16   Q And when did you actually fire him?
17   A That decision was reached -- the final decision and
18     action was reached on August 20th.
19   Q Okay.  But you didn't actually fire him until the
20     22nd?
21   A That was when I was able to reach him.
22   Q So when does a person go from we've decided to fire
23     him to he's actually fired?
24   A Well, there's a process that we go through at the
25     company, and when the decision -- when I made my
```

```
 1      decision, I reached out to human resources, Mark
 2      Kennedy, and at some point after he's reviewed the
 3      documents, then I get the final approval to initiate
 4      the termination.
 5   Q When you say initiate the termination --
 6   A As in inform the person involved.
 7   Q So initiate means begin.  Termination means fire.
 8   A Well --
 9   Q So you start to fire him when you tell him he's fired;
10      is that right?
11         MS. GRIFFIN:  Object to form.  You may answer.
12   A In this context, I'm using initiate as in either call
13      someone into my office or get them on the phone and
14      inform them that they've been terminated.
15   Q So they're fired when you tell them they're fired?
16   A Correct.
17   Q Is there anything else that has to happen?  Is there
18      some switch in the company's systems?  What makes
19      someone go from not fired to fired?
20   A Are you talking about in --
21   Q I've never had an employee before.
22   A In a database?
23   Q Like -- no.  Just like -- I've never had an employee
24      before.  I don't know how it works.  You've got Shane.
25      He's working for you.  And then we agree that now he's
```

```
 1      not working for you.  At some point he's fired.
 2      What -- when does he go from not fired to fired?
 3          MS. GRIFFIN:  Object to form.  You can answer.
 4   A Well, again, I submit all the documents to human
 5      resources, the termination review, those documents are
 6      reviewed along with any supporting documentation.  The
 7      final decision is reached to terminate an employee,
 8      and then by one or another methods, I inform the
 9      employee whether that's in person or by phone.
10      They're informed that they're terminated, and then
11      they're -- that termination is noted in our human
12      resources systems.
13   Q Okay.  So you used the passive voice.  You said a
14      final decision, it is reached.
15   A Uh-huh.
16   Q Who does the reaching?
17   A Who does the what?
18   Q You said a final decision is reached.  Who reaches the
19      final decision?
20   A Well, I make the decision initially to terminate an
21      employee based on any number of factors.  In this
22      case, it was attendance.  And then I submit my
23      documentation to human resources for review.  Human
24      resources reviews it, comes back with questions.
25      Presumably if there's not sufficient documentation or
```

1    cause, they might reach a different decision.  In this

2    case, the documentation was reviewed, and the decision

3    was supported to terminate.

4  Q So did human resources fire Shane?

5  A No.  I believe I terminated Shane.

6  Q You fired Shane?

7  A Yes.

8  Q Okay.  Did anyone else?

9  A No, not to my knowledge.

10  Q Just you?

11  A Just me.

12  Q When?

13       MS. GRIFFIN:  Asked and answered.  You may answer

14    again.

15  A I was able to finally reach him on the 22nd, but the

16    initial decision to complete the termination was on

17    the 20th of August.

18  Q Okay.  And what happened on the 9th?

19  A I moved the process forward to HR for review, the

20    termination review.

21  Q What happened on the 9th that made you decide to fire

22    him?

23  A Just another violation of the attendance policy.

24    Shane had a regular habit of either not being able to

25    make it to work on time or not make it to work at all.

```
 1   Q Was he over the attendance allowances?
 2   A Far over.
 3   Q Far over, okay.  I think I've got that here somewhere.
 4     Aha.  I'll mark this as Exhibit 22 and hand it to you.
 5         (Plaintiff(s) Exhibit No. 22 was marked for
 6     identification.)
 7   Q I'm handing you a printed off copy of Westrock's
 8     attendance policy dated 1-1-2023.  That copy is the
 9     same copy that your lawyers shared around yesterday.
10   A Okay.
11   Q And then I printed out other copies for your
12     convenience here today, so we maybe talked about this
13     a little bit already.  It says attendance policy
14     1-1-2023.  This is the Westrock attendance policy?
15   A The current one, yes.
16   Q We talked earlier that it was a written policy.  This
17     is it?
18   A Correct.
19   Q Okay.  And we turn to page 1, 2, 3.  Yesterday counsel
20     quoted that delightful introduction.  I'm sure you've
21     read it.  On pages 3 and 4, there's some information
22     about late arrivals, early exit, absences,
23     no-call/no-show.  And then it goes into points.  It
24     starts talking about points.  What are attendance
25     points?
```

```
 1   A They're points that are recorded based on an
 2     employee's inability to get to work on time.  If they
 3     call off the entire day, if they're a no-call/no-show,
 4     it's a mechanism to keep track of how frequently an
 5     employee is violating the attendance policy.
 6   Q Okay.  And it looks like there can be half points.
 7     There's one points or two points; is that right?
 8   A Correct.
 9   Q Based on the severity presumably?
10   A Based on the severity and the type of shift they're
11     working.
12   Q Okay.  And all these points are tracked in your -- in
13     your timekeeping system?
14   A Yes.
15   Q That one database, we can look and see how many
16     attendance points someone has at any given time?
17   A Yes.
18   Q Is there anything else we need to look at to know how
19     many attendance points someone has?
20   A No.  That's where --
21   Q We just look in the system, and it shows how many
22     attendance points they have?
23   A Yes.
24   Q Okay.  On the last page of this -- I'm back on Exhibit
25     22, it's the attendance policy.  On the last page of
```

```
 1      it, it says disciplinary action schedule, 12-month
 2      rolling period.  I'm quoting, team members who work an
 3      eight-hour shift, four points verbal warning, six
 4      points written warning, eight points final warning
 5      with three-day suspension, 10 points, termination.
 6      And that comes below a sentence that says, quote,
 7      reaching the following total point thresholds in a
 8      rolling 12-month period results in the following
 9      disciplinary actions.  Do you read that?
10    A I do.
11    Q Okay.  Does that mean that if someone reaches 10
12      attendance points, they're fired?
13    A That's the intent.
14    Q Okay.  Is the intent carried out in practice?
15    A Not always.
16    Q Okay.  So someone could get four points and not
17      receive a verbal warning?
18    A Well, when I say not always, I'm referring to the
19      10-point termination.
20    Q Okay.  But verbal warnings are always given at four
21      points?
22    A Yes.
23    Q Written warnings are always given at six points?
24    A Yes.
25    Q Final warning and three-day suspension always given at
```

1    eight points?

2  A Yes.

3  Q But not everyone is fired when they reach 10 points?

4  A Correct.

5  Q Why not?

6  A Well, in some cases someone might accumulate 10 or

7    more points within a single -- a single consecutive

8    period of days, so until they return to work, they may

9    be beyond 10 points, but they haven't been terminated

10   yet.  In Shane's case specifically, I took a more

11   moderate approach hoping to be able to turn him around

12   to make him a more productive and reliable employee.

13 Q Did you take that approach with anyone else?

14 A I did.

15 Q What made you decide to do that?

16 A My design to build a better team rather than just

17   creating constant turnover.

18 Q What would cause constant turnover?

19 A Looking at a policy strictly as black and white.

20 Q So if you fired him when he reached 10 attendance

21   points, you wouldn't be able to keep anyone?  Is that

22   what I'm hearing?

23 A I wouldn't say I wouldn't be able to keep anyone.

24 Q Okay.  But you thought you could build a better team

25   by excusing sometimes if people were over 10

1  attendance points?

2  A Yes.

3  Q So what shapes your discretion?  I mean someone gets

4    over 10 points.  According to the written policy,

5    they're fired, but you don't fire them, so what --

6    what do you look at?

7  A I look at the desire to adhere to the policy, and if

8    after giving a final written warning someone is still

9    noncompliant, blatantly noncompliant, that shapes my

10   decision.

11 Q Okay.

12 A Excuse me one second.

13      I think something that's important to note

14   specifically about Shane King is Shane was really the

15   beneficiary of a great deal more grace than anyone

16   else that's worked for me since I've been at Westrock.

17   When I took over the plant, one of the things Shane

18   was doing on a regular basis was -- everyone else gets

19   two 15-minute breaks in their shift and a 30-minute

20   lunch.  Shane was routinely leaving the plant for an

21   hour, hour and a half daily because he'd gotten a new

22   puppy, and he would clock out, but, you know, we have

23   production goals that need to be met, and he was, I

24   felt, taking advantage by clocking out and going home

25   every day for an hour, hour and a half.

```
 1         In addition, I had implemented the understanding
 2   on my team that they were going to follow these
 3   15-minute breaks and 30-minute lunch period so we
 4   could meet our production goals.  I finally had to
 5   step in personally and end his practice of leaving to
 6   take care of a puppy.  None of that time away from the
 7   plant was recorded, so Shane was certainly the
 8   beneficiary of some additional grace that wasn't
 9   afforded to the other team members.
10   Q When was that again?
11   A That was going on from the point where I joined the
12   company until probably mid to the end of '23.
13   Q Let's return to the attendance policy, which is
14   Exhibit 2022 -- Exhibit 22.  You've still got it open
15   in front of you.
16         I'm still looking at this last, you know, system
17   of progressive discipline, 4, 6, 8, 10.  I guess what
18   I don't understand is how things work after someone
19   reaches 10 points.  It seems like they're in limbo,
20   and you get to decide whether you fire them or not
21   after they get 10 points; is that right?
22         MS. GRIFFIN:  Object to form.  You may answer.
23   A There is a certain amount of discretion afforded to
24   general managers, but in Shane's case, he accumulated
25   more points than anyone who's ever been terminated, so
```

1      again, he's received more latitude than anyone else

2      who's ever been terminated for attendance.

3    Q So someone can go from four points, six points, eight

4      points, 10 points, not get fired, and then get fired

5      later when you decide that the grace isn't working?

6    A Essentially.

7    Q Okay.  What causes you to hang fire on the

8      termination?

9         MS. GRIFFIN:  Asked and answered, but you may

10     answer.

11   A Well, again, in Shane's case, my hope was to develop a

12     more productive, reliable team member.  I hoped I

13     could impress upon him the importance of being at

14     work, being at work on time, being a part of the team.

15     And it became clear on August 8th and 9th that that

16     just wasn't going to happen because two consecutive

17     days he overslept again.  He just could not make it to

18     work on time, and it was beginning to have a negative

19     effect on the entire team.

20   Q Because he was late two times in a row?

21   A Because it was part of a larger pattern.

22   Q Because he'd been late before and he was late two

23     times more again?

24   A And he called in, and he left work early.

25   Q Anything else go into your decision?

```
 1    A It was entirely based on his attendance record.
 2    Q I'm going to go through attendance records in a bit
 3      (indicating).  It will be fun.
 4           I'll mark this as 23.
 5           (Plaintiff(s) Exhibit No. 23 was marked for
 6      identification.)
 7    Q So I've given you a document.  What are we looking at
 8      here?
 9    A We appear to be looking at either texts or possibly a
10      Teams message.
11    Q Between whom?
12    A Myself and Mark Kennedy.
13    Q Okay.  Do you see a date on there?
14    A 8-9-24.
15    Q These are Teams messages from August 9th, would you
16      agree?
17    A Well, yes.
18    Q That's the day you said you decided Shane had to go;
19      right?
20    A Yes.
21    Q The first message says GM on the top of the page.  Is
22      that good morning?
23    A It is.
24    Q Second message says, if you have a chance today, I'd
25      like to discuss Shane King.  He was roughly an hour
```

```
 1      late yesterday, and he's not here yet today again.  I
 2      think he believes that he's now immune from any action
 3      having filed STD and it's having a negative effect on
 4      my entire team.  My concern is this will continue up
 5      to the date of his surgery while the remainder of the
 6      team sees this and perceives there are no consequences
 7      for him.
 8          Is that a good reflection of what you were
 9      thinking on the 9th?
10    A I'd say it's an accurate representation.
11    Q Okay.  STD.  That's not sexually transmitted disease.
12      That's short-term disability here?
13    A Yes.
14    Q So earlier you said, you know, it was him being late
15      twice in a row on the 8th and the 9th that was the
16      last straw for you?
17          MS. GRIFFIN:  Object to form.  Misquotes prior
18      testimony.  You may answer.
19    A Yes.
20    Q Counsel is right, I shouldn't put words in your mouth.
21          On the 8th and the 9th, Shane was late; right?
22    A Again.
23    Q And that, on the 9th, you decided you'd had enough?
24    A I decided that he just wasn't going to comply with the
25      company's attendance policy.
```

| | |
|---|---|
| 1 | Q Okay.  In this message here on Exhibit 23, the second |
| 2 | message, you seem to be worried about something else |
| 3 | than just attendance; is that right? |
| 4 | A No.  That was all I was worried about other than the |
| 5 | fact that he felt like he was immune from the |
| 6 | attendance policy.  This all points back to the |
| 7 | attendance policy. |
| 8 | Q You were worried he was abusing his leave request? |
| 9 | A No.  I was worried he was abusing the attendance |
| 10 | policy. |
| 11 | Q Was he immune from attendance policy violations while |
| 12 | his leave request was pending? |
| 13 | A No. |
| 14 | Q Okay.  Let's turn to the third page of this document, |
| 15 | Exhibit 23.  And here we see three more messages, |
| 16 | again, from Mark Kennedy and yourself? |
| 17 | A Correct. |
| 18 | Q Okay.  And Mark says, his leave is not scheduled to |
| 19 | begin until 8-21.  Absences aren't excused.  If he's |
| 20 | at 10 or more points, let me know and I'll check into |
| 21 | termination.  His pending FMLA claim could complicate |
| 22 | this, but I'll check into it.  Do you see that? |
| 23 | A I do. |
| 24 | Q What was your reaction to getting that message? |
| 25 | A No reaction other than waiting to get further |

```
 1       guidance.
 2    Q Okay.  That message is marked 1:04 p.m.?
 3    A Yes.
 4    Q And then the next message down, your response is
 5       marked 5:30 p.m.; is that right?
 6    A Correct.
 7    Q Okay.  And you say, he is above 10 points at this
 8       point; let me know how to move forward?
 9    A Correct.
10    Q Did you have to look up how many points Shane had?
11    A I don't recall whether I had it in front of me when I
12       sent this message or not.
13    Q In general did you have people's attendance points in
14       your head?
15    A No.
16    Q Okay.  So to know whether someone was above 10 points,
17       you'd have to look it up?
18            MS. GRIFFIN:  Object to form, but you may answer.
19    A I might have to look it up, yes.
20    Q Okay.
21    A Or I might refer back to other documents.
22    Q Okay.  What other documents could show you attendance
23       points?
24    A Prior write-ups.
25    Q All right.
```

```
 1            MR. STAUTZ:  Well, we've been going for about 50
 2      minutes.  I think -- 57 minutes, how about that?
 3      Let's take a break.
 4            MS. GRIFFIN:  All right.
 5            MR. STAUTZ:  Come back in five minutes, 10
 6      minutes.
 7            (A brief recess was taken.)
 8            (Plaintiff(s) Exhibit No. 24 was marked for
 9      identification.)
10   BY MR. STAUTZ:
11   Q Welcome back.  Back from a 10-minute break or so.
12            Mr. Giddens, I'd like to talk about these
13      documents I've got laid out in front of me, the
14      employee counseling and corrective action forms for
15      Shane:  One, two, three, four, five, six -- I have
16      seven here starting in March of 2023 and going up to
17      April 2024, and we also have his termination review
18      dated August 22nd, 2024.
19            So Shane's been the subject of some disciplinary
20      action at Westrock; right?
21   A He has.  Shane's been the victim of his own behavior.
22   Q Not perhaps the perfect employee?
23   A You could say that.
24   Q I think he says that.  I think he did admit that, you
25      know, he had some shortcomings.
```

```
 1          Well, let's walk through these chronologically,
 2     and we'll figure out what's going on kind of as we go.
 3     First, Exhibit 24 is an employee counseling sheet, and
 4     it's got a Westrock document number at the bottom,
 5     000049.  In the upper left corner you see it's dated
 6     3-6-23.  If you flip to page 4, employee refused to
 7     sign dated 3-6-23, that same PG, which I take to be
 8     your initials, 6-3-23.  Do you see all that?
 9   A I do.
10   Q Okay.  Is this in fact the employee counseling sheet
11     from March 2023?
12   A It is.
13   Q Do you remember this?
14   A I do.
15   Q You remember this incident?
16   A I actually do.
17   Q Okay.  What happened?
18   A Well, Shane was -- we have a weekend rotation on
19     Saturdays where we bring in sort of a skeleton crew to
20     run the baler, possibly load rail cars, and Shane did
21     not show up on time.  The reason I remember this so
22     vividly is it resulted in a policy that was handed out
23     to everyone.
24   Q Yeah.
25   A I mean I implemented this specifically for Shane so
```

```
 1        that everyone was fully aware that when they were
 2        scheduled to work on a Saturday, they had to be there
 3        for their shift as if it were a Monday-through-Friday
 4        shift.
 5   Q Do you still have a copy of that policy?  Is that a
 6        written thing?
 7   A It is.  I'd have to find it, but yes.
 8   Q I don't think your lawyer has produced it.  I think
 9        I'd probably like to see it, but okay.
10            So you remember it.  I'm looking here in the
11        middle of the page, violation of performance issue,
12        it's exactly what you said.  Scheduled for mandatory
13        overtime, didn't show up.  So would you characterize
14        the issue as an attendance issue here?
15   A I would.
16   Q Okay.
17   A And a safety issue.
18   Q And safety?  How so?
19   A Well, we schedule two folks in to work on a Saturday,
20        and it's not safe for one person to be in the plant by
21        themselves.
22   Q Okay.  And here on the upper left below counseling
23        level it has an X in the box for verbal warning?
24   A Correct.
25   Q Does that mean you gave Shane a verbal warning and
```

```
 1      then typed up the form after, or is this counseling --
 2      how does a verbal warning work in these circumstances?
 3   A The documentation serves as a record of the verbal
 4      warning, so they would have been concurrent.
 5   Q Okay.  So you give a verbal warning, and then you'd
 6      fill out this sheet --
 7   A No.  I fill out the sheet, call the employee in, give
 8      them the verbal warning and ask them to sign as
 9      acknowledgment that they received the verbal warning.
10   Q Even though there's a written paper there, it's --
11      what's the difference between a verbal warning and a
12      written warning?
13   A It's just a step in the disciplinary process.
14   Q Okay.  But there's -- as in this case --
15   A There's still documentation.
16   Q -- a verbal warning comes with documentation?
17   A Yes.
18   Q Okay.  And then here on the kind of middle right,
19      dates of previous counselings, and it's got insert
20      date and it's got blank lines.  Those lines are blank
21      here?
22   A Yes.
23   Q Do you see what I see?
24   A At this time, that's correct.
25   Q Okay.  Does that mean -- that's where you would put
```

```
1      previous warnings if there had been any?
2    A Yes.  Under the current policy.
3    Q The then-current policy or under --
4    A The then-current policy.
5    Q Okay.  And when you say policy, you mean -- what do
6      you mean?
7    A The policy that existed, the attendance policy that
8      existed at that time.
9    Q So I think -- so let's say there's an attendance
10     policy and then there's like a safety policy, and
11     you're going through the attendance policy, you're
12     given attendance policy warning, let's say.
13   A Yes.
14   Q The dates of previous counseling that you would have
15     put down would have been only attendance policy
16     previous counselings or safety too?
17   A In this case, it would be prior attendance policy
18     violations.
19   Q Okay.  So you'd have kind of two separate -- you could
20     like -- you could get a verbal warning on attendance
21     and a verbal on safety and then a written warning on
22     attendance?
23   A Yes.
24   Q So you have two separate tracks even of discipline?
25   A Yes.
```

```
 1   Q Okay.  And in my hypothetical, you've got a verbal
 2     warning in both safety and attendance, and then you
 3     get a written warning for attendance.  Will the
 4     written warning show the verbal warning for safety?
 5     Will that be marked as a date of previous counseling,
 6     or is that a separate --
 7   A That's a separate issue.
 8   Q Okay.  Thanks.  So returning to Exhibit 24, which is
 9     employee counseling record dated March 6, 2023, verbal
10     warning for counseling level is checked, and you're
11     telling me it's an attendance and safety issue or --
12   A It could be a safety issue, yes.
13   Q Is there anything on the document that shows like
14     which track we're on?
15   A The -- under item number 3, it explains what the issue
16     is.  It's related to attendance.
17   Q Okay.  But it doesn't say attendance policy on here.
18     It just is based on what the facts are?
19   A Correct.
20   Q Okay.  So that was early.  That was March of 2023
21     then, Exhibit 24.  Is that the first time you and
22     Shane had an employee counseling form?  Are there
23     earlier ones?
24   A I'd have to refresh my memory with the record, but as
25     it related to attendance, this was the first --
```

```
1    Q You think this was the first attendance, okay.
2           Okay.  Let's move on to the next one, two months
3       later.
4           (Plaintiff(s) Exhibit No. 25 was marked for
5       identification.)
6    Q I'm giving you what's marked as Exhibit 25.  Passing
7       around copies.
8           This is another employee counseling sheet.  At
9       the top left do you see it's dated 5-25-23.  Do you
10      see that?  It's got Shane's name on it.
11   A Yes.
12   Q Okay.  This particular document came out of Shane's
13      files, not yours, unlike the other ones.  It doesn't
14      have a Westrock Bates stamp at the bottom.  Do you see
15      that?
16   A Yes.
17   Q Have you seen this employee counseling sheet before?
18   A That's my signature, yes.
19   Q It looks like it's been signed, but -- by you, and
20      that looks like maybe Sydria's signature.  You agree
21      that's what it looks like at least?
22   A Yes.
23   Q Do you remember this particular counseling sheet?
24   A Well, this was initiated by the then-operations
25      manager, Blake Riley.
```

1    Q Okay.

2    A And I do recall seeing this.

3    Q Okay.   What was this one about?

4    A Insubordination, improper behavior in the plant,

5      abusive behavior.

6    Q Okay.   Do you remember the incident?

7    A I do.

8    Q Okay.   So here on counseling level on the kind of

9      middle upper left, heading No. 1, counseling level, we

10     have those boxes again, and here we've got suspension

11     checked.   Is that right, was Shane suspended?

12   A It was not right, and that was an error on my part.

13     He was not suspended.

14   Q Were you the one who prepared this employee counseling

15     sheet?

16   A No.   This was prepared by Blake Riley.

17   Q So when you say your fault, maybe Blake checked the

18     wrong box or you think maybe you did?

19   A It's possible I did.   I don't recall the preparation

20     of this document.

21   Q Okay.

22   A But the operations manager initiated this document.

23   Q Okay.   So you think it wasn't actually a suspension.

24     Regardless of who checked the box, it wasn't a

25     suspension in this case?

```
 1   A It definitely was not a suspension.
 2   Q What would you say it was?
 3   A This would have been a written warning.
 4   Q This would have been a written warning.  Okay.
 5          And then over on section 2, dates of previous
 6     counseling to the right, it says verbal warning, 5-24,
 7     5-25, and then on the blank to the left it also says
 8     5-11-23.  What do you think that's about?
 9   A I can only assume at this point without any other
10     evidence that Blake had given him a verbal warning
11     about his behavior.
12   Q So you think there were verbal warnings from Blake
13     that you wouldn't have known about?
14   A At the time, yes.  Yeah.
15   Q Okay.  Do you have the employee counseling sheets that
16     go with those verbal warnings?
17   A If they were not in his file, then, no, I do not at
18     this time.
19   Q Okay.  With respect to Exhibit 24, the previous
20     employee counseling sheet, you said the verbal warning
21     would come with an employee -- a verbal warning would
22     come with a written employee counseling sheet.
23   A Yes.
24   Q So we should probably expect those if Blake gave
25     verbal warnings on 5-24, 5-25 and 5-11 that there
```

```
 1      should be employee counseling sheets to go with those
 2      or --
 3   A There should be.  And the fact that you didn't find
 4      this in his formal record would suggest to me this may
 5      not have been entered in his formal record.  You're
 6      telling me that he had a copy of this, correct?
 7   Q Yes.
 8   A Okay.
 9   Q So help me understand that.  What do you mean entered
10      into his formal record?
11   A Well, I -- you know, having given -- given the fact
12      this was initiated by Blake Riley, I'd have to go back
13      and review his formal record.
14   Q So is it possible that -- so Shane could have an
15      employee counseling sheet about him and it not be part
16      of his record?
17   A I'm just telling you I can't answer that because I'd
18      have to go back and review the formal record.
19   Q Okay.  I'm not sure I understand.  Like how did Shane
20      have a copy of this and Westrock didn't?
21   A I don't know that Westrock does or doesn't.
22   Q Okay.  I don't understand, but okay.
23          Is it possible that an employee counseling could
24      be like canceled?  You said time-off request forms
25      were maybe given back if the leave didn't happen.  Do
```

1   you think something similar could have happened here?

2   I know that's speculative.

3   A I can't answer that.

4   Q Okay.  I'm just trying to figure out where this one

5     came from.  And returning to the document, Exhibit 25,

6     it's again the May 25th, '23 employee counseling.  We

7     just talked about the verbal warnings.  Below that it

8     says written warning, there's a blank, and it's filled

9     in 3-6-23.  Do you see that?

10  A Yes.

11  Q Would you say that written warning is the document we

12    just looked at as Exhibit 24, the employee counseling

13    dated 3-6-23?

14        MS. GRIFFIN:  Object to form, but you may answer.

15  A I'm not sure what that 3-6 date relates to because

16    there's nothing checked in the box written warning.

17  Q On the return -- returning to Exhibit 25, which is

18    this May 25th employee counseling sheet --

19  A Yes.

20  Q -- there's a box checked saying suspension under

21    counseling level.  We talked about that?

22  A Right.

23  Q Over to the right, dates of previous counseling, it's

24    got verbal warnings, three dates listed, and then

25    below that it's got written warning, and it's got the

```
 1     date 3-6-23; right?

 2   A Correct.

 3   Q Okay.  So what is that written warning 3-6-23?

 4   A That may reference the verbal warning because the box

 5     under item 1 is not checked as a written warning.

 6     That 3-6 date may relate back directly to -- it may be

 7     a continuation of a verbal warning from the line

 8     above, just noting that there was a verbal warning.

 9     I'm not sure because there was no written warning

10     given on 3-6.

11   Q Okay.

12   A And, again, the box for written warning is not checked

13     corresponding to that date of 3-6 on Exhibit 25.

14   Q Okay.  But the boxes -- the checkboxes on the left are

15     unrelated; right?  They're for what this sheet is

16     doing; right?

17        The counseling level boxes that you check for the

18     level show the level of the document itself, and then

19     the two dates of previous counseling on the right is

20     the dates of previous; right?

21   A Correct.

22   Q Okay.  It doesn't matter.  I think you agree --

23     perhaps I'll ask you if you agree.  Do you agree that

24     when it says dates of previous counseling, written

25     warning 3-6-23 here on Exhibit 25, that previous
```

```
 1      counseling is probably the employee counseling sheet
 2      dated 3-6-23 with a verbal warning checked?
 3           MS. GRIFFIN:  Object to form.  And misstates
 4      prior testimony.  You may answer.
 5   A Yeah, that --
 6   Q I think it's a silly mistake.  Do you agree?
 7   A It relates to the verbal counseling.
 8   Q Okay.  That's all.
 9   A Okay.
10           (Plaintiff(s) Exhibit No. 26 was marked for
11      identification.)
12   Q Here's another employee counseling sheet.  I've marked
13      it as Exhibit 26.  Like I said, it's an employee
14      counseling sheet.  This one has Shane King's name on
15      it, dated 6-1-23.  Do you see that?
16   A I do.
17   Q And then if you flip it over on page 2, we've got
18      employee refused to sign dated 6-1.  You have your
19      initials in there probably as a manager's signature
20      dated 6-1-30.  Do you see that?
21   A Yes.
22   Q Okay.  Is this a document you recognize?
23   A Yes.
24   Q Okay.  So you signed it, it looks like maybe Sydria
25      signed it, looks like maybe Blake signed it again?
```

```
 1    A Yes.
 2    Q Okay.  All right.  What do we have here?
 3    A We have an employee counseling.  From box 3, this is
 4      an issue that was kind of a routine issue for Shane
 5      refusing to either wear or respond to his radio, on
 6      his radio.
 7    Q Do you remember this particular incident?
 8    A I don't remember this particular incident.  I do
 9      recall that Shane had a habit of not responding when
10      he was called on the radio, and either he would leave
11      it on his forklift or he would turn it off.
12    Q Okay.  What policy does the radio have to do with --
13    A Our safety policy.
14    Q This is a safety policy issue?
15    A Yes.
16    Q Is there any attendance aspect to it?
17    A No.
18    Q Okay.  Again, counseling level, Section 1 up here kind
19      of mid-top left of the page, box checked for written
20      warning.  That's what this is, a written warning; is
21      that right?
22    A Yes.
23    Q Okay.  And then over -- switching over to No. 2, dates
24      of previous counselings, we have a verbal warning.
25      You know, the line says 2-7-23.  Do you see that?
```

```
 1   A Yes.
 2   Q And then written warning 5-8-23.  Do you see that?
 3   A Yes.
 4   Q Do you remember the previous verbal warning or written
 5     warning?
 6   A That may have been administered by Blake, his direct
 7     supervisor, the operations manager.
 8   Q But you don't remember them yourself?
 9   A I may not have been directly involved in them.
10   Q Okay.
11         (Plaintiff(s) Exhibit No. 27 was marked for
12     identification.)
13   Q Now, we've got another employee counseling sheet.
14     This one is marked Exhibit 27.  Name Shane King, date
15     11-13-2023.  Do you see that there on the first page?
16   A I do.
17   Q And then at the bottom of the first page it's got what
18     looks to be Shane King's signature on employee
19     signature, it looks like to be your initials on
20     supervisor signature, and the date.  Do you see that?
21   A Yes.
22   Q Do you remember this employee counseling?
23   A Specifically, no.  The document refreshes my memory.
24   Q Okay.
25   A I had several occasions to counsel Shane on his
```

```
 1    attendance.
 2  Q Okay.  So now we're into November 2023.  Here on
 3    counseling level it says written warning.  Is that
 4    what this is?
 5  A Yes.
 6  Q Okay.  And then violation of performance issue,
 7    Westrock attendance policy dated 1-1-2023 and
 8    implemented blah, blah, blah.  Employee has
 9    accumulated 6.5 attendance points.
10        Do you remember -- do you remember why you gave
11    this written warning?
12  A He had by this point accumulated above the six-point
13    level, which warranted a written warning.
14  Q Okay.  So this is -- his attendance points are ticking
15    upward at this point, he's crossed the level for
16    verbal warnings and you gave him this written warning;
17    is that right?
18  A Yes.
19  Q Do you remember how you figured out which dates he was
20    calling in sick and arriving late and leaving early?
21  A I would have reviewed the timekeeping system.
22  Q Okay.  And here it says -- it says he's accumulated
23    6.5 attendance points.  You looked in the system and
24    saw he had 6.5 attendance points, wrote that down?
25  A That would be my recollection, yes.
```

```
 1   Q Okay.  Calling in sick, and you've got two dates here.
 2       Is that one point apiece?
 3   A It would depend on when he called in.
 4   Q Okay.  So it could be --
 5   A It could be more than one point each.
 6   Q Could it be a half point?
 7   A Not if you call in, no.
 8   Q Okay.  Could it be 1.5 points?
 9   A It could.
10   Q Okay.  All right.
11         (Plaintiff(s) Exhibit No. 28 was marked for
12       identification.)
13   Q Now we've got another employee counseling.  This one
14       is marked Exhibit 28.  It's got employee name, Shane
15       King, up at the top, date 12-12-23.  Do you see that?
16   A Yes.
17   Q And then if you flip it over to the second page, we've
18       got Shane's signature again dated 12-13-23, we've not
19       your initials again dated 12-13-23?
20   A Yes.
21   Q Do you remember this employee counseling?
22   A Yes.
23   Q Okay.  What happened here?
24   A Well, he continued to violate the attendance policy,
25       accumulated additional points, and it resulted in a
```

1   three-day unpaid suspension.

2   Q So that's why here on counseling level it's got two

3     boxes checked, two written -- or final written warning

4     and suspension?

5   A Yes.

6   Q Because this was both?

7   A Yes.

8   Q Okay.   Dates of previous counselings, kind of right

9     top center still on Exhibit 28, we've got a verbal

10    warning, 8-23-2023; correct?

11  A Yes.

12  Q Do you remember that 8-23-23 verbal warning?

13  A Do I remember it specifically?

14  Q Yes.

15  A No.

16  Q Okay.   It's not in -- I don't have a copy.   I haven't

17    seen it.

18        Earlier we were talking about a different

19    counseling, and you said with the verbal warnings,

20    even though it's called verbal warnings, they come

21    with an employee counseling sheet; right?

22  A Typically, yes.

23  Q Okay.   So ought there to be an employee counseling

24    sheet for the 8-23-23 verbal warning?

25  A Yes, that's possible.

| | |
|---|---|
| 1 | Q Is there any reason there wouldn't be one? |
| 2 | A Not that I can think of off the top of my head. |
| 3 | Q Okay.  Returning to Exhibit 28, it's the 12-12-23 |
| 4 | employee counseling, heading number 2, dates of |
| 5 | previous counselings, second line, written warning, |
| 6 | and it's dated 11-9-2023.  Do you remember on |
| 7 | 11-9-2023, a written warning? |
| 8 | A I do not.  That may reflect a typographical error on |
| 9 | my part.  There was an 11-13. |
| 10 | Q Okay.  So you think the reference to a November 2023 |
| 11 | written warning, four days off, maybe you were talking |
| 12 | about the same November 2023 written warning here? |
| 13 | A That's possible. |
| 14 | Q Okay.  Is it likely you would have given him two |
| 15 | written warnings two days apart in November 2023? |
| 16 | A No. |
| 17 | Q All right.  And how did you prepare the 12-12-23 |
| 18 | employee counseling sheet? |
| 19 | A In what respect? |
| 20 | Q Did you sit down at the computer and type up what |
| 21 | happened? |
| 22 | A Yes. |
| 23 | Q Did you look at Shane 's attendance records in the |
| 24 | attendance recordkeeping system? |
| 25 | A That would be the normal process, yes. |

```
 1   Q Do you think you had the November 2023 counseling in
 2     front of you when you prepared the December
 3     counseling?
 4   A I probably referenced it, yes.
 5   Q Do you think you might have copied and pasted the
 6     11-13-2023 violation of performance issue paragraph
 7     from the November counseling to the December
 8     counseling?
 9   A That would be pure speculation on my part.
10   Q Okay.  Well, I'll draw your -- looking at Exhibit 28,
11     the December one, if we look down at the violation of
12     performance issue, we see a list of employee arrived
13     late on 7-10-2023, 7-18-2023, 7-26-2023, and then 8
14     comma 23 comma 2023, 10-3-2023.  Do you see that?
15   A I do.
16   Q And then over on the right, only not the right for
17     you, on Exhibit 27, the November one, we see that same
18     odd typo in the list of employee arrived late dates.
19     Do you agree?
20   A Can you point to where you're referring?  Are you
21     referring to the sentence that ends 6.5 points as of
22     11-9?
23   Q No.  The prior sentence.  You've got employee arrived
24     late on 7-10, 7-18, 7-26, 8-23, 10, 3, Exhibit 8-23
25     has these commas instead of slashes.
```

```
 1   A I see.
 2   Q I think you copied and pasted it.  Do you think so?
 3         MS. GRIFFIN:  Object to form.  Calls for
 4     speculation, but you may answer.
 5           Does it matter?
 6   A It's possible, yes.
 7   Q Do you think you looked at the system again?  Do you
 8     think you looked at the attendance system again in
 9     December?
10   A Again, that would be pure speculation on my part.
11   Q Okay.  Do you think the attendance records are
12     accurate?
13   A I think we certainly rely on them to be accurate, yes.
14   Q Okay.
15   A They're a reflection of when folks clock in, clock
16     out, so, yeah, generally I think they are accurate.
17   Q Okay.  And you think as a historical record, they're
18     accurate too?  I mean you can tell on any given date
19     how many attendance points someone had by looking at
20     the records.
21   A Well, I think they batch update each day, so if I were
22     to -- if someone were to clock out early, say today,
23     if I looked at that record, 10 minutes after they
24     clocked out, it might not reflect accurately, but the
25     following day I suspect it would reflect accurately.
```

1   Q Okay.  All right.  Let's look at another exhibit.

2          (Plaintiff(s) Exhibit No. 29 was marked for

3     identification.)

4   Q This one is numbered Exhibit 29.  This one, unlike the

5     rest, is called a corrective action form.  Do you see

6     that at the top?

7   A I do.

8   Q Okay.  It's laid out kind of similarly.  It's got

9     employee information, employee name Shane King there,

10    and on the right the date 3-15-2024.  Do you see that?

11  A I do.

12  Q If we flip it over to the second page, on the second

13    page we've got what looks like Shane's signature, got

14    what it looks like are your initials and both

15    signature lines dated March 15, 2024; correct?

16  A Yes.

17  Q Do you remember this corrective action form?

18  A I do remember preparing this, yes.

19  Q Okay.  When did you prepare it?

20  A On 3-15 of 2024.

21  Q Is there any reason you switched from using the

22    employee counseling form to the corrective action

23    form?

24  A It was a change in form, a corporate change in form.

25  Q Okay.  So at a certain date, the employee counseling

```
 1      form became the corrective action form?

 2    A Correct.

 3    Q But they're just the same purpose?

 4    A They were essentially used for the same purpose.

 5    Q Okay.  Okay.  So what's this March 2024 corrective

 6      action about?

 7    A Just a continuation of a theme with Shane.  It was his

 8      lack of adherence to the attendance policy.

 9    Q So this is another attendance policy --

10    A Correct.

11    Q -- violation, as it were?

12    A Correct.

13    Q Okay.  I see corrective action reason, there's a box

14      checked for attendance?

15    A Yes.

16    Q And a warning list, it's checked final warning?

17    A Correct.

18    Q What effect does a final warning have?  Like what does

19      that mean?

20    A Well, the desired effect is to explain to the employee

21      that they're at risk of losing their job.

22    Q Okay.

23    A And the goal is to highlight just how many times an

24      employee has violated the attendance policy.

25    Q Your phone is kind of flashing.
```

```
 1           Okay.  So if they violate the attendance policy
 2      again after a final warning, they're fired?
 3    A Again, there's a certain amount of discretion on the
 4      part of the general.
 5    Q So you could fire someone after a final warning, but
 6      you don't have to?
 7    A Well, in this case I could have fired Shane three
 8      points ago.
 9    Q Okay.
10    A But yes.
11    Q Can anyone back down from a warning level?
12    A Well, there's a mechanism in the attendance policy
13      that if an employee goes so long without an attendance
14      violation, points can be removed from their running
15      12-month total.
16    Q Okay.
17    A Shane was never the beneficiary of that.
18    Q Okay.  So someone could be put on final warning, clean
19      up their act and then as the attendance points rolled
20      off of their 12 months, go back down to safety?
21    A Yes.
22    Q And then what happened -- what would happen to the
23      final warning?  That would --
24    A Well, it's still part of their written record, but any
25      further action would be based on their current point
```

```
 1      total.
 2   Q Okay.  So returning to this corrective action form at
 3     hand, Exhibit 29 dated 3-15-2024, corrective action
 4     history within the past rolling year, it says verbal
 5     warning 8-23-23 regarding attendance, and then it says
 6     written warning 11-9-23 after accumulating 8.5 points,
 7     and then it says, employee has, as of 3-14-24, reached
 8     13 attendance points.  Do you see all that?
 9   A I do.
10   Q Okay.  Do you think that reference to a verbal warning
11     on 8-23-23 is the same as the verbal warning
12     referenced in Exhibit 28, the previous counseling?
13   A I do.
14   Q And the written warning 11-9 that's referred to on
15     Exhibit 29 is the same as the written warning on
16     Exhibit 28?
17   A Yes.
18   Q Okay.  Turning to Exhibit 29, the March 15th, 2024
19     corrective action form, corrective action history
20     doesn't mention the December 12th employee counseling.
21     Do you agree?
22   A I would agree.
23   Q Why not?
24   A It may have been an oversight on my part.
25   Q When I asked you about Exhibit 28, the December 12th,
```

```
 1      '23 employee counseling, you said you remembered the
 2      incident.  Is that what you said?
 3   A I did at the time that it was given, yes, because
 4      Shane was suspended at that time.
 5   Q Okay.  So according to Exhibit 28, we talked about
 6      there, that's the December warning, you know, he'd got
 7      a prior verbal warning in August '23, he got a prior
 8      written warning in November 2023, the exact date of
 9      which doesn't matter, he got a second or final written
10      warning and a suspension in December 2023.
11   A Uh-huh.
12   Q Do I have that right?
13   A Yes.
14   Q Okay.  And then returned to Exhibit 29, the March
15      15th, 2024 document, the corrective action history
16      refers to a verbal warning in August '23 and a written
17      warning in November 2023, but not the final written
18      warning and suspension that came in December; correct?
19          MS. GRIFFIN:  Asked and answered.  You may
20      answer.
21   A Correct.
22   Q Okay.  Is there any reason you would have forgotten?
23          MS. GRIFFIN:  Again, asked and answered, but you
24      may answer.
25   A It appears to be an oversight on my part.
```

1   Q Turning to the second page of Exhibit 29, it's a text
2     box continued from the previous page, a description of
3     infraction right there at the top.  It says, employee
4     is receiving a final warning for attendance beyond 10
5     attendance points due to a delay in delivering the
6     final warning prior to the 10th accrued point.  So
7     that suggests that the March '24 warning was making up
8     for lost time, would you agree?

9          MS. GRIFFIN:  Objection to form, but you can
10     answer.

11  A Not that it was making up for lost time.  It was a
12     delay on my part in delivering the notice.  It's
13     important to remember that every employee has access
14     on a continuous basis to review their own attendance,
15     and given the fact that Shane had signed nearly every
16     one of these, he should have been well aware of where
17     he stood with regard to the attendance policy at any
18     point in time.

19  Q So in this text box on the second page of Exhibit 29,
20     it says, employee's receiving a final warning for
21     attendance beyond 10 attendance points due to delay in
22     delivering final warning.

23          I phrased my earlier question poorly, and it got
24     you and counsel riled.  I guess what I'm trying to say
25     is he passed 10 attendance points sometime before

```
 1      March of 2024?

 2    A Correct.

 3    Q Correct?  That's what that sentence implies to me.  Is

 4      that what it implies to you?

 5    A Yes.

 6    Q So he passed 10, you didn't give him the final warning

 7      when he passed it, and then this March 2024 is

 8      recognizing the fact that there's been a little bit of

 9      a delay.

10    A Correct.

11    Q When did Shane first pass 10 attendance points?

12    A I'd have to review the record to give you a precise

13      answer.

14    Q Okay.  Let's go to another corrective action form.

15            (Plaintiff(s) Exhibit No. 30 was marked for

16      identification.)

17    Q This one is marked Exhibit 30.  Here we've got a

18      corrective action form.  It's got employee name Shane

19      King up in the information box.  It's got a date,

20      April 25th, 2024.  Do you see that?

21    A I do.

22    Q It's just a one-pager.  At the bottom it has

23      signature, what looks like Shane's signature, what

24      looks like your initials, the date, 4-30-24.  Do you

25      see all that?
```

1   A Yes.

2   Q Do you remember this document?

3   A Not specifically.

4   Q Okay.  Description of infraction there in the middle

5     of the page, it says, you know, on April 24th,

6     operations manager saw Mr. King without his seat belt

7     on his forklift.  Do you remember that incident?

8   A I remember it vaguely, yes.

9   Q Vaguely, okay.  So up at the top, warning level, it's

10    got first level warning box checked.

11  A Yes.

12  Q And the corrective action reason below, it has safety

13    checked; is that right?

14  A Yes.

15  Q So the reason it's a first-level warning is because

16    this is a safety corrective action instead of an

17    attendance?

18  A Yes.

19  Q And in the box below it says, corrective action

20    history within past rolling year.  Do you see that?

21  A Yes.

22  Q And then it says December 12th, '23, final warning and

23    suspension for attendance, 11-13-2023, written warning

24    for accumulation of 6.5 attendance points, and 6-1-23,

25    written warning for safety violation.  Do you see all

1    those?

2  A Yes.

3  Q So it looks like the corrective action history here

4    includes both attendance and safety violations?

5  A Yes.

6  Q Okay.  I don't see a mention of a March 15th, 2024

7    final warning for attendance, do you?

8  A I do not.

9  Q Do you know why that wasn't there?

10  A Again, it may have been an oversight on my part.  I

11    was writing up a safety violation as opposed to an

12    attendance violation, and I just overlooked it,

13    overlooked including it.

14  Q Nonetheless, you say that Exhibit 29, the corrective

15    action form dated March 15th, 2024, was prepared in

16    March of 2024?

17  A Correct.  And both Shane and I signed it in March of

18    2024.

19  Q Okay.  So Exhibit 29, the March 2024 final warning for

20    attendance existed?

21  A It did.

22  Q And it's not referred to on Exhibit 30, the April 2024

23    corrective action form, because of an oversight?

24  A That would be my assumption, yes.

25  Q Not because you falsified the March 2024 document

```
 1    after the fact?
 2  A It's signed by your client.
 3  Q Is that a yes or a no?
 4  A No, not because it was falsified.
 5  Q Now we're moving to another document.
 6        (Plaintiff(s) Exhibit No. 31 was marked for
 7    identification.)
 8  Q It's a termination review.  I've marked it as Exhibit
 9    31.  Here we're looking at a termination review dated
10    August 22nd, 2024, name Shane King, manager Phillip
11    Giddens.  Do you recognize this document?
12  A I do.
13  Q Did you prepare it?
14  A I did.
15  Q On the date that it says on the document?
16  A Yes.
17  Q Okay.  So what is it?
18  A It's a review of the relevant facts and attachments as
19    it relates to Shane King's attendance.
20  Q Because you'd just fired him?
21  A No.  I think this is -- well, I think the decision was
22    made to fire him on August 9th.
23  Q The termination review is a document you prepare after
24    someone has been fired; is that correct?
25  A I'm trying to remember the series of events.  It's not
```

```
 1     actually coming to mind when this fell into the series
 2      of events.
 3   Q Okay.  Let's just talk generally.
 4   A Okay.
 5   Q Termination reviews, they're probably something that
 6      HR wants you to do; is that right?
 7   A Yes.
 8   Q You do it every time someone is fired?
 9   A Yes.
10   Q Okay.  And it's kind of like a wrap-up of the file
11      maybe?  It just says here's what we did and why?
12   A It summarizes the reasons for termination.
13   Q Have you had to prepare these for various employees?
14   A Yes.
15   Q Okay.
16   A Not all employees because this is a fairly new
17      process.  This process did not exist when I joined the
18      company.
19   Q Okay.  So it is kind of a recent thing, but maybe for,
20      what, a year?
21   A I'd have to refresh my memory.
22   Q Okay.  I don't think it matters.
23         So turning to the document at hand, Exhibit 31,
24      termination review dated August 22nd, Shane King, it's
25      got his employment history in the middle of the page,
```

1    policy under consideration, Westrock attendance
2    policy.  We've already talked about that policy;
3    right?
4   A Yes.
5   Q It looks like there's a heading witnesses and other
6    involved parties that's blank, and then there's a due
7    diligence section.
8   A Yes.
9   Q Okay.  And it says is there any current or pending
10   leave, FMLA, question mark, and it's marked no?
11  A Correct.
12  Q So is that accurate?
13  A At the time that I filled it out, to the best of my
14   knowledge it was accurate because to my knowledge no
15   leave had been approved.
16  Q Okay.  So you looked at the question and you were
17   like, is there any current or pending leave, no, there
18   isn't any current or pending leave, it hasn't been
19   approved?
20  A Correct.
21  Q Okay.  Blah, blah, blah.  Okay.  And then down still
22   in the due diligence paragraph, kind of toward the
23   bottom, is all documentation in place and review
24   completed, yes.  Is that accurate?
25  A Yeah, to the best of my knowledge, that was accurate.

 1  Q What does documentation mean here?

 2  A In this case, a review of his attendance history.

 3  Q Okay.  Is that summarized in any sort of like review

 4    of his attendance history -- sorry, I just don't know

 5    what documentation means.  Is documentation like these

 6    corrective actions and these counselings?

 7  A That, along with the timekeeping system.

 8  Q And along with the timekeeping system.  Okay.

 9        And then flipping to the second page

10    recommendation, reason for termination, we've got

11    employee has 15.5 points over the past rolling 12

12    months.  That's well over the 10-point termination

13    threshold.

14  A It is.

15  Q Late to work, a list of dates, unexcused absences, a

16    list of dates, a little note about boots, and then

17    turning to the third page, due to the continued

18    performance deficiencies, blah, blah, blah, attendance

19    policy, employee is recommended for termination of

20    employment effective 8-22-24; is that right?

21  A Yes.

22  Q Okay.  Did you have to look at the attendance records

23    to get these late-to-work dates and these

24    unexcused-absence dates?

25  A I probably reviewed both the earlier documentation and

```
 1      the system.
 2    Q You went into the database and like figured out
 3      what --
 4    A I would assume I used both at the time.
 5    Q Okay.
 6    A Yes.
 7    Q How does it work for you when you want to check one's
 8      attendance points?  What do you have to do?
 9    A Well, the first thing I do is log into the timekeeping
10      system.
11    Q Okay.
12    A I go to a specific employee, and the first thing I can
13      check is the total of accrued points.
14    Q Okay.
15    A And then I can go back week by week and review their
16      attendance week by week.
17    Q Is that in like table form?  It kind of spits out a
18      report?  Like you log into the program and you click,
19      show me Shane's attendance, and it spits out --
20    A No.  It doesn't operate that way, or at least I don't
21      operate it that way.
22    Q Okay.
23    A I go back and look week by week at their clock-in,
24      clock-out, so forth.
25    Q Okay.  So do you have to manually tally to get the
```

1    accumulated points or it shows you?

2  A Well, when you first go in, it will show accumulated

3    points.

4  Q Okay.

5  A And then you can go to week-by-week detail.

6  Q So you don't need to add them up yourself?

7  A No.

8  Q Okay.  Returning to the document at hand, Exhibit 31,

9    the termination review, in the middle of the first

10    page we've got documents and exhibits.  It says

11    Appendix A, attendance written warning dated 11-13-23,

12    Appendix B, attendance final written warning dated

13    12-12-23.  Were those documents attached to the

14    termination review?

15  A They would have been forwarded, yes.

16  Q Okay.  Just forwarded.  And I assume, and please

17    correct me if I'm wrong, that the attendance written

18    warning dated 11-13-2023 is Exhibit 27, the employee

19    counseling review of that date, and the final written

20    warning dated 12-12-23, is Exhibit 28, the employee

21    counseling with that date?

22  A That would be my assumption.

23  Q Do you agree?

24  A Yes.

25  Q What about the March 2024 corrective action form?

| | |
|---|---|
| 1 | A That's not listed here, but before this is issued, |
| 2 | it's our practice that HR has a chance to review that, |
| 3 | so Mark Kennedy, my human resources director, would |
| 4 | have had this prior, even though it's not listed as |
| 5 | one of the documents.  He would have had that at his |
| 6 | disposal. |
| 7 | Q But not the two previous written warnings? |
| 8 | A He would have had those as well. |
| 9 | Q So you decided to list as your documents only two and |
| 10 | not all three of the written warnings you've given |
| 11 | Shane at that point? |
| 12 | A Whether I decided or it was simply just an oversight, |
| 13 | an omission -- |
| 14 | Q So it's your continued testimony that the March 15th |
| 15 | corrective action form final warning for attendance |
| 16 | actually existed in March of 2024? |
| 17 | A It did. |
| 18 | Q And it was just conveniently left off of Exhibit 30, a |
| 19 | corrective action form issued a month later, and the |
| 20 | termination review, Exhibit 31, about firing Shane for |
| 21 | attendance? |
| 22 | MS. GRIFFIN:  Object to your form, but you may |
| 23 | answer. |
| 24 | A That's my testimony. |
| 25 | Q Okay. |

```
 1              (Plaintiff(s) Exhibit No. 32 was marked for
 2        identification.)
 3    Q Here, I've got another document.  It's also a
 4        termination review.  I've marked it as Exhibit 32.
 5        This looks to be the termination review of Tangela
 6        Thomas.  Do you remember Tangela?
 7    A I do.
 8    Q Do you see this is also an attendance policy
 9        termination on the second page; is that right?
10    A Yes.
11    Q Okay.  So you fired Tangela for attendance?
12    A No.
13    Q What did you fire her for?
14    A I didn't.
15    Q You didn't fire her?
16    A She wasn't fired.
17    Q Okay.  What happened to Tangela?
18    A She resigned.
19    Q Okay.  So someone who resigns can get a termination
20        review?
21    A Well, the fact that the termination review was
22        initiated doesn't mean it was finalized.
23    Q Okay.  Tangela doesn't really matter for our purposes
24        except I thought the dates were interesting.  So here
25        you see on employment history, we've got a chart with
```

```
 1      type, level, date.  We've got an attendance written
 2      warning dated 12-12-23, and then we've got attendance
 3      final warning date 3-14-2024.
 4    A Uh-huh.
 5    Q Okay.  And then down on documents and exhibits, you've
 6      got Appendix C, corrective action form 3-14-2024;
 7      right?
 8    A Yes.
 9    Q Okay.  Now, what that reminded me of was the date of
10      Shane's attendance final written warning because I
11      think Shane also got an attendance written warning on
12      12-12-23, don't you?  It would be Exhibit 28.
13    A That's correct.
14    Q So both Tangela and Shane got a 12-12-23 attendance
15      written warnings?
16    A That's entirely possible.
17    Q Okay.  And then Exhibit 32, Tangela's termination
18      review, says she got final warning on March 14th of
19      2024, and if you look at Exhibit 29, that's a
20      corrective action form dated 3-15-2024 for Shane, and
21      that's the one about which I have my doubts.
22          Do you think it's mere coincidence that the
23      corrective action form dated 3-15-2024 for Shane
24      leaves off the 12-12-23 written warning?
25    A I think it is mere coincidence.  The -- in my view,
```

 1    it's clearly Shane's signature on that form, so --

 2         One thing to keep in mind that is important is I

 3    have an entire plant to run, so there are times where

 4    I take a day and go through administrative tasks.  As

 5    you can clearly see from all the paperwork, Shane took

 6    up quite a bit of my time with his noncompliance with

 7    company policies, be it attendance or safety.  I

 8    didn't always have time every day to address

 9    everything that he wasn't observing, every policy that

10    he wasn't observing.

11         MR. STAUTZ:  How are we doing on time?  Does

12    anyone need a break?

13         MS. GRIFFIN:  Let's take a quick maybe like

14    five-minute break for just a second.

15         MR. STAUTZ:  That would be great.

16         MS. GRIFFIN:  Awesome.

17         (A brief recess was taken.)

18  BY MR. STAUTZ:

19  Q Okay.  Welcome back.  We've just taken a little five,

20    10-minute break here.  Home stretch.

21         What I want to look at now, Mr. Giddens, is what

22    I'm going to mark as Exhibit 33 and 34.  And this is

23    just going to be a mess because my stapler broke in

24    the middle of it.  Here is 33.  I will give you and I

25    a stapled copy.  Then here is 34.

```
 1          Okay.  These things I've shown you -- I should
 2    probably --
 3          MS. GRIFFIN:  Chandra, I think that you're not on
 4    mute.
 5          MS. DAVIS:  Sorry.  I'll put myself on mute.
 6  Q So Exhibit 33 is a bunch of rows of a spreadsheet.
 7    Exhibit 34, also a bunch of rows of a spreadsheet.
 8    These were produced by your attorneys as attendance
 9    records, so if you turn to the last page of Exhibit
10    33, you know, we can see start date, end date,
11    assignment groups, one on 1-13-2025.
12          Right now I'm treating these as true and accurate
13    printouts, exports, from your attendance record
14    system.  Does this look familiar to you?  Have you
15    seen this data in this format before?
16  A I have not.
17  Q Okay.  Exhibit 34, turning now to this, very similar.
18    Again, tons of rows of spreadsheet.  Here on the first
19    date we see parameter start date 1-1-23, end date is
20    kind of cut off, Indianapolis, accrual banks.  Do you
21    see that?
22  A Yes.
23  Q Business unit, B3143.
24  A Yes.
25  Q Okay.  So I think that's also a printout from your
```

```
 1      attendance system, and I'm treating it as accurate,
 2      but I want you to tell me if, you know --
 3    A Yeah, I'm afraid I've never seen the data in this
 4      format.
 5    Q Okay.
 6    A I don't review it in this format.
 7    Q Okay.  I thought that might be the case.  What I
 8      suspect is this is the tables underlying the reports
 9      you see in your system.  So I'm going to direct your
10      attention to a couple things.
11          Okay.  So in Exhibit 33, I'm calling it system 1
12      for the lack of a better name, and I'm calling Exhibit
13      34 system 2, but they line up.  I've really explored
14      this data, and it makes sense.  They line up.
15          So if we look at the first page of Exhibit 33,
16      the rows at the bottom where the name isn't blacked
17      out, we see Shane King.
18    A Yes.
19    Q Okay.  And then to the right we've got two columns
20      with employee IDs, 314731.  That's Shane's unique
21      employee ID, would you agree?
22    A Yes.
23    Q Because that appears on his termination review for
24      instance, Exhibit 31.  Do you know what I mean?
25    A Yes.
```

```
 1   Q Okay.

 2        MR. STAUTZ:  Ms. Griffin, are you with us here?

 3        MS. GRIFFIN:  Yes, I'm just looking at the Bates

 4    numbers, and it seems like there's a lot of --

 5        MR. STAUTZ:  I did.  I did.  I will explain that.

 6        MS. GRIFFIN:  -- documentation missing.

 7        MR. STAUTZ:  Yes.  Do you want me to explain that

 8    right now or --

 9        MS. GRIFFIN:  Well, should we have the full

10    document to -- or the full pieces of the puzzle?

11        MR. STAUTZ:  I have the relevant rows.  I have

12    all the Shane attendance rows here.  You gave me all

13    Indianapolis employees, like my document request asked

14    for, and so the pages I omitted are just blacked out

15    mystery employees that I'm not doing anything with

16    today.

17        MS. GRIFFIN:  I believe that there were more

18    Shane King rows than just these.  That's what I'm

19    saying, the Shane King rows are the rows -- or not

20    blocked out but are omitted as well.

21        MR. STAUTZ:  If so, that's a problem.  I had

22    thought I got everything here, and I think if you

23    look -- if you scrutinize the dates, they're pretty

24    rational.

25   BY MR. STAUTZ:
```

```
 1   Q So Mr. King [sic], returning to Exhibit 33, first
 2     page, bottom left we've got Shane King, we've got his
 3     employee ID, 314731, and then we've got -- each row
 4     has an exception date, and that's that date column.
 5     And it goes down, goes down, goes down, right, and
 6     continues onto the next page.  So it looks to me like
 7     pages 1 and 2 of Exhibit 33 are his 2023 attendance
 8     warnings, and then pages 3 and 4 of Exhibit 33 are his
 9     2024 attendance warnings because the dates line up.
10     If you look at page 3 of Exhibit 33, Bates stamped
11     Westrock 689, you see in that fourth column over, you
12     know, the first Shane King row is 1-5-2024.  The last
13     row is 9-9-24.  Do you agree with me that's all his
14     2024 entries?
15          MS. GRIFFIN:  Can we go off record?
16          (A discussion was held off the record.)
17   BY MR. STAUTZ:
18   Q We've been off record for a little while to discuss
19     numbering these exhibits better.  We've got -- we're
20     trying to get Shane King's rows out of the database
21     table without, you know, worrying about all the
22     irrelevant rows.  We've renumbered them so we've got
23     33, two consecutive pages with Shane King's 2023
24     attendance records, we've got 34, which is from the
25     same database and shows Shane King's 2024 attendance
```

```
 1 │    records, we've got 35, which is just the lead page,
 2 │    the start of a database entry, and then there's a big
 3 │    gap in the rows until we come to Shane King's 2023
 4 │    attendance rows, which are Exhibit 26 [sic], and then
 5 │    there's another big gap, and Shane King's 2024
 6 │    attendance rows are in Exhibit 37.
 7 │        So we've got four basic sections of data.  We've
 8 │    got Shane King's 2023 records in the first system,
 9 │    then a break, his 2024 records in the first system,
10 │    and then we've got his 2023 records in the second
11 │    system and his 2024 records in the second system.  So
12 │    four chunks, but together they give us a picture of
13 │    Shane King's attendance in 2023, 2024.
14 │        So I want to go to Exhibit 29, which is the March
15 │    2024 corrective action form.  And I want to look at
16 │    the description of infraction where it says employee
17 │    has accumulated 13 attendance points at this time.  Do
18 │    you see that there in Exhibit 29?  It's in the text
19 │    boxes right about the middle of the page.  It says,
20 │    per the Westrock attendance policy, employee has
21 │    accumulated 13 attendance points.  Do you see that?
22 │  A Yes, I do.
23 │  Q Okay.  So that purports to be March 15, 2024.  So if
24 │    we go now to -- if we go to Exhibit 37, we've got a
25 │    bunch of rows of a database table, and it shows --
```

1    we've got Shane King's name at the bottom here, hire

2    date, attendance.  That's the accumulator we're

3    talking about.  And then we've got some dates, 1-1,

4    1-5, 4-4.  And there on the left, you can see in the

5    leftmost numerical column just to the right of the

6    date, you see for instance 1-1-24 -- it's got 24, and

7    then reading the columns left to right, 0000024.  And

8    then on the next row below it, 1-5, we've got 24, and

9    then reading the columns left to right, 1000025.

10   A Uh-huh.

11   Q Okay.  So if you look at Exhibit 35, which has the

12     headings of these columns, you'll see that the date

13     line is the date.  We've got an accrual bank column, a

14     date column, then an initial column, right?  That's

15     the initial value of the accrual count.

16   A Okay.

17        MS. GRIFFIN:  I'm just objecting because you're

18     telling him -- you're basing testifying as to what

19     this is, and then he's going to be responding based on

20     what you tell him everything is.

21        MR. STAUTZ:  Okay.  I don't think I need his

22     testimony on this then.  I think I have --

23   Q Mr. Giddens, is it your testimony that the attendance

24     records accurately reflect attendance points?

25   A To the best of my knowledge, yes.

1  Q Okay.  So you would say that the attendance

2    timekeeping system shows how many attendance points

3    someone has?

4       MS. GRIFFIN:  Object to form, but, yeah, you may

5    answer.

6  A Well, the important thing to keep in mind is once this

7    new system went into place, the short answer would be

8    not necessarily because the system -- unless it's

9    manually corrected, the system before being manually

10   corrected would show that Shane was late at 7:01.

11 Q Okay.

12 A We didn't apply a half a point for being late at

13   7:15 -- or at 7:02 or 7:03.  It was only after he was

14   beyond 7:07 --

15 Q 7:07?

16 A -- the grace period that I implemented, at which a

17   half a point for being late would be applied.  Now, if

18   he went beyond a certain percentage of his shift and

19   he was late, then that would result in an additional

20   half point, but when you look at the system, the

21   system itself, unless it were corrected, would record

22   half a point if Shane came in at 7:01 or 7:02.

23 Q Okay.

24 A And that's what I alluded to earlier.  Shane was

25   frequently the most frequent flyer when it came to

1    taking advantage of that grace period.  For the most

2    part, not always, but for the most part, the entire

3    team was in, clocked in, and in the morning meeting at

4    7 a.m.

5   Q Okay.

6   A And we would routinely have to wait for Shane to

7    arrive because he took the grace period as being his

8    de facto start time.  So he would frequently show up

9    well after 7:00 in the morning, and oftentimes after

10   that grace period ended at 7:07, but he routinely took

11   advantage of that grace period.

12  Q So how did the grace period work?

13  A It was very simple.  I mean I -- I implemented it so

14   that if someone were caught in traffic and didn't get

15   in until 7:03 or 7:05, they weren't considered late.

16  Q Okay.  So let's picture it.  You're standing there in

17   the morning meeting at 7:00.  Every one is there

18   except one guy.  He shows up at 7:01 and clocks in.

19   The automated attendance system will assign him a half

20   a point?

21  A Yes.

22  Q Okay.  And then -- but you'll say -- you just observe

23   that he's less than seven minutes late?

24  A Well, working with my office manager, if he's seven

25   minutes or less late, then the -- you know, the

```
 1         attendance point, the half a point, can be removed.
 2    Q  How do you do that?
 3    A  Either myself or my office manager would go in and
 4         remove that point.  Now, the clock-in time would
 5         remain.  The record of when they clocked in would
 6         remain in the system, but we could manually remove
 7         that half a point.
 8    Q  Okay.  Where would that manual removal of the half
 9         point be reflected in the records?
10    A  I'm not a computer person.
11    Q  Sure.
12    A  So I can't -- it is reflected in the record.  I have
13         to go in and do a manual entry, for example, but where
14         it's housed in all this data, it's going to require
15         someone who is a little more IT savvy than me.
16    Q  Okay.  But it's a manual process.  You say you
17         implemented a seven-minute grace period policy, and
18         then when you observed someone who was less than seven
19         minutes late, you directed the office manager or you
20         yourself manually corrected it?
21    A  Correct.
22    Q  And you didn't write a new rule into the system saying
23         don't apply an attendance point if it's less than
24         seven minutes?
25    A  No.
```

```
 1   Q And did the seven-minute grace period show up in the
 2     written attendance policy?
 3   A It did not.  It was a local practice that I
 4     implemented.
 5   Q Okay.  All right.  Well, let me look over my notes.
 6   A So just to clarify, any points that were recorded for
 7     Shane would have -- for tardies would have been beyond
 8     that seven-minute grace period.
 9   Q Okay.  Okay.  But, you know, the spreadsheet rows that
10     we had so much trouble with were the automated system,
11     and those don't reflect your seven-minute grace period
12     because that's a manual adjustment that doesn't
13     like -- doesn't show up, I guess, in like the
14     autoblock.  Am I understanding that right?
15   A Correct.
16   Q Okay.  So it's possible that there's -- you know, you
17     see in your program a set of attendance points that's
18     different from what the clock system says?
19   A Before those points would be removed, yes.
20   Q Okay.
21   A But that's why I went back and validated dates too.
22     It was a manual process to go back and validate dates
23     that he was late or dates that he was absent.
24   Q How did you do that?
25   A Painstakingly going back and looking at each week's
```

```
 1      attendance to see when he clocked in, if he clocked
 2      in, when he clocked out.
 3   Q And would that yield a different result than like you
 4      log in and his attendance points show up?
 5   A Well, I mean it could add any given moment in time if
 6      the system hadn't updated.
 7   Q Okay.
 8   A For example --
 9   Q Yeah.
10   A -- Shane would clock in at 7:02.  When the system
11      might update, it might reflect a tardy, but we -- you
12      know, in Shane's case or anyone else's, we'd go back
13      and make that adjustment.  So at a moment in time, the
14      system could reflect that he was late, let's say
15      today, before we would go back and make that manual
16      adjustment because he was within that seven-minute
17      grace period.  Does that make sense?
18   Q I think so.  I think I'm missing some -- I think I'm
19      missing some attendance records then, so that's a
20      separate problem that I'll have to take up with your
21      counsel.  But I just wanted to make sure.
22          So I'll ask it as a question.  You applied the
23      seven-minute grace period to all your employees?
24   A Consistently.
25   Q Okay.  All right.  Let's talk about Shane's coworkers.
```

```
 1  |    We talked a lot about Shane.  Were they in general
 2  |    better performing, about the same, worse performing
 3  |    than Shane?
 4  |  A That would depend on the coworker.
 5  |  Q Okay.
 6  |  A I mean it's like any other operation, some are better
 7  |    than others.
 8  |  Q How many people were in attendance trouble in 2024?
 9  |  A I can think of two others.
10  |  Q Okay.  What was the end result in their cases?
11  |  A One resigned.
12  |  Q Okay.
13  |  A One was terminated with fewer points than Shane
14  |    accumulated.
15  |  Q On the basis of attendance?
16  |  A Yes.
17  |  Q Was Shane tardy or absent in April of 2024?
18  |  A I'd have to go back and look at the record.
19  |  Q May?
20  |  A Again, I'd have to refresh my memory.
21  |  Q Okay.
22  |  A I'm an old guy.
23  |  Q Sure.  Can you manually -- and I know you talked about
24  |    manually adjusting the attendance points for the grace
25  |    period.  Can you manually adjust points for other
```

```
 1    reasons?

 2  A Well, if for example someone called in and they were

 3    going to be absent, you'd adjust that based on whether

 4    they called in at least 60 minutes prior to their

 5    start time or after their start time, or if they

 6    didn't clock in and they were a no-call/no-show, you'd

 7    have to make a manual adjustment to the attendance

 8    points.

 9  Q Any other reasons?

10  A Nothing -- well, I'm not quite sure how to describe

11    this.  We have an employee who was injured.  There's

12    some question at this point as to whether it would be

13    considered a work comp situation or not.

14  Q Sure.

15  A So I think we'll probably have -- depending on the

16    outcome, we might have to make a manual adjustment to

17    their attendance.

18  Q So you manually adjust for the seven-minute grace

19    period and call-ins if the call-in is within that

20    certain 60 minutes, and then disputed cases of, you

21    know, worker's comp injuries.  Any other reasons?

22  A None that come to mind.

23  Q Okay.  Do you ever take off attendance points as like

24    a bonus?

25  A The system will.  I don't.  I think I mentioned it
```

```
 1      earlier, if an employee -- let's say someone has 10
 2      attendance points or let's say 8 and they go for a
 3      certain amount of time with no tardies, no absences,
 4      the system will automatically recover a point or half
 5      a point.  I'd have to refresh my memory from the
 6      attendance policy, but the system will automatically
 7      do that.
 8    Q Okay.  So when old absences roll off the rolling
 9      period -- or I think there's like a ninety days with
10      no additional points?
11    A I think you're right, yeah.
12    Q Okay.
13    A It pulls points off of their attendance total.
14    Q Okay.  Any other reasons?
15    A No.
16    Q Okay.  Just wanted to make sure.
17    A No.
18    Q Okay.  Hard to do much without -- now that you're
19      telling me there's a manual adjustment.  Not a ton I
20      can do productively today.  I'm sure I'll have more
21      questions if I saw it.
22          Okay.  So any inconsistency -- if there were
23      inconsistencies in the like prior absence lists in
24      your corrective action form and your employee
25      counseling form, could that be chalked up to the fact
```

```
 1        that you're manually looking back for when those
 2        points were accrued?
 3    A It's possible, but I was pretty thorough in
 4        researching all these tardies, absences, early outs
 5        and things like that.
 6    Q But that was still a manual process?
 7    A It was.
 8    Q You went through --
 9    A Week by week.
10    Q Okay.  Mr. Giddens, what I don't get is why there's
11        such a gap between the escalating discipline at the
12        end of 2023 and start of 2024 and your decision to
13        fire Shane in August.  Can you explain?
14    A When you -- when you say escalating, what time frame
15        are you referring to?
16    Q We have Exhibit 27, 11-13, employee counseling form.
17        That's marked as a written warning.  12-12-23, Exhibit
18        28, that's marked second written or final written
19        warning and suspension.  We've got that 3-15-24
20        corrective action form, Exhibit 29.  That's also
21        marked a final warning.  You know, we already talked
22        about the potential inconsistencies there.
23            So I'm saying it seems to me from that sequence
24        of documents that he was getting close to getting
25        fired, would you agree?
```

```
 1          MS. GRIFFIN:  Object to your form, but you may
 2     answer.
 3   A I would agree with that.  You know, I know I mentioned
 4     earlier my hope with Shane because there were -- I saw
 5     abilities, I just didn't see commitment from Shane.
 6     My hope was to turn Shane around and make him a more
 7     productive, responsible member of the team.  In fact,
 8     on one occasion, I believe it was on the 3-15
 9     occasion, in conversation with him, I expressed to him
10     that what I'd hope to see happen was for him to become
11     more of a leader in our group.  At that point Shane
12     expressed that he had no desire to be a leader.  You
13     know, that's clearly a choice that he made, but my
14     goal, my philosophy is to try and delegate and develop
15     employees into more than they are today, and so, you
16     know, part of that rests with me in trying to bring
17     him along and encourage him to be a more protective
18     employee; look at employment with Westrock, Smurfit
19     Westrock, as more of a career and less as a job.  Did
20     that answer your question?
21   Q Yeah.  That helps.  You know -- yeah, I want to hear
22     your perspective because I've heard what Shane thinks.
23     We know from the papers that he wasn't a perfect
24     employee, so I want your perspective.  Did you feel
25     disappointed then?  I think you know him better than I
```

```
 1      do, but he's a smart guy.  Were you disappointed that
 2      he just kept, I don't know, squandering the chances
 3      you gave him?
 4   A Extremely.
 5   Q And then you learned he had a hernia in July 2024.
 6      You knew he was taking time off, he was going to take
 7      time off, and then that got rescheduled and his -- his
 8      paperwork didn't go through right.  What did you feel
 9      about that?
10         MS. GRIFFIN:  Object to form.  You may answer.
11   A Well, initially I didn't even know why he was taking
12      the time off.  I knew he was taking time off.  I'm not
13      sure I knew initially in July.  At some point I became
14      aware of that.
15   Q Yeah.
16   A I -- you know, if someone needs time off, they need
17      time off, and there's a process whereby, you know, you
18      request approval and things are approved.  In fact, at
19      some point in August, I'm the one who told him on at
20      least two occasions, getting feedback from Mark
21      Kennedy, that his leave still hadn't been approved,
22      and I got the impression from these conversations with
23      Shane that he wasn't even aware of that, so I don't
24      know that he was staying on top of where that was for
25      him.  You know, my role in this was like where are we
```

```
 1      going to go with this and you need to have this
 2      approved.
 3    Q And do you think he squandered that opportunity too?
 4    A Well, I mean I can't really know that because I don't
 5      know how vigorously he pursued it.
 6    Q Okay.
 7    A You know, I mentioned earlier I was in a similar
 8      situation where I had to apply for short-term
 9      disability.  I had a joint replaced.  I was pretty
10      aggressive in making sure everything was in place
11      prior to the start date of the leave.
12    Q Right.  And do you think Shane was kind of goofing off
13      then?
14    A In hindsight, you know, I can't really answer what he
15      was doing and how he was approaching it.
16    Q Did you think he was taking advantage of the
17      situation?
18    A I think he was taking advantage of the attendance
19      policy.  I mean I don't know how he was handling the
20      leave situation on a personal level, so I can't really
21      address it from that perspective.
22    Q Okay.  And the August 8th, 9th back-to-back absences,
23      were those the last straw?
24    A They really were.  You know, we run a business unit,
25      and in order to be successful, we need people to show
```

| | |
|---|---|
| 1 | up to work, and Shane wasn't taking the job seriously. |
| 2 | I mean he'd have -- as you can see from the paper |
| 3 | trail, he had multiple counselings, he'd been |
| 4 | suspended, he'd gotten a couple of final warnings, and |
| 5 | as the general manager from my perspective, it just |
| 6 | didn't sink in. |
| 7 | Q Were those August 8th and 9th absences the first in a |
| 8 | while? |
| 9 | A I think he had something in July as well. |
| 10 | Q Okay. |
| 11 | A So I mean it was a fairly regular pattern with Shane. |
| 12 | I mean that's -- the attendance policy is designed to |
| 13 | allow you 10 attendance points in a 12-month period. |
| 14 | Now, for most individuals, that's more than enough. |
| 15 | If you can manage to get to work on time, 10 points in |
| 16 | a year's period would cover most anyone for any sort |
| 17 | of family or personal emergency. I think -- you know, |
| 18 | I think that's the beauty of the policy. I think a |
| 19 | lot of thought went into that, and 10 points is fairly |
| 20 | generous. |
| 21 | Q Okay. So was there anything in particular about the |
| 22 | August 8th, 9th absences or tardinesses? Like was |
| 23 | there anything special about them that prompted you to |
| 24 | say, now is the time, I've had it? |
| 25 | A Nothing really other than the fact that it just became |

```
 1        clear that he was not serious about improving his
 2        attendance.
 3    Q Okay.  Because at that point you'd been working with
 4        him for -- I think you said you started in September
 5        of 2022?
 6    A Yes.
 7    Q So you'd been working with him for almost two years?
 8    A Uh-huh.
 9    Q And the attendance was ongoing, I mean he'd crossed 10
10        points sometime in 2023?
11    A Uh-huh.
12    Q And just kept going?
13    A It just kept going.
14    Q Okay.  So do you think that this surgery time off was
15        just bad timing?
16    A I don't really have any information on his medical
17        condition, so I can't really answer that.  I mean we
18        approached it, taking him at his word, he had a
19        genuine medical condition and needed the time off.
20    Q And you knew he was going to be off for a month-ish?
21    A That was my understanding at the time, yes.
22    Q Okay.  Civil discovery is wild.  You never know what
23        actually happens when you're trying to get there.
24        Just a little of philosophizing for the record.
25            All right.  I'm going to look through my notes
```

```
 1      one more time, see if there's anything else I want to
 2      cover, if you'll bear with me.
 3          How were Shane's July and August 2024 tardinesses
 4      affecting your team?
 5   A Well, they affected the team the same way they would
 6      any other time.  I mean Shane was one of the primary
 7      operators on what we call our south dock, and so when
 8      anyone is absent and it's unscheduled, we have to make
 9      kind of emergency adjustments, and it could negatively
10      impact inbound material, outbound loads.  It could
11      negatively impact us in a variety of ways, and it
12      wasn't unique to those months, which is why, you know,
13      the policy and I both encourage employees to schedule
14      their time off rather than calling in.
15   Q Do you think his attitude toward tardiness hurt morale
16      on your team?
17          I'm not hearing anything from counsel.  Do you
18      want me to repeat the question?
19   A No.  You know, I can tell you that a number of
20      employees voiced -- regularly voiced frustration with
21      Shane.  It reached a point where it was just among the
22      team a bit of a -- kind of a frustrating joke that we
23      were always waiting on Shane to show up in the
24      morning, and there was just no surprise when he didn't
25      show up.  There was a great deal of frustration over
```

```
1       his practice of taking two or three times the length
2       of lunch than other employees took when -- you know,
3       when he was leaving to take care of his dog.  So I
4       mean I was privy to quite a bit of conversation over
5       that period of time, the entire period of time, so,
6       yes, I think it did negatively impact the team
7       generally.
8    Q Okay.  What dates would you assign to that?
9    A Oh, I couldn't possibly assign dates.  I mean it was a
10      fairly regular occurrence.
11   Q Okay.  So other team members would come to you and
12      say, hey, it's not fair Shane's late again, something
13      like that?
14   A Yes.  Or they'd make comments as we were waiting in
15      the morning meeting, well, we're waiting on Shane
16      again.
17   Q Okay.  Did those problems get worse in July and August
18      of 2024?
19   A No, I think they were pretty consistent throughout my
20      tenure.
21   Q Let's go back to Exhibit 23.  It's these Teams
22      messages between you and Mark Kennedy.  I'm in the
23      second paragraph down from the top.  Seems to be a
24      message from you on August 9th, 11:18 a.m.  The third
25      sentence there, quote, I think he believes that he's
```

1      now immune from any action having filed STD, and it's

2      having a negative effect on my entire team.  My

3      concern is this will continue up to the date of his

4      surgery while the remainder of the team sees this and

5      perceives there are no consequences for him, close

6      quote.

7           Are the concerns you voiced there the same morale

8      problem you were telling me about just now?

9    A Yes.

10   Q The same?

11   A Yes.

12   Q Were the other team members aware that Shane was going

13     on leave?

14   A I can't answer that.  I don't know who he shared it

15     with.

16   Q Your sentence there suggests to me that something

17     about the upcoming -- the absences in light of the

18     upcoming leave are what caused your team's problems.

19     Do you think that's a fair interpretation or not?

20          MS. GRIFFIN:  Object to form.  You may answer.

21   A Those were my concerns.  I wasn't referencing the

22     team's concerns because, again, I don't know who was

23     aware in the larger team of, you know, his medical

24     plans.  What they saw and what I was aware they saw

25     were these constant or fairly consistent violations of

```
 1       the attendance policy.
 2   Q So when you say here on Exhibit 23, that same
 3       paragraph, my concern is that this will continue up to
 4       the date of his surgery, what did you mean by this?
 5   A His abuse of the attendance policy.
 6   Q Okay.  And then continuing in that sentence, will
 7       continue up to the date of his surgery while the
 8       remainder of the team sees this and perceives there
 9       are no consequences for him.  So what does the second
10       this mean?
11   A The abuse of the attendance policy.
12   Q So you think that sentence means my concern is that
13       Shane's abuse of the attendance policy will continue
14       up to the date of his surgery while the remainder of
15       the team sees his abuse of the attendance policy and
16       perceives that there are no consequences for him?
17   A Yes.
18   Q Okay.  Would they have seen -- did your team see Shane
19       abusing the attendance policy before August 9th?
20   A Yes.
21   Q When?
22   A Throughout my tenure.
23   Q So when you say -- in your preferred reading, I'm
24       substituting abuse of the attendance policy for this.
25       So my concern is that Shane's abuse of the attendance
```

```
 1    policy will continue up to the date of his surgery

 2    while the remainder of the team sees Shane's abuse of

 3    the attendance policy and perceives that there are no

 4    consequences for him.  Is that a new situation?

 5  A It's not.  Keep in mind he'd received multiple

 6    counselings, he had been suspended without pay, so,

 7    no, this wasn't a new situation.

 8  Q So had the team previously known that there were no

 9    consequences for Shane's abuse of the attendance

10    policy?

11  A Well, I don't discuss personnel matters with the

12    broader team.  If someone is called in for counseling,

13    a verbal warning, a written warning, a final warning

14    or suspension, the fact that Shane wasn't there during

15    the suspension, if he discusses it with them, that's

16    one thing.  I don't share personnel matters with the

17    larger team.

18  Q Okay.  But in 2023, for instance, Shane was late a

19    lot.

20  A Uh-huh.

21  Q The other team members saw that he was late a lot?

22  A Yes.

23  Q In fact, it became a running joke.

24  A Uh-huh.

25  Q So even by, say, the end of 2023, Shane has been
```

1    absent a lot and the other team members know that; is
2    that fair?
3  A Fair.
4  Q Okay.  Would you say at that point that they perceived
5    there's no consequences for violating the attendance
6    policy?
7  A Well, again, I'm -- you know, I'm not in the habit of
8    sharing any kind of disciplinary action with the other
9    team members.  They were all aware the attendance
10   policy, they were all aware of the process that would
11   take place if he violated the attendance policy, so
12   what -- you know, what they were -- what they were
13   told, what they were aware of, vis-a-vis the
14   attendance policy and what Shane may have shared with
15   them, I can't say.
16       You know, I've made it clear to everyone that
17   works for me that, for example, when -- I had an
18   employee yesterday come in and complain about another
19   employee, and my response was, I'll have a
20   conversation with that employee, but the nature of
21   that conversation is not going to be shared with you.
22   It will be taken care of.
23  Q Did you talk to your team after Shane was fired about
24   Shane's situation?
25  A All I told them was Shane won't be with us any longer,

```
 1    we wish him well in his future endeavors.

 2  Q Okay.  Did you talk about attendance in that meeting?

 3  A We routinely talk about the importance of attendance.

 4  Q Did you tell any team members that Shane was fired for

 5    abusing the attendance policy?

 6  A Did not.  And, again, I have no idea what he might

 7    have shared with --

 8  Q Sure.

 9  A -- his former, you know, colleagues.

10  Q Do you think team morale got better after Shane was

11    fired?

12  A In that respect, yes.

13  Q Do you think you proved a point to the team?

14  A I don't think that was my goal.

15  Q Do you think it had that effect?

16  A I think it's possible.

17  Q So on August 9th, Shane's late again.  You message

18    Mark Kennedy saying it's really a problem; right?  And

19    you're thinking at that time that you want to fire

20    Shane; is that right?

21  A That was my -- that was my goal, that we would then

22    terminate him.

23  Q Okay.  What did you think that would fix?

24  A Well, first thing it would fix is having a member of

25    the team who routinely ignored the attendance policy.
```

```
 1      The second thing it would fix is for us to be able to
 2      find a more reliable employee as part of the team.
 3   Q Anything else?
 4   A No.
 5   Q Have you hired a replacement for Shane?
 6   A We have.
 7   Q How long did that take?
 8   A Well, we -- one of the things that we typically do is
 9      engage temp employees, and it gives us a chance for
10      them to try us and us to try them to see if it's a fit
11      on, you know, both sides, and that probably took maybe
12      a month.
13   Q Did you consider giving Shane another warning on
14      August 9th?
15   A No.
16   Q Why not?
17   A When he came in on August 8th, I remember having a
18      short conversation with him about how serious he was
19      to follow the policy, and he just seemed very
20      nonchalant, like it just wasn't important to him.  So
21      when he called in again or arrived late on the 9th, I
22      mean it was clear to me that this was a problem that
23      was never going to be resolved because he didn't have
24      the commitment to resolve it.
25   Q So was it you who suggested -- sorry.  That's a
```

```
 1    misplaced modifier.
 2         On August 9th, was it you who first raised the
 3      possibility of firing Shane?
 4    A Yes.
 5    Q Is there anything else you want to tell me about how
 6      this all went down?
 7    A No.  I think we've covered everything.
 8    Q Yeah, okay.  So were you at all irritated that Shane
 9      was going to be off for a month?
10    A No.  I think I mentioned I had hip replacement
11      surgery.  I mean I try and be a pretty understanding
12      manager, and, you know, whether it's a sick spouse, a
13      sick child, emergencies happen.  You know, people need
14      medical care.  No, not at all.
15         MR. STAUTZ:  Okay.  I have no more questions.
16         MS. GRIFFIN:  If we could just go off the record
17      so that I can talk with my client and Chandra, and
18      we'll back get back as to whether we have questions or
19      not, anything we need to clear off.
20         (A brief recess was taken.)
21    CROSS-EXAMINATION
22    BY MS. GRIFFIN:
23    Q Mr. Giddens, you recommended termination of Mr. King
24      on August 9th due to his attendance records from
25      August 9th backwards; correct?
```

1  A That's correct.
2  Q I think there's a lot of confusion as to whether or
3    not the approval of his disability absence affected
4    your recommendation of termination.  Did his
5    disability absence being approved or not approved
6    affect your recommendation for termination?
7  A No, it had no bearing on it.
8  Q So you did not terminate him to try and interfere with
9    his benefits?
10 A I did not.
11 Q To retaliate against him for requesting short-term
12   disability or FMLA?
13 A No.
14 Q And going back to Exhibit 29, there's been some new
15   question about this corrective action form, the March
16   15, 2024.  Do you remember meeting with Shane on March
17   15, 2024?
18 A I do.
19 Q Do you remember presenting him with this document?
20 A I do.
21 Q And do you remember him signing this document?
22 A I do remember him signing it.
23 Q Had he not wanted to sign the document, what would you
24   have done?
25 A As in cases past, I would have indicated in the

```
 1        employee signature block, employee refused to sign,
 2        and then I would have had my office manager, who
 3        serves as a local human resources representative,
 4        witness that signature and sign for herself as well.
 5    Q And you've done this on previous corrective actions or
 6        counseling forms?
 7    A I have.
 8    Q You did not forge -- for clarifying sake, you did not
 9        forge this document?
10    A I did not.
11    Q You did not forge his signature?
12    A I did not.
13    Q Or your signature?
14    A No.
15            MS. GRIFFIN:  And I think that's all the
16        questions that I have.
17            MR. STAUTZ:  Okay.  Nothing from me.
18            MS. GRIFFIN:  We'll read and sign.
19            THE REPORTER:  Would you like to order the
20        transcript, Counsel?
21            MR. STAUTZ:  Yes, please.
22            MS. GRIFFIN:  We will as well.
23            (The deposition concluded at 12:41 p.m.)
24
25
```

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
2                        INDIANAPOLIS DIVISION

3

4

5     SHANE KING,                        )
                                         )
6                    Plaintiff,          )
                                         )
7        -v-                             )   CASE NO.
                                         )   1:24-cv01565
8     SMURFIT WESTROCK PLC,              )
      PHILLIP GIDDENS,                   )
9                                        )
                     Defendants.         )
10

11

12                       Job No. 196822

13

14        I, PHILLIP E. GIDDENS, state that I have read the
      foregoing transcript of the testimony given by me at
15    my deposition on January 28, 2025, and that said
      transcript constitutes a true and correct record of
16    the testimony given by me at said deposition except as
      I have so indicated on the errata sheets provided
17    herein.

18

19    _____
                     PHILLIP E. GIDDENS
20

21

22

23            STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
24            One Indiana Square, Suite 2425
                 Indianapolis, IN 46204
25                  (800) 869-0873
```

```
 1   STATE OF INDIANA        )
                             ) SS:
 2   COUNTY OF MARION        )

 3

 4        I, Marlana M. Haig, RPR, CRI, a Notary Public in

 5   and for said county and state, do hereby certify that

 6   the deponent herein, was by me first duly sworn to

 7   tell the truth, the whole truth, and nothing but the

 8   truth in the aforementioned matter;

 9        That the foregoing deposition was taken on behalf

10   of the Plaintiff; that said deposition was taken at

11   the time and place heretofore mentioned between 8:57

12   a.m. and 12:41 p.m.;

13        That said deposition was taken down in stenograph

14   notes and afterwards reduced to typewriting under my

15   direction; and that the typewritten transcript is a

16   true record of the testimony given by said deponent;

17        And thereafter presented to said witness for

18   signature; that this certificate does not purport to

19   acknowledge or verify the signature hereto of the

20   deponent.

21        I do further certify that I am a disinterested

22   person in this cause of action; that I am not a

23   relative of the attorneys for any of the parties.

24        IN WITNESS WHEREOF, I have hereunto set my hand

25   and affixed my notarial seal this 10th day of February,
```

1    2025.

2

3

4

5

Marlana M. Haig
NOTARY PUBLIC SEAL
STATE OF INDIANA
Commission No. NP0620882
My Commission Expires Sept. 13, 2026

6

7
     County of Marion
8
     My Commission Expires:
9    September 13, 2026

10
     Job No. 196822
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## Exhibits

**CONFIDENTIAL Phillip Gidde ns Ex 20** 3:5 17:2,20

**CONFIDENTIAL Phillip Gidde ns Ex 21** 3:6 21:24,25

**CONFIDENTIAL Phillip Gidde ns Ex 22** 3:7 31:4,5 32:24,25 36:14

**CONFIDENTIAL Phillip Gidde ns Ex 23** 3:8 38:5 40:1,15 103:21 105:2

**CONFIDENTIAL Phillip Gidde ns Ex 24** 3:9 42:8 43:3 47:8,21 50:19 52:12

**CONFIDENTIAL Phillip Gidde ns Ex 25** 3:10 48:4,6 52:5,17 53:13,25

**CONFIDENTIAL Phillip Gidde ns Ex 26** 3:11 54:10,13

**CONFIDENTIAL Phillip Gidde ns Ex 27** 3:12 56:11,14 61:17 77:18 96:16

**CONFIDENTIAL Phillip Gidde ns Ex 28** 3:13 58:11,14 59:9 60:3 61:10 66:12,16,25 67:5 77:20 80:12 96:17,18

**CONFIDENTIAL Phillip Gidde ns Ex 29** 3:14 63:2,4 66:3,15,18 67:14 68:1,19 71:14,19 80:19 86:14,18 96:20 111:14

**CONFIDENTIAL Phillip Gidde ns Ex 30** 3:15 69:15,17 71:22 78:18

**CONFIDENTIAL Phillip Gidde ns Ex 31** 3:16 72:6,8,9 73:23 77:8 78:20 83:24

**CONFIDENTIAL Phillip Gidde ns Ex 32** 3:17 79:1,4 80:17

**CONFIDENTIAL Phillip Gidde ns Ex 33** 3:18 81:22,24 82:6,9,10 83:11,15 85:1,7,8,10

**CONFIDENTIAL Phillip Gidde ns Ex 34** 3:19 81:22,25 82:7,17 83:12,13

**CONFIDENTIAL Phillip Gidde ns Ex 35** 3:20 87:11

**CONFIDENTIAL Phillip Gidde ns Ex 36** 3:21

**CONFIDENTIAL Phillip Gidde ns Ex 37** 3:22 86:6,24

## 0

**0000024** 87:7

**000049** 43:5

**000068** 18:2

## 1

**1** 17:4 31:19 49:9 53:5 55:18 83:11 85:7

**1-1** 87:3

**1-1-2023** 31:8,14 57:7

**1-1-23** 82:19

**1-1-24** 87:6

**1-13-2025** 82:11

**1-5** 87:4,8

**1-5-2024** 85:12

**1.5** 58:8

**10** 33:5,11 34:3,6,9,20,25 35:4 36:17,19,21 37:4 40:20 41:7,16 42:5 61:24 62:23 68:4,21,25 69:6, 11 95:1 100:13,15,19 101:9

**10-3-2023** 61:14

**10-minute** 42:11 81:20

**10-point** 33:19 75:12

**1000025** 87:9

**10th** 22:13,16 23:18 24:7 68:6

**11-13** 60:9 96:16

**11-13-2023** 56:15 61:6 70:23 77:18

**11-13-23** 77:11

**11-9** 61:22 66:14

**11-9-2023** 60:6,7

**11-9-23** 66:6

**11:18** 103:24

**12** 65:20 75:11

**12-12-23** 58:15 60:3,17 77:13,20 80:2,12,14,24 96:17

**12-13-23** 58:18,19

**12-month** 33:1,8 65:15 100:13

**12:41** 112:23

**12th** 66:20,25 70:22

**13** 66:8 86:17,21

**14th** 24:4,17 80:18

**15** 63:15 86:23 111:16,17

**15-minute** 35:19 36:3

**15.5** 75:11

**15th** 66:18 67:15 71:6,15 78:14

**16th** 24:1,16

**1:04** 41:2

**1:24-cv-01565** 4:8

## 2

**2** 31:19 50:5 54:17 55:23 60:4 83:13 85:7

**2-7-23** 55:25

**20** 17:2,5,17,20,23

**2022** 8:15 36:14 101:5

**2023** 42:16 43:11 47:9,20 57:2 60:10,12,15 61:1,14 67:8,10,17 85:7,23 86:3,8,10,13 96:12 101:10 106:18,25

**2024** 13:22 27:15 42:17,18 63:15, 20 64:5 66:18 67:15 69:1,7,20 71:6,15,16,18,19,22,25 72:10 77:25 78:16 80:19 85:9,14,25 86:5,9,11,13,15,23 93:8,17 96:12 98:5 102:3 103:18 111:16,17

**2025** 4:4 9:25

**20th** 10:2 27:18 30:17

**21** 21:24,25

**22** 8:1 31:4,5 32:25 36:14

**22nd** 10:14 27:20 30:15 42:18 72:10 73:24

**23** 21:5 36:12 38:4,5 40:1,15 52:6 61:14 67:1,7,16 70:22 103:21 105:2

**24** 42:8 43:3 47:8,21 50:19 52:12 68:7 87:6,8

**2425** 4:3

**24th** 70:5

**25** 48:4,6 52:5,17 53:13,25

**25th** 23:24 52:6,18 69:20

**26** 54:10,13 86:4

**27** 56:11,14 61:17 77:18 96:16

**28** 4:4 58:11,14 59:9 60:3 61:10 66:12,16,25 67:5 77:20 80:12 96:18

**29** 63:2,4 66:3,15,18 67:14 68:1, 19 71:14,19 80:19 86:14,18 96:20 111:14

---

**3**

**3** 31:19,21 47:15 55:3 61:24 85:8, 10

**3-14-2024** 80:3,6

**3-14-24** 66:7

**3-15** 63:20 97:8

**3-15-2024** 63:10 66:3 80:20,23

**3-15-24** 96:19

**3-6** 52:15 53:6,10,13

**3-6-23** 43:6,7 52:9,13 53:1,3,25 54:2

**30** 69:15,17 71:22 78:18

**30-minute** 35:19 36:3

**31** 72:6,9 73:23 77:8 78:20 83:24

**314731** 83:20 85:3

**32** 79:1,4 80:17

**33** 81:22,24 82:6,10 83:11,15 85:1,7,8,10,23

**34** 81:22,25 82:7,17 83:13 85:24

**35** 86:1 87:11

**37** 86:6,24

---

**4**

**4** 31:21 36:17 43:6 85:8

**4-30-24** 69:24

**4-4** 87:4

---

**5**

**5-11** 50:25

**5-11-23** 50:8

**5-24** 50:6,25

**5-25** 50:7,25

**5-25-23** 48:9

**5-8-23** 56:2

**50** 42:1

**57** 42:2

**5:30** 41:5

**5th** 19:4

---

**6**

**6** 36:17 47:9

**6-1** 54:18

**6-1-23** 54:15 70:24

**6-1-30** 54:20

**6-3-23** 43:8

**6.5** 57:9,23,24 61:21 70:24

**60** 11:18,20,24 94:4,20

**600** 5:23

**689** 85:11

**6:59** 11:10

---

**7**

**7** 89:4

**7-10** 61:24

**7-10-2023** 61:13

**7-18** 61:24

**7-18-2023** 61:13

**7-25** 23:16 25:11

**7-26** 61:24

**7-26-2023** 61:13

**735** 4:12

**7:00** 89:9,17

**7:01** 88:10,22 89:18

**7:02** 88:13,22 92:10

**7:03** 88:13 89:15

**7:05** 89:15

**7:07** 88:14,15 89:10

**7:15** 11:13 88:13

---

**8**

**8** 36:17 61:13 95:2

**8-14-2024** 23:5

**8-16-2024** 22:22

**8-21** 19:8 40:19

**8-21-24** 19:1

**8-22-24** 75:20

**8-23** 61:24

**8-23-2023** 59:10

**8-23-23** 59:12,24 66:5,11

**8-5-24** 18:19

**8-9-24** 38:14

**8.5** 66:6

**800** 5:22

**8:57** 4:4

**8th** 37:15 39:15,21 99:22 100:7, 22 109:17

---

**9**

**9-20** 19:8

**9-20-20** 19:1

**9-9-24** 85:13

**9th** 27:15 30:18,21 37:15 38:15 39:9,15,21,23 72:22 99:22 100:7, 22 103:24 105:19 108:17 109:14, 21 110:2,24,25

## A

**a.m.** 4:5 89:4 103:24

**abilities** 97:5

**able** 27:21 30:15,24 34:11,21,23 109:1

**about** 9:13,15,19 13:3,10,21,24 14:19 15:25 16:21,23 19:15,17 20:19,20 21:8 24:12,20 25:23 27:12 28:20 31:12,22,24 35:14 40:2,4 42:1,2,12 49:3 50:8,11,13 51:15 52:7,21 59:18 60:12 64:6 66:25 67:5 74:2 75:16 77:25 78:20 80:21 85:21 86:19 87:3 92:25 93:1,2,23 96:22 98:9 100:21,23 101:1 104:8,17 107:18, 23 108:2,3 109:18 110:5 111:15

**above** 41:7,16 53:8 57:12

**absence** 18:25 95:23 111:3,5

**absences** 31:22 40:19 75:15 95:3,8 96:4 99:22 100:7,22 104:17

**absent** 91:23 93:17 94:3 102:8 107:1

**abuse** 105:5,11,13,15,24,25 106:2,9

**abusing** 40:8,9 105:19 108:5

**abusive** 49:5

**access** 68:13

**accommodations** 16:17

**according** 35:4 67:5

**accrual** 82:20 87:13,15

**accrued** 68:6 76:13 96:2

**accumulate** 34:6

**accumulated** 36:24 57:9,12,22 58:25 77:1,2 86:17,21 93:14

**accumulating** 66:6

**accumulation** 70:24

**accumulator** 87:2

**accurate** 39:10 62:12,13,16,18 74:12,14,24,25 82:12 83:1

**accurately** 62:24,25 87:24

**acknowledgment** 45:9

**act** 65:19

**action** 10:10 15:20,23 16:5 27:18 33:1 39:2 42:14,20 63:5,17,22 64:1,6,13 65:25 66:2,3,19 67:15 69:14,18 70:12,16,19 71:3,15,23 77:25 78:15,19 80:6,20,23 86:15 95:24 96:20 104:1 107:8 111:15

**actions** 33:9 75:6 112:5

**actually** 27:16,19,23 43:16 49:23 73:1 78:16 101:23

**add** 77:6 92:5

**addition** 5:17 36:1

**additional** 6:13 36:8 58:25 88:19 95:10

**address** 81:8 99:21

**adhere** 35:7

**adherence** 64:8

**adjust** 93:25 94:3,18

**adjusted** 11:25

**adjusting** 93:24

**adjustment** 91:12 92:13,16 94:7, 16 95:19

**adjustments** 102:9

**administered** 56:6

**administrative** 81:4

**admit** 42:24

**advance** 11:18,20,24

**advantage** 35:24 89:1,11 99:16, 18

**affect** 8:7 111:6

**affected** 102:5 111:3

**affecting** 102:4

**affects** 16:8

**affirmative** 26:1

**afforded** 36:9,23

**afraid** 83:3

**after** 25:10 28:2 35:8 36:18,21 45:1 62:23 65:2,5 66:6 72:1,23 88:13 89:9 94:5 107:23 108:10

**again** 20:16 29:4 30:14 36:10 37:1,11,17,23 39:1,22 40:16 49:10 52:6 53:12 54:25 55:18 58:18,19 62:7,8,10 65:2,3 67:23 71:10 82:18 93:20 103:12,16 104:22 107:7 108:6,17 109:21

**against** 111:11

**aggressive** 99:10

**ago** 65:8

**agree** 14:24 16:24 18:6,7 22:5 25:16 28:25 38:16 48:20 53:22,23 54:6 61:19 66:21,22 68:8 77:23 83:21 85:13 96:25 97:3

**Aha** 31:4

**all** 6:11,14 8:12,15,18 11:16 12:7, 12 13:10,14,20 15:2 18:12 21:23 22:17 29:4 30:25 32:12 40:4,6 41:25 42:4 43:8 54:8 55:2 58:10 60:17 63:1 66:8 69:25 70:25 73:16 74:23 78:10 81:5 84:12 85:13,21 90:14 91:5 92:23,25 96:4 101:25 107:9,10,25 110:6,8, 14 112:15

**all's** 22:8

**allow** 100:13

**allowances** 31:1

**alluded** 88:24

**almost** 101:7

**along** 29:6 75:7,8 97:17

**already** 31:13 74:2 96:21

**also** 10:22 42:17 50:7 79:3,8 80:11 82:7,25 96:20

**always** 33:15,18,20,23,25 81:8 89:2 102:23

**am** 5:5 21:15 91:14

**among** 102:21

**amount** 36:23 65:3 95:3

**an** 4:1 5:18 6:12 9:12 11:6 16:6 20:3 21:5 22:4 28:21,23 29:7,20 32:1,4 33:2 35:20,25 38:25 39:10 43:3 44:14,23 46:9 47:11,22 49:12 50:21 51:14,23 54:13 55:3, 4 59:21,23 60:9 64:23 65:13 66:24 67:25 70:16 71:10,11,23 78:12,13 79:8 80:1,11 81:3 85:4 87:13,14 88:19 90:23 93:22 94:11

95:1 107:17

**and** 4:14,17,18,23 5:16,22,24 6:1, 6,9,12,22 7:2,11,14,24,25 9:1,2 10:5,14 11:1,11,13,16,17,19 12:23 14:13,19 15:2,7,11,20 16:8, 12,22 17:5,8,17 18:16,19,25 19:6, 20 20:2,3 22:5,15,20 23:2,10,12 24:1,4,16,19,22 25:19 26:12,14 27:3,16,17,25 28:2,13,25 29:8,10, 22 30:2,13,18 31:4,11,19,21,23 32:6,10,12,15,21 33:6,16,25 34:12,19 35:7,19,21,22,23,24,25 36:3,5,20 37:4,9,15,18,22,24 38:12 39:1,3,6,15,21,23 40:15,16, 18,20 41:4,7 42:14,16,17 43:2,3, 20 44:17,18,20,22,25 45:5,8,11, 18,19,20 46:5,10,21 47:1,2,10,11, 21 48:19 49:2,10,12 50:5,7,25 51:3,13,15,18,20 52:5,8,24,25 53:12,18 54:3,17 55:10,23 56:2, 17,20 57:6,7,16,20,22,23 58:1,17, 25 59:4,19 60:6,17,20 61:5,13,16 62:2,17 63:10,14 64:16,23 65:19, 22 66:5,7,14 67:10,14,16,18,19, 23 68:15,23,24 69:7 70:12,19,22, 24 71:4,12,17,22 72:18 73:10,11 74:5,6,9,10,16,21,23 75:6,8,9,16, 23,25 76:2,12,15,18,19,23 77:5, 10,16,19 78:9,18,19 80:2,5,14,17, 19,20 81:4,22,24 82:12 83:1,12, 14,19 84:4,14,22 85:3,4,5,7,8,25 86:2,4,5,10,11,15,25 87:3,4,6,7,8, 19 88:18,24 89:3,6,9,14,18,22 90:3,13,17,22 91:1,11,21,22,25 92:3,4,13,15 93:18,23 94:2,6,19, 20 95:2,24 96:5,12,19 97:6,14,15, 17,19 98:5,7,17,18,22 99:1,3,12, 15,22,25 100:1,4,7,19 101:9,12, 19,20 102:3,7,8,9,11,13,24 103:11,17,22 104:1,4,24 105:6,8, 15 106:3 107:1,14,18,19 108:6,18 109:9,10,11,19 110:11,12,17 111:8,14,21 112:2,4,5,15,18

**Andy** 4:18

**another** 5:23 21:23 29:8 30:23 48:8 54:12 56:13 58:13 63:1 64:9 69:14 72:5 79:3 86:5 107:18 109:13

**answer** 12:18 15:22 20:16 27:10 28:11 29:3 30:13 36:22 37:10 39:18 41:18 51:17 52:3,14 54:4 62:4 67:20,24 68:10 69:13 78:23 88:5,7 97:2,20 98:10 99:14 101:17 104:14,20

**answered** 30:13 37:9 67:19,23

**any** 4:14 7:14 8:7 15:18,20 16:4 17:3 18:7 24:10 26:11 29:6,21 32:16 39:2 46:1 50:9 55:16 60:1 62:18 63:21 65:24 67:22 68:17 74:9,17,18 75:3 91:6 92:5 93:6 94:9,21 95:14,22 100:16 101:16 102:6 104:1 107:8,25 108:4

**anyone** 30:8 34:13,21,23 35:15 36:25 37:1 65:11 81:12 92:12 100:16 102:8

**anything** 7:20 9:13 15:25 27:1 28:17 32:18 37:25 47:13 84:15 100:21,23 102:1,17 109:3 110:5, 19

**apart** 60:15

**apiece** 58:2

**appear** 38:9

**appears** 22:4 67:25 83:23

**Appendix** 77:11,12 80:6

**applicant** 15:9 19:24

**applied** 15:4 88:17 92:22

**applies** 15:7

**apply** 88:12 90:23 99:8

**approach** 34:11,13

**approached** 101:18

**approaching** 99:15

**appropriately** 21:17

**approval** 20:3,4,14 28:3 98:18 111:3

**approvals** 19:23

**approve** 25:20

**approved** 19:6,9,10,22 20:8,9, 11,13 26:13,14,20,24 27:3,4,9 74:15,19 98:18,21 99:2 111:5

**April** 42:17 69:20 70:5 71:22 93:17

**are** 4:12 5:4,21 6:10 8:16 11:19 12:9 21:14 28:20 29:5 31:24 32:1, 12 33:20,23 38:7,15 39:6 45:20 47:18,22 53:14 57:14 61:20 62:11,16 63:14 81:3,11 84:2,14, 19,20 85:7,8 86:4,6 93:6 96:15 97:15 98:18,25 104:5,7,18 105:9,

16 106:3

**aren't** 40:19

**around** 16:12,18 31:9 34:11 48:7 97:6

**arrivals** 31:22

**arrive** 89:7

**arrived** 61:12,18,23 109:21

**arriving** 57:20

**as** 4:22,23 7:3 9:12 10:11 11:6 13:15 15:17,23 17:2,23 21:24 23:17 25:17 28:6,12 31:4 34:19 38:4 43:2 44:3,14 45:3,8,14 47:5, 24 48:6 52:12 53:5 54:13,19 61:21 62:17 64:11 65:19 66:7,11, 15 71:11 72:8,18 78:4,8,9 79:4 81:4,22 82:8,12 83:1 84:20 87:18 89:7 92:22 94:12,23 96:17 97:19 100:2,5,9 103:14 109:2 110:18 111:2,25 112:3,4,22

**ask** 45:8 53:23 92:22

**asked** 16:22 23:11 30:13 37:9 66:25 67:19,23 84:13

**asking** 24:19

**aspect** 55:16

**assign** 89:19 103:8,9

**assignment** 82:11

**associate** 4:2

**Associates** 4:2

**assume** 50:9 76:4 77:16

**assumption** 71:24 77:22

**assumptions** 26:4

**at** 4:12 7:3,11,20,21,22,23 8:23 10:22 11:10,12,16 12:6,23 13:14, 16,17 14:22,24 16:2 17:5,17 18:2, 22 21:1,18 22:7,15 25:16,24 27:24 28:2 29:1 30:25 32:16,18 33:20,23,25 34:19 35:6,7,16 36:16 37:13,14 38:7,9 40:20 41:7 42:20 43:4 45:24 46:8 48:8,14,21 50:9,14,17 52:12 56:17 57:15 58:15 60:20,23 61:10,11 62:7,8, 19,23 63:1,6,25 64:21 66:2 67:3,4 68:3,17 69:22 70:9 72:9 73:23 74:13,16 75:22 76:4,20,23 77:8 78:5,11 80:19 81:21 83:15,16 84:3 85:10 86:15,17 87:1,11

88:10,12,13,16,20,22 89:3,10,17, 18 91:25 92:10,13 93:18 94:4,12 96:11 97:11,18 98:13,18,19 101:3,18,21 107:4 108:19 110:8, 14 112:23

**attached** 77:13

**attachments** 72:18

**attendance** 10:12,18,19,24 11:2, 5,9,15 12:9,12,17,22 13:4 29:22 30:23 31:1,8,13,14,24 32:5,16,19, 22,25 33:12 34:20 35:1 36:13 37:2 38:1,2 39:25 40:3,6,7,9,11 41:13,22 44:14 46:7,9,11,12,15, 17,20,22 47:2,3,11,16,17,25 48:1 55:16 57:1,7,9,14,23,24 58:24 60:23,24 62:8,11,19 64:8,9,14,24 65:1,12,13,19 66:5,8 68:4,5,14, 17,21,25 69:11 70:17,23,24 71:4, 7,12,20 72:19 74:1 75:2,4,18,22 76:8,16,19 77:11,12,17 78:15,21 79:8,11 80:1,2,10,11,14 81:7 82:8,13 83:1 84:12 85:7,9,24,25 86:4,6,13,17,20,21 87:2,23,24 88:1,2 89:19 90:1,23 91:2,17 92:1,4,19 93:8,15,24 94:7,17,23 95:2,6,13 99:18 100:12,13 101:2, 9 105:1,5,11,13,15,19,24,25 106:3,9 107:5,9,11,14 108:2,3,5, 25 110:24

**attention** 23:14 83:10

**attitude** 102:15

**attorney** 4:19

**attorneys** 18:10 82:8

**August** 10:2 14:1,3 16:25 19:4 24:2,5,16,17 26:7,13 27:15,18 30:17 37:15 38:15 42:18 67:7,16 72:10,22 73:24 96:13 98:19 99:22 100:7,22 102:3 103:17,24 105:19 108:17 109:14,17 110:2,24,25

**autoblock** 91:14

**automated** 89:19 91:10

**automatic** 11:22,23 12:1

**automatically** 11:14 95:4,6

**average** 8:21,23

**avoided** 9:1

**awaiting** 23:2

**aware** 20:21 44:1 68:16 98:14,23 104:12,23,24 107:9,10,13

**away** 36:6

**Awesome** 81:16

**B**

**B3143** 82:23

**back** 12:14 14:22 15:3,9 21:1 26:12 29:24 32:24 40:6 41:21 42:5,11 51:12,18,25 53:6 65:11, 20 76:15,23 81:19 91:21,22,25 92:12,15 93:18 96:1 103:21 110:18 111:14

**back-to-back** 99:22

**backwards** 110:25

**bad** 8:19 101:15

**bale** 5:15

**baler** 43:20

**balers** 6:11

**bank** 87:13

**banks** 82:20

**based** 12:7 21:17 24:9,10 25:4,8 29:21 32:1,9,10 38:1 47:18 65:25 87:19 94:3

**basic** 86:7

**basically** 5:13

**basing** 87:18

**basis** 18:7 35:18 68:14 93:15

**batch** 62:21

**Bates** 18:5 48:14 84:3 85:10

**be** 7:14 11:17,24 12:23 16:7,9 19:11 22:4 23:5,17 26:14 27:4,9 32:6 34:9,11,21,23 35:23 38:3,9 40:2 43:7 44:2,20 46:17 47:5,12 51:1,3,15,24 53:6 56:18,19 57:25 58:4,5,6,8 59:23 60:1,25 61:9 62:10,13 65:14,18,25 67:25 71:24 77:22 79:5 80:12 81:7,15,23 83:7 86:23 87:19 88:7,17 90:1,9 91:19 94:3,12 95:25 97:12,17 99:25 101:20 103:23 107:21,22,25 109:1,23 110:9,11

**bear** 102:2

**bearing** 111:7

**beauty** 100:18

**became** 14:23 37:15 64:1 98:13 100:25 106:23

**because** 10:17 12:6 14:22 16:22 24:19,22 26:10,18,19 35:21 37:16,20,21,22 51:17 52:15 53:4, 9 59:6 67:3 70:15 71:23,25 72:4, 20 73:16 74:14 80:10 81:23 83:23 85:9 87:17 88:8 89:7 91:12 92:16 97:4,22 99:4 101:3 104:22 109:23

**become** 97:10

**been** 4:22 7:23 8:2 9:1 10:11 13:17 16:20 19:19 20:8,11,23 22:20 28:14 34:9 35:16 36:25 37:2,22 42:1,19,21 45:4 46:1,15 48:19 50:3,4 51:5 56:6,9 66:24 68:16 69:8 71:10 72:24 74:15,18 77:15 85:18 91:7 98:21 100:3 101:3,7 106:6,25 111:14

**before** 8:2 13:17 20:15,19 24:8 25:6,20 26:6,16 27:9 28:21,24 37:22 48:17 68:25 78:1 82:15 88:9 91:19 92:15 105:19

**began** 25:6 26:6,16

**begin** 28:7 40:19

**beginning** 37:18

**begins** 27:9

**behalf** 4:16

**behavior** 42:21 49:4,5 50:11

**being** 4:11 19:8 30:24 37:13,14 39:14 88:9,12,17 89:7 111:5

**belief** 26:11

**believe** 10:2,6 25:5 26:5 30:5 84:17 97:8

**believed** 27:8

**believes** 39:2 103:25

**below** 33:6 44:22 52:7,25 70:12, 19 87:8

**belt** 70:6

**beneficiary** 35:15 36:8 65:17

**benefits** 111:9

**best** 74:13,25 87:25

**better** 34:16,24 83:12 85:19 93:2, 6 97:25 108:10

**between** 13:13 22:4 38:11 45:11

96:11 103:22

**beyond** 34:9 68:4,21 88:14,18 91:7

**big** 5:10,20 86:2,5

**bit** 14:23 31:13 38:2 69:8 81:6 102:22 103:4

**black** 34:19

**blacked** 83:16 84:14

**blah** 57:8 74:21 75:18

**Blake** 48:25 49:16,17 50:10,12, 24 51:12 54:25 56:6

**blank** 45:20 50:7 52:8 74:6

**blatantly** 35:9

**block** 15:24 112:1

**blocked** 84:20

**bonus** 94:24

**boots** 75:16

**both** 5:15 7:10 47:2 59:6 63:14 71:4,17 75:25 76:4 80:14 102:13 109:11

**bother** 17:6

**bottom** 18:2 22:7,15 43:4 48:14 56:17 69:22 74:23 83:16 85:2 87:1

**box** 44:23 49:18,24 52:16,20 53:4,12 55:3,19 64:13 68:2,19 69:19 70:10,19

**boxes** 49:10 53:14,17 59:3 86:19

**break** 5:22 42:3,11 81:12,14,20 86:9

**breaks** 35:19 36:3

**brief** 42:7 81:17 110:20

**briefly** 12:14

**bring** 43:19 97:16

**broader** 106:12

**broke** 81:23

**build** 34:16,24

**building** 5:8

**bunch** 82:6,7 86:25

**business** 9:2 12:14,16 82:23 99:24

**but** 6:5,12 8:11,18 9:19 12:3,9 14:24 15:22 17:23 21:7,10 25:15 27:19 30:15 33:20 34:3,9,24 35:5, 22 36:24 37:9 40:22 41:18 44:7,9 45:14 47:17,24 48:19 49:22 51:22 52:14 53:14 56:8 62:4,24 64:3 65:5,10,24 67:17,23 68:9 73:19 78:1,7,22 83:2,13 84:20 86:12 88:4,20 89:2,10,22 90:6,13,16 91:9,21 92:11,21 95:6 96:3,6 97:1,13 98:1 106:18 107:20

**buyer** 6:1

**by** 4:22 5:1 6:14 12:19 17:22 18:15 29:8,9 34:25 35:24 42:10 44:20 48:19,24 49:16 51:12 56:6 57:12 62:19 72:2 76:15,16,23 81:18 82:8 84:25 85:17 96:9 105:4 106:25 110:22

**C**

**calendar** 15:24 16:6

**call** 10:4 11:16,18,20,23 12:8 28:12 32:3 45:7 58:7 102:7

**call-in** 94:19

**call-ins** 94:19

**called** 4:22 19:14 37:24 55:10 58:3 59:20 63:5 94:2,4 106:12 109:21

**calling** 8:4 16:20 57:20 58:1 83:11,12 102:14

**Calls** 62:3

**came** 22:8 23:8 48:12 52:5 67:18 88:22,25 109:17

**can** 7:25 12:1,18,19,23 17:4 25:7 29:3 32:6,15 37:3 50:9 60:2 61:20 62:18 65:11,14 68:9 76:12,15 77:5 79:19 81:5 82:10 85:15 87:4 90:1 93:9,23,25 95:20 96:13 100:2,15 102:19 110:17

**can't** 20:13,16 23:13 27:4 51:17 52:3 90:12 99:4,14,20 101:17 104:14 107:15

**canceled** 51:24

**care** 36:6 103:3 107:22 110:14

**career** 97:19

**carried** 33:14

**cars** 43:20

**case** 4:6 9:7 16:3,4 19:25 20:4, 16,19 25:11,22,23,24 26:7 29:22 30:2 34:10 36:24 37:11 45:14 46:17 49:25 65:7 75:2 83:7 92:12

**cases** 34:6 93:10 94:20 111:25

**caught** 89:14

**cause** 4:7 30:1 34:18

**caused** 104:18

**causes** 37:7

**center** 59:9

**certain** 11:19 36:23 63:25 65:3 88:18 94:20 95:3

**certainly** 36:7 62:13

**chain** 22:4

**chalkboard** 13:6

**chalked** 95:25

**chance** 38:24 78:2 109:9

**chances** 98:2

**Chandra** 82:3 110:17

**change** 63:24

**changes** 8:10 21:19

**changing** 12:6

**characterize** 44:13

**chart** 79:25

**check** 40:20,22 53:17 76:7,13

**checkboxes** 53:14

**checked** 47:10 49:11,17,24 52:16,20 53:5,12 54:2 55:19 59:3 64:14,16 70:10,13

**child** 110:13

**choice** 97:13

**Chris** 6:8 7:9

**chronologically** 43:1

**chunks** 86:12

**circumstances** 45:2

**Civil** 101:22

**claim** 22:20 23:2,18 40:21

**clarify** 12:19 25:7 91:6

**clarifying** 112:8

**clean** 65:18

**clear** 37:15 101:1 107:16 109:22 110:19

**clearly** 81:1,5 97:13

**clerk** 6:2

**click** 76:18

**client** 72:2 110:17

**clock** 6:18,22 7:1,2,6,17,21,22 11:12,16 12:6 35:22 62:15,22 91:18 92:10 94:6

**clock-in** 11:11,13 76:23 90:4

**clock-out** 76:24

**clocked** 62:24 89:3 90:5 92:1,2

**clocking** 35:24

**clocks** 11:10 89:18

**close** 25:3 96:24 104:5

**coincidence** 80:22,25

**colleagues** 108:9

**color** 9:5

**column** 85:4,11 87:5,13,14

**columns** 83:19 87:7,9,12

**come** 7:6,16 8:10 42:5 50:21,22 59:20 86:3 94:22 103:11 107:18

**comes** 29:24 33:6 45:16

**coming** 73:1

**comma** 61:14

**commas** 61:25

**comment** 9:4

**comments** 103:14

**commercial** 6:13

**commitment** 97:5 109:24

**communicated** 26:19,21

**communication** 26:12

**comp** 94:13,21

**company** 8:12 21:8 27:25 36:12 73:18 81:7

**company's** 10:17,19 28:18 39:25

**complain** 107:18

**complete** 30:16

**completed** 20:15 74:24

**complicate** 40:21

**comply** 39:24

**computer** 60:20 90:10

**concern** 39:4 104:3 105:3,12,25

**concerns** 104:7,21,22

**concluded** 112:23

**concurrent** 45:4

**condition** 101:17,19

**confidential** 18:3

**confused** 17:14

**confusion** 111:2

**connecting** 10:6

**consecutive** 34:7 37:16 85:23

**consequences** 39:6 104:5 105:9,16 106:4,9 107:5

**consider** 109:13

**consideration** 74:1

**considered** 89:15 94:13

**consistent** 103:19 104:25

**Consistently** 92:24

**constant** 34:17,18 104:25

**contact** 20:7

**context** 8:25 28:12

**continuation** 53:7 64:7

**continue** 39:4 104:3 105:3,7,13 106:1

**continued** 58:24 68:2 75:17 78:14

**continues** 85:6

**continuing** 105:6

**continuous** 68:14

**convenience** 31:12

**conveniently** 78:18

**conversation** 24:14 97:9 103:4 107:20,21 109:18

**conversations** 98:22

**copied** 61:5 62:2

**copies** 31:11 48:7

**Coppedge** 6:1

**copy** 10:20,21,22 22:2 31:7,8,9 44:5 51:6,20 59:16 81:25

**corner** 43:5

**corporate** 63:24

**correct** 6:21,24 7:19 8:6 9:10 10:15 11:3 12:11,13 13:5 15:13 18:4 23:19,24 24:2,5,8,17 25:1,21 28:16 31:18 32:8 34:4 40:17 41:6, 9 44:24 45:24 47:19 51:6 53:2,21 59:10 63:15 64:2,10,12,17 67:18, 21 69:2,3,10 71:17 72:24 74:11, 20 77:17 80:13 90:21 91:15 110:25 111:1

**corrected** 88:9,10,21 90:20

**corrective** 42:14 63:5,17,22 64:1,5,13 66:2,3,19 67:15 69:14, 18 70:12,16,19 71:3,14,23 75:6 77:25 78:15,19 80:6,20,23 86:15 95:24 96:20 111:15 112:5

**corresponding** 53:13

**could** 9:1 23:14 24:11 25:18 33:16 34:24 36:4 37:13,17 40:21 41:22 42:23 46:19,20 47:12 51:14,23 52:1 58:4,5,6,8,9 65:5,7, 18 90:6 92:5,14 95:25 102:9,10 110:16

**couldn't** 103:9

**counsel** 4:14 16:22 31:19 39:20 56:25 68:24 92:21 102:17 112:20

**counseling** 42:14 43:3,10 44:22 45:1 46:14 47:5,9,10,22 48:8,17, 23 49:8,9,14 50:6,15,20,22 51:1, 15,23 52:6,12,18,21,23 53:17,19, 24 54:1,7,12,14 55:3,18 56:13,22 57:3 58:13,21 59:2,19,21,23 60:4, 18 61:1,3,7,8 63:22,25 66:12,20 67:1 77:19,21 95:25 96:16 106:12 112:6

**counselings** 45:19 46:16 55:24 59:8 60:5 75:6 100:3 106:6

**count** 87:15

**couple** 10:4 83:10 100:4

**Court** 4:9

**cover** 100:16 102:2

**covered** 110:7

**coworker** 93:4

**coworkers** 92:25

**creating** 34:17

**crew** 43:19

**CROSS-EXAMINATION** 110:21

**crossed** 57:15 101:9

**current** 31:15 46:2 65:25 74:9, 17,18

**currently** 23:2

**cut** 82:20

---

**D**

**daily** 35:21

**dash** 19:1

**data** 25:16 82:15 83:3,14 86:7 90:14

**database** 12:21 28:22 32:15 76:2 85:20,25 86:2,25

**date** 4:4 10:1,2 14:22 15:17 18:19 22:21 23:11,15,23 24:1,16,17,20, 23 25:3 38:13 39:5 45:20 47:5 52:15 53:1,6,13 56:14,20 58:15 62:18 63:10,25 67:8 69:19,24 72:15 77:19,21 80:1,3,9 82:10,19 85:4 87:2,6,12,13,14 99:11 104:3 105:4,7,14 106:1

**dated** 22:16 31:8 42:18 43:5,7 47:9 48:9 52:13 54:2,15,18,20 57:7 58:18,19 60:6 63:15 66:3 71:15 72:9 73:24 77:11,12,18,20 80:2,20,23

**dates** 15:16,24 18:25 24:24 45:19 46:14 50:5 52:23,24 53:19,20,24 55:23 57:19 58:1 59:8 60:4 61:18 75:15,16,23,24 79:24 84:23 85:9 87:3 91:21,22,23 103:8,9

**DAVIS** 82:5

**day** 7:4,18,20 10:6 18:19 32:3 35:25 38:18 62:21,25 81:4,8

**day's** 7:12,13,15

**day-to-day** 16:9

**days** 25:20 34:8 37:17 60:11,15 95:9

**de** 89:8

**deal** 35:15 102:25

**December** 61:2,7,11 62:9 66:20, 25 67:6,10,18 70:22

**decide** 15:8 27:14 30:21 34:15 36:20 37:5

**decided** 27:22 38:18 39:23,24 78:9,12

**decision** 10:5,7 27:17,25 28:1 29:7,14,18,19,20 30:1,2,16 35:10 37:25 72:21 96:12

**defendant's** 17:8

**deficiencies** 75:18

**definitely** 50:1

**delay** 68:5,12,21 69:9

**delegate** 97:14

**delightful** 31:20

**delivering** 68:5,12,22

**department** 20:6

**depend** 58:3 93:4

**depending** 7:9 94:15

**deponent** 4:13

**deposition** 4:11 9:9 112:23

**describe** 94:10

**description** 68:2 70:4 86:16

**design** 34:16

**designed** 100:12

**desire** 35:7 97:12

**desired** 64:20

**Despite** 27:12,13

**detail** 24:22 77:5

**develop** 37:11 97:14

**did** 8:7,13 9:11,16,17 10:3,8,9,16 14:7,10,15,16 15:15,20,24,25 16:3 19:5,16,23 20:19 22:10,11 23:8,9,10,12 25:5 26:2,5 27:1,3,

14,16 30:4,8 34:13,14 41:10,13 42:24 43:20 49:18,19 51:19 60:17,20,23 63:19 67:3 69:11 71:21 72:13,14 73:11,17 75:22 78:17 79:13 84:5 89:12 91:1,3,24 97:19,24 98:8 99:16 103:6,17 105:4,18 107:23 108:2,4,6,23 109:7,13 111:4,8,10 112:8,10,11, 12

**didn't** 13:11 21:4 22:23 25:15,17 27:19 44:13 51:3,20,25 69:6 79:14,15 81:8 88:12 89:14 90:22 94:6 97:5 98:8,11 100:6 102:24 109:23

**difference** 45:11

**different** 5:14 11:21 30:1 59:18 91:18 92:3

**diligence** 74:7,22

**direct** 4:25 23:14 56:6 83:9

**directed** 90:19

**directly** 24:13 53:6 56:9

**director** 78:3

**disability** 19:1,21 20:1 22:20 23:18 39:12 99:9 111:3,5,12

**disagree** 18:7

**disappointed** 97:25 98:1

**disciplinary** 13:11,20 33:1,9 42:19 45:13 107:8

**discipline** 36:17 46:24 96:11

**discovery** 101:22

**discretion** 35:3 36:23 65:3

**discuss** 7:12,13 38:25 85:18 106:11

**discusses** 106:15

**discussion** 17:19 85:16

**disease** 39:11

**disposal** 78:6

**disputed** 94:20

**District** 4:8,9

**Division** 4:10

**do** 5:6,17,19 6:14,18,19 7:11,17, 20 8:21 9:25 11:4,6 13:24,25 14:5 15:25 16:3,23 17:1,3,24 18:1,22

19:2,3 21:19 22:5,17,22 23:3,4,5
24:10 26:11 33:9,10 34:15 35:6
38:13 40:22,23 43:8,9,13,14,16
44:5 45:23 46:5 48:9,14,23 49:2,
6,7 50:8,15,17 51:9,25 52:9 53:23
54:6,15,16,20 55:2,7,8,12,25
56:2,4,15,16,20,22 57:10,19
58:15,21 59:12,13 60:6,8 61:1,5,
14,15,19 62:2,7,11 63:5,7,10,11,
17,18 66:8,9,10,13,21 67:12
69:20,21,24 70:2,7,20,25 71:7,8,9
72:11,12 73:6,8 76:8,9,25 77:23
79:6,7,8 80:22 82:20 83:24 84:7
85:13 86:17,21,22 90:2,13 91:24
94:23 95:7,18,20 98:1 99:3,12
101:14 102:15,17 104:19 108:10,
13,15 109:8 111:16,18,19,20,21,
22

**dock** 102:7

**document** 9:16 10:24,25 11:1
14:20 18:12 21:23 22:8,10 23:13
38:7 40:14 43:4 47:13 48:12
49:20,22 52:5,11 53:18 54:22
56:23 67:15 70:2 71:25 72:5,11,
15,23 73:23 77:8 79:3 84:10,13
111:19,21,23 112:9

**documentation** 23:3,5 24:4,7,
16 25:2,5,9,19,25 26:5 29:6,23,25
30:2 45:3,15,16 74:23 75:1,5,25
84:6

**documents** 9:23,24 21:3 28:3
29:4,5 41:21,22 42:13 77:10,13
78:5,9 80:5 96:24

**does** 6:25 11:8,9 16:5,11 17:5
27:22 29:2,16,17 33:11 44:25
45:2,25 51:21 55:12 62:5 64:18
75:1 76:7 81:11 82:14 92:17
105:9

**doesn't** 17:11 47:17 48:13 51:21
53:22 66:20 67:9 76:20 79:22,23
91:12,13

**dog** 103:3

**doing** 35:18 53:16 81:11 84:15
99:15

**don't** 11:15 12:6 13:6 15:2,6,8,
10,18 18:7 19:18 21:1,4 28:24
35:5 36:18 41:11 44:8 49:19
51:21,22 55:8 56:8 59:16 65:6
71:6 73:22 75:4 76:20 77:6 80:12
83:6 87:21 90:23 91:11 94:25
96:10 98:2,23 99:4,19 101:16

104:14,22 106:11,16 108:14

**done** 17:7 21:21 111:24 112:5

**doubts** 80:21

**down** 9:2 41:4 46:15 57:24 60:20
61:11 65:11,20 74:21 80:5 85:5
103:23 110:6

**draw** 61:10

**drive** 7:4

**drivers** 6:11,13 16:14

**due** 23:5 24:4,7,17 25:2,6,9,19,25
26:6 68:5,21 74:6,22 75:17
110:24

**duly** 4:23

**during** 20:17 106:14

**E**

**e-mail** 22:4,15 23:8 24:15,25

**e-mailing** 22:12

**each** 58:5 62:21 85:3 91:25

**earlier** 16:22 17:3 31:16 39:14
47:23 59:18 68:23 75:25 88:24
95:1 97:4 99:7

**earliest** 19:1

**early** 14:17 31:22 37:24 47:20
57:20 62:22 96:4

**effect** 37:19 39:3 64:18,20 104:2
108:15

**effective** 23:11 24:20,23 75:20

**eight** 33:4 34:1 37:3

**eight-hour** 33:3

**either** 7:9 28:12 30:24 38:9 55:5,
10 90:3

**electronic** 11:6 12:10

**electronically** 11:12,13

**else** 9:20 13:16 24:11 27:1,4
28:17 30:8 32:18 34:13 35:16,18
37:1,25 40:2 102:1 109:3 110:5

**else's** 92:12

**emergencies** 110:13

**emergency** 100:17 102:9

**emphasis** 12:15

**employee** 28:21,23 29:7,9,21
32:5 34:12 42:14,22 43:3,6,10
45:7 47:9,22 48:8,17 49:14 50:15,
20,21,22 51:1,15,23 52:6,12,18
54:1,12,13,18 55:3 56:13,18,22
57:8 58:13,14,21 59:21,23 60:4,
18 61:12,18,23 63:9,22,25 64:20,
24 65:13 66:7,20 67:1 68:3,13
69:18 75:11,19 76:12 77:18,20
83:20,21 85:3 86:16,20 94:11
95:1,24 96:16 97:18,24 107:18,
19,20 109:2 112:1

**employee's** 32:2 68:20

**employees** 20:14 73:13,16
84:13,15 92:23 97:15 102:13,20
103:2 109:9

**employment** 73:25 75:20 79:25
97:18

**encourage** 97:17 102:13

**end** 7:3,20,21,22 25:21 36:5,12
82:10,19 93:10 96:12 106:25

**endeavors** 108:1

**ended** 10:5 89:10

**ends** 61:21

**engage** 109:9

**enough** 39:23 100:14

**enter** 7:1

**entered** 51:5,9

**entire** 32:3 37:19 39:4 81:3 89:2
103:5 104:2

**entirely** 21:6 38:1 80:16

**entries** 85:14

**entry** 12:7 86:2 90:13

**environment** 6:5,6

**error** 49:12 60:8

**escalating** 96:11,14

**essentially** 37:6 64:4

**EST** 4:5

**estimated** 22:21

**even** 45:10 46:24 59:20 78:4
98:11,23 106:25

**events** 72:25 73:2

**ever** 20:23 36:25 37:2 94:23

**every** 35:25 68:13,15 73:8 81:8,9 89:17

**everyone** 10:20 13:16 34:3 35:18 43:23 44:1 107:16

**everything** 21:4 81:9 84:22 87:20 99:10 110:7

**evidence** 50:10

**exact** 67:8

**exactly** 19:18 21:2 44:12

**EXAMINATION** 4:25

**examined** 4:23

**example** 11:10 90:13 92:8 94:2 107:17

**except** 79:24 89:18

**exception** 85:4

**Excuse** 35:12

**excused** 40:19

**excusing** 34:25

**exhibit** 17:2,15,20,23 21:24,25 31:4,5 32:24 36:14 38:5 40:1,15 42:8 43:3 47:8,21 48:4,6 50:19 52:5,12,17 53:13,25 54:10,13 56:11,14 58:11,14 59:9 60:3 61:10,17,24 63:1,2,4 66:3,12,15, 16,18,25 67:5,14 68:1,19 69:15, 17 71:14,19,22 72:6,8 73:23 77:8, 18,20 78:18,20 79:1,4 80:12,17, 19 81:22 82:6,7,9,17 83:11,12,15, 24 85:1,7,8,10 86:4,6,14,18,24 87:11 96:16,17,20 103:21 105:2 111:14

**exhibits** 17:3,8,10 77:10 80:5 85:19

**exist** 73:17

**existed** 20:21 46:7,8 71:20 78:16

**exists** 14:21

**exit** 31:22

**expect** 8:10 50:24

**expectations** 13:15

**explain** 64:20 84:5,7 96:13

**explained** 9:2

**explains** 11:1 47:15

**explored** 83:13

**exports** 82:13

**expressed** 97:9,12

**external** 5:16

**Extremely** 98:4

**F**

**facility** 5:13

**fact** 9:17 19:9 40:5 43:10 51:3,11 68:15 69:8 72:1 79:21 95:25 97:7 98:18 100:25 106:14,23

**facto** 89:8

**factors** 29:21

**facts** 9:22,23 12:4 47:18 72:18

**fair** 23:17 103:12 104:19 107:2,3

**fairly** 73:16 100:11,19 103:10 104:25

**falsified** 71:25 72:4

**familiar** 82:14

**family** 100:17

**Far** 31:2,3

**fast** 17:18

**fault** 49:17

**feedback** 98:20

**feel** 97:24 98:8

**feet** 5:22,23

**fell** 73:1

**felt** 35:24 40:5

**fewer** 93:13

**fiber** 5:14

**figure** 43:2 52:4

**figured** 57:19 76:2

**file** 10:22 50:17 73:10

**filed** 39:3 104:1

**files** 48:13

**fill** 45:6,7

**filled** 52:8 74:13

**final** 10:5 27:17 28:3 29:7,14,18, 19 33:4,25 35:8 59:3 64:16,18 65:2,5,18,23 67:9,17 68:4,6,20,22 69:6 70:22 71:7,19 77:12,19 78:15 80:3,10,18 96:18,21 100:4 106:13

**finalized** 79:22

**finally** 30:15 36:4

**find** 14:10 44:7 51:3 109:2

**fine** 8:11

**fire** 10:3,8,9,16 27:14,16,19,22 28:7,9 30:4,21 35:5 36:20 37:7 65:5 72:22 79:13,15 96:13 108:19

**fired** 9:25 10:10,14 27:23 28:9, 15,19 29:1,2 30:6 33:12 34:3,20 35:5 37:4 65:2,7 72:20,24 73:8 79:11,16 96:25 107:23 108:4,11

**firing** 78:20 110:3

**first** 4:23 9:19 14:7,11 15:21 16:20 17:15,24 18:8 19:15 21:10, 11 22:15 38:21 43:3 47:21,25 48:1 56:15,17 69:11 70:10 76:9, 12 77:2,9 82:18 83:15 85:1,12 86:8,9 100:7 108:24 110:2

**first-level** 70:15

**fit** 109:10

**five** 5:23 6:13 8:24 42:5,15 81:19

**five-minute** 81:14

**fix** 108:23,24 109:1

**flashing** 64:25

**flip** 43:6 54:17 58:17 63:12

**flipping** 75:9

**fluctuates** 6:12

**flyer** 88:25

**FMLA** 19:9,21 20:19,20 40:21 74:10 111:12

**folks** 44:19 62:15

**follow** 36:2 109:19

**following** 33:7,8 62:25

**follows** 4:24

**for** 4:15,19 5:16 6:7 7:4,14,18 8:25 9:4,11 11:10 12:16 13:21

14:4,7,12 15:4,7,13 16:17 17:20
19:11,24 20:1,14 21:25 22:2,3
23:23 25:6,9 26:2,5,11 28:25
29:1,23 30:19 31:5,11 35:16,20,
25 37:2 38:5 39:7,16 42:1,8,14
43:25 44:3,12,20,23 47:3,4,10
48:4 53:12,15,17 54:10 55:4,19
56:11 57:15 58:11 59:24 61:16
62:3 63:2 64:4,14 68:4,8,11,20
69:15 70:23,24,25 71:7,19 72:6
73:12,13,19 75:10,19 76:7 78:15,
20 79:1,11,13,23 80:20,23 81:14
83:12,23 84:14 85:18 87:6 88:12,
17 89:1,2,6 90:13 91:6,7 92:8
93:24,25 94:2,18 95:2 96:1 97:10
98:24 99:8 100:14,16 101:4,7,20,
24 104:5 105:9,16,24 106:4,9,12,
18 107:5,17 108:4 109:1,5,9
110:9 111:6,11 112:4,8

**forge** 112:8,9,11

**forgotten** 67:22

**forklift** 6:10,11,22 16:15 55:11
70:7

**form** 12:18 14:15,19,25 15:13,15,
21,22 16:21,23,25 19:15,16 27:10
28:11 29:3 36:22 39:17 41:18
45:1 47:22 52:14 54:3 62:3 63:5,
17,22,23,24 64:1 66:2,19 68:9
69:14,18 71:15,23 76:17 77:25
78:15,19,22 80:6,20,23 81:1
86:15 88:4 95:24,25 96:16,20
97:1 98:10 104:20 111:15

**formal** 6:16 51:4,5,10,13,18

**format** 82:15 83:4,6

**former** 108:9

**forms** 16:4 42:14 51:24 112:6

**forth** 26:12 76:24

**forward** 30:19 41:8

**forwarded** 77:15,16

**four** 6:13 8:23 33:3,16,20 37:3
42:15 60:11 86:7,12

**fourth** 85:11

**frame** 96:14

**frequent** 88:25

**frequently** 32:4 88:25 89:8

**from** 16:25 17:17 18:5,10 19:8,16
21:8 22:16 23:13 24:12,13,25

27:22 28:19 29:2 36:6,11 37:3
38:15 39:2 40:5,11,16 42:11
43:11 50:12 52:5 53:7 55:3 61:7
63:21 65:11,14 68:2 81:5 82:13,
25 85:24 91:18 95:5 96:23 97:5,
23 98:20,22 99:21 100:2,5 102:17
103:23,24 104:1 110:24 112:17

**front** 36:15 41:11 42:13 61:2

**frustrating** 102:22

**frustration** 102:20,25

**full** 20:14 84:9,10

**fully** 44:1

**fun** 38:3

**function** 11:8

**further** 5:16 40:25 65:25

**future** 108:1

**G**

**gap** 86:3,5 96:11

**gave** 15:17 44:25 50:24 57:10,16
84:12 98:3

**general** 6:17 9:20 12:1 36:24
41:13 65:4 93:1 100:5

**generally** 9:22 13:24 16:3 62:16
73:3 103:7

**generous** 100:20

**genuine** 101:19

**get** 6:18 7:6 16:4 24:12 28:3,13
32:2 33:16 36:20,21 37:4 40:25
46:20 47:3 75:23 76:25 79:19
85:20 89:14 96:10 100:15 101:23
103:17 110:18

**gets** 10:20 35:3,18

**getting** 40:24 96:24 98:20

**Giddens** 4:7,13,17,21 5:2,4
22:17 42:12 72:11 81:21 87:23
96:10 110:23

**give** 7:25 45:5,7 69:6,12 81:24
86:12

**given** 9:17 15:3,9 32:16 33:20,23,
25 38:7 46:12 50:10 51:11,25
53:10 60:14 62:18 67:3 68:15
78:10 92:5

**gives** 109:9

**giving** 35:8 48:6 109:13

**GM** 18:16 38:21

**go** 7:18 9:11 17:5 27:22,24 28:19
29:2 37:3,25 38:2,18 43:2 50:16
51:1,12,18 65:20 69:14 76:12,15,
23 77:2,5 81:4 85:15 86:14,24
90:3,13 91:22 92:12,15 93:18
95:2 98:8 99:1 103:21 110:16

**goal** 64:23 97:14 108:14,21

**goals** 7:18 35:23 36:4

**goes** 31:23 65:13 85:5

**going** 11:17 14:11 16:7,9 17:16
19:11 35:24 36:2,11 37:16 38:2
39:24 42:1,16 43:2 46:11 81:22,
23 83:9 87:19 90:14 91:25 94:3
98:6 99:1 101:12,13,20,25 104:12
107:21 109:23 110:9 111:14

**gone** 16:10

**good** 5:2,3 38:22 39:8

**goofing** 99:12

**got** 12:3 18:19 21:23 28:24 31:3
36:14 42:13 43:4 45:19,20 47:1
48:10 49:10 52:24,25 54:17
56:13,17 58:1,13,14,18 59:2,9
61:23 63:8,13 67:6,7,9 68:23
69:17,18,19 70:10 73:25 75:10
77:10 79:3,25 80:1,2,6,11,14,18
83:19 84:22 85:2,3,19,22,24 86:1,
7,8,10,24 87:1,3,6,8,13 96:19
98:7,22 108:10

**gotten** 24:13 35:21 100:4

**grace** 35:15 36:8 37:5 88:16
89:1,7,10,11,12 90:17 91:1,8,11
92:17,23 93:24 94:18

**great** 5:2 35:15 81:15 102:25

**Griffin** 4:16 12:18 15:22 17:3,7,
11,13,18 27:10 28:11 29:3 30:13
36:22 37:9 39:17 41:18 42:4
52:14 54:3 62:3 67:19,23 68:9
78:22 81:13,16 82:3 84:2,3,6,9,17
85:15 87:17 88:4 97:1 98:10
104:20 110:16,22 112:15,18,22

**grounds** 26:11

**group** 97:11

**groups** 82:11

Index: guess..hope

**guess** 36:17 68:24 91:13

**guidance** 41:1

**guy** 89:18 93:22 98:1

**guys** 6:10,22 7:4 8:16 13:11

---

### H

**habit** 30:24 55:9 107:7

**had** 8:2,18 9:2 10:11 13:10,12,17 14:3 18:12 19:9,25 20:8,11,17,23 21:11,18 23:18 25:16 28:21,23 30:24 36:1,4 38:18 39:23 41:10, 11 42:25 44:2 46:1 47:22 50:10 51:6 55:9 56:25 57:12,24 61:1 62:19 68:15 73:13 74:15 78:4,5,8 84:21 91:10 97:12 98:5 99:8,9 100:3,9,24 101:18 106:6,8 107:17 108:15 110:10 111:7,23 112:2

**hadn't** 92:6 98:21

**Haig** 4:1

**half** 7:24 22:15 32:6 35:21,25 58:6 88:12,17,20,22 89:19 90:1,7, 8 95:4

**hand** 11:12 31:4 66:3 73:23 77:8

**handed** 43:22

**handful** 6:3

**handing** 31:7

**handled** 21:14,16,17

**handling** 99:19

**handwritten** 13:8

**hang** 37:7

**happen** 6:25 19:23 25:18 28:17 37:16 51:25 65:22 97:10 110:13

**happened** 30:18,21 43:17 52:1 58:23 60:21 65:22 79:17

**happens** 101:23

**happy** 21:14,15

**Hard** 95:18

**has** 11:24 12:12 15:5,6 22:20 24:15 28:17 32:16,19 42:21 44:8, 23 54:14 57:8 61:25 64:24 66:7 68:13 69:22 70:12 72:24 75:11 78:2 85:4 86:17,20 87:11 88:3 95:1 106:25

**hasn't** 74:18

**have** 5:17,22 7:1,23 9:1 10:22 11:4 12:7 13:6 16:14,16 17:2,3,9 18:7 19:19 20:14 21:1,4,19,21 24:10,13 25:19 26:11 32:22 35:22 37:18 38:24 41:10,13,17,19 42:15,17 43:18 44:5,7 45:4 46:14, 15,19,24 47:24 48:14,17 49:10 50:3,4,13,15 51:5,12,14,18,20 52:1 54:18 55:2,3,12,24 56:6,9 57:21 59:16 60:14 61:5 64:18 65:6,7 66:24 67:12,22 68:16 69:12 71:10 73:13,21 75:22 76:8, 25 77:15 78:4,5,8 80:21 81:3,8 82:14,16 84:9,11 87:22 89:6 90:12 91:7 92:20 93:18,20 94:7, 11,15,16 95:5,20 96:16 99:1 100:2 101:16 102:8 105:18 107:14,19 108:6,7 109:5,6,23 110:15,18 111:24,25 112:2,7,16

**haven't** 16:22 34:9 59:16

**having** 4:22 39:3 51:11 104:1,2 108:24 109:17

**he** 10:11,14,17 13:11 14:3,5,11, 16 15:6,12,15,17 19:9,11 23:12, 13 27:1,3,4 29:2 31:1 34:20 35:22,23 36:24 37:17,20,22,24 38:25 39:2,24 40:5,8,9,11 41:7 42:21,24,25 49:13 51:6 55:10,11 57:12,19,24 58:3,24 67:7,9 68:16, 17,25 69:6,7 78:5,8 81:9,10 88:13,18,19 89:7,8,10,18 91:23 92:1,2,14,16 96:24 97:12,13,23 98:2,5,6,11,12,23,24 99:3,5,14, 15,16,18,19 100:3,9 101:1,18,20 102:24 103:3,25 104:14 106:6,15, 21 107:11 108:6 109:17,18,19,21, 23 111:23

**he'd** 9:15 35:21 37:22 67:6 100:2, 3,4 101:9 106:5

**he's** 27:23 28:2,9,25 29:1 37:1 39:1,2 40:19 57:15,22 87:19 89:23,24 98:1 103:25

**head** 41:14 60:2

**heading** 49:9 60:4 74:5

**headings** 87:12

**hear** 97:21

**heard** 9:19 97:22

**hearing** 34:22 102:17

**held** 4:8,11 17:19 85:16

**hello** 22:20

**help** 51:9

**helps** 97:21

**her** 79:13,15

**here** 4:19 9:6,24 17:2 21:23 31:3, 12 38:8 39:1,12 40:1,15 42:16 44:10,14,22 45:18,21 47:17 49:8, 10 52:1 53:25 55:2,18 57:2,22 58:1,23 59:2 60:12 69:17 71:3 72:9 75:1 78:1 79:3,24 81:20,24, 25 82:18 84:2,12,22 87:1 105:2

**here's** 54:12 73:11

**hernia** 14:1,3 98:5

**herself** 112:4

**hey** 103:12

**highlight** 64:23

**him** 10:4,6,7,8,9,10,11,14 27:16, 19,21,23 28:9 30:15,22 34:11,12, 20 37:13 39:7,14 50:10 51:15 57:16 60:14 69:6 72:20,22 87:18, 20 89:19 97:6,9,10,17,25 98:3,19, 25 101:4,7,18 104:5 105:9,16 106:4 108:1,22 109:18,20 111:8, 11,19,21,22

**hindsight** 99:14

**hip** 110:10

**hire** 87:1

**hired** 109:5

**his** 9:17,22 10:12 13:12,21 19:20 20:5,7 36:5 38:1 39:5 40:8,12,18, 21 42:17,21 50:11,17 51:4,5,10, 13,16 55:5,6,11 56:6,25 57:14 64:7 70:6,7 73:25 75:2,4 78:5 81:6 83:23 85:2,7,8,13 86:9,10,11 87:21 88:18 89:7 92:4 98:7,21 101:1,16,18 102:15 103:1,3 104:3,23 105:4,5,7,14,15 106:1 108:1,9 110:24 111:3,4,9 112:11

**historical** 62:17

**history** 13:11,20 66:4,19 67:15 70:20 71:3 73:25 75:2,4 79:25

**home** 35:24 81:20

**Honestly** 19:18

**hope** 37:11 97:4,6,10

**hoped** 37:12

**hoping** 34:11

**hour** 35:21,25 38:25

**hourly** 6:22 8:22

**housed** 10:22 90:14

**how** 5:20 6:9,10,25 7:23 9:2,11 10:3,8,9 11:1,8 14:5,10 19:23 20:4 21:8,14,16 23:10 28:24 32:4, 15,18,21 36:18 41:8,10 42:2 44:18 45:2 51:19 57:19 60:17 62:19 64:23 76:7 81:11 88:2 89:12 90:2 91:24 93:8 94:10 99:5, 15,19 102:3 109:7,18 110:5

**HR** 20:6,10 21:5 30:19 73:6 78:2

**human** 28:1 29:4,11,23 30:4 78:3 112:3

**hurt** 102:15

**hypothetical** 47:1

---

**I**

**I'D** 5:21 8:23 9:19 21:1 38:24 39:10 42:12 44:7,9 47:24 51:12, 17 69:12 73:21 93:18,20 95:5 97:10

**I'LL** 31:4 38:4 40:20,22 53:23 61:10 82:5 92:20,22 95:20 107:19

**I'M** 4:18 12:19 13:24 16:8 17:12, 16 18:9 21:23 22:25 23:1,15 28:12 31:7,20 32:24 33:2,18 34:22 36:16 38:2 44:10 48:6 51:17,19 52:4,15 53:9 68:24 72:25 77:17 81:22 82:12 83:1,3,9, 11,12 84:3,15,18 87:17 90:10 92:18 93:22 94:10 95:20 96:23 98:12,19 101:25 102:17 103:22 105:23 107:7

**I'VE** 16:20 17:7 18:8 19:25 21:23 28:21,23 31:3 35:16 38:7 42:13 54:12 72:8 79:3,4 82:1 83:3,13 97:22 100:24 107:16

**ID** 83:21 85:3

**idea** 108:6

**identification** 17:21 22:1 31:6 38:6 42:9 48:5 54:11 56:12 58:12 63:3 69:16 72:7 79:2

**identify** 4:14

**IDS** 83:20

**if** 8:11 9:1 11:10,12,15,16,19,23 12:6 15:7 16:9 18:5 29:25 32:2,3 33:11 34:20,25 35:7 38:24 40:19 43:6 44:3 46:1 50:17,24 51:25 53:23 54:17 58:7,17 61:11 62:21, 22,23 63:12 65:1,13 77:17 80:19 82:9 83:2,15 84:21,22,23 85:10 86:23,24 87:11 88:17,22 89:14,24 90:23 92:1,5 94:2,5,19 95:1,21,22 98:16 100:15 102:1,2 106:12,15 107:11 109:10 110:16

**ignored** 108:25

**immune** 39:2 40:5,11 104:1

**impact** 102:10,11 103:6

**implemented** 36:1 43:25 57:8 88:16 89:13 90:17 91:4

**implies** 69:3,4

**importance** 37:13 108:3

**important** 15:10 35:13 68:13 81:2 88:6 109:20

**impress** 37:13

**impression** 98:22

**improper** 49:4

**improving** 101:1

**in** 4:8,11,12 5:17,21,24 6:6,18,23 7:1,2,5,6,7,17 8:15 9:9,20,24 10:9,12,21 11:10,12,16,17,18,20, 23,24 12:1,5,6,8,9,14,16 13:3,6, 22 14:1,3,9,15,17,20,24 15:12,23 16:3,25 19:16,24 20:4,6,16,18,20 21:3,5 23:2 24:13,22,24 25:11,18, 22,24 26:7 28:6,12,18,20,22 29:9, 11,21 30:1 32:12,21 33:7,8,14 34:6,10 35:19 36:1,5,15,19,24 37:11,20,24 38:2 39:15,20 40:1 41:11,13 42:5,13,16 43:5,10,19, 22 44:10,19,20,23 45:2,7,13,14 46:17 47:1,2 49:4,25 50:17 51:4,5 52:9,16 54:19 56:9 57:20,23 58:1, 3,7,25 59:16 60:15,19,23 61:1,18 62:8,15 63:24 65:7,12 66:12 67:7, 8,10,16,17,18 68:5,12,18,19,21 69:19 70:4,19 71:15,17 73:25 74:22,23 75:2,3 76:17 77:2,9 78:16 80:25 81:2,23 82:15 83:3,6, 9,11 85:11 86:3,6,8,9,10,11,13,18 87:4 88:6,19,22 89:3,9,14,15,16,

18 90:3,5,6,9,12,13,14 91:1,13,17 92:1,2,4,5,10,12,13 93:1,8,10,17 94:2,4,6 95:23 96:3,13 97:7,9,11, 16 98:5,13,18,19,25 99:7,10,14, 25 100:6,7,9,13,15,21 101:4,10 102:11,14,23 103:14,17,22 104:17,23 105:6,23 106:5,12,18, 23 107:7,18 108:1,2,12 109:17,21 111:25

**inability** 32:2

**inbound** 102:10

**incident** 43:15 49:6 55:7,8 67:2 70:7

**includes** 71:4

**including** 71:13

**inconsistencies** 95:23 96:22

**inconsistency** 95:22

**inconvenient** 16:14,16

**Indiana** 4:3,9

**Indianapolis** 4:3,9,13 5:7 7:23 82:20 84:13

**indicated** 111:25

**indicating** 38:3

**individuals** 100:14

**inform** 10:7 28:6,14 29:8

**information** 21:18,19 24:10,12, 23,24 31:21 63:9 69:19 101:16

**informed** 10:11 14:11 29:10

**infraction** 68:3 70:4 86:16

**initial** 24:15 30:16 87:14,15

**initially** 29:20 98:11,13

**initials** 18:17 43:8 54:19 56:19 58:19 63:14 69:24

**initiate** 28:3,5,7,12

**initiated** 20:1 48:24 49:22 51:12 79:22

**injured** 94:11

**injuries** 94:21

**insert** 45:19

**instance** 14:4 83:24 87:6 106:18

**instead** 61:25 70:16

**Insubordination** 49:4

**intend** 17:15

**intent** 33:13,14

**interesting** 79:24

**interfere** 111:8

**internal** 5:16

**interpretation** 104:19

**into** 25:25 28:13 31:23 37:25 40:20,22 51:10 57:2 73:1 76:2,9, 18 88:7 90:22 97:15 100:19

**introduce** 17:16

**introduction** 31:20

**involved** 28:6 56:9 74:6

**irrelevant** 85:22

**irritated** 110:8

**is** 4:1,4,6,11,13,19 5:8,20 6:1 8:1, 22,23 10:21,24,25 11:13,21,22 12:15,21,22 13:4 15:2,7,8,12,13 16:14 17:15,23 18:8,12,14,16,19 20:14 22:4,13,21 23:2,16 24:23 28:10,17 29:7,11,14,18 31:8,14, 17 32:5,7,18 33:14 34:3,21 35:8, 14 36:13,18,21,23 38:21,23 39:4, 8,20 40:3,18 41:2,4,5,7 43:3,10, 12,22 44:5,7 45:1 47:6,8,10,13, 16,18,21 48:8 49:11 51:14,23 52:11,17 53:3,5,12,15,19 54:1,22 55:3,14,16,20 56:14 57:3,4,14,17 58:2,14 60:1,14 63:4,5,21 64:9, 20,23,25 66:11,15 67:2,22 68:4, 25 69:3,7,17 70:13,15,16 72:3,17, 21,23,24 73:6,8,16,19 74:9,12,17, 23,24 75:3,5,14,19,20 76:9,13,17 77:18,20 78:1 79:8,9 80:25 81:2, 21,22,24,25 82:6,19 83:8 85:12, 13,24 86:1,14 87:13,19,20,23 88:6 89:17 90:12,15 94:19 96:10 97:14 100:12,19,24 101:22 102:8, 12 104:3 105:3,12,25 106:4,12 107:1,21 108:20,24 109:1,8 110:5

**isn't** 27:3 37:5 74:18 83:16

**issue** 44:11,14,17 47:7,11,12,15 55:4,14 57:6 61:6,12

**issued** 78:1,19

**issues** 7:13 13:12

**it** 5:12,15 6:12,22 8:4 9:13,17,19 10:20,25 11:8,22 12:3,24 13:3,4

14:9,21,22 15:2,6,8,17 16:11,14, 18 17:2,7,11,13 18:2,14,16,20,22 19:6,18,19,25 20:9,11,13,14,16, 23 21:14,16,17 23:8,17,20,21 24:13,19,22 26:2,14,16,19 27:3,4, 9 28:24 29:14,22,24 30:25 31:4, 13,16,17,21,23 32:6,21 33:1 36:14,19 37:15,17,18,21 38:1,3, 23 39:14 40:22 41:11,17,19 43:12,22 44:3,7,8,9,10,23 46:17 47:12,15,17,18,25 48:10,13,19,21 49:12,23,24 50:1,2,6,7 51:14,15, 23 52:7 53:6,22,24 54:7,13,15,17, 24,25 55:11,16 56:19 57:3,22 58:3,4,5,6,8,9,17,25 59:13,17 60:14 61:4 62:2,5,24,25 63:12,14, 19,24 64:7,11 66:4,5,7,24 67:3,25 68:3,11,20,23 69:4,7,22 70:5,8, 12,19,22 71:3,10,12,13,17,21 72:4,8,13,15,17,19 73:8,11,12,19, 22 74:5,9,13,14,18 75:14 76:7,17, 19,20,21 77:1,2,10 78:12,17,18 79:4,22 80:12,25 81:7,24 83:1,6, 11,14 84:4 85:5,6 86:16,19,25 87:8,23 88:13,21,25 89:13,16 90:12,15,20 91:3,22 92:5,11,22 94:12,25 95:13,21 96:7,23 97:8 99:5,15,21 100:5,11,24,25 101:13,18 102:9,10,11,21 103:6,9 104:14 106:15,23 107:16,22 108:15,24 109:1,9,20,22,24,25 110:2 111:7,22

**it's** 5:13 7:9 8:12 11:6,11 12:1 13:2 14:20 15:3,10 17:8,23,24 18:9,15,25 22:7 32:4,25 39:3,10 43:4,5 44:12,20 45:10,13,19,20 47:11,16 48:9,10,19 49:19 52:6,8, 23,25 54:6,13 56:17 58:14 59:2, 16,20 60:3,6 62:6 63:8 64:16 65:24 68:1,12 69:18,19,22 70:9, 15 71:22 72:2,8,18,25 73:10,24 74:10 78:2,4,14 79:3 80:22 81:1 86:18 87:6 88:8 90:14,16,23 91:16 93:6 96:3 102:8 103:12,21 104:1 106:5 108:16,18 109:10 110:12

**item** 47:15 53:5

**itself** 53:18 88:21

**J**

**January** 4:4 9:24 21:5

**job** 64:21 97:19 100:1

**joined** 36:11 73:17

**joint** 99:9

**joke** 102:22 106:23

**Jordan** 5:25

**July** 14:9,17,25 15:12 16:21 19:16 22:12,16 23:17,23 24:7 27:12 98:5,13 100:9 102:3 103:17

**just** 7:21,22 8:12,19 9:4,12 12:21, 23 15:2 16:16 17:7,9,13 25:23 26:10 27:8 28:23 30:10,11,23 32:21 34:16 37:16,17 39:24 40:3 45:13 47:18 51:17 52:4,7,12 53:8 64:3,7,23 69:22 71:12 72:20 73:3, 11 75:4 77:16 78:12,18 81:14,19, 23 84:3,14,18 86:1 87:5,17 89:22 91:6 92:21 95:16 97:5 98:2 100:5, 25 101:12,13,15,24 102:21,24 104:8 109:19,20 110:16

**K**

**keep** 8:4 17:4 32:4 34:21,23 81:2 88:6 106:5

**keeps** 11:4

**Kennedy** 22:5,12,16,23 24:13 26:22 28:2 38:12 40:16 78:3 98:21 103:22 108:18

**kept** 10:21 11:6,11,13 98:2 101:12,13

**kind** 13:25 43:2 45:18 46:19 49:8 55:4,18 59:8 63:8 64:25 73:10,19 74:22 76:17 82:20 99:12 102:9,22 107:8

**King** 4:6,19 6:9 9:7,15 13:10 18:15,22 22:17 35:14 38:25 56:14 58:15 63:9 69:19 70:6 72:10 73:24 83:17 84:18,19 85:1,2,12 110:23

**King's** 9:9 54:14 56:18 72:19 85:20,23,25 86:3,5,8,13 87:1

**knew** 19:11 23:18,21,23 24:1,4,7 25:2,8,24 27:12 98:6,12,13 101:20

**know** 6:9,14 8:21,25 9:3,7 12:3 13:15,24 14:3,5,7 15:2,6,15 20:4, 13,19,20 24:19,22 25:23 26:4 28:24 32:18 35:22 36:16 39:14 40:20 41:8,16 42:25 51:11,21

52:2 55:25 67:6 70:5 71:9 75:4 82:10 83:2,24 85:12,21 89:25 91:9,16 92:12 93:23 94:21 96:21 97:3,13,16,21,23,25 98:2,11,16, 17,24,25 99:4,5,7,14,19,24 100:17 101:22 102:12,19 103:2 104:14,22,23 107:1,7,12,16 108:9 109:11 110:12,13

**knowledge** 30:9 74:14,25 87:25

**known** 50:13 106:8

**L**

**lack** 64:8 83:12

**laid** 42:13 63:8

**large** 5:13

**larger** 37:21 104:23 106:17

**last** 9:25 14:9 20:10 32:24,25 36:16 39:16 82:9 85:12 99:23

**late** 11:15 31:22 37:20,22 39:1, 14,21 57:20 61:13,18,24 75:15 88:10,12,17,19 89:15,23,25 90:19 91:23 92:14 103:12 106:18,21 108:17 109:21

**late-to-work** 75:23

**later** 10:6 37:5 48:3 78:19

**latitude** 37:1

**law** 20:21

**lawyer** 44:8

**lawyer's** 14:20

**lawyers** 18:5 31:9

**lead** 13:25 86:1

**leader** 97:11,12

**learned** 98:5

**least** 25:16,24 48:21 76:20 94:4 98:20

**leave** 13:21 14:12 19:10,20,22 20:5,7 21:8,11 23:11,16,23 24:8 25:6,9,10,11,15,17,20,25 26:5,6, 8,13,20,23 27:3,8,12 40:8,12,18 51:25 55:10 74:10,15,17,18 98:21 99:11,20 104:13,18

**leaves** 26:2 80:24

**leaving** 13:20 35:20 36:5 57:20

103:3

**left** 37:24 43:5 44:22 48:9 49:9 50:7 53:14 55:19 78:18 85:2 87:4, 7,9

**leftmost** 87:5

**length** 103:1

**less** 11:20,23 89:23,25 90:18,23 97:19

**let** 40:20 41:8 91:5

**let's** 13:10 36:13 40:14 42:3 43:1 46:9,12 48:2 63:1 69:14 73:3 81:13 89:16 92:14,25 95:1,2 103:21

**level** 44:23 47:10 49:8,9 52:21 53:17,18 55:18 57:3,13,15 59:2 65:11 70:9,10 80:1 99:20

**light** 104:17

**like** 5:12 8:12 10:10 12:22,23 18:16 19:17,18 26:4 27:6 28:23 32:6 36:19 38:25 40:5 42:12 44:9 46:10,20 47:13 48:19,20,21 51:19,24 54:13,24,25 56:19 63:13,14 64:18 69:23,24 71:3 73:10 74:5,17 75:3,5 76:2,17,18 81:13 84:4,13 85:6 91:13 92:3 93:6 94:23 95:9,23 96:5 98:25 100:22 103:13 109:20 112:19

**likely** 60:14

**limbo** 36:19

**line** 23:14 53:7 55:25 60:5 83:13, 14 85:9 87:13

**lines** 45:20 63:15

**list** 61:12,18 64:16 75:15,16 78:9

**listed** 52:24 78:1,4

**lists** 95:23

**little** 7:24 17:14 31:13 69:8 75:16 81:19 85:18 90:15 101:24

**LOA** 22:17

**load** 43:20

**loads** 102:10

**local** 9:4 91:3 112:3

**located** 4:12

**log** 76:9,18 92:4

**long** 7:23 13:10 65:13 109:7

**longer** 107:25

**look** 12:23 19:16 21:1 32:15,18, 21 35:6,7 41:10,17,19 60:23 61:11 63:1 75:22 76:23 80:19 81:21 82:14 83:15 84:23 85:10 86:15 87:11 88:20 91:5 93:18 97:18 101:25

**looked** 19:18 52:12 57:23 62:7,8, 23 74:16

**looking** 34:19 36:16 38:7,9 44:10 61:10 62:19 72:9 84:3 91:25 96:1

**looks** 18:16 32:6 48:19,20,21 54:24,25 56:18,19 63:13,14 69:23,24 71:3 74:5 79:5 85:6

**losing** 64:21

**lost** 13:13 68:8,11

**lot** 7:5 12:15 84:4 93:1 100:19 106:19,21 107:1 111:2

**Louise** 4:16

**love** 13:13

**lunch** 35:20 36:3 103:2

**M**

**made** 10:5,10 27:25 30:21 34:15 72:22 97:13 107:16

**make** 12:1,7 16:16 26:4 29:20 30:25 34:12 37:17 92:13,15,17,21 94:7,16 95:16 97:6 102:8 103:14

**makes** 28:18 83:14

**making** 68:7,11 99:10

**manage** 100:15

**manager** 5:25 6:7,17 7:10 14:11 21:7,12 48:25 49:22 56:7 70:6 72:10 89:24 90:3,19 100:5 110:12 112:2

**manager's** 54:19

**managers** 36:24

**mandatory** 44:12

**manner** 20:18

**manual** 12:7 90:8,13,16 91:12,22 92:15 94:7,16 95:19 96:6

**manually** 11:24 76:25 88:9 90:6, 20 93:23,24,25 94:18 96:1

**many** 6:9,10 32:15,19,21 41:10 62:19 64:23 88:2 93:8

**March** 42:16 43:11 47:9,20 63:15 64:5 66:18 67:14 68:7 69:1,7 71:6,15,16,17,19,25 77:25 78:14, 16 80:18 86:14,23 111:15,16

**mark** 17:2 22:5,12,16,23 23:11 24:13,25 26:22,23 28:1 31:4 38:4, 12 40:16,18 74:10 78:3 81:22 98:20 103:22 108:18

**marked** 17:20,23 21:25 22:7 31:5 38:5 41:2,5 42:8 47:5 48:4,6 54:10,12 56:11,14 58:11,14 63:2 69:15,17 72:6,8 74:10 79:1,4 96:17,18,21

**marking** 21:24

**Marlana** 4:1

**material** 5:15 102:10

**Matos** 6:1

**matter** 17:11 53:22 62:5 67:9 79:23

**matters** 73:22 106:11,16

**may** 15:22 27:10 28:11 30:13 34:8 36:22 37:9 39:18 41:18 51:4 52:6,14,18 53:4,6 54:4 56:6,9 60:8 62:4 66:24 67:19,24 71:10 78:22 88:4 93:19 97:1 98:10 104:20 107:14

**maybe** 5:21 31:12 48:20 49:17, 18 51:25 54:24,25 60:11 73:11,19 81:13 109:11

**me** 7:25 9:18,19 15:17 17:11 18:6 23:13 25:8 26:19 30:11 35:12,16 40:20 41:8,11 42:13 47:11 51:4,6, 9 69:3 76:19 77:17 80:9 83:2 84:7,12 85:6,13 90:15 91:5 95:19 96:23 97:16 102:2,18 104:8,16 107:17 109:22 110:5 112:17

**mean** 8:10 12:19 13:25 33:11 35:3 43:25 44:25 45:25 46:5,6 51:9 62:18 64:19 75:1 79:22 83:24 89:13 92:5 93:6 99:4,19 100:2,11,12 101:9,17 102:6 103:4,9 105:4,10 109:22 110:11

**means** 28:7 75:5 105:12

**mechanism** 32:4 65:12

**medical** 101:16,19 104:23 110:14

**meet** 36:4

**meeting** 7:7,8,11,17 89:3,17 103:15 108:2 111:16

**member** 37:12 97:7 108:24

**members** 33:2 36:9 103:11 104:12 106:21 107:1,9 108:4

**memory** 47:24 56:23 73:21 93:20 95:5

**mention** 15:18 66:20 71:6

**mentioned** 19:20 94:25 97:3 99:7 110:10

**mere** 80:22,25

**merger** 8:5

**mess** 81:23

**message** 38:10,21,24 40:1,2,24 41:2,4,12 103:24 108:17

**messages** 38:15 40:15 103:22

**met** 35:23

**methods** 29:8

**mid** 36:12

**mid-top** 55:19

**middle** 44:11 45:18 49:9 70:4 73:25 77:9 81:24 86:19

**might** 7:14 24:13 30:1 34:6 41:19,21 61:5 62:24 83:7 92:11 94:16 108:6

**mills** 5:16

**mind** 73:1 81:2 88:6 94:22 106:5

**mine** 17:5

**minutes** 11:18,20,24 42:2,5,6 62:23 89:23,25 90:19,24 94:4,20

**misplaced** 110:1

**Misquotes** 39:17

**missed** 23:15

**missing** 84:6 92:18,19

**misstates** 54:3

**mistake** 54:6

**mix** 8:20

**moderate** 34:11

**modifier** 110:1

**moment** 13:21 92:5,13

**Monday-through-friday** 44:3

**month** 7:25 19:11 25:19 78:19 109:12 110:9

**month-ish** 101:20

**months** 48:2 65:20 75:12 102:12

**morale** 102:15 104:7 108:10

**more** 8:4 11:18 34:7,10,12 35:15 36:25 37:1,12,23 40:15,20 58:5 84:17 90:15 95:20 97:6,11,15,17, 19 100:14 102:1 109:2 110:15

**morning** 5:2,3 7:7,8,11,16,17 38:22 89:3,9,17 102:24 103:15

**most** 88:25 89:1,2 100:14,16

**mostly** 5:17

**mouth** 39:20

**move** 41:8 48:2

**moved** 30:19

**moving** 14:23 72:5

**Mr** 4:18 5:1,2 8:13 9:9,15 17:4,9, 12,15,22 22:2 42:1,5,10,12 70:6 81:11,15,18,21 84:2,5,7,11,21,25 85:1,17 87:21,23 96:10 110:15,23 112:17,21

**Ms** 4:16 12:18 15:22 17:3,7,11, 13,18 27:10 28:11 29:3 30:13 36:22 37:9 39:17 41:18 42:4 52:14 54:3 62:3 67:19,23 68:9 78:22 81:13,16 82:3,5 84:2,3,6,9, 17 85:15 87:17 88:4 97:1 98:10 104:20 110:16,22 112:15,18,22

**much** 91:10 95:18

**multiple** 100:3 106:5

**must** 27:8

**mute** 82:4,5

**my** 4:1 5:25 13:15 14:11 15:14 18:18 19:6,13,24 20:3,16,17 26:7, 10 27:11,25 28:13 29:22 30:9 34:16 35:9 36:2 37:11 39:4 47:1, 24 48:18 49:12 56:23 57:25 60:2, 9 61:9 62:10 66:24 67:25 68:12,

23 71:10,24 73:21 74:13,14,25
77:22 78:3,24 80:21,25 81:6,23
84:13 87:25 89:24 90:3 91:5
93:20 95:5 97:4,6,13,14 98:25
100:5 101:21,25 103:19 104:2,21
105:3,12,22,25 107:19 108:14,21
110:17 112:2

**myself** 5:25 7:10 20:2 38:12 82:5
90:3

**mystery** 84:15

## N

**name** 4:1 6:14 48:10 54:14 56:14
58:14 63:9 69:18 72:10 83:12,16
87:1

**nature** 107:20

**nearly** 68:15

**necessarily** 25:9 88:8

**need** 14:12 15:8,25 32:18 35:23
77:6 81:12 87:21 98:16 99:1,25
110:13,19

**needed** 26:14 101:19

**needs** 27:3 98:16

**negative** 37:18 39:3 104:2

**negatively** 102:9,11 103:6

**never** 9:15 17:7 28:21,23 65:17
83:3 101:22 109:23

**new** 21:19 22:20 35:21 73:16
88:7 90:22 106:4,7 111:14

**next** 41:4 48:2 85:6 87:8

**nine** 6:12

**ninety** 95:9

**no** 4:7 8:3,8 9:21 13:7,8,9,13,14
16:2 17:20 21:20,22,25 27:7
28:23 30:5,9 31:5 32:20 38:5 39:6
40:4,9,13,25 41:15 42:8 45:7 48:4
49:9,16 50:17 53:9 54:10 55:17,
23 56:11,23 58:7,11 59:15 60:16
61:23 63:2 69:15 72:3,4,6,21
74:10,14,17 76:20 77:7 79:1,12
90:25 95:3,10,15,17 97:12
102:19,24 103:19 104:5 105:9,16
106:3,7,8 107:5 108:6 109:4,15
110:7,10,14,15 111:7,13 112:14

**no-call/no-show** 31:23 32:3

94:6

**nod** 26:1

**nonchalant** 109:20

**noncompliance** 81:6

**noncompliant** 35:9

**None** 36:6 94:22

**nonetheless** 25:5 71:14

**normal** 8:19 60:25

**not** 4:19 6:19 8:8,18 9:4,14 11:17,
23 12:5,19 14:20 15:6 16:3 20:7,
11,12 24:24 25:19 26:4,13,20
27:2,5 28:19 29:1,2,25 30:9,24,25
33:15,16,18 34:3,5 36:20 37:4,17
39:1,11 40:18 41:12 42:22 43:21
44:20 48:13 49:12,13 50:1,17
51:5,15,19 52:15 53:5,9,12 55:9
56:9 58:7,18 59:16 60:2,8 61:16
62:24 66:23 67:17 68:11 70:3
71:8,22,25 72:4,25 73:16,17 78:1,
4,7,10 82:3,16 84:15,19 88:8 89:2
90:10 91:3 94:10,13 95:19 98:12
101:1 102:17 103:12 104:19
106:5 107:7,21 108:6 109:16
110:14,19 111:3,5,8,10,23 112:8,
10,11,12

**note** 35:13 75:16

**noted** 29:11

**notes** 13:8 91:5 101:25

**nothing** 9:20 27:6 52:16 94:10
100:25 112:17

**notice** 68:12

**noting** 53:8

**November** 57:2 60:10,12,15
61:1,7,17 67:8,17

**now** 8:17 15:2 28:25 39:2 56:13
57:2 58:13 72:5 80:9 81:21 82:12,
17 84:8 86:24 88:17 90:4 95:18
100:14,24 104:1,8

**number** 11:14,19 17:17,23 18:5
29:21 43:4 47:15 60:4 102:19

**numbered** 63:4

**numbering** 17:16 85:19

**numbers** 7:13 17:10 84:4

**numerical** 87:5

## O

**Object** 12:18 15:22 27:10 28:11
29:3 36:22 39:17 41:18 52:14
54:3 62:3 78:22 88:4 97:1 98:10
104:20

**objected** 16:22

**objecting** 87:17

**Objection** 68:9

**observe** 89:22

**observed** 90:18

**observer** 9:12

**observing** 81:9,10

**obviously** 9:6

**occasion** 97:8,9

**occasions** 56:25 98:20

**occurrence** 103:10

**odd** 61:18

**of** 4:2,6,9,16 5:14 6:3,10 7:3,4,10,
20,21,22 8:1,21 10:2,4,7,12,20,21
11:4,7,14,18,19,20 12:15,16,20
13:15,22,25 14:9,23 15:18 16:14
17:9 18:8 19:4 20:5 22:8,15 23:3,
11,15,17 24:1,4,8,23,24 25:11
26:7,18,19 27:15 29:21 30:17,23,
24 31:7 32:4,10,24,25 34:8 35:15,
17 36:5,6,8,12,15,17,23 37:13,14,
21 38:21 39:5,8 40:14 41:11
42:13,16,19,21 43:2,19 44:5,11
45:3,18,19 46:14,19,24 47:5,20
48:12 49:8,20,24 50:5 51:6,16,20
52:23 53:7,13,18,19,20,24 55:4,9,
19,24 56:17 57:6 59:8 60:2,4
61:2,6,11,12,18,21,25 62:15 63:8,
20 64:7,8,21,25 65:3,4,17,20,24
66:7 67:8 68:1,2,16,19 69:1,8
70:4,5,16,24 71:6,16,17,23 72:18,
25 73:2,10,19,25 74:13,22,25
75:2,3,4,15,16,19 76:13,17 77:9,
19 78:5,10,16,18 79:5 80:9,18
81:6,24 82:6,7,9,18,20 83:12,15
84:4,10 85:7,8,10,20 86:2,7,12,
16,19,25 87:5,12,15,25 88:18
89:1,11 90:5,8 91:17 93:9,15,17
94:20 95:3,13 96:12,24 97:7,11,
16,19 98:14,23,24 99:11,12,16,18
100:4,17,18,19 101:5,24 102:6,9,
11,19,22,25 103:1,2,3,4,5,18

104:3,4,17,23,25 105:4,5,7,8,11, 13,14,15,24,25 106:1,2,9,25 107:7,8,10,13,20,22 108:3,24 109:2,8 110:3,23 111:2,3,4

**off** 14:7 15:4,7 16:7 17:18,19 19:8,11 20:3,10,15,18 21:11 25:19 31:7 32:3 55:11 60:2,11 65:20 78:18 80:24 82:20 85:15, 16,18 94:23 95:8,13 98:6,7,12,16, 17 99:12 101:14,19,20 102:14 110:9,16,19

**office** 5:18,24,25 6:6,7 7:1,2,6 10:23 13:6 14:11 16:6 28:13 89:24 90:3,19 112:2

**offices** 5:21

**oftentimes** 89:9

**Oh** 18:7 23:1,15 103:9

**okay** 6:3,9,20 7:8,11,16,23,25 8:21,25 9:13,15,24 10:3,8,16,24 11:1,4,8 12:14,22 13:1,23,24 14:3,10,15,17 15:5,10,20 16:8 17:2 18:9,11,13,16,22 19:14 20:23,25 21:7 22:12 23:12,17 24:15 25:2,5,14 26:5,21,23 27:8, 12,14,19 29:13 30:8,18 31:3,10, 19 32:6,12,24 33:11,14,16,20 34:24 35:11 37:7 38:13 39:11 40:1,14,18 41:2,7,16,20,22 43:10, 17 44:9,16,22 45:5,14,18,25 46:5, 19 47:1,8,17,20 48:1,2,12 49:1,3, 6,8,21,23 50:4,15,19 51:8,19,22 52:4 53:3,11,14,22 54:8,9,22,24 55:2,12,18,23 56:10,24 57:2,6,14, 22 58:1,4,8,10,23 59:8,16,23 60:3,10,14 61:10 62:11,14,17 63:1,8,19,25 64:5,13,22 65:1,9, 16,18 66:2,10,18 67:5,14,22 69:14 70:4,9 71:6,19 72:17 73:3, 4,10,15,19,22 74:9,16,21 75:3,8, 22 76:5,11,14,22,25 77:4,8,16 78:25 79:11,17,19,23 80:5,9,17 81:19 82:1,17,25 83:5,7,11,19 84:1 86:23 87:11,16,21 88:1,11, 23 89:5,16,22 90:8,16 91:5,9,16, 20 92:7,25 93:5,10,12,21 94:23 95:8,12,14,16,18,22 96:10 99:6, 22 100:10,21 101:3,14,22 103:8, 11,17 105:6,18 106:18 107:4 108:2,23 110:8,15 112:17

**old** 93:22 95:8

**omission** 78:13

**omitted** 84:14,20

**on** 4:16 7:9,16 9:6,17 10:14 11:12 12:7,15 15:15,18,24 16:6 19:4,7, 9,21 20:23 21:4,17 22:12 23:5 24:4,7,9,10 25:4,8,11 27:8,18 28:13 29:21 30:15,16,18,21,25 31:21 32:1,2,9,10,24,25 35:18 36:2,11 37:7,14,15,18,19 38:1,13, 21 39:3,9,15,21,23 40:1 43:2,18, 21 44:2,19,22 45:18 46:20,21 47:13,14,17,18 48:2,10 49:8,12 50:5,7,25 52:17 53:10,13,14,19, 25 54:14,17 55:5,10,11 56:15,18, 19,25 57:2 58:3 59:2,9 60:6,8 61:9,13,16,17,24 62:10,13,18 63:10,12,20 65:3,18,25 66:11,14, 15,24 67:25 68:12,14,19 70:5,7 71:10,22 72:15,22 79:9,25 80:5, 11,18 81:1,11 82:3,5,11,18 83:23 87:4,8,19,22 93:4,15 94:3,15 97:8 98:19,24 99:20 100:15 101:16 102:7,16,23 103:15,24 104:2,13 105:2 108:17 109:11,13,17,21 110:2,24 111:7,16 112:5

**once** 8:25 10:5 88:6

**one** 4:2 5:8,10 7:4 8:21 9:16 12:21 14:24 16:14,21,25 17:9,24 19:16 20:17 25:16,24 29:8 31:15 32:7,15 35:12,17 42:15 44:20 48:2 49:3,14 52:4 54:14 56:14 58:2,5,13 60:1 61:11,17 63:4 68:16 69:17 78:5 80:21 81:2 82:11 89:17,18 93:11,13 97:8 98:19 102:1,6 106:16 109:8

**one's** 76:7

**one-pager** 69:22

**ones** 47:23 48:13

**ongoing** 101:9

**only** 20:17 46:15 50:9 61:16 78:9 88:13

**onto** 85:6

**open** 36:14

**open-air** 5:13,17

**operate** 76:20,21

**operation** 93:6

**operations** 6:7 7:10 8:7 16:9 49:22 56:7 70:6

**operator** 6:10

**operators** 6:11,22 16:15 102:7

**opportunity** 99:3

**opposed** 71:11

**option** 12:3

**or** 7:10,20 8:19 10:6 12:21 15:6,8 16:14 18:7 19:9,21 20:7 21:11 22:4 27:4 28:13 29:8,9,25 30:25 32:7 34:6 36:20 38:9 40:20 41:12, 21 42:11 45:1 46:3,16 47:6,11 49:18 51:2,21 55:5,11 56:4 59:3 67:9 72:3 74:9,17,18 76:20 77:1 78:12 81:7 84:8,10,19 88:13,22 89:15,25 90:3,19 91:23 92:12 93:17 94:5,13 95:2,4,9 96:18 100:17,22 103:1,14 104:19,25 106:14 109:21 110:18 111:2,5,12 112:5,13

**order** 99:25 112:19

**original** 22:2

**other** 7:14 8:10 11:12 13:8 24:10 31:11 36:9 40:4,25 41:21,22 48:13 50:9 74:5 93:6,25 94:9,21 95:14 100:25 102:6 103:2,11 104:12 106:21 107:1,8

**others** 93:7,9

**ought** 59:23

**our** 6:1,2,7 16:17 20:6 29:11 36:4 55:13 78:2 79:23 97:11 102:7

**out** 5:15 7:2,21,22 14:10 15:24 16:15 22:8 28:1 31:11 33:14 35:22,24 42:13 43:2,22 45:6,7 48:12 52:4 57:19 62:16,22,24 63:8 74:13 76:2,17,19 83:17 84:14,20 85:20 92:2

**outbound** 102:10

**outcome** 94:16

**outs** 96:4

**over** 7:24 8:1 31:1,2,3 34:25 35:4, 17 50:5 52:23 54:17 55:23 58:17 61:16 63:12 75:11,12 85:11 91:5 102:25 103:4

**overlooked** 71:12,13

**override** 12:3

**overriding** 12:5

**oversight** 66:24 67:25 71:10,23 78:12

overslept 37:17

overtime 44:13

own 27:8 42:21 68:14

### P

p.m. 41:2,5 112:23

page 22:16 31:19 32:24,25 38:21 40:14 43:6 44:11 54:17 55:19 56:15,17 58:17 63:12,13 68:1,2, 19 70:5 73:25 75:9,17 77:10 79:9 82:9 83:15 85:2,6,10 86:1,19

pages 31:21 84:14 85:7,8,23

paid 18:25

Painstakingly 91:25

paper 45:10 100:2

papers 97:23

paperwork 81:5 98:8

paragraph 61:6 74:22 103:23 105:3

parameter 82:19

park 7:5,16

parking 7:5

part 11:6 37:14,21 49:12 51:15 60:9 61:9 62:10 65:4,24 66:24 67:25 68:12 71:10 89:2 97:16 109:2

particular 48:12,23 55:7,8 100:21

particularly 9:14

parties 4:12 74:6

pass 69:11

passed 68:25 69:6,7

Passing 48:6

passive 29:13

past 13:4 66:4 70:20 75:11 111:25

pasted 61:5 62:2

Pat 5:25

pattern 37:21 100:11

pay 106:6

pending 23:2,20,21 40:12,21 74:9,17,18

people 6:3 7:16 34:25 93:8 99:25 110:13

people's 41:13

per 86:20

perceived 107:4

perceives 39:6 104:5 105:8,16 106:3

percentage 88:18

perfect 42:22 97:23

performance 44:11 57:6 61:6,12 75:18

performing 93:2

perhaps 42:22 53:23

period 19:8 33:2,8 34:8 36:3 88:16 89:1,7,10,11,12 90:17 91:1, 8,11 92:17,23 93:25 94:19 95:9 100:13,16 103:5

person 4:11 15:4 27:22 28:6 29:9 44:20 90:10

person's 13:3

personal 99:20 100:17

personally 36:5

personnel 10:22 106:11,16

persons 4:15

perspective 97:22,24 99:21 100:5

Pflum 6:8 7:9

PG 18:16 43:7

Phil 4:17 22:17,20

Phillip 4:7,13,21 5:4 72:10

philosophizing 101:24

philosophy 97:14

phone 24:14 28:13 29:9 64:25

phrased 68:23

picture 86:12 89:16

piece 24:23

pieces 84:10

place 25:15 74:23 88:7 99:10

107:11

Plaintiff 4:19,22

plaintiff's 17:8

plan 16:12

planning 19:7

plans 16:17 104:24

plant 5:10,13 6:1 7:5 8:1 10:23 11:17 13:16 35:17,20 36:7 44:20 49:4 81:3

PLC 4:7

please 4:14 7:25 77:16 112:21

point 8:23 11:21 14:22,24 16:2 25:16 28:2 29:1 33:7 36:11 41:8 50:9 57:12,15 58:2,5,6 61:20 65:25 68:6,18 78:11 88:12,17,20, 22 89:20 90:1,4,7,9,23 94:12 95:4,5 97:11 98:13,19 101:3 102:21 107:4 108:13

points 11:15,19 31:23,24,25 32:1,6,7,12,16,19,22 33:3,4,5,12, 16,21,23 34:1,3,7,9,21 35:1,4 36:19,21,25 37:3,4 40:6,20 41:7, 10,13,16,23 57:9,14,23,24 58:8, 25 61:21 62:19 65:8,14,19 66:6,8 68:5,21,25 69:11 70:24 75:11 76:8,13 77:1,3 86:17,21 87:24 88:2 91:6,17,19 92:4 93:13,24,25 94:8,23 95:2,10,13 96:2 100:13, 15,19 101:10

policies 81:7

policy 10:13,18,19,21,24 11:2 30:23 31:8,13,14,16 32:5,25 34:19 35:4,7 36:13 39:25 40:6,7, 10,11 43:22 44:5 46:2,3,4,5,7,10, 11,12,15,17 47:17 55:12,13,14 57:7 58:24 64:8,9,24 65:1,12 68:17 74:1,2 75:19 79:8 81:9 86:20 90:17 91:2 95:6 99:19 100:12,18 102:13 105:1,5,11,13, 15,19,24 106:1,3,10 107:6,10,11, 14 108:5,25 109:19

poorly 68:23

possibility 110:3

possible 21:6 49:19 51:14,23 59:25 60:13 62:6 80:16 91:16 96:3 108:16

possibly 20:13 38:9 43:20 103:9

**potential** 96:22

**practice** 15:7 33:14 36:5 78:2 91:3 103:1

**precise** 69:12

**predicated** 19:9,21

**preferred** 105:23

**preparation** 49:19

**prepare** 60:17 63:19 72:13,23 73:13

**prepared** 49:14,16 61:2 71:15

**preparing** 63:18

**present** 4:15

**presenting** 111:19

**presumably** 29:25 32:9

**pretty** 6:5 84:23 96:3 99:9 103:19 110:11

**previous** 45:19 46:1,14,16 47:5 50:5,19 52:23 53:19,20,24,25 55:24 56:4 59:8 60:5 66:12 68:2 78:7 112:5

**previously** 106:8

**primary** 102:6

**print** 21:4

**printed** 31:7,11

**printout** 82:25

**printouts** 82:13

**prior** 7:12 20:10 26:12 39:17 41:24 46:17 54:4 61:23 67:7 68:6 78:4 94:4 95:23 99:11

**priorities** 7:12

**privy** 103:4

**probably** 5:21,23 7:5 8:23 15:5 36:12 44:9 50:24 54:1,19 61:4 73:5 75:25 82:2 94:15 109:11

**problem** 84:21 92:20 104:8 108:18 109:22

**problems** 103:17 104:18

**process** 27:24 30:19 45:13 60:25 73:17 90:16 91:22 96:6 98:17 107:10

**processes** 5:14

**processing** 5:16

**produced** 44:8 82:8

**production** 7:13 14:20 16:17 18:9 22:8 35:23 36:4

**productive** 34:12 37:12 97:7

**productively** 95:20

**program** 12:21 13:2 76:18 91:17

**progressive** 36:17

**prolonged** 21:11

**prompt** 16:5

**prompted** 100:23

**protective** 97:17

**proved** 108:13

**provided** 24:24

**pulled** 14:22

**pulls** 95:13

**puppy** 35:22 36:6

**pure** 61:9 62:10

**purports** 86:23

**purpose** 64:3,4

**purposes** 79:23

**pursued** 99:5

**put** 39:20 45:25 46:15 65:18 82:5

**puzzle** 84:10

**Q**

**question** 9:4 13:21 17:13 68:23 74:10,16 92:22 94:12 97:20 102:18 111:15

**questions** 29:24 95:21 110:15, 18 112:16

**quick** 81:13

**quite** 81:6 94:10 103:4

**quote** 33:6 103:25 104:6

**quoted** 31:20

**quoting** 33:2

**R**

**Rabinowitch** 8:13

**radio** 55:5,6,10,12

**rail** 43:20

**raised** 110:2

**range** 15:17

**rather** 34:16 102:14

**rational** 84:24

**reach** 27:21 30:1,15 34:3

**reached** 27:17,18 28:1 29:7,14, 18 34:20 66:7 102:21

**reaches** 29:18 33:11 36:19

**reaching** 29:16 33:7

**reaction** 40:24,25

**read** 23:8 24:15,19,22 31:21 33:9 112:18

**reading** 87:7,9 105:23

**real** 17:18

**really** 12:5 17:6 35:14 79:23 83:13 99:4,14,20,24 100:25 101:16,17 108:18

**reason** 43:21 60:1 63:21 64:13 67:22 70:12,15 75:10

**reasons** 73:12 94:1,9,21 95:14

**recall** 15:17,18 19:18 21:2 27:2,5 41:11 49:2,19 55:9

**receipt** 23:3

**receive** 20:2 33:17

**received** 19:4,6 21:7 37:1 45:9 106:5

**receiving** 68:4,20

**recent** 73:19

**recess** 42:7 81:17 110:20

**recognize** 17:25 54:22 72:11

**recognizing** 69:8

**recollection** 15:14 57:25

**recommendation** 75:10 111:4,6

**recommended** 75:19 110:23

**record** 4:15 12:22 16:6 17:18,19 38:1 45:3 47:9,24 51:4,5,10,13, 16,18 62:17,23 65:24 69:12 82:13 85:15,16,18 88:21 90:5,12 93:18 101:24 110:16

**recorded** 11:19,21 32:1 36:7 91:6

**recordkeeping** 60:24

**records** 11:11,14 12:9,12,17 21:1 38:2 60:23 62:11,20 75:22 82:9 85:24 86:1,8,9,10,11 87:24 90:9 92:19 110:24

**recover** 95:4

**Recycle** 5:7 7:23

**refer** 8:11 41:21

**reference** 53:4 60:10 66:10

**referenced** 61:4 66:12

**referencing** 104:21

**referred** 66:14 71:22

**referring** 33:18 61:20,21 96:15

**refers** 67:16

**reflect** 12:4 60:8 62:24,25 87:24 91:11 92:11,14

**reflected** 90:9,12

**reflection** 39:8 62:15

**refresh** 47:24 73:21 93:20 95:5

**refreshes** 56:23

**refused** 43:6 54:18 112:1

**refusing** 55:5

**regard** 15:20 68:17

**regarding** 66:5

**Regardless** 49:24

**regular** 20:6 30:24 35:18 100:11 103:10

**regularly** 102:20

**relate** 53:6

**related** 7:13 47:16,25

**relates** 52:15 54:7 72:19

**relevant** 7:14 11:14 72:18 84:11

**reliable** 34:12 37:12 109:2

**rely** 62:13

**remain** 90:5,6

**remainder** 39:5 104:4 105:8,14 106:2

**remember** 9:25 13:25 14:19 15:1 43:13,15,21 44:10 48:23 49:6 55:7,8 56:4,8,22 57:10,19 58:21 59:12,13 60:6 63:17,18 68:13 70:2,7,8 72:25 79:6 109:17 111:16,19,21,22

**remembered** 67:1

**reminded** 80:9

**removal** 90:8

**remove** 90:4,6

**removed** 65:14 90:1 91:19

**renumbered** 85:22

**repeat** 102:18

**repeatedly** 10:17

**replaced** 99:9

**replacement** 109:5 110:10

**replied** 24:19

**report** 76:18

**REPORTER** 4:1 112:19

**reports** 83:8

**representation** 39:10

**representative** 112:3

**representing** 18:9

**request** 14:15,25 15:13,15,19,21 16:1,4,20,23,24 18:15,25 19:15, 16,24 20:1 25:6,17 40:8,12 51:24 84:13 98:18

**requested** 20:18

**requesting** 111:11

**requests** 13:22 21:8

**require** 90:14

**rescheduled** 98:7

**researching** 96:4

**resigned** 79:18 93:11

**resigns** 79:19

**resolve** 109:24

**resolved** 109:23

**resources** 28:1 29:5,12,23,24 30:4 78:3 112:3

**respect** 10:9 11:23 20:20 50:19 60:19 108:12

**respond** 23:10 55:5

**responding** 55:9 87:19

**response** 41:4 107:19

**responsible** 97:7

**rest** 63:5

**rests** 97:16

**result** 10:11 88:19 92:3 93:10

**resulted** 43:22 58:25

**results** 33:8

**retaliate** 111:11

**return** 19:2 22:21 24:16 34:8 36:13 52:17

**return-to-work** 24:1 25:3

**returned** 67:14

**returning** 47:8 52:5,17 60:3 66:2 77:8 85:1

**review** 29:5,23 30:19,20 42:17 51:13,18 68:14 69:12 72:8,9,18, 23 73:24 74:23 75:2,3 76:15 77:9, 14,19 78:2,20 79:4,5,20,21 80:18 83:6,23

**reviewed** 28:2 29:6 30:2 57:21 75:25

**reviews** 29:24 73:5

**Richardson** 4:2

**right** 7:6 8:5,15 13:10,20 15:2 21:23 22:13 24:20,25 25:3,10,16 28:10 32:7 36:21 38:19 39:20,21 40:3 41:5,25 42:4,20 45:18 49:11, 12 50:6 52:22,23 53:1,15,16,19, 20 55:2,21 57:17 58:10 59:8,21 60:17 61:16 63:1,10 67:12 68:3 70:13 73:6 74:3 75:20 79:9 80:7 82:12 83:19 84:8 85:5 86:19 87:5, 7,9,14 91:5,14 92:25 95:11 98:8 99:12 101:25 108:18,20

**riled** 68:24

**Riley** 48:25 49:16 51:12

Index: risk..share

**risk** 64:21

**role** 98:25

**roll** 95:8

**rolled** 65:19

**rolling** 33:2,8 66:4 70:20 75:11
95:8

**room** 5:22

**rotation** 43:18

**roughly** 38:25

**routine** 55:4

**routinely** 35:20 89:6,10 108:3,25

**row** 37:20 39:15 85:3,12,13 87:8

**rows** 82:6,7,18 83:16 84:11,12,
18,19 85:20,22 86:3,4,6,25 91:9

**rule** 90:22

**run** 43:20 81:3 99:24

**running** 65:14 106:23

**runs** 7:8

---

**S**

**safe** 44:20

**safety** 7:14 44:17,18 46:10,16,21
47:2,4,11,12 55:13,14 65:20
70:12,16,25 71:4,11 81:7

**said** 13:3 22:25 29:13,18 38:18
39:14 44:12 50:20 51:24 54:13
59:19 67:1,2 101:4

**sake** 112:8

**salaried** 6:20

**same** 8:12,16 13:15 15:12 26:3
31:9 43:7 60:12 61:17 64:3,4
66:11,15 85:25 93:2 102:5 104:7,
10 105:2

**sat** 9:2

**Saturday** 44:2,19

**Saturdays** 43:19

**savvy** 90:15

**saw** 21:3 57:24 70:6 95:21 97:4
104:24 106:21

**say** 5:21 8:23 13:14 14:21 15:15
16:16 22:23 23:17 24:10 25:17

28:5 33:18 34:23 39:10 41:7
42:23 46:5,9,12 47:17 49:17 50:2
52:11 62:22 68:24 71:14 88:1
89:22 90:16 92:14 95:1,2 96:14
100:24 103:12 105:2,23 106:25
107:4,15

**saying** 9:15 21:10 22:24 52:20
84:19 90:22 96:23 108:18

**says** 14:21 18:2,22 22:16,20
31:13 33:1,6 38:21,24 40:18
42:24 50:6,7 52:8 53:24 55:25
57:3,22 66:4,5,7 68:3,20 70:5,19,
22 72:15 73:11 74:9 77:10 80:18
86:16,19 91:18

**scale** 6:2

**schedule** 20:3 33:1 44:19 102:13

**scheduled** 25:21 40:18 44:2,12

**scrutinize** 84:23

**seat** 70:6

**second** 16:23,24 19:14 35:12
38:24 40:1 58:17 60:5 63:12 67:9
68:1,19 75:9 79:9 81:14 86:10,11
96:18 103:23 105:9 109:1

**section** 5:18 50:5 55:18 74:7

**sections** 86:7

**Sedgwick** 19:10 20:2 23:19

**see** 18:2,22,25 19:2 22:7,10,17,
22,25 23:3,5 32:15 38:13 40:15,
22 43:5,8 44:9 45:23 48:9,10,14
52:9 54:15,20 55:25 56:2,15,20
58:15 61:12,14,17 62:1 63:5,10
64:13 66:8 69:20,25 70:20,25
71:6 79:8,25 81:5 82:10,19,21
83:9,17 85:11 86:18,21 87:4,6,12
91:17 92:1 97:5,10 100:2 102:1
105:18 109:10

**seeing** 49:2

**seem** 40:2

**seemed** 109:19

**seems** 36:19 84:4 96:23 103:23

**seen** 9:15 17:24 18:8 48:17 59:17
82:15 83:3 105:18

**sees** 39:6 104:4 105:8,15 106:2

**send** 5:15

**sense** 12:5 83:14 92:17

**sent** 41:12

**sentence** 33:6 61:21,23 69:3
103:25 104:16 105:6,12

**separate** 6:7 46:19,24 47:6,7
92:20

**September** 8:1,15 101:4

**sequence** 96:23

**sequentially** 17:17

**series** 72:25 73:1

**serious** 101:1 109:18

**seriously** 100:1

**serves** 45:3 112:3

**set** 7:18 17:9 91:17

**seven** 42:16 89:23,24 90:18,24

**seven-minute** 90:17 91:1,8,11
92:16,23 94:18

**several** 56:25

**severity** 32:9,10

**sexually** 39:11

**Shane** 4:6,19 6:9 9:6,25 10:3,16
13:10,12,15,17 14:7,15,20,24
15:5 16:25 18:15,22 19:7 20:10,
17 21:10 23:18 25:18 27:14 28:24
30:4,5,6,24 35:14,17,20 36:7
38:18,25 39:21 41:10 42:15
43:18,20,25 44:25 47:22 49:11
51:14,19 54:14 55:4,9 56:14,18,
25 58:14 60:23 63:9 64:7 65:7,17
67:4 68:15 69:11,18 71:17 72:10,
19 73:24 78:11,20 80:11,14,20,23
81:5 83:17 84:12,18,19 85:2,12,
20,23,25 86:3,5,8,13 87:1 88:10,
22,24 89:6 91:7 92:10 93:1,3,13,
17 96:13 97:4,5,6,11,22 98:23
99:12 100:1,11 102:6,21,23
103:15 104:12 105:18 106:14,18,
25 107:14,23,25 108:4,10,20
109:5,13 110:3,8 111:16

**Shane's** 13:25 15:11 16:3 20:4
22:21 34:10 36:24 37:11 42:19,21
48:10,12 58:18 63:13 69:23 76:19
80:10 81:1 83:20 92:12,25 102:3
103:12 105:13,25 106:2,9 107:24
108:17

**shapes** 35:3,9

**share** 106:16

Index: shared..starting

**shared** 31:9 104:14 107:14,21 108:7

**sharing** 107:8

**she** 14:13 79:16,18 80:18

**sheet** 43:3,10 45:6,7 48:8,17,23 49:15 50:20,22 51:15 52:18 53:15 54:1,12,14 56:13 59:21,24 60:18

**sheets** 50:15 51:1

**Shelby** 4:12

**shift** 7:3,21,22 11:19,21 32:10 33:3 35:19 44:3,4 88:18

**short** 88:7 109:18

**short-term** 19:10,21 20:1 39:12 99:8 111:11

**shortcomings** 42:25

**should** 50:24 51:1,3 68:16 82:1 84:9

**shouldn't** 39:20

**show** 41:22 43:21 44:13 47:4 53:18 76:19 77:2 88:10 89:8 91:1, 13 92:4 99:25 102:23,25

**showed** 25:18

**shown** 82:1

**shows** 32:21 47:13 77:1 85:25 86:25 88:2 89:18

**sic** 85:1 86:4

**sick** 57:20 58:1 110:12,13

**sides** 109:11

**sign** 10:20 43:7 45:8 54:18 111:23 112:1,4,18

**signature** 9:17 18:16,18 48:18, 20 54:19 56:18,19,20 58:18 63:13,15 69:23 81:1 112:1,4,11, 13

**signed** 10:21 18:19 48:19 54:24, 25 68:15 71:17 72:2

**signing** 111:21,22

**silly** 54:6

**similar** 7:20 19:19 52:1 82:17 99:7

**similarly** 63:8

**simple** 89:13

**simply** 78:12

**since** 8:5 21:19 35:16

**single** 12:15,16,20 34:7

**sink** 100:6

**sit** 60:20

**sitting** 9:9,24

**situation** 94:13 99:8,17,20 106:4,7 107:24

**six** 5:21 6:12 33:3,23 37:3 42:15

**six-point** 57:12

**skeleton** 43:19

**slashes** 61:25

**slip** 15:8

**small** 6:5,6,7

**smart** 98:1

**Smurfit** 4:6,16 5:7 97:18

**so** 6:3,18 7:4,16 8:15 9:24 10:3,8, 24 11:8,22 12:1,14 13:3 14:3 15:5 16:20 17:23 19:4,11,14 20:4 22:7, 12 23:17 24:7,15 25:2 26:2,23 27:8,22 28:7,9,15 29:13 30:4 31:12 33:16 34:8,20 35:3,5 36:3, 7,25 37:3 38:7 39:14 41:16 42:11, 19 43:21,25 44:10,13,18 45:4,5 46:9,19,24 47:8,20 49:8,17,23 50:12,24 51:9,14 53:3 54:24 57:2, 14 58:4 59:2,23 60:10 62:2,16,21 63:25 64:5,9 65:1,5,13,18 66:2 67:5 68:6,19 69:6 70:9,15 71:3,19 72:17 73:19,23 74:12,16 76:24,25 77:6 78:3,9,14 79:11,19,24 80:14 81:1,3 82:6,9,25 83:9,11,15 84:14,21 85:1,6,22 86:7,11,14,23 87:11 88:1 89:8,12,13,16 90:12 91:6,10,16 92:13,18,19,22 94:15, 18 95:8,22 96:23 97:15,24 98:23 99:20 100:11,21 101:7,14,17 102:7 103:3,5,11 105:2,9,12,23, 25 106:6,8,25 107:11 108:17 109:20,25 110:8,17 111:8

**software** 13:2,3

**some** 8:18 12:9 14:22 15:24 24:22 28:2,18 29:1 31:21 34:6 36:8 42:19,25 87:3 92:18,19 93:6 94:12 98:13,19 111:14

**someone** 11:10 15:7 16:6 28:13, 19 32:16,19 33:11,16 34:6 35:3,8

36:18 37:3 41:16 62:19,22 65:5, 18 72:24 73:8 79:19 88:3 89:14 90:15,18 94:2 95:1 98:16 106:12

**someone's** 16:9

**something** 12:6 21:3 26:18 35:13 40:2 52:1 73:5 100:9 103:12 104:16

**sometime** 14:9 68:25 101:10

**sometimes** 34:25

**somewhere** 31:3

**sorry** 17:12 22:25 23:1,15 75:4 82:5 109:25

**sort** 43:19 75:3 100:16

**source** 12:15,16,20

**south** 102:7

**Southern** 4:9

**special** 100:23

**specific** 76:12

**specifically** 34:10 35:14 43:25 56:23 59:13 70:3

**speculation** 61:9 62:4,10

**speculative** 52:2

**spits** 76:17,19

**spoke** 20:10

**spouse** 110:12

**spreadsheet** 82:6,7,18 91:9

**squandered** 99:3

**squandering** 98:2

**square** 4:3 5:22,23

**stamp** 48:14

**stamped** 85:10

**standing** 89:16

**stapled** 81:25

**stapler** 81:23

**start** 17:5,16 23:15,23 24:8 28:9 82:10,19 86:2 89:8 94:5 96:12 99:11

**started** 8:15 13:17 25:10,11 101:4

**starting** 42:16

**starts** 31:24

**States** 4:8

**status** 20:5 23:2

**Stautz** 4:18 5:1 17:4,9,12,15,22 22:2 42:1,5,10 81:11,15,18 84:2, 5,7,11,21,25 85:17 87:21 110:15 112:17,21

**staying** 98:24

**STD** 39:3,11 104:1

**step** 36:5 45:13

**Stewart** 4:2

**still** 35:8 36:14,16 44:5 45:15 59:9 65:24 74:21 96:6 98:21

**stood** 68:17

**story** 9:22

**straw** 39:16 99:23

**Street** 4:12

**stretch** 81:20

**strictly** 34:19

**subject** 22:17 42:19

**submit** 19:24 20:1 29:4,22

**submitted** 15:12 18:15 22:21

**subsequent** 24:14 26:2

**substituting** 105:24

**successful** 99:25

**such** 96:11

**sufficient** 29:25

**suggest** 51:4

**suggested** 109:25

**suggesting** 21:5

**suggests** 68:7 104:16

**Suite** 4:3

**summarized** 75:3

**summarizes** 73:12

**summer** 13:22

**supervisor** 56:7,20

**supported** 30:3

**supporting** 23:3 29:6

**sure** 8:9 12:19 14:24 16:8 25:12 31:20 51:19 52:15 53:9 90:11 92:21 93:23 94:10,14 95:16,20 98:13 99:10 108:8

**surgery** 14:1,3,5,8,12 15:13,16, 18 19:12 39:5 101:14 104:4 105:4,7,14 106:1 110:11

**surprise** 9:13,16,18 102:24

**surprised** 9:19

**suspect** 62:25 83:8

**suspended** 49:11,13 67:4 100:4 106:6

**suspension** 33:5,25 49:10,23,25 50:1 52:20 59:1,4 67:10,18 70:23 96:19 106:14,15

**switch** 28:18

**switched** 63:21

**switching** 55:23

**sworn** 4:23

**Sydria** 5:25 54:24

**Sydria's** 48:20

**system** 11:4,6,7,9,11,14 12:10, 23 32:13,21 36:16 57:21,23 60:24 62:7,8 75:7,8 76:1,10 82:14 83:1, 9,11,13 86:8,9,11 88:2,7,8,9,20, 21 89:19 90:6,22 91:10,18 92:6, 10,14 94:25 95:4,6

**systems** 28:18 29:12

---

**T**

**table** 76:17 85:21 86:25

**tables** 83:8

**take** 6:22 14:12 15:20 20:15 25:15,18 27:4 34:13 36:6 42:3 43:7 81:4,13 92:20 94:23 98:6 103:3 107:11 109:7

**taken** 42:7 81:17,19 107:22 110:20

**taking** 19:7 20:10 35:24 89:1 98:6,11,12 99:16,18 100:1 101:18 103:1

**talk** 13:10,21 42:12 73:3 92:25 107:23 108:2,3 110:17

**talked** 14:19 19:15 31:12,16 52:7,21 67:5 74:2 93:1,23 96:21

**talking** 13:24 16:21 25:23 28:20 31:24 59:18 60:11 87:3

**tallies** 9:22 13:8

**tally** 9:23 76:25

**Tangela** 79:5,6,11,17,23 80:14

**Tangela's** 80:17

**tardies** 91:7 95:3 96:4

**tardiness** 102:15

**tardinesses** 100:22 102:3

**tardy** 92:11 93:17

**target** 14:23

**tasks** 81:4

**team** 33:2 34:16,24 36:2,9 37:12, 14,19 39:4,6 89:3 97:7 102:4,5, 16,22 103:6,11 104:2,4,12,23 105:8,15,18 106:2,8,12,17,21 107:1,9,23 108:4,10,13,25 109:2

**team's** 104:18,22

**Teams** 38:10,15 103:21

**tell** 11:16 23:12,13 27:1,3 28:9,15 62:18 83:2 87:20 102:19 108:4 110:5

**telling** 25:8 47:11 51:6,17 87:18 95:19 104:8

**temp** 109:9

**tenure** 8:21 20:17 103:20 105:22

**terminate** 29:7,20 30:3 108:22 111:8

**terminated** 10:11 28:14 29:10 30:5 34:9 36:25 37:2 93:13

**termination** 28:4,5,7 29:5,11 30:16,20 33:5,19 37:8 40:21 42:17 72:8,9,23 73:5,12,24 75:10, 12,19 77:9,14 78:20 79:4,5,9,19, 21 80:17 83:23 110:23 111:4,6

**testified** 4:23

**testifying** 87:18

**testimony** 15:11,12 39:18 54:4 78:14,24 87:22,23

**text** 68:1,19 86:18

Index: texts..there

**texts** 38:9

**than** 8:4 11:18,20,24 34:16 35:15
36:25 37:1 40:3,4,25 58:5 84:18
89:23 90:15,18,23 92:3 93:3,7,13
97:15,25 100:14,25 102:14 103:2

**Thanks** 8:25 47:8

**that** 5:8,15,20 6:11,25 7:14,15
8:7,12,16 9:7,11,15,16,17 10:10,
11,20 11:4,13,24 12:12,21,23
13:14 14:5,7,11,19,24 15:1,5,12,
13,18,19,20 16:2,5,6,8,12,21,24
17:2,6,7 18:8,9,17,19,23 19:2,7,8,
9,13,20 20:16,17,21,25 21:19,23
22:13,18,22,23,24,25 23:3,6,15,
17,20,23 24:7,15 25:2,5,8,11,18,
24 26:4,5,7,10,11,12,19,21,23
27:2,5,6,11,13,17,21,24 28:10,14,
17,25 29:10,11 30:21 31:3,8,9,16,
20 32:1,7,15 33:6,9,11 34:13,15,
21 35:9,23 36:2,6,8,10,11,21
37:5,15 38:22 39:2,8,15,23,24
40:3,4,5,22,24 41:2,5 42:2,23,24
43:7,8,22 44:1,5,25 45:9,25 46:7,
8,14 47:5,6,13,20,21 48:10,15,20
49:11,12 50:10,13,15,25 51:3,6,9,
14,17,21,23 52:3,7,9,11,15,21,25
53:3,4,6,8,13,17,23,25 54:5,15,20
55:4,9,21,25 56:2,6,15,20 57:3,
17,24,25 58:2,15 59:12 60:2,8,25
61:9,14,17,21 62:10,23 63:6,10
64:19,21 65:13,17,23 66:8,10
67:2,3,4,12,18 68:7,11,13,15
69:3,4,8,20,25 70:7,13,20 71:9,
14,24 72:3,15,24 73:5,6 74:2,12,
13,24,25 75:3,7,20 76:17,20,21
77:17,19,21,22 78:2,5,11,14 79:9,
21 80:9,22 81:1,2,9,15 82:3,21
83:7,23 84:5,7,15,17 85:4,11
86:18,21,23 87:12,23 88:1,10,16,
19 89:1,10,11,14,23 90:2,4,7,8
91:3,6,8,9,12,14,16,23,24 92:3,
13,14,15,16,17,20 93:4 94:3,19,
22 95:7,18,25 96:1,5,6,19,23,24
97:3,10,11,12,13,16,20,21,23
98:1,7,9,14,21,23,24 99:3,4,21
100:19,23,25 101:1,3,14,17,21
102:19,22 103:5,8,13,25 104:12,
14,16 105:2,3,6,12,16,25 106:3,4,
8,14,21 107:1,2,4,10,16,17,20,21
108:2,4,12,14,15,19,20,21,23
109:7,8,11,22 110:8,17 112:4,16

**that's** 5:22 7:2 9:4,10 10:15 11:3
12:13,22,23 15:14 18:5,18 21:6
24:24 29:9 32:20 33:13 35:13,16

38:18 39:11,12 45:24,25 47:7
48:18,21 50:8 52:2 54:8 55:20
59:2,25 60:13 66:14 67:6 69:3
74:6 75:12 78:1,24 80:13,16,19,
21 82:25 83:20 84:18,21 85:4,13
87:2,14 88:24 91:12,17,21 92:19
96:17,18,20 97:13 100:12,14,18
104:19 106:15 109:25 111:1
112:15

**the** 4:1,4,6,8,11,13,15,18,22 5:13,
17,21,24 6:6,22 7:1,3,5,6,7,8,9,
11,12,18,20,21,22 8:1,5,12,16,21,
23,25 9:1,2,6,17,22,23,25 10:2,5,
7,12,14,17,19,23,24 11:1,7,9,10,
12,14,17,23 12:3,4,5,9,12,17,22
13:3,15,16,20,22,25 14:5,8,12,22
15:4,6,8,9,12,15,24,25 16:23
17:15,16,18,19,24 18:2,8,19,22
19:4,9,14,15,16,24 20:4,10,17,19,
21 21:3,10,17,18 22:7,15 23:11,
14,15,23 24:1,4,8,15,16,20,22,23,
24 25:3,6,10,11,20,25 26:3,6,7,
12,13,19,23 27:3,8,12,17,19,24,
25 28:2,3,4,5,6,13,18 29:4,5,6,8,
13,16,17,18,20 30:2,15,16,17,18,
19,21,23 31:1,8,14,15 32:3,5,9,
10,21,24,25 33:7,8,13,14,18 35:4,
7,14,17,20 36:1,6,7,9,11,12,13
37:5,7,13,14,19 38:18,21 39:5,9,
15,21,23,24 40:1,4,5,6,9,14 41:4
42:13,19,21,22 43:4,5,10,20,21
44:10,11,14,20,22,23 45:1,3,7,8,
9,11,13,18 46:2,3,4,7,11,14 47:3,
4,13,15,18,21,24,25 48:1,2,9,13,
14,24 49:4,6,8,14,17,19,22,24
50:6,7,14,15,19,20 51:3,11,18,25
52:5,6,7,11,12,16,17,23,25 53:4,
7,12,14,17,18,19,20 54:1,7 55:10,
12,19,25 56:4,7,15,17,20,23
57:12,15,21,23 58:15,17,24
59:19,24 60:2,3,10,12,17,20,23,
25 61:1,2,5,7,11,16,17,18,21,23
62:7,8,11,20,24 63:4,6,10,12,21,
22,25 64:1,3,4,8,20,23,24 65:1,3,
4,12,17,19,22 66:4,11,12,14,15,
18,20,25 67:1,3,6,8,14,15,17
68:1,2,3,5,6,7,12,15,17,19 69:6,8,
12,19,22,24 70:4,5,9,12,15,19
71:3,14,19,22,25 72:1,15,18,21,
23,25 73:1,10,12,17,23,25 74:13,
16,22,25 75:7,8,9,11,12,17,22,25
76:1,2,4,9,12,13,18,25 77:8,9,13,
17,18,19,20,25 78:5,7,10,14,19
79:5,9,21,24 80:9,21,22,24,25
81:5,24 82:9,18 83:3,7,8,12,15,
16,19 84:3,9,10,11,12,14,19,23

85:6,9,12,16,20,21,24 86:1,2,3,8,
9,10,11,14,16,18,19,20 87:1,2,4,
5,7,8,9,11,12,13,15,23,25 88:1,6,
7,8,9,16,20,25 89:1,2,3,7,9,12,17,
19,25 90:1,4,5,6,8,9,12,19,22
91:1,9,10,13,18 92:6,10,13,22
93:2,4,10,15,18,24 94:7,15,18,19,
25 95:4,5,6,8,23,25 96:11,22
97:7,8,23 98:2,12,19,22 99:11,16,
18,19,22,23 100:1,2,5,7,12,18,21,
24,25 101:9,19,21,24 102:5,6,13,
18,21,23 103:1,5,6,15,22,23,24
104:3,4,7,10,12,17,21,23 105:1,4,
5,7,8,9,11,13,14,15,19,24,25
106:1,2,3,8,9,11,14,15,16,21,25
107:1,5,7,8,9,10,11,13,20 108:3,
5,13,25 109:1,2,8,19,21,24 110:2,
16 111:3,15,23,25 112:15,19,23

**their** 7:3,22 10:21,22 11:11,18,20
35:19 44:3 64:21 65:14,19,20,24,
25 68:14 76:15,23 93:10 94:4,5,
17 95:13 102:14

**them** 6:14 20:7 28:13,14,15 35:5
36:20 45:8 56:8,9 62:13 77:6
85:22 100:23 106:15 107:15,25
109:10

**theme** 64:7

**themselves** 4:14 44:21

**then** 5:22 6:9,12 7:18 15:7 18:16,
25 20:2 23:2 28:3,25 29:8,10,22
31:11,23 37:4 41:4 45:1,5,18
46:10,21 47:2,21 50:5,7,17 52:24
53:18 54:17 55:23 56:2,17 57:6
58:17 61:13,16 65:19,22 66:5,7
67:14 69:7 70:22 74:6,21 75:9,16
76:15 77:5 80:2,5,17 81:25 83:19
85:3,8 86:2,4,9,10 87:3,7,8,9,14,
19,22 88:19 89:22,25 90:18 92:19
94:20 97:25 98:5,7 99:13 105:6
108:21 112:2

**then-current** 46:3,4

**then-operations** 48:24

**theory** 25:18

**there** 5:24 6:10 7:9 8:16 9:12
12:14,16,21 13:17 15:18 16:24
17:17 21:5,12 22:15 28:17 32:6,
18 36:23 38:13 39:6 44:2 45:10
46:1 47:13,22 50:12,25 51:3 53:8,
9 54:19 55:16 56:15 59:23 60:1,9
63:9,21 67:6,22 68:3 70:4 71:9
74:9,17 81:3 84:17 86:18 87:4

89:16,17 95:22 96:22 97:4
100:21,23 101:23 102:24,25
103:25 104:5,7,16 105:8,16
106:3,8,14 110:5

**there's** 6:6 7:7 8:4 12:9 27:24
29:25 31:21 32:7 45:10,14,15
46:9,10 52:8,16,20 64:13 65:3,12
69:8 74:5,6 84:4 86:2,5 91:16
94:11 95:9,19 96:10 98:17 102:1
107:5 111:2,14

**these** 16:4 32:12 36:2 38:15
42:12 43:1 45:2 61:25 68:16
73:13 75:5,6,23 82:1,8,12 84:18
85:19 87:12 96:4 98:22 103:21
104:25

**they** 7:1,2,4,5,16,17,18,20,22 9:2
10:20 11:12,15,16,17,20,23 12:6,
8 15:8 20:15 30:1 32:2,22 34:3,8,
9 36:2,21 44:1,2 45:4,9 50:17
59:20 62:16,21,23 64:4 65:1
77:15 83:13,14 86:12 89:15 90:5
93:1 94:2,4,5,6 95:2 97:15 98:16
99:24 102:5 103:19 104:24
105:18 107:4,9,10,12,13

**they'd** 103:14

**they're** 11:15,17 28:15 29:10,11
32:1,3,10 33:12 35:5 36:19 53:15
62:15,17 64:3,21 65:2 73:5 84:23

**they've** 28:14

**thing** 7:14 44:6 73:19 76:9,12
81:2 88:6 106:16 108:24 109:1

**things** 35:17 36:18 82:1 83:10
96:5 98:18 109:8

**think** 9:22,23 15:5,10,11 21:3,17
26:2 31:3 35:13 39:2 42:2,24 44:8
46:9 48:1 49:18,23 50:8,12 52:1
53:22 54:6 60:2,10 61:1,5 62:2,7,
8,11,13,16,17,21 66:10 72:21
73:22 80:11,22,25 82:3,25 84:22
87:21,22 92:18 93:9 94:15,25
95:9,11 97:25 99:3,12,16,18
100:9,17,18 101:4,14 102:15
103:6,19,25 104:19 105:12
108:10,13,14,15,16,23 110:7,10
111:2 112:15

**thinking** 39:9 108:19

**thinks** 97:22

**third** 40:14 75:17 103:24

**this** 4:6,11 7:17 8:23 15:12 16:20,

21,25 17:4,9,15,23,25 18:7,12,19
19:4,6,8,14,17,19 20:18,19 22:4,
7,10 23:8,13 24:9,11,12 25:4,8,
15,16,17,22,23 28:12 29:21 30:1
31:4,12,14,16 32:24 36:16 38:4
39:4,6 40:1,6,14,22 41:7,12
43:10,13,15,21,25 45:1,6,14,24
46:17 47:25 48:1,8,12,17,23,24
49:2,3,14,16,20,22,25 50:3,4,9,18
51:4,6,12,20 52:4,18 53:15 54:14,
22 55:3,7,8,14,20 56:14,22 57:4,
11,12,14,15,16 58:13,21 59:6
63:4,17,18 64:5,9 65:7 66:2 68:19
69:7,17 70:2,16 72:11,21 73:1,16,
17 75:2 78:1,4 79:5,8 81:22
82:14,15,17 83:3,6,8,14 86:17
87:19,22 88:6 90:14 94:11,12
98:25 99:1 101:14 104:3,4 105:3,
4,8,10,24 106:7 109:22 110:6
111:15,19,21 112:5,9

**Thomas** 79:6

**thorough** 96:3

**those** 6:10 7:4 19:23 29:5 45:20
49:10 50:16,24 51:1 71:1 77:13
78:8 91:11,19 96:1 99:23 100:7
102:12 103:17 104:21

**though** 45:10 59:20 78:4

**thought** 19:20 26:14,15 34:24
79:24 83:7 84:22 100:19

**three** 40:15 42:15 52:24 65:7
78:10 103:1

**three-day** 33:5,25 59:1

**threshold** 75:13

**thresholds** 33:7

**through** 14:5 17:4 19:10 20:2,6
27:24 38:2 43:1 46:11 81:4 96:8
98:8 101:25

**throughout** 103:19 105:22

**ticking** 57:14

**time** 4:4 7:1 11:11,13 14:7 15:4,7
19:8 20:3,10,15,18 21:11,18
25:19 30:25 32:2,16 36:6 37:14,
18 43:21 45:24 46:8 47:21 50:14,
18 67:3,4 68:8,11,18 73:8 74:13
76:4 81:6,8,11 86:17 89:8 90:4
92:5,13 94:5 95:3 96:14 98:6,7,
12,16,17 100:15,24 101:14,19,21
102:1,6,14 103:5 108:19

**time-off** 14:15,25 15:13,15,21
16:1,4,20,23,24 18:15 19:14,15
51:24

**timekeeping** 11:7 32:13 57:21
75:7,8 76:9 88:2

**times** 10:4 37:20,23 64:23 81:3
103:1

**timing** 101:15

**title** 6:16

**to** 5:15,17,21,23 6:12,13,18 7:5,6,
13 8:10,11,23 9:1 10:4,6 11:17,24
12:3,7,18 13:25 14:12 15:4,9,20,
22,25 16:7,9,14,16 17:11,16 18:7,
9 19:8,11,19,25 20:7,10,14 21:1
22:4,17,21 23:8,14,17 24:16 25:3,
20,21 26:4,12,14,19,21 27:4,10,
14,21,22,23 28:1,3,9,11,17,19
29:2,3,4,7,20,23 30:3,9,15,16,19,
21,24,25 31:4,19 32:2,4,18 33:18
34:8,11,12,15,16,21,23 35:4,7,13,
23 36:2,4,5,9,12,13,20,22,23
37:7,11,16,17,18 38:2,9,18,25
39:5,17,24 40:2,6,14,18,24,25
41:8,10,16,17,18,19,21 42:12,16
43:6,7,19,23 44:2,7,9,19,20 45:8
47:8,16,24,25 48:2 50:6,7,19
51:1,4,12,18 52:4,5,14,15,17,23
53:6,13 54:3,7,18 55:5,12,16,23
56:18,19,25 58:17,24 59:23 60:3,
10 61:7,20,21 62:3,13,22 63:12,
22 64:8,20,23 65:6,20,22 66:2,10,
14,18 67:5,14,16,25 68:1,5,6,9,
13,14,17,21,24 69:3,4,12,14
71:11,22 72:5,19,22,25 73:1,6,13,
21,23 74:13,14,25 75:9,15,17,22,
23 76:7,8,12,25 77:5,6,8,13 78:2,
9,22 79:5,17 81:2,3,8,21,22,23
82:9,14,17 83:2,9,10,19 84:7,10
85:1,6,18,20 86:3,14,15,23,24
87:5,7,9,18,19,25 88:4,6,24,25
89:6 90:13,14 91:6,22 92:1,20,21,
23 93:18,20 94:3,4,7,10,12,16,22
95:5,16,18,25 96:12,15,23,24
97:1,6,9,10,12,14,16,17,21 98:6,
10 99:1,8,11,25 100:1,12,15,23
101:20,23,25 102:1,8,12,13,18,23
103:3,4,8,11,21,23 104:3,16,20
105:3,7,14 106:1 107:16,21,23
108:13,19 109:1,10,19,20,22,23,
24 110:5,9,18,19,24 111:2,8,11,
14,23 112:1,19

**today** 4:20 9:6 11:17 17:16,24
31:12 38:24 39:1 62:22 84:16

92:15 95:20 97:15

**Today's** 4:4

**together** 86:12

**told** 10:14 14:13 18:5 23:13 26:23 98:19 107:13,25

**ton** 95:19

**tons** 82:18

**too** 46:16 62:18 91:21 99:3

**took** 8:1 10:10 34:10 35:17 81:5 89:7,10 103:2 109:11

**top** 18:22 23:14 38:21 48:9 58:15 59:9 60:2 63:6 68:3 70:9 98:24 103:23

**total** 5:21 11:21 33:7 65:15 66:1 76:13 95:13

**totally** 11:22,23

**toward** 74:22 102:15

**track** 11:4 32:4 47:14

**tracked** 32:12

**tracks** 46:24

**traffic** 89:14

**trail** 100:3

**trained** 20:23

**training** 21:5

**trainings** 21:7

**transcript** 112:20

**transmitted** 39:11

**treating** 82:12 83:1

**trial** 9:1

**tried** 10:4

**trouble** 91:10 93:8

**true** 82:12

**truth** 12:15,16

**try** 26:4 97:14 109:10 110:11 111:8

**trying** 52:4 68:24 72:25 85:20 97:16 101:23

**turn** 14:15 31:19 34:11 40:14 55:11 82:9 97:6

**turned** 14:24

**turning** 66:18 68:1 73:23 75:17 82:17

**turnover** 8:18,19 34:17,18

**twice** 39:15

**two** 7:24 10:6 25:20 32:7 35:19 37:16,20,22 42:15 44:19 46:19,24 48:2 53:19 58:1 59:2,3 60:14,15 78:7,9 83:19 85:23 93:9 98:20 101:7 103:1

**type** 32:10 60:20 80:1

**typed** 45:1

**types** 5:14

**typical** 7:4,16

**typically** 5:15 6:12 15:3 59:22 109:8

**typo** 61:18

**typographical** 60:8

---

## U

**Uh-huh** 9:8 23:22 29:15 67:11 80:4 87:10 101:8,11 106:20,24

**ultimately** 10:4

**under** 46:2,3 47:15 52:20 53:5 74:1

**underlying** 83:8

**understand** 15:10 19:5 36:18 51:9,19,22

**understanding** 8:11 19:7,13 26:7,10 27:11 36:1 91:14 101:21 110:11

**unexcused** 75:15

**unexcused-absence** 75:24

**unique** 83:20 102:12

**unit** 82:23 99:24

**United** 4:8

**unless** 88:8,21

**unlike** 48:13 63:4

**unpaid** 59:1

**unrelated** 53:15

**unscheduled** 102:8

**until** 25:2,9,20,25 27:19 34:8 36:12 40:19 86:3 89:15

**up** 10:5 13:25 17:5 39:4 41:10,17, 19 42:16 43:21 44:13 45:1 55:18 58:15 60:20 65:19 68:7,11 69:19 70:9 71:11 77:6 81:6 83:13,14 85:9 89:8,18 91:1,13 92:4,20 95:25 100:1 102:23,25 104:3 105:3,7,14 106:1

**upcoming** 104:17,18

**update** 62:21 92:11

**updated** 92:6

**upon** 37:13

**upper** 43:5 44:22 49:9

**upward** 57:15

**us** 7:10 11:16 84:2 86:12 102:11 107:25 109:1,9,10

**used** 29:13 64:4 76:4

**using** 28:12 63:21

**usual** 20:14,16

**usually** 6:14 17:8

---

## V

**vaguely** 70:8,9

**validate** 91:22

**validated** 91:21

**value** 87:15

**variety** 5:14 102:11

**various** 73:13

**verbal** 33:3,17,20 44:23,25 45:2, 3,5,8,9,11,16 46:20,21 47:1,4,9 50:6,10,12,16,20,21,25 52:7,24 53:4,7,8 54:2,7 55:24 56:4 57:16 59:9,12,19,20,24 66:4,10,11 67:7, 16 106:13

**verify** 20:7

**very** 82:17 89:13 109:19

**victim** 42:21

**view** 80:25

**vigorously** 99:5

**violate** 58:24 65:1

**violated** 10:17 64:24 107:11

**violating** 32:5 107:5

**violation** 10:12 30:23 44:11 57:6 61:6,11 64:11 65:14 70:25 71:11, 12

**violations** 40:11 46:18 71:4 104:25

**vis-a-vis** 107:13

**vividly** 43:22

**voice** 29:13

**voiced** 102:20 104:7

## W

**wait** 89:6

**waiting** 40:25 102:23 103:14,15

**walk** 43:1

**want** 15:8 76:7 81:21 83:2 84:7 86:14,15 97:21,24 102:1,18 108:19 110:5

**wanted** 14:7 92:21 95:16 111:23

**wants** 73:6

**warning** 33:3,4,17,25 35:8 44:23, 25 45:2,4,5,8,9,11,12,16 46:12, 20,21 47:2,3,4,10 50:3,4,6,10,20, 21 52:8,11,16,25 53:3,4,5,7,8,9, 12,25 54:2 55:20,24 56:2,4,5 57:3,11,13,16 59:3,10,12,24 60:5, 7,11,12 64:16,18 65:2,5,11,18,23 66:5,6,10,11,14,15 67:6,7,8,10, 16,17,18 68:4,6,7,20,22 69:6 70:9,10,15,22,23,25 71:7,19 77:11,12,18,20 78:15 80:2,3,10, 11,18,24 96:17,19,21 106:13 109:13

**warnings** 33:20,23 46:1 50:12, 16,25 52:7,24 57:16 59:19,20 60:15 78:7,10 80:15 85:8,9 100:4

**warranted** 57:13

**was** 4:23 6:9 9:12,17,25 10:2,5, 14,19 12:14,15 14:9,11,22 15:17, 18 16:6,24 17:13,19,20 19:7,11, 13,20,25 20:6,9,16,17,25 21:5,10, 25 22:23 23:11,20,21,23 24:1,4 25:6,21 26:6,7,10,13,19,20 27:11,

17,18,21 29:22 30:2,3,15,16 31:1, 5,16 35:14,18,20,23 36:7,10,11 37:11,18,20,21,22 38:1,5,25 39:14,15,21 40:4,5,8,9,11,12,24 41:16 42:7,8 43:18,22 44:1 47:20, 25 48:1,4,24 49:3,11,12,13,16 50:1,2 51:12 53:8,9 54:10 55:4,10 56:11 57:19 58:11 59:6 60:9 63:2, 24 64:7 65:17 67:3,4 68:7,11 69:15 71:11,15 72:4,6,21 74:14, 25 78:12,18 79:1,21,22 80:9 81:17 85:16 88:10,13,19,24 89:3, 13 90:18 91:3,22,23 92:14,16 93:10,13,17 94:11 96:3,6,7,24 97:6,8,10 98:6,11,12,24,25 99:7, 9,10,12,15,16,18,19 100:11,21,22 101:1,9,14,20,21 102:6,21,24,25 103:3,4,9 104:12,22,24 106:18,21 107:19,23,25 108:4,10,14,21 109:18,22,23,25 110:2,9,20

**wasn't** 20:13 24:7 25:2,9,25 26:23 36:8 37:16 39:24 49:23,24 71:9 79:16 81:9,10 97:23 98:23 100:1 102:12 104:21 106:7,14 109:20

**way** 17:4,7,9 26:3,19 76:20,21 102:5

**ways** 102:11

**we** 5:14,19,22 7:12,13 8:10,18 10:22 11:6 13:21 14:19 15:2,11 16:16,21 17:9 19:15 24:19,22 27:24 28:25 31:12,16,19 32:15, 18,21 35:22 36:3 38:7,9 40:15 42:17 43:2,18,19 44:19 49:9 50:24 52:6,11,21 55:2,3,24 59:18 61:11,12,17 62:13 63:12 67:5 73:11 81:11 82:10,19 83:15,17 84:9 85:15 86:3,24 88:12 89:6 90:6 91:10 92:11,15 93:1 94:11, 16 96:16,21 97:23 98:25 99:24,25 101:17 102:7,8,22 103:14 108:1, 3,21 109:6,8 110:16,18,19 112:22

**we'd** 92:12

**we'll** 17:2 43:2 94:15 110:18 112:18

**we're** 9:6,24 13:20 25:23 47:14 57:2 72:5,9 85:19 87:2 103:15

**we've** 19:14 27:22 42:1 49:10 54:17 56:13 58:13,17,18 59:9 63:13 69:17 74:2 75:10 77:10 79:25 80:1,2 81:19 83:19 85:2,3, 18,19,22,24 86:1,7,10,24 87:1,3,

8,13 96:19 110:7

**wear** 55:5

**Wednesday** 22:16

**week** 76:15,16,23 96:9

**week's** 91:25

**week-by-week** 77:5

**weekend** 43:18

**Welcome** 42:11 81:19

**well** 7:3 9:6 10:4,20 11:10 12:5 15:3,6 19:6 22:23 23:13 25:25 27:24 28:8 29:4,20 33:18 34:6 37:11 38:17 42:1 43:1,18 44:19 48:24 51:11 58:24 61:10 62:21 64:20 65:7,12,24 68:16 72:21 75:12 76:9 77:2 78:8 79:21 84:9, 20 88:6 89:9,24 91:5 92:5 94:2,10 98:11 99:4 100:9 102:5 103:15 106:11 107:7 108:1,24 109:8 112:4,22

**went** 8:25 14:5 26:12 76:2 88:7, 18 91:21 96:8 100:19 110:6

**were** 8:15 9:9 13:15 16:21 20:21 21:7,12 22:12 34:25 36:2 39:8 40:8 44:1,3 49:14 50:12,17 51:25 59:18 60:11 62:21,22 64:4,11 74:16 77:13 79:24 82:8 84:17 88:21 89:14 91:6,10 93:1,8 94:2,6 95:22 96:2 97:4 98:1 99:23,24 100:7 102:3,23 103:14,19 104:8, 12,21,25 106:8 107:9,10,12,13 110:8

**weren't** 89:15

**Westrock** 4:7,17 5:7 8:2,4,5,11 13:18 18:2 19:25 22:7 31:14 35:16 42:20 43:4 48:14 51:20,21 57:7 74:1 85:11 86:20 97:18,19

**Westrock's** 31:7

**what** 7:11 8:21 9:15 10:9,10 12:19,22 13:4,24 16:3,4 18:14 19:4,18 20:20 21:21 23:11,12,13 27:12 28:18 29:2,17 30:18,21 31:24 34:15,18,22 35:3,5,6 36:17 37:7 38:7 39:8 40:24 41:22 43:17 44:12 45:23 46:5 47:15,18 48:21 49:3 50:2,8 51:9 52:15 53:3,15 55:2,12,20 56:17 57:4 58:23 60:19,20 63:13,14 64:18 65:22 67:2 68:24 69:3,4,23 72:17 73:11, 20 75:1,5 76:3,8 77:25 79:13,17

80:9 81:21 83:7,24 84:18 87:18,
20 88:24 91:18 93:10 96:10,14
97:10,22 98:8 99:14 101:22 102:7
103:8 104:18,24 105:4,9 107:12,
13,14 108:6,23 111:23

**what's** 5:12 6:16 43:2 45:11 48:6
64:5

**whatever** 13:3 17:5

**when** 6:18 8:1 12:7,14 14:7 15:3
19:4,6,25 20:25 23:8 27:14,16,21,
22,25 28:5,9,15 29:2 30:12 33:18
34:3,20 35:17 36:10 37:5 41:11
44:1 46:5 49:17 53:24 55:9 58:3
61:2 62:15 63:19 66:25 69:7,11
73:1,17 76:7 77:2 88:20,25 90:5,
18 92:1,2,10 95:8 96:1,14 101:23
102:7,24 103:2,3 105:2,21,23
107:17 109:17,21

**where** 5:6 7:2 10:19 15:2 18:2
24:11 32:20 36:11 43:19 45:25
52:4 61:20 68:16 81:3 83:16
86:16 90:8,13 98:24,25 99:8
102:21

**whereby** 98:17

**whether** 15:6 20:7 29:9 36:20
41:11,16 78:12 94:3,12 110:12,18
111:2

**which** 21:3 25:17 36:13 43:7
47:8,14 52:17 57:13,19 67:9
80:21 85:24 86:1,4,14 87:11
88:16 102:12

**while** 13:21 21:11 39:5 40:11
85:18 100:8 104:4 105:7,14 106:2

**white** 34:19

**who** 4:19 5:24 6:1 7:8 13:16 15:4
26:21 29:16,17,18 33:2 49:14,24
79:19 90:15,18 94:11 98:19
104:14,22 108:25 109:25 110:2
112:2

**who's** 7:9 36:25 37:2

**whom** 38:11

**why** 10:16 20:12,13 26:9 34:5
57:10 59:2 66:23 71:9 73:11
91:21 96:10 98:11 102:12 109:16

**wild** 101:22

**will** 4:14 17:5 23:5 38:3 39:4 47:3,
5 77:2 81:24 84:5 89:19 94:25
95:4,6 104:3 105:3,6,13 106:1

107:22 112:22

**wish** 108:1

**with** 4:15 8:2 9:22,23 10:6 13:11
14:5 15:20 17:10 18:6 19:8,25
20:7 21:14,15 23:18 29:6,24 33:5
34:13 39:24 45:16 47:24 50:16,
19,21,22 51:1 54:2 55:12 59:19,
21 64:7 68:17 75:7,8 77:21 79:25
81:6 83:20 84:2,15 85:13,23
89:24 91:10 92:20 93:13 95:3,9
97:3,4,9,16,18 98:22 99:1 100:11
101:3,7 102:2,20 104:15 106:11,
15,16 107:8,14,20,21,25 108:7
109:18 110:17 111:8,16,19

**withdrawn** 15:3

**within** 34:7 66:4 70:20 92:16
94:19

**without** 50:9 65:13 70:6 85:21
95:18 106:6

**witness** 4:22 112:4

**witnesses** 74:5

**won't** 107:25

**word** 101:18

**words** 39:20

**work** 5:6 6:5,6,18 7:6,15,18 11:8,
9 16:18 21:8 22:21 24:16 26:2
30:25 32:2 33:2 34:8 36:18 37:14,
18,24 44:2,19 45:2 75:15 76:7
89:12 94:13 100:1,15

**worked** 35:16

**worker's** 94:21

**workers** 8:22

**working** 8:16 13:17 20:6 28:25
29:1 32:11 37:5 89:24 101:3,7

**works** 5:24 9:3 11:2 13:16 28:24
107:17

**worried** 40:2,4,8,9

**worrying** 85:21

**worse** 93:2 103:17

**would** 18:6 19:19,24 20:2,4
21:21 23:17 26:2 34:18 35:22
38:15 44:13,15 45:4,25 46:14,15,
17 50:2,3,4,21 51:4 52:11 55:10,
11 57:21,25 58:3 60:14,25 61:9
62:10,25 65:22,23,25 66:22 67:22
68:8 71:24 76:4 77:15,22 78:3,5,8

80:12 81:15 83:21 88:1,7,10,17,
19,21 89:6,8 90:3,4,5,8 91:7,19
92:3,10,15 93:4 94:12 96:25 97:3
100:16 102:5 103:8,11 105:18
107:4,10 108:21,23,24 109:1
111:23,25 112:2,19

**wouldn't** 13:14 16:16 34:21,23
50:13 60:1

**wrap-up** 73:10

**write** 90:22

**write-ups** 41:24

**writing** 71:11

**written** 10:24,25 11:1 31:16 33:4,
23 35:4,8 44:6 45:10,12 46:21
47:3,4 50:3,4,22 52:8,11,16,25
53:3,5,9,12,24 55:19,20 56:2,4
57:3,11,13,16 59:3 60:5,7,11,12,
15 65:24 66:6,14,15 67:8,9,16,17
70:23,25 77:11,12,17,19 78:7,10
80:1,10,11,15,24 91:2 96:17,18
106:13

**wrong** 49:18 77:17

**wrote** 57:24

## Y

**yeah** 12:23 15:1 43:24 50:14 54:5
62:16 74:25 83:3 88:4 92:9 95:11
97:21 98:15 110:8

**year** 7:25 9:25 14:9 66:4 70:20
73:20

**year's** 100:16

**years** 7:24 8:24 101:7

**yes** 5:9,11 6:4,15 8:14 10:15
12:2,25 13:19 14:2,6,14,18 16:13,
19 18:18,21,24 19:13,22 20:22,24
21:9,13 22:6,9,14,19,23 23:7,20,
25 24:3,6,9,18,21 25:4,13,22,24
26:8,15,17,25 30:7 31:15 32:14,
17,23 33:22,24 34:2 35:2 38:17,
20 39:13,19 41:3,19 44:7 45:17,
22 46:2,13,23,25 47:12 48:11,16,
18,22 50:14,23 51:7 52:10,19
54:21,23 55:1,15,22 56:1,3,21
57:5,18,25 58:16,20,22 59:5,7,11,
14,22,25 60:22,25 61:4 62:6,13
63:16,18 64:15 65:10,21 66:17
67:3,13 69:5 70:1,8,11,14,18,21
71:2,5,24 72:3,16 73:7,9,14 74:4,

8,24 75:21 76:6 77:15,24 79:10
80:8 82:22,24 83:18,22,25 84:3,7
86:22 87:25 89:21 91:19 93:16
101:6,21 103:6,14 104:9,11
105:17,20 106:22 108:12 110:4
112:21

**yesterday** 8:13 9:9 14:19 22:10
31:9,19 39:1 107:18

**yet** 8:8 16:23 34:10 39:1

**yield** 92:3

**Yohanna** 6:1

**you** 4:15 5:4,6,17 6:14,18 7:11,
17,23,25 8:2,15,21,25 9:3,7,9,11,
13,16,22,25 10:3,8,10,14,16 11:4
12:1,3,7,18,19,22 13:6,11,13,15,
17,24,25 14:3,7,10,13,19,21,24
15:5,15,20,22,24,25 16:3,4,12,23,
24 17:3,4,6,24 18:2,5,6,9,12,19,
22,25 19:2,4,5,11,20 20:4,19,21,
23 21:7,11,14,16,19,21 22:2,3,4,
5,7,8,10,12,17,22 23:3,5,8,10,12,
18,21,23 24:1,4,7,10,11,15,19,22
25:2,5,7,8,16,17,24 26:2,4,5,11,
14,21,23 27:1,3,8,10,12,14,16,19
28:5,9,11,15,20,25 29:1,3,13,18
30:6,10,13,21 31:4,7 33:9 34:13,
15,20,21,24 35:5,6,22 36:15,16,
20,22 37:5,7,9 38:7,13,15,18,24
39:8,14,16,18,23 40:2,8,22 41:7,
10,13,18,22 42:23,24 43:5,6,8,13,
15 44:5,10,12,13,25 45:5,23,25
46:5,6,14,19,20,24 47:2,21 48:1,
6,9,14,17,19,20,23 49:6,14,17,18,
23 50:2,8,12,13,15,20 51:3,9,11,
17,24 52:1,9,11,14 53:17,22,23
54:4,6,15,17,18,20,22,24 55:7,25
56:2,4,8,15,20,22 57:10,16,19,23
58:7,15,17,21 59:12,19 60:6,10,
11,14,17,20,23 61:1,2,5,14,17,19,
20 62:2,4,7,8,11,17,18 63:5,10,
17,19,21 65:5,6 66:8,10,21,25
67:1,2,6,19,22,23 68:8,9,24 69:4,
6,12,20,24 70:2,5,7,20,25 71:7,9,
14,25 72:11,13,23 73:6,8,13
74:16 75:22 76:2,7,8,18,25 77:1,
2,5,6,23 78:9,22 79:6,8,11,13,15,
25 80:12,19,22 81:5,24 82:1,9,10,
14,20 83:2,9,21,24 84:2,7,12,22,
23 85:10,11,13,21 86:18,21 87:4,
6,11,20 88:1,4,20 89:22,25 90:2,
16,18,19,22 91:9,16,24 92:3,11,
22 93:23,25 94:18,20,23 96:8,13,
14,15,21,25 97:1,3,12,15,21,24,

25 98:1,3,5,6,8,10,16,17,25 99:1,
3,7,12,14,16,24 100:2,13,15,17,
23 101:4,14,20,22 102:12,15,17,
19 103:2,8,11,22,24 104:7,8,19,
20,23 105:2,4,12,23 107:4,7,12,
16,21,23 108:2,4,9,10,13,15,17,
19,23 109:5,11,13,25 110:2,5,8,
12,13,23 111:8,16,19,21,23
112:8,11,19

**you'd** 39:23 41:17 45:5 46:19
72:20 94:3,6 101:3,7

**you'll** 87:12 89:22 102:2

**you're** 6:20 8:11 12:5 21:10 25:8
46:11 47:10 51:5 61:20 82:3
87:17,18 89:16 95:11,18 96:1
101:23 108:19

**you've** 12:3 17:24 28:24 31:20
36:14 47:1 58:1 61:23 78:10 80:5
112:5

**your** 6:16 7:18 8:7,22 12:16 13:6
14:20 15:11 16:8,9,14 17:4 18:5,
10,17 20:14 21:8 23:14 27:8 31:9,
11 32:12,13 35:3 37:25 39:20
40:24 41:4,14 43:8 44:8 49:17
54:18 56:19 58:19 61:10 63:14
64:25 69:24 72:2 78:9,14,22 82:8,
13,25 83:9 87:23 91:11,17 92:20,
23 95:24 96:12 97:1,20,22,24
102:4,16 104:16,18 105:18,23
107:23 111:4,6 112:13

**yours** 48:13

**yourself** 40:16 56:8 77:6 90:20