

# Corrective Action Form

## Employee Information

| | |
|---|---|
| Employee Name: Shane King | Date: 3/15/2024 |
| Employee ID: 314731 | Job Title: Forklift Operator - Senior |
| Hire Date: 5/16/18 | Manager: Phil Giddens |

## Warning Level

- [ ] 1st Level Warning
- [ ] 2nd Level Warning
- [x] Final Warning
- [ ] Suspension
- [ ] Termination

## Corrective Action Reason

- [x] Attendance
- [ ] Conduct
- [ ] Performance
- [ ] Safety
- [ ] Other:

## Corrective Action History (within past rolling year)

Employee received verbal warning on 8/23/23 regarding attendance and a written warning on 11/09/23 after accumulating 8.5 points. Employee has, as of 3/14/24, reached 13 attendance points.

## Description of Infraction

Per the WestRock Attendance Policy dated 1/1/2023 and implemented 6/1/2023, employee has accumulated 13 attendance points at this time. Employee was late to work on the following dates:

7/10/23 - .5 point
7/18/23 - .5 point
7/26/23 - .5 point
8/23/23 - .5 point
10/3/23 - .5 point
10/9/23 - .5 point
10/31/23 - .5 point
11/2/23 - .5 point
11/9/23 - .5 point
1/9/24 - .5 point
1/24/24 - .5 point
2/13/24 - .5 point
2/17/24 - .5 point
3/5/24 - .5 point

Employee left work prior to end of shift

6/30/23 - .5 point
10/30/23 - .5 point

Employee was absent without scheduling prior on the following dates:
6/7/23/23 – 1 point
9/29/23 – 1 point
12/11/23 – 1 point
12/12/23 – 1 point
3/14/24 – 1 point



13 points total as of 3/14/24

Employee is receiving a final warning for attendance beyond 10 attendance points due to a delay in delivering the Final Warning prior to the 10th accrued point.

### Corrective Action Expected
Shane is expected to adhere to the WestRock attendance policy dated 1/1/23 reporting to work on time on all scheduled days and completing the entire scheduled shift. Failure to do so may result in additional disciplinary action up to and including termination.

### Employee Statement (optional)

Signing this form confirms your awareness of this corrective action warning. You and your manager have discussed the warning and plan for improvement. Signing the form does not indicate agreement with this warning.

### Signatures

| | | | |
|---|---|---|---|
| Employee: | [signature] | Date: | 3/15/24 |
| Manager: | [signature] | Date: | 3/15/24 |
| Human Resources or Witness: | | Date: | |



## EMPLOYEE COUNSELING

Employee Name: __Shane King__                                      Employee ID #: __314731__

Date: __12-12-23__    Location Name: __3143 – Indianapolis Recycle__    Date of Hire: __5-16-2018__

1. **Counseling Level:** (check with one "X" only)   2. **Dates of Previous Counselings:** (insert date)

| | | | |
|---|---|---|---|
| ☐ | Verbal Warning | __8/23/2023__ Verbal Warning |
| ☐ | Written Warning | __11/9/2023__ Written Warning |
| ☒ | 2nd written or Final Written Warning (circle one) | _____ Final Written Counseling |
| ☒ | Suspension | _____ Suspension |
| ☐ | Termination | |

3. **Violation or Performance Issue Resulting in Counseling:** (Date, time, observed by, etc.) (Reference the Employee Handbook, effect on customer/other employees, etc.)

> Per the WestRock Attendance Policy dated 1/1/2023 and implemented 6/1/2023, employee has accumulated 6.5 attendance points at this time. Employee called in sick on 6/7 and again on 9/29. Employee arrived late on 7/10/2023, 7/18/2023, 7/26/2023, 8,23,2023, 10/3/2023 and 10/9/2023 for a total of 3.5 points. Employee left prior to the end of their shift on 6/30/23 and again on 10/30/2023 for an additional 1 point or a total of 6.5 points as of 11/9/2023. Employee again called in sick on 12/11/2023 and 12/12/2023 for a current total of 8.5 points to date. As a result employee will be suspended, without pay, for a period of 3 working days with an expected return to work date of 12/18/2023.

4. **Action(s) Employee Must Take to Comply with Standards:** (What procedures employee is to follow or what performance changes need to be made.)

> Shane must review the company attendance policy (attached) and plan your days to ensure that you arrive at work on your scheduled days on time and do not leave prior to the end of your scheduled shift.

5. **Employee's Comments** (if more space is required, please you a separate piece of paper).

> 

6. **Action Taken:** I desire to continue my employment with WestRock and I reaffirm my commitment to meeting company attendance standards. I understand that failure to meet this commitment through immediate and sustained performance may lead to further disciplinary action up to and including termination.

7. If this discussion pertains to performance, progress will be reviewed on:    __1/13/2024__

WESTROCK 000039
CONFIDENTIAL

*(30 days from above date)*

_____  _12/13/23_    _____  _____
Employee signature          Date         Supervisor signature        Date

_____  _12/13/23_    _____  _____
Manager signature           Date         HR signature                Date

WESTROCK 000040
CONFIDENTIAL



# Corrective Action Form

## Employee Information
| | |
|---|---|
| Employee Name: Shane King | Date: 4/25/2024 |
| Employee ID: 314713 | Job Title: Forklift Operator - Senior |
| Hire Date: 05/16/2018 | Manager: Phil Giddens |

## Warning Level
☒ 1st Level Warning    ☐ 2nd Level Warning    ☐ Final Warning    ☐ Suspension
☐ Termination

## Corrective Action Reason
☐ Attendance    ☐ Conduct    ☐ Performance    ☒ Safety
☐ Other:

## Corrective Action History (within past rolling year)
12/12/23 Final Warning & Suspension for Attendance
11/13/2023 Written Warning for accumulation of 6.5 attendance points
6/1/23 Written Warning for safety violation – failure to wear and use radio while working in and around the plant.

## Description of Infraction
On 4/24/2024 at approximately 2:30 PM Chris Pflum, our Operations Manager and Paula Batey-VanDorsten, North Region Division Safety Manager, witnessed Mr. King operating his forklift without wearing his seatbelt and the seatbelt fastened behind him indicating deliberate action had been taken to bypass a PIT safety system. In addition, when Ms. Batey-VanDorsten indicated she wanted to speak to Mr. King as he was stopping his lift his phone fell down from between his legs on the floor of his lift.

## Corrective Action Expected
It is expected that Mr. King will, at all times while operating a PIT, wear his seat belt as required by WestRock safety policies. Additionally, Mr. King has been informed that he is not to have his phone out at any time while operating equipment or while on the production floor. If the use of a personal phone becomes necessary, he is to leave the production floor, make or receive the call and then return to his assigned task(s).

## Employee Statement (optional)

Signing this form confirms your awareness of this corrective action warning. You and your manager have discussed the warning and plan for improvement. Signing the form does not indicate agreement with this warning.

## Signatures
| | | | |
|---|---|---|---|
| Employee: *[signature]* | | Date: 4/30/24 | |
| Manager: *[signature]* | | Date: 4/30/24 | |
| Human Resources or Witness: | | Date: | |



# EMPLOYEE COUNSELING

Employee Name: __Shane King__                                         Employee ID #: __314731__

Date: __11/13/2023__   Location Name: __3143 Indy Recycle__           Date of Hire: __5/16/2018__

1. Counseling Level: (check with one "X" only)          2. Dates of Previous Counselings: (insert date)

   [ ] Verbal Warning                                    __8/23/2023__  Verbal Warning

   [X] Written Warning                                   _____  Written Warning

   [ ] 2nd written or Final Written                      _____  Final Written Counseling
       Warning (circle one)

   [ ] Suspension                                        _____  Suspension

   [ ] Termination

3. Violation or Performance Issue Resulting in Counseling: (Date, time, observed by, etc.) (Reference the Employee Handbook, effect on customer/other employees, etc.)

> Per the WestRock Attendance Policy dated 1/1/2023 and implemented 6/1/2023, employee has accumulated 6.5 attendance points at this time. Employee called in sick on 6/7 and again on 9/29. Employee arrived late on 7/10/2023, 7/18/2023, 7/26/2023, 8,23,2023, 10/3/2023 and 10/9/2023 for a total of 3.5 points. Employee left prior to the end of their shift on 6/30/23 and again on 10/30/2023 for an additional 1 point or a total of 6.5 points as of this date.

4. Action(s) Employee Must Take to Comply with Standards: (What procedures employee is to follow or what performance changes need to be made.)

> Please review the company attendance policy (attached) and plan your days to ensure that you arrive at work on time and do not leave prior to the end of your scheduled shift.

5. Employee's Comments (if more space is required, please you a separate piece of paper).

6. Action Taken: I desire to continue my employment with RockTenn and I reaffirm my commitment to meeting company standards. I understand that failure to meet this commitment through immediate and sustained performance may lead to further disciplinary action up to and including termination.

7. If this discussion pertains to performance, progress will be reviewed on:  __12/15/2023__
                                                                              (30 days from above date)

_/s/ Shane King_              __11/13/23__          _/s/ Supervisor_                __11/13/23__
Employee signature            Date                  Supervisor signature            Date

WESTROCK 000042
CONFIDENTIAL

_____   11/13/23      _____   _____
Manager signature           Date            HR signature              Date

WESTROCK 000043
CONFIDENTIAL



# EMPLOYEE COUNSELING

Employee Name: __Shane King__                                Employee ID #:    __314731__

Date: __6/1/23__    Location Name: __3143- Indy Recycle__    Date of Hire:    __5/16/2018__

1. Counseling Level:(check with one "X" only)       2. Dates of Previous Counselings:(insert date)

   ☐ Verbal Warning                         __2/7/23__      Verbal Warning

   [x] Written Warning                       __5/8/23__      Written Warning

   ☐ 2nd written or Final Written                            Final Written Counseling
       Warning (circle one)                 _____

   ☐ Suspension                             _____     Suspension

   ☐ Termination

3. Violation or Performance Issue Resulting in Counseling: (Date, time, observed by, etc.) (Reference the Employee Handbook, effect on customer/other employees, etc.)

> On 6/1/23, Shane was observed by the Operations Manager, Blake Riley, not wearing his radio. Shane has been coached out this issue several times and informed of expectations on the following dates 5/11/23 and 5/24/23 Unfortunately, Shane continues to refuse to wear his radio as requested and outlined in 2 Way Radio Program training administered on 6/5/2020 and multiple times during preshift meetings. Shane must understand this is a requirement for his job and not doing so violates the training program and safety policies.
> Shane must make immediate and sustained improvements in his behavior and following safety guidelines. Shane's failure to make immediate and sustained improvements will result in the next steps of the discipline policy process up to including termination.

4. Action(s) Employee Must Take to Comply with Standards: (What procedures employee is to follow or what performance changes need to be made.)

> Be able to hear and respond calls to him over the radio. If he wants to tranfer it to his equipment, that is OK. However, if you leave your equipment, it must be carried on your person. This is a safety issue above all else.

5. Employee's Comments (if more space is required, please you a separate piece of paper).

> 

6. Action Taken: I desire to continue my employment with RockTenn and I reaffirm my commitment to meeting company standards. I understand that failure to meet this commitment through immediate and sustained performance may lead to further disciplinary action up to and including termination.

7. If this discussion pertains to performance, progress will be reviewed on:    __7/1/23__

_Employee Refused to sign_  6/1/30   _[signature]_  (30 days from above date) 6-1-23
Employee signature          Date     Supervisor signature             Date

_[signature]_  6/1/30   _[signature]_  6-1-23
Manager signature  Date   HR signature  Date

WESTROCK 000045
CONFIDENTIAL



# EMPLOYEE COUNSELING

Employee Name: Shane King    Employee ID #: 314713

Date: 3/6/23    Location Name: Indianapolis Recycle    Date of Hire: 5/16/2018

1. Counseling Level:(check with one "X" only)    2. Dates of Previous Counselings:(insert date)

    [x] Verbal Warning                _____ Verbal Warning

    [ ] Written Warning               _____ Written Warning

    [ ] 2nd written or Final Written  _____ Final Written Counseling
        Warning (circle one)

    [ ] Suspension                    _____ Suspension

    [ ] Termination

3. Violation or Performance Issue Resulting in Counseling: (Date, time, observed by, etc.) (Reference the Employee Handbook, effect on customer/other employees, etc.)

> On Saturday 3/4/23 you were scheduled for mandatory overtime. You were informed by Michael Wyatt, Interim Operation Manager, on 3/3/23, that your shift would begin the shift at 5:00 AM. As you know shifts on Saturdays begin at either 5 AM and run until 10 AM or from 6 AM until 11 AM. You arrived at 7:49 AM and left at 10:28 AM and so were late for your shift.

4. Action(s) Employee Must Take to Comply with Standards: (What procedures employee is to follow or what performance changes need to be made.)

> When scheduled for any shift, either regular Monday through Friday or a mandatory Saturday, you should arrive at normal start time and not leave before the end of your scheduled shift without prior permission from a member of management. As I have stated in the past, you should take no more than your two 15 minute breaks and one 30 minute lunch during your 8 hour shifts. Failure to follow these expectations will result in disciplinary actions, up to and including termination.

5. Employee's Comments (if more space is required, please you a separate piece of paper).

> 

6. Action Taken: I desire to continue my employment with WestRock and I reaffirm my commitment to meeting company standards. I understand that failure to meet this commitment through immediate and sustained performance may lead to further disciplinary action up to and including termination.

7. If this discussion pertains to performance, progress will be reviewed on:    4/6/23
                                                                                (30 days from above date)

WESTROCK 000049
CONFIDENTIAL

_Employee refused to sign 3/6/23_ 
Employee signature / Date

_[signature]_ 3/6/23 _[signature]_ 3/6/23
Manager signature / Date   HR signature / Date

Supervisor signature / Date

WESTROCK 000050
CONFIDENTIAL