| Create Date | Created By | Created For | Level | Type | Description | Sub Type | Sub Type Description | Text |
|---|---|---|---|---|---|---|---|---|
| 9/3/2024 | SYS | JACRIVER | Claim | MD | Medical Status/Management | | | DCN: 5220240829015992<br>Subject: Rcvd 08/29/2024: APS signed 08/29/2024 by Steven M. Clark MD, 07/09/2024 OVN signed Steven Maurice Clark MD, Surgical Info<br><br>Notes: DCN: 5220240829015992<br><br>MD: Steven M. Clark MD<br>PH: 317-865-8000<br>Fax: 317-865-3837<br>Created By: Jacael Rivers |
| 9/1/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | | | (Rule#: 57129 Template#: 385679 DCN: 7020240901017613) To: shane_king1994@yahoo.com<br><br>From: noreply@sedgwickcms.com<br>Sent: 09/01/2024 14:16:18.247-05:00<br>To: shane_king1994@yahoo.com<br>WestRock/Sedgwick - Survey<br>Dear Shane King :<br><br>Claim Number: 4A240783LG5-0001<br><br>We would appreciate you taking this opportunity to help us enhance your customer service experience by providing feedback on your recent disability claim. The survey should take you less than 5 minutes to complete.<br><br>Please follow this link to complete the survey: https://www.surveymonkey.com/r/WRDISCLDN<br>Your evaluation and comments will be used to assess our current level of performance and identify opportunities for improvement. All individual responses will be kept confidential.<br><br>Thank you for your participation,<br><br>WestRock Leave and Disability Benefits Center<br><br>***Please note that this survey is for your interactions with the WestRock Leave and Disability Benefits Center supported by Sedgwick and not the WestRock Corporate Benefits department.<br>If you receive this e-mail on your workplace computer and do not have Internet access there, you may forward this e-mail to yourself at a personal e-mail address and then click on the survey link from your personal computer. If this hyperlink does not immediately take you to the survey when you click on it, please cut and paste the entire URL into your Web browser. |
| 9/1/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | | | |
| 9/1/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | | | (Rule#: 57129 Template#: 385677)<br>To: 4637106299<br>Sent: 09/01/2024 14:09:38.230-05:00<br><br>Your opinion is important to us. Please complete a survey regarding the handling of your Sedgwick claim 4A240783LG5-0001 https://www.surveymonkey.com/r/WRDISCLDN |
| 9/1/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | | | |
| 8/30/2024 | PIHMS | JACRIVER | Claim | WK | Work Status | | | Employee work status change via HR record to L effective on 08/29/2024 Please review. |
| | | | | | | | | Security verified<br>EE called in stated he was calling due to claim closing & he not knowing why EE stated hsi ER fired him day after his SX due to the stated claim wasn't approved & EE stated he had just had SX & got a phone call. CTR advised the PPW came in on 8/29/2024 & CTR advised per notes the reason the claim was closed due to being terminated<br>EE is requesting that info & CTR advised it will be mailed & for EE to call back next week. EE understood |
| 8/30/2024 | BTONISHA | JACRIVER | Claim | CM | Claimant Contact | RC | Regarding Your Claim | call complete |
| 8/30/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | | | (Rule#: 50179 Template#: 369184) |

| Date | User | User2 | Type | Code | Category | Notes |
|---|---|---|---|---|---|---|
| 8/30/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | To: 4637106299<br>Sent: 08/30/2024 16:08:49.816-05:00<br><br>Sedgwick Msg: Your claim#4A240783LG5-0001 has been closed. If you need further assistance, please call 800-540-4272 and select "Leaves of Absence" option. |
| 8/30/2024 | JACRIVER | JACRIVER | Claim | RC | Review for Closure | Claim closed D/t EE not eligible d/t termination prior to FDA.<br>RTW: 08/21/24 |
| 8/30/2024 | JACRIVER | JACRIVER | Claim | WK | Work Status | From: Eric Coleman <eric.coleman@smurfitwestrock.com><br>Sent: Thursday, August 29, 2024 4:22 PM<br>To: Smurfit Westrock <Westrock@sedgwickcms.com>; Eric Coleman <eric.coleman@smurfitwestrock.com><br>Cc: Simpson, Payton <Payton.Simpson@sedgwick.com><br>Subject: RE: Absence Number: C407090048800016AA Name: SHANE KING Absence Type: Employee Medical<br><br>CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...<br>Hello Payton,<br><br>I was just informed by Local HR that they will be terminating this employee effective 08/20/2024 since they determined that he violated the attendance policy prior to taking the leave. Can you please send the STD denial since he will not be eligible to take this leave?<br><br>Sincerely,<br>Eric Coleman<br>Senior Specialist, Total Rewards |
| 8/30/2024 | PAYTONS | PAYTONS | Claim | CN | Client Contact | |
| 8/29/2024 | SYSTEM | JACRIVER | Claim | MD | Medical Status/Management | Latest Medical Date updated from BLANK to 08/29/2024<br>Claim Open/Pending<br>First Date of Absence: 08/21/2024<br>Pending Waiting Period:<br>Accident = 7 cal. days<br>Illness = 7 cal. days<br>Hospitalization = 7 cal. days<br>Outpatient Surgery = 7 cal. days<br>Retro back after 7 cal. days = yes<br><br>Pending STD Period: 08/21/2024 - 09/11/2024<br>ERTW: 09/20/2024<br>Federal Family and Medical Leave Act eligibility leave year: 08/21/2024 - 08/20/2025<br>FMLA Status: Pending<br>FMLA Dates: 08/21/2024 - 09/11/2024<br><br>Medical Due Date: 09/13/2024<br>Information needed on claim: Termination Date<br><br>Actions on claim:<br>F/U on term date: 08/29/2024<br>No Medical Contact: 09/06/2024<br>Decision Due Date:  09/16/2024<br><br>FMLA exhausts: 11/12/2024 |
| 8/27/2024 | JACRIVER | JACRIVER | Claim | AP | Action Plan | |
| 8/27/2024 | JACRIVER | JACRIVER | Claim | ST | Claim Status | Email sent to confirm term date |

From: Rivers, Jacael
Sent: Tuesday, August 27, 2024 8:56 AM
To: Atten: Steven Clark (In Regard To: Shane King) (Business Fax)_ <"fax=/NUM=317-865-3837/NAME=Atten: Steven Clark (In Regard To: Shane King)"@fax.sedgwickcms.com>
Cc: DropFile SIR Intake <dropfile@sedgwick.com>
Subject: 4A240783LG5-0001 - KING, SHANE - 08/20/2024~~APS Request


-------Fax Transmission Report-------

To:             Atten: Steven Clark (In Regard To: Shan at 13178653837
Subject:        4A240783LG5-0001 - KING, SHANE  - 08/20/2024~~APS Request
Result:         The transmission was successful.
Explanation:    All Pages Ok
Pages Sent:     5
Connect Time:   4 minutes, 57 seconds
Transmit Time:  08/27/2024 08:56
Transfer Rate:  14400
Status Code:    0000
Retry Count:    0
Job Id:         6804
Unique Id:      P-DFWEQ-VMA-078_Outbound_2408271356105189
Fax Line:       36
Fax Server:     P-DFWEQ-VMA-082

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/27/2024 | JACRIVER | JACRIVER | Claim | MD | Medical Status/Management | | |
| 8/27/2024 | JACRIVER | JACRIVER | Claim | CM | Claimant Contact | | No RTC needed MD faxed as requested. Security Verified via IVE |

EE calling to give updated fax for MDO

CTR obtained:

MDO Fax#: 317-865-3837

Dr. Steven Clark

CTR advised will submit request an to allow EX 1-2 business days to review and send

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/26/2024 | DONGONZ | JACRIVER | Claim | CM | Claimant Contact | | EE understood |

WESTROCK 000543
CONFIDENTIAL

EE called in to check status of claim

CTR advised of pending status

EE would like Requested PPW faxed to MDO

Dr. Steven Clark

Fax#3178658012

MDD 9/13/24

EE advised his job was terminated

EE stated he is now working with a lawyer

EE is requesting to get notification showing claim is still pending

CTR informed EE of access to claim status on MySedgwick.com

| Date | User | User2 | Type | Code | Category | Notes |
|---|---|---|---|---|---|---|
| 8/26/2024 | JONELSON | JACRIVER | Claim | CM | Claimant Contact | CTR gave EE contact info for tech support |
| 8/22/2024 | JACRIVER | JACRIVER | Claim | ST | Claim Status | Confirmation of Term Request Sent |
| 8/22/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 50172 Template#: 369183)<br>To: 4637106299<br>Sent: 08/22/2024 13:52:59.088-05:00<br><br>Hi. We need an update for your Sedgwick claim. Please confirm your first date of absence by simply replying to this text with the information. Thanks. |
| 8/22/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 8/22/2024 | DESARAEJ | DESARAEJ | Claim | ST | Claim Status | EE reported a Term date of 8/22/2024/ FDA of claim was 8/21/2024. Termination info needs to be confirmed<br>Begins Date: 08/21/24<br>End Date: 08/21/24<br>Type: ST<br>Status: OP<br>Reason: NP |
| 8/22/2024 | DESARAEJ | DESARAEJ | Claim | BA | Benefit Approval<br>Client Note with Examiner | |
| 8/22/2024 | SYSTEM | JACRIVER | Claim | C1 | Diary | Certification Cancelled |
| 8/22/2024 | SYSTEM | JACRIVER | Claim | ST | Claim Status | Recertification Cancelled - Administrative<br>Begins Date: 08/21/24<br>End Date: 09/19/24<br>Type: ST<br>Status: OP<br>Reason: NP |
| 8/22/2024 | DESARAEJ | DESARAEJ | Claim | BA | Benefit Approval | |

| Date | User | Assigned | Type | Code | Activity | Notes |
|---|---|---|---|---|---|---|
| | | | | | | Security IVR verified. |
| | | | | | | EE is checking on STD claim; had SX: 8/21/24; his SR told EE his claim was denied and his employment is terminated. CTR informs no, claim is not denied, it is still open & pending. |
| | | | | | | EE asks if we received authorization forms he sent? CTR says yes DCN: 6020240820021039 received 8/20/24. |
| | | | | | | CTR reminded MDD: 9/13/24 |
| | | | | | | LDW: 8/20/2024 EE confirms |
| | | | | | | FDA: 8/21/2024 EE confirms |
| | | | | | | EE requests we fax IP to Dr. Steven Clark at MDO fax: 317-865-8012 |
| | | | | | | CTR reached EX: Jacael who advises, 8/21/24 to 9/19/24 approved for FMLA & STD and both EE & employer will be getting notification soon. |
| | | | | | | EE asks will he still receive his benefits (STD pay)? EE requests RTC to 463-710-6299. |
| | | | | | | Before CTR disconnected EX: Desarae J. messaged CTR to ask her to transfer EE's call. Transfer completed. EX: Jacael messaged that no RTC needed as Desarae will be updating the EE. |
| 8/22/2024 | SARAHHO | JACRIVER | Claim | CM | Claimant Contact | No RTC set. |
| | | | | | | OUTBOUND TEXT SENT 08/22/2024 13:26:10 From Contract: 0488 Claim: 4A240783LG50001 Hi. We need an update for your Sedgwick claim. Please confirm your first date of absence by simply replying to this text with the information. Thanks. |
| | | | | | | RESPONSE RECEIVED 08/22/2024 13:29:05 08/21/2024 |
| 8/22/2024 | KMBENTON | JACRIVER | Claim | CM | Claimant Contact | Date Notice: 08/21/24 First Absence: 08/21/24 Date of Disability: 08/21/24 Last Day Worked: 08/20/24 Last Date Worked (Full/Half): yes Authorized Off Work: yes Examiner Full Duty: 09/20/24 Case Manager Full Duty: 09/20/24 Physician Full Duty: 09/20/24 Modified Duty Full Days: yes |
| 8/22/2024 | DESARAEJ | DESARAEJ | Claim | WK | Work Status | |
| 8/22/2024 | SYSTEM | JACRIVER | Claim | C1 | Client Note with Examiner Diary | Certification Complete Begins Date: 08/21/24 End Date: 09/19/24 Type: ST Status: OA Reason: VP |
| 8/22/2024 | DESARAEJ | DESARAEJ | Claim | BA | Benefit Approval | |

DCN: 6020240820021039
Subject: Date Received:8/20/24
Date Reviewed: 8/22/24
Name of Document: ROI/ Blank APS/FT claim

Notes: DCN:
6020240820021039

| Date | User | User2 | Type | Cat | Subject | Notes |
|---|---|---|---|---|---|---|
| 8/22/2024 | SYS | JACRIVER | Claim | CM | Claimant Contact | Date Received:8/20/24<br>Date Reviewed: 8/22/24<br>Name of Document: ROI/ Blank APS/FT claim<br>Created By: Desarae Jackson<br>Request for information link sent: 08/08/2024 has expired:<br><br>Please confirm your last day worked.<br><br>Please confirm your first full date of absence.<br><br>If a gap exists between last day worked and first date of absence, please select reason. |
| 8/15/2024 | SMART.LY | JACRIVER | Claim | CM | Claimant Contact | |
| 8/14/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | (Rule#: 50172 Template#: 370355 DCN: 7020240814147867) To: shane_king1994@yahoo.com<br>From: noreply@sedgwickcms.com<br>Sent: 08/14/2024 17:16:46.681-05:00<br>To: shane_king1994@yahoo.com<br>4A240783LG5-0001 New Document(s) regarding your claim filed with Sedgwick<br>Attachment: 0488_WR_DL_Disability - Leave IP Gen APS.pdf<br>Dear Shane: Please find the attached documents regarding your claim filed with Sedgwick.<br>Click here to watch a short video for more information.<br>You can obtain information regarding your claim at mysedgwick.com/smurfitwestrock or by calling the Smurfit Westrock Benefits Center at (800) 540-4272 and select the option for "Leaves of Absence," Sedgwick representatives are available Monday through Friday 8:00 a.m. - 9:00 p.m. Eastern Time.Sincerely, Jacael R. |
| 8/14/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | Claim Open/Pending<br>First Date of Absence: 08/21/2024<br>Pending Waiting Period:<br>Accident = 7 cal. days<br>Illness = 7 cal. days<br>Hospitalization = 7 cal. days<br>Outpatient Surgery = 7 cal. days<br>Retro back after 7 cal. days = yes<br><br>Pending STD Period: 08/21/2024 - 09/11/2024<br>ERTW: 09/20/2024<br>Federal Family and Medical Leave Act eligibility leave year: 08/21/2024 - 08/20/2025<br>FMLA Status: Pending<br>FMLA Dates: 08/21/2024 - 09/11/2024<br><br>Medical Due Date: 09/13/2024<br>Information needed on claim: APS, ROI<br><br>Actions on claim:<br>Confirm FDA: 08/21/2024<br>Convert/FT: 08/21/2024<br>No Medical Contact: 09/06/2024<br>Decision Due Date:  09/16/2024<br><br>FMLA exhausts: 11/12/2024 |
| 8/14/2024 | JACRIVER | JACRIVER | Claim | AP | Action Plan | |
| 8/14/2024 | JACRIVER | JACRIVER | Claim | CM | Claimant Contact | IP Letter sent as requested |

WESTROCK 000546
CONFIDENTIAL

| Date | User | User2 | Type | Code | Category | Notes |
|---|---|---|---|---|---|---|
| 8/14/2024 | JACRIVER | JACRIVER | Claim | ST | Claim Status | Fax to MDO deferred till FDA<br>security verified, ee called to know what was needed for his claim, ctr advised we need the APD and the ROI completed. ee requested for lp to be emailed and ppw to be faxed to mdo fax: 317-865-8012 |
| 8/13/2024 | WJADA0 | JACRIVER | Claim | CM | Claimant Contact | mdo steven clark |
| 8/12/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965)<br>To: 4637106299<br>Sent: 08/12/2024 16:08:35.406-05:00<br><br>Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001".<br><br>https://intake.sedgwick.com/c/540f53fe-1d48-410e-e38b-08dcb104c718 |
| 8/12/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 8/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965)<br>To: 4637106299<br>Sent: 08/10/2024 15:37:24.565-05:00<br><br>Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001".<br><br>https://intake.sedgwick.com/c/540f53fe-1d48-410e-e38b-08dcb104c718 |
| 8/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 8/8/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965)<br>To: 4637106299<br>Sent: 08/08/2024 14:54:00.392-05:00<br><br>Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001".<br><br>https://intake.sedgwick.com/c/540f53fe-1d48-410e-e38b-08dcb104c718 |
| 8/8/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | Missing Elements Questions Sent:<br>Date Last Worked<br>First Day of Absence |
| 8/8/2024 | SYSTEM | JACRIVER | Claim | CM | Claimant Contact | Claim Open/Pending<br>First Date of Absence: 08/21/2024<br>Pending Waiting Period:<br>Accident = 7 cal. days<br>Illness = 7 cal. days<br>Hospitalization = 7 cal. days<br>Outpatient Surgery = 7 cal. days<br>Retro back after 7 cal. days = yes<br><br>Pending STD Period: 08/21/2024 - 09/11/2024<br>ERTW: 09/20/2024<br>Federal Family and Medical Leave Act eligibility leave year: 08/21/2024 - 08/20/2025<br>FMLA Status: Pending<br>FMLA Dates: 08/21/2024 - 09/11/2024<br><br>Medical Due Date: 09/13/2024<br>Information needed on claim: APS, ROI<br><br>Actions on claim:<br>Confirm FDA: 08/21/2024<br>Convert/FT: 08/21/2024<br>No Medical Contact: 09/06/2024<br>Decision Due Date: 09/16/2024<br><br>FMLA exhausts: 11/12/2024 |
| 8/8/2024 | JACRIVER | JACRIVER | Claim | AP | Action Plan | |

| Date | User | Assigned | Type | Code | Category | Details |
|---|---|---|---|---|---|---|
| | | | | | | Missing Elements Response Received: |
| 8/7/2024 | SMART.LY | JACRIVER | Claim | CM | Claimant Contact | Was your last day worked full or partial?: Full |
| 8/6/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) |
| | | | | | | To: 4637106299 |
| | | | | | | Sent: 08/06/2024 16:08:10.093-05:00 |
| | | | | | | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
| | | | | | | https://intake.sedgwick.com/c/d8c735e1-0c8f-4bdf-90a3-08dcb104e6c8 |
| 8/6/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 8/4/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) |
| | | | | | | To: 4637106299 |
| | | | | | | Sent: 08/04/2024 15:21:48.377-05:00 |
| | | | | | | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
| | | | | | | https://intake.sedgwick.com/c/d8c735e1-0c8f-4bdf-90a3-08dcb104e6c8 |
| 8/4/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 8/2/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) |
| | | | | | | To: 4637106299 |
| | | | | | | Sent: 08/02/2024 14:40:43.401-05:00 |
| | | | | | | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
| | | | | | | https://intake.sedgwick.com/c/d8c735e1-0c8f-4bdf-90a3-08dcb104e6c8 |
| 8/2/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | Missing Elements Questions Sent: |
| | | | | | | Full/Partial Last Day Worked |
| 8/2/2024 | SYSTEM | JACRIVER | Claim | CM | Claimant Contact | Request for information link sent: 07/25/2024 has expired: |
| 8/1/2024 | SMART.LY | JACRIVER | Claim | CM | Claimant Contact | Was your last day worked full or partial? |
| | | | | | | Claim Open/Pending |
| | | | | | | First Date of Absence: 08/21/2024 |
| | | | | | | Pending Waiting Period: |
| | | | | | | Accident = 7 cal. days |
| | | | | | | Illness = 7 cal. days |
| | | | | | | Hospitalization = 7 cal. days |
| | | | | | | Outpatient Surgery = 7 cal. days |
| | | | | | | Retro back after 7 cal. days = yes |
| | | | | | | Pending STD Period: 08/21/2024 - 09/11/2024 |
| | | | | | | ERTW: |
| | | | | | | Federal Family and Medical Leave Act eligibility leave year: 08/21/2024 - 08/20/2025 |
| | | | | | | FMLA Status: Pending |
| | | | | | | FMLA Dates: 08/21/2024 - 09/11/2024 |
| | | | | | | Medical Due Date: 09/13/2024 |
| | | | | | | Information needed on claim: APS, ROI |
| | | | | | | Actions on claim: |
| | | | | | | Confirm FDA: 08/21/2024 |
| | | | | | | Convert/FT: 08/21/2024 |
| | | | | | | No Medical Contact: 09/06/2024 |
| | | | | | | Decision Due Date: 09/16/2024 |
| | | | | | | FMLA exhausts: 11/12/2024 |
| 7/30/2024 | JACRIVER | JACRIVER | Claim | AP | Action Plan | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Date Notice: 08/21/24 |
|  |  |  |  |  |  | First Absence: 08/21/24 |
|  |  |  |  |  |  | Date of Disability: 08/21/24 |
|  |  |  |  |  |  | Last Day Worked: 08/20/24 |
|  |  |  |  |  |  | Last Date Worked (Full/Half): yes |
|  |  |  |  |  |  | Authorized Off Work: yes |
|  |  |  |  |  |  | Examiner Full Duty: 09/20/24 |
|  |  |  |  |  |  | Case Manager Full Duty: 09/20/24 |
|  |  |  |  |  |  | Modified Duty Full Days: yes |
| 7/30/2024 | JACRIVER | JACRIVER | Claim | WK | Work Status | Missing Elements Response Received: |
| 7/29/2024 | SMART.LY | JACRIVER | Claim | WK | Work Status | What is your estimated return to work date?: 09/20/2024 |
| 7/29/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) To: 4637106299 Sent: 07/29/2024 13:36:46.598-05:00 |
|  |  |  |  |  |  | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
|  |  |  |  |  |  | https://intake.sedgwick.com/c/f222ec3e-3783-4a7f-4510-08dcab5e3bd6 |
| 7/29/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact |  |
| 7/29/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) To: 4637106299 Sent: 07/29/2024 13:36:46.490-05:00 |
|  |  |  |  |  |  | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
|  |  |  |  |  |  | https://intake.sedgwick.com/c/3aa9d458-6817-44f6-112a-08dcabf487d1 |
| 7/29/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact |  |
| 7/27/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) To: 4637106299 Sent: 07/27/2024 13:07:00.755-05:00 |
|  |  |  |  |  |  | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
|  |  |  |  |  |  | https://intake.sedgwick.com/c/f222ec3e-3783-4a7f-4510-08dcab5e3bd6 |
| 7/27/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact |  |
| 7/27/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) To: 4637106299 Sent: 07/27/2024 13:07:00.635-05:00 |
|  |  |  |  |  |  | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
|  |  |  |  |  |  | https://intake.sedgwick.com/c/3aa9d458-6817-44f6-112a-08dcabf487d1 |
| 7/27/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact |  |
| 7/25/2024 | APPSERV | SYS | Claim | CN | Client Contact | (Rule#: 50172 Template#: 369510 DCN: 7020240725085298) To: mark.kennedy@westrock.com,kearra.mathis@westrock.com |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Sent: 07/25/2024 13:43:06.770-05:00 |
| | | | | | | To: mark.kennedy@westrock.com,kearra.mathis@westrock.com |
| | | | | | | King/314731 3143 Indianapolis Recycle Disability - New Claim Notice |
| | | | | | | |
| | | | | | | Name: Shane King Employee ID: 314731 |
| | | | | | | Claim #: 4A240783LG5-0001 |
| | | | | | | Last Day Worked: 08/20/2024 |
| | | | | | | First Day Absent: 08/21/2024 |
| | | | | | | Estimated Return to Work Date: Unknown |
| | | | | | | |
| | | | | | | Hello: |
| | | | | | | |
| | | | | | | A new disability claim has been submitted for Shane and is currently pending. Shane's estimated return to work date is unknown, please check mySedgwick.com/WestRock for updated return to work information. Shane's absence will also be evaluated to determine if it qualifies for coverage under the Family and Medical Leave Act (FMLA) and any applicable State leaves. |
| | | | | | | |
| | | | | | | The claim is currently in a pending status awaiting receipt of the supporting documentation. Documentation will be due on 09/13/2024. A decision will be made 2 business days after documentation is received. You will be notified once a final decision has been made. In the interim, no action should be taken under any applicable company attendance policy. |
| | | | | | | |
| | | | | | | Click here to watch a short video for more information. |
| | | | | | | |
| | | | | | | Actions Required: |
| | | | | | | · Please provide the job description by emailing it to WestRock@sedgwickcms.com. If a current job description is not available, please complete the Job Analysis Form below as it pertains to Shane's job. |
| 7/25/2024 | APPSERV | SYS | Claim | CN | Client Contact | · If there were any mandatory layoffs or plant shutdowns during the leave for 1 week or longer, please notify Sedgwick as it |
| 7/25/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | (Rule#: 50172 Template#: 370355 DCN: 7020240725066194) To: shane_king1994@yahoo.com |
| | | | | | | From: noreply@sedgwickcms.com |
| | | | | | | Sent: 07/25/2024 12:38:38.863-05:00 |
| | | | | | | To: shane_king1994@yahoo.com |
| | | | | | | 4A240783LG5-0001 New Document(s) regarding your claim filed with Sedgwick |
| | | | | | | Attachment: 0488_WR_DL_Disability - Leave IP Gen APS.pdf |
| | | | | | | Dear Shane: Please find the attached documents regarding your claim filed with Sedgwick. |
| | | | | | | Click here to watch a short video for more information. |
| | | | | | | You can obtain information regarding your claim at www.mySedgwick.com/WestRock or by calling the WestRock Benefits Center at (800) 540-4272 and select the option for "Leaves of Absence," Sedgwick representatives are available Monday through Friday 8:00 a.m. - 9:00 p.m. Eastern Time.Sincerely, Jacael R. |
| | | | | | | |
| 7/25/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | |
| 7/25/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) |
| | | | | | | To: 4637106299 |
| | | | | | | Sent: 07/25/2024 12:37:31.377-05:00 |
| | | | | | | |
| | | | | | | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
| | | | | | | |
| | | | | | | https://intake.sedgwick.com/c/f222ec3e-3783-4a7f-4510-08dcab5e3bd6 |
| | | | | | | |
| 7/25/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 7/25/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 106338 Template#: 486965) |
| | | | | | | To: 4637106299 |
| | | | | | | Sent: 07/25/2024 12:37:09.686-05:00 |
| | | | | | | |
| | | | | | | Sedgwick: We need additional information regarding your claim. Please use the below link to provide the requested details for claim number "4A240783LG5-0001". |
| | | | | | | |
| | | | | | | https://intake.sedgwick.com/c/3aa9d458-6817-44f6-112a-08dcabf487d1 |
| | | | | | | |
| 7/25/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |

| Date | User | Assigned | Type | Code | Category | Notes |
|---|---|---|---|---|---|---|
| 7/25/2024 | SYSTEM | JACRIVER | Claim | CM | Claimant Contact | Missing Elements Questions Sent: Missing Estimated RTW |
| 7/25/2024 | SYSTEM | JACRIVER | Claim | CM | Claimant Contact | Missing Elements Questions Sent: Full/Partial Last Day Worked |
| | | | | | | Claim Open/Pending<br>First Date of Absence: 08/21/2024<br>Pending Waiting Period:<br>Accident = 7 cal. days<br>Illness = 7 cal. days<br>Hospitalization = 7 cal. days<br>Outpatient Surgery = 7 cal. days<br>Retro back after 7 cal. days = yes<br><br>Pending STD Period: 08/21/2024 - 09/11/2024<br>ERTW:<br>Federal Family and Medical Leave Act eligibility leave year: 08/21/2024 - 08/20/2025<br>FMLA Status: Pending<br>FMLA Dates: 08/21/2024 - 09/11/2024<br><br>Medical Due Date: 09/13/2024<br>Information needed on claim: APS, ROI<br><br>Actions on claim:<br>Confirm FDA: 08/21/2024<br>Convert/FT: 08/21/2024<br>No Medical Contact: 09/06/2024<br>Decision Due Date:  09/16/2024<br><br>FMLA exhausts: 11/12/2024 |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | AP | Action Plan | Initial Client Notice Sent to CN |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | CN | Client Contact | |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | CM | Claimant Contact | IP Letter Sent |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | MD | Medical Status/Management | MD Info on File - Will Fax on FDA |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | DE | Disability Management Initial Evaluation | Date of Hire / Net Credited Service (NCS): 05/16/2018<br>Employee Status: Active<br>Employee Type: Hourly<br>STD Plan:  STD NUH-4 v2<br>Work State: IN<br>Reported Within One Year from Date of Disability: Yes<br>Review of STD claims:__0__ prior claim(s)<br>Relapse (__ days): No<br>WC: No<br>Eligible: Yes |
| 7/25/2024 | SYSTEM | JACRIVER | Claim | ST | Claim Status | Case 'C407090048800016AA' was conditionally approved on 07/25/2024<br>Potential leave(s) for the same condition in the last 12 months: No matching cases found<br><br>First Date Absence: 08/21/2024<br>Case Absence Status: Conditional<br><br>Policies Eligible For:<br>Federal_Employee_Leave_FMLA<br>Eligibility Leave Year: 08/21/2024 - 08/20/2025<br>Forecasted Available: 12.0000 WW<br>Forecasted Exhaustion: 11/12/2024<br><br>Policies Not Eligible For: |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | FM | Family/Medical Leave Act | None |
| 7/25/2024 | SYSTEM | JACRIVER | Claim | ST | Claim Status | Case 'C407090048800016AA' was conditionally approved on 07/25/2024 |

| Date | User | Assigned | Type | Code | Activity | Details |
|---|---|---|---|---|---|---|
| | | | | | | Potential leave(s) for the same condition in the last 12 months: No matching cases found |
| | | | | | | First Date Absence: 08/21/2024<br>Case Absence Status: Conditional |
| | | | | | | Policies Eligible For:<br>Federal_Employee_Leave_FMLA<br>Eligibility Leave Year: 08/21/2024 - 08/20/2025<br>Forecasted Available: 12.0000 WW<br>Forecasted Exhaustion: 11/12/2024 |
| | | | | | | Policies Not Eligible For:<br>None |
| 7/25/2024 | SYSTEM | JACRIVER | Claim | FM | Family/Medical Leave Act | |
| 7/25/2024 | SYSTEM | JACRIVER | Claim | 1R | First Report of Injury | The requested begin date was changed from 07/25/2024 to 08/21/2024 |
| 7/25/2024 | SYSTEM | JACRIVER | Claim | 1R | First Report of Injury | The requested end date was changed from 08/23/2024 to 09/11/2024<br>Date Notice: 08/21/24<br>First Absence: 08/21/24<br>Date of Disability: 08/21/24<br>Last Day Worked: 08/20/24<br>Last Date Worked (Full/Half): yes<br>Authorized Off Work: yes<br>Modified Duty Full Days: yes |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | WK | Work Status | Begins Date: 08/21/24<br>Type: ST<br>Status: OP<br>Reason: NP |
| 7/25/2024 | JACRIVER | JACRIVER | Claim | BA | Benefit Approval | |
| 7/25/2024 | SYS | SYS | Claim | CG | Coverage | Claim Policy Number:None<br>SIR/Deductible for Policy:      000.00<br>Limit for Policy:      0.00 |
| 7/25/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 93561 Template#: 447608)<br>To: 4637106299<br>Sent: 07/25/2024 09:11:06.942-05:00<br><br>Sedgwick: We need your input. Please confirm your first date of absence by simply replying to this text with the information. Thank you. |
| 7/25/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | Security Verified<br>Surgery moved |
| 7/24/2024 | SYSTEM | JACRIVER | Claim | CM | Claimant Contact | FDA: 8/21/24 |

| Date | User | User2 | Type | Code | Category | Notes |
|---|---|---|---|---|---|---|
| 7/22/2024 | KATYOUNG | KATYOUNG | Claim | CM | Claimant Contact | EE called due to provide fax # of MDO.<br>Fax #: 317-865-8012<br>Community Physicians Network General Surgical Care.<br><br>CTR confirmed APS is for his mdo to fill out and FFD as well.<br><br>I/C-----<br><br>LDW(partial/full day): 07/24/2024<br>FDA: 07/25/2024<br>ERTW: 08/16/2024<br>NOV: 8/15/24<br>Sx (date and sx name): Hernia SX 07/25/2024 (Please confirm type of hernia repair (Inguinal, Diaphragmatic, Umbilical, Ventral)) Inguinal<br>If future dated, advise that confirmation of surgery is needed after the fact even if medical received prior to support<br>CTR advised that EX has a scheduled fax to his MDO on 7/25/24. CTR unsure if this in the SX confirmation but let EE know his EX should be sending confirmation request to them.<br><br>Job Title: SENIOR MAT. HANDLER - FORKLIFT<br>Work Category (Sed, Mod, Heavy): Heavy<br>Job Description (duties, phy demand, lifting lbs?): sitting, standing, walking, lifting/carrying up to 50#, pushing, pulling, twisting, climbing, stooping, kneeling, crawling, reaching, grasping, balancing<br><br>Confirm Work Schedule (days/week, rotating, days/hrs):<br>Mon - Fri (8 Hour Shifts) EE is there 9 hrs and only paid 8 hrs and 30 mins.<br>Other Income/Employment: No |
| 7/19/2024 | JACRIVER | JACRIVER | Claim | AP | Action Plan | SCR PLEASE CONFIRM/GATHER and/or REMOVE ANY INFORMATION THAT IS Needed/Not Needed via CM NOTE 07/19/2024*********<br>Claim Open/Pending<br>First Date of Absence: 07/25/2024<br>Pending Waiting Period:<br>Accident = 7 cal. days<br>Illness = 7 cal. days<br>Hospitalization = 7 cal. days<br>Outpatient Surgery = 7 cal. days<br>Retro back after 7 cal. days = yes<br><br>Pending STD Period: 07/25/2024 - 08/15/2024<br>ERTW: 08/16/2024<br>Eligibility Leave Year (per policy): Federal Family and Medical Leave Act eligibility leave year: 07/25/2024 - 07/24/2025<br>FMLA Status: Pending<br>FMLA Dates: 07/25/2024 - 08/15/2024<br><br>Medical Due Date: 08/14/2024<br>Information needed on claim: JD, APS, ROI<br><br>Actions on claim:<br>Confirm FDA: 07/25/2024<br>Convert/Fax MDO: 07/25/2024<br>No Medical Contact: 08/05/2024<br>Decision Due Date: 08/15/2024<br>FMLA exhausts: 10/16/2024 |

| Date | User | User2 | Type | Cat | Subject | Notes |
|---|---|---|---|---|---|---|
| 7/19/2024 | JACRIVER | JACRIVER | Claim | CM | Claimant Contact | EX LVM, sent contact request text, and email.<br><br>Placed RTC to EE to go over pay information. Please complete IC and advise of Benefits listed below.<br>Phone: @ 463-710-6299<br>EX LVM, sent contact request text, and email.<br>Home: 463-710-6299<br><br>LDW(partial/full day): 07/24/2024<br>FDA:  07/25/2024<br>ERTW: 08/16/2024<br>NOV:<br>Sx (date and sx name): Hernia SX 07/25/2024 (Please confirm type of hernia repair (Inguinal, Diaphragmatic, Umbilical, Ventral))<br>If future dated, advise that confirmation of surgery is needed after the fact even if medical received prior to support<br><br>Job Title: SENIOR MAT. HANDLER - FORKLIFT<br>Work Category (Sed, Mod, Heavy):<br>Job Description (duties, phy demand, lifting lbs?): sitting, standing, walking, lifting/carrying up to 50#, pushing, pulling, twisting, climbing, stooping, kneeling, crawlish, reaching, grasping, balancing<br><br>Confirm Work Schedule (days/week, rotating, days/hrs):<br>Mon - Fri (8 Hour Shifts)<br>Other Income/Employment:<br><br>Primary MD: Steven Clark (Will Fax on FDA)<br>Specialty:<br>Phone: 317-865-8000<br><br>Security Verified<br><br>EE called stating he was supposed to get PPW and never received it<br>CTR advised that an email was sent to him on 7-10-24 with forms, advised that there are forms he will have to fill out and a form that the MD will have to fill out<br>EE found the email and will get PPW filled out and will call back with a fax number for PPW to be sent over to MD office<br>EE had questions in regards to payment if claim is eligible to be approved<br>CTR advised RTC will be set for EX to go over that information<br>CTR set RTC |
| 7/19/2024 | CHEYENEG | CHEYENEG | Claim | CM | Claimant Contact | |
| 7/17/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 91059 Template#: 458203)<br><br>To: 4637106299<br>Sent: 07/17/2024 09:10:27.439-05:00<br><br>Hi, it's Sedgwick. You should have received your information packet for your claim. Be sure to check your spam folder if you signed up for email. You can also log into www.mySedgwick.com/WestRock to access your packet files. Thanks |
| 7/17/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 7/17/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 91059 Template#: 458203)<br><br>To: 4637106299<br>Sent: 07/17/2024 09:10:27.360-05:00<br><br>Hi, it's Sedgwick. You should have received your information packet for your claim. Be sure to check your spam folder if you signed up for email. You can also log into www.mySedgwick.com/WestRock to access your packet files. Thanks |
| 7/17/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 50172 Template#: 369510 DCN: 7020240710117100) To: |
| 7/10/2024 | APPSERV | SYS | Claim | CN | Client Contact | mark.kennedy@westrock.com,kearra.mathis@westrock.com |

Sent: 07/10/2024 16:35:07.635-05:00
To: mark.kennedy@westrock.com,kearra.mathis@westrock.com
King/314731 3143 Indianapolis Recycle Disability - New Claim Notice

Name: Shane King Employee ID: 314731
Claim #: 4A240783LG5-0001
Last Day Worked: 07/24/2024
First Day Absent: 07/25/2024
Estimated Return to Work Date: 08/16/2024

Hello:

A new disability claim has been submitted for Shane and is currently pending. Shane's estimated return to work date is 08/16/2024, please check mySedgwick.com/WestRock for updated return to work information. Shane's absence will also be evaluated to determine if it qualifies for coverage under the Family and Medical Leave Act (FMLA) and any applicable State leaves.

The claim is currently in a pending status awaiting receipt of the supporting documentation. Documentation will be due on 08/14/2024. A decision will be made 2 business days after documentation is received. You will be notified once a final decision has been made. In the interim, no action should be taken under any applicable company attendance policy.

Click here to watch a short video for more information.

Actions Required:
· Please provide the job description by emailing it to WestRock@sedgwickcms.com. If a current job description is not available, please complete the Job Analysis Form below as it pertains to Shane's job.
· If there were any mandatory layoffs or plant shutdowns during the leave for 1 week or longer, please notify Sedgwick as it

| Date | User | Type1 | Type2 | Code | Description | Details |
|---|---|---|---|---|---|---|
| 7/10/2024 | APPSERV | SYS | Claim | CN | Client Contact | |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 93551 Template#: 460236) To: 4637106299 Sent: 07/10/2024 16:09:56.981-05:00 Sedgwick: Your Initial Packet was emailed to you at shane_king1994@yahoo.com. |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 93551 Template#: 460236) To: 4637106299 Sent: 07/10/2024 16:09:56.901-05:00 Sedgwick: Your Initial Packet was emailed to you at shane_king1994@yahoo.com. |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| 7/10/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | (Rule#: 50172 Template#: 370356 DCN: 7020240710104088) To: shane_king1994@yahoo.com From: noreply@sedgwickcms.com Sent: 07/10/2024 15:20:58.639-05:00 To: shane_king1994@yahoo.com 4A240783LG5-0001 New Document(s) regarding your claim filed with Sedgwick Attachment: 0488_WR_DL_Contact Request Letter.pdf Dear Shane King : Please find the attached documents regarding your claim filed with Sedgwick. You can obtain information regarding your claim at www.mySedgwick.com/WestRock or by calling the WestRock Benefits Center at (800) 540-4272 and select the option for "Leaves of Absence," Sedgwick representatives are available Monday through Friday 8:00 a.m. - 9:00 p.m. Eastern Time. Sincerely, Jacael R. |
| 7/10/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | |
| 7/10/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | (Rule#: 50172 Template#: 370355 DCN: 7020240710104084) To: shane_king1994@yahoo.com |

| Date | User | User2 | Type | Code | Category | Details |
|---|---|---|---|---|---|---|
| | | | | | | From: noreply@sedgwickcms.com |
| | | | | | | Sent: 07/10/2024 15:20:58.181-05:00 |
| | | | | | | To: shane_king1994@yahoo.com |
| | | | | | | 4A240783LG5-0001 New Document(s) regarding your claim filed with Sedgwick |
| | | | | | | Attachment: 0488_WR_DL_Disability - Leave IP Gen APS.pdf |
| | | | | | | Dear Shane: Please find the attached documents regarding your claim filed with Sedgwick. |
| | | | | | | Click here to watch a short video for more information. |
| | | | | | | You can obtain information regarding your claim at www.mySedgwick.com/WestRock or by calling the WestRock Benefits Center at (800) 540-4272 and select the option for "Leaves of Absence," Sedgwick representatives are available Monday through Friday 8:00 a.m. - 9:00 p.m. Eastern Time.Sincerely, Jacael R. |
| 7/10/2024 | APPSERV | SYS | Claim | CM | Claimant Contact | |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 50172 Template#: 369181) |
| | | | | | | To: 4637106299 |
| | | | | | | Sent: 07/10/2024 13:06:59.133-05:00 |
| | | | | | | Hi, Sedgwick here. We have been unable to reach you and hope you are okay. Please call back at (800) 540-4272 Monday through Friday 8:00am through 9:00pm and select "Leaves of Absence" to discuss an important matter about your claim. |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | |
| | | | | | | SCR PLEASE CONFIRM/GATHER and/or REMOVE ANY INFORMATION THAT IS Needed/Not Needed via CM NOTE 07/10/2024********* |
| | | | | | | Claim Open/Pending |
| | | | | | | First Date of Absence: 07/25/2024 |
| | | | | | | Pending Waiting Period: |
| | | | | | | Accident = 7 cal. days |
| | | | | | | Illness = 7 cal. days |
| | | | | | | Hospitalization = 7 cal. days |
| | | | | | | Outpatient Surgery = 7 cal. days |
| | | | | | | Retro back after 7 cal. days = yes |
| | | | | | | Pending STD Period: 07/25/2024 - 08/15/2024 |
| | | | | | | ERTW: 08/16/2024 |
| | | | | | | Eligibility Leave Year (per policy): Federal Family and Medical Leave Act eligibility leave year: 07/25/2024 - 07/24/2025 |
| | | | | | | FMLA Status: Pending |
| | | | | | | FMLA Dates: 07/25/2024 - 08/15/2024 |
| | | | | | | Medical Due Date: 08/14/2024 |
| | | | | | | Information needed on claim: JD, APS, ROI |
| | | | | | | Actions on claim: |
| | | | | | | Confirm FDA: 07/25/2024 |
| | | | | | | Convert/Fax MDO: 07/25/2024 |
| | | | | | | No Medical Contact: 08/05/2024 |
| | | | | | | Decision Due Date: 08/15/2024 |
| | | | | | | FMLA exhausts: 10/16/2024 |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | AP | Action Plan | |

| Date | User | User2 | Type | Code | Category | Notes |
|---|---|---|---|---|---|---|
| | | | | | | EX LVM, sent contact request text, and email.<br>Phone: @ 463-710-6299<br>Contacted EE for IC.<br>Home: 463-710-6299<br><br>LDW(partial/full day): 07/24/2024<br>FDA: 07/25/2024<br>ERTW: 08/16/2024<br>NOV:<br>Sx (date and sx name): Hernia SX 07/25/2024 (Please confirm type of hernia repair (Inguinal, Diaphragmatic, Umbilical, Ventral))<br>If future dated, advise that confirmation of surgery is needed after the fact even if medical received prior to support<br><br>Job Title: SENIOR MAT. HANDLER - FORKLIFT<br>Work Category (Sed, Mod, Heavy):<br>Job Description (duties, phy demand, lifting lbs?): sitting, standing, walking, lifting/carrying up to 50#, pushing, pulling, twisting, climbing, stooping, kneeling, crawling, reaching, grasping, balancing<br><br>Confirm Work Schedule (days/week, rotating, days/hrs):<br>Mon - Fri (8 Hour Shifts)<br>Other Income/Employment:<br><br>Primary MD: Steven Clark (Will Fax on FDA)<br>Specialty:<br>Phone: 317-865-8000<br>Fax: 317-865-8012 |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | CM | Claimant Contact | Other Certifying MD/Referral:<br>Initial Client Notice Sent to CN |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | CN | Client Contact | |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | CM | Claimant Contact | IP Letter Sent |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | MD | Medical Status/Management | MD Info on File - Will Fax on FDA<br>Date of Hire / Net Credited Service (NCS): 05/16/2018<br>Employee Status: Active<br>Employee Type: Hourly<br>STD Plan: STD NUH-4 v2<br>Work State: IN<br>Reported Within One Year from Date of Disability: Yes<br>Review of STD claims:__0__ prior claim(s)<br>Relapse (__ days): No<br>WC: No |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | DE | Disability Management Initial Evaluation | Eligible: Yes<br><br>Potential leave(s) for the same condition in the last 12 months: No matching cases found<br><br>First Date Absence: 07/25/2024<br>Case Absence Status: Conditional<br><br>Policies Eligible For:<br>Federal_Employee_Leave_FMLA<br>Eligibility Leave Year: 07/25/2024 - 07/24/2025<br>Forecasted Available: 12.0000 WW<br>Forecasted Exhaustion: 10/16/2024<br><br>Policies Not Eligible For: |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | FM | Family/Medical Leave Act | None |

WESTROCK 000557
CONFIDENTIAL

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Date Notice: 07/25/24 |
|  |  |  |  |  |  | First Absence: 07/25/24 |
|  |  |  |  |  |  | Date of Disability: 07/25/24 |
|  |  |  |  |  |  | Last Day Worked: 07/24/24 |
|  |  |  |  |  |  | Last Date Worked (Full/Half): yes |
|  |  |  |  |  |  | Authorized Off Work: yes |
|  |  |  |  |  |  | Examiner Full Duty: 08/16/24 |
|  |  |  |  |  |  | Case Manager Full Duty: 08/16/24 |
|  |  |  |  |  |  | Modified Duty Full Days: yes |
| 7/10/2024 | JACRIVER | JACRIVER | Claim | WK | Work Status |  |
| 7/10/2024 | SYSTEM | JACRIVER | Claim | ST | Claim Status | Case 'C407090048800016AA' was conditionally approved on 07/10/2024 |
| 7/10/2024 | SYSTEM | JACRIVER | Claim | ST | Claim Status | Case 'C407090048800016AA' was conditionally approved on 07/10/2024 |
|  |  |  |  |  |  | Potential leave(s) for the same condition in the last 12 months: No matching cases found |
|  |  |  |  |  |  | First Date Absence: 07/25/2024 |
|  |  |  |  |  |  | Case Absence Status: Conditional |
|  |  |  |  |  |  | Policies Eligible For: |
|  |  |  |  |  |  | Federal_Employee_Leave_FMLA |
|  |  |  |  |  |  | Eligibility Leave Year: 07/25/2024 - 07/24/2025 |
|  |  |  |  |  |  | Forecasted Available: 12.0000 WW |
|  |  |  |  |  |  | Forecasted Exhaustion: 10/16/2024 |
|  |  |  |  |  |  | Policies Not Eligible For: |
| 7/10/2024 | SYSTEM | JACRIVER | Claim | FM | Family/Medical Leave Act | None |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 50176 Template#: 369179) |
|  |  |  |  |  |  | To: 4637106299 |
|  |  |  |  |  |  | Sent: 07/10/2024 09:08:00.592-05:00 |
|  |  |  |  |  |  | Sedgwick here. Please contact us for any inquires about your claim #4A240783LG5-0001. Phone: (800) 540-4272 and select "Leaves of Absence" option; Fax: (859) 264-4375; Web: www.mySedgwick.com/WestRock |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact |  |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact | (Rule#: 50175 Template#: 369178) |
|  |  |  |  |  |  | To: 4637106299 |
|  |  |  |  |  |  | Sent: 07/10/2024 09:08:00.496-05:00 |
|  |  |  |  |  |  | Hi, it's Sedgwick. We are reviewing your claim #4A240783LG5-0001. More info and next steps are on the way. Reach out anytime at www.mySedgwick.com/WestRock. See the video at: sedg.info/WRKEE1 Take care. |
| 7/10/2024 | SYSTEM | SYS | Claim | CM | Claimant Contact |  |
|  |  |  |  |  |  | Applicable Plan: STD NUH-4 v2 |
|  |  |  |  |  |  | FDA: 07/25/2024 |
|  |  |  |  |  |  | ERTW: 08/16/2024 |
| 7/9/2024 | SYSTEM | SYSTEM | Claim | DE | Disability Management Initial Evaluation | Exhaustion Date: 01/22/2025 |
| 7/9/2024 | SYSTEM | JACRIVER | Claim | CM | Claimant Contact | STD claim managed in JURIS |
| 7/9/2024 | SYSTEM | JACRIVER | Claim | AP | Action Plan | STD claim managed in JURIS |
| 7/9/2024 | SYSTEM | JACRIVER | Claim | ST | Claim Status | Case 'C407090048800016AA' was conditionally approved on 07/09/2024 |
|  |  |  |  |  |  | Potential leave(s) for the same condition in the last 12 months: No matching cases found |
|  |  |  |  |  |  | First Date Absence: 07/25/2024 |
|  |  |  |  |  |  | Case Absence Status: Conditional |
|  |  |  |  |  |  | Policies Eligible For: |
|  |  |  |  |  |  | Federal_Employee_Leave_FMLA |
|  |  |  |  |  |  | Eligibility Leave Year: 07/25/2024 - 07/24/2025 |
|  |  |  |  |  |  | Forecasted Available: 12.0000 WW |
|  |  |  |  |  |  | Forecasted Exhaustion: 10/16/2024 |
|  |  |  |  |  |  | Policies Not Eligible For: |
| 7/9/2024 | SYSTEM | JACRIVER | Claim | FM | Family/Medical Leave Act | None |
| 7/9/2024 | SYSTEM | JACRIVER | Claim | ST | Claim Status | New case 'C407090048800016AA' was created on 07/09/2024 |

| Date | User | Source | Type | Code | Category | Note |
|---|---|---|---|---|---|---|
| 7/9/2024 | SYSTEM | JACRIVER | Claim | 1R | First Report of Injury | New Case entered with requested end date of 08/15/2024 |
| 7/9/2024 | SYSTEM | JACRIVER | Claim | 1R | First Report of Injury | New Case entered with requested begin date of 07/25/2024 |
| 7/9/2024 | | 800 | Claim | IT | Intake | Fields Assigned: Location: 1 Plan: 12 Line: 1 Excess: 1 Ex-Policy: None<br>Number of Days Worked Per Week: 0<br>Date first full day of absence due to disability: 07/25/2024<br>Claimant's Anticipated Return to Work Date: 08/16/2024<br>Actual Return to Work Date:<br>Date of Termination:<br>Was the claimant hospitalized?: N<br>Date of admission to hospital:<br>Date of discharge to hospital:<br>Did the claimant have surgery?: Y<br>Surgery Type I=Inpatient O=Outpatient:<br>Date of admission to surgery: 07/25/2024<br>Date of discharge from surgery:<br>When were you or will you be seen by physician?: |
| 7/9/2024 | | 800 | Claim | IT | Intake | When is your next physician appointment?: 07/25/2024<br>Employment Status:<br>Wage Frequency:<br>Wage Amount: +0000000000<br>What is the diagnosis?: Surgery - Other than back/spin<br>Please Explain Accident:<br>Is this a pregnacy Leave?:<br>Employee receives other income?:<br>Other Income Type:<br>Other Income Wage Amount: +0000000000<br>Other Income Wage Frequency:<br>Other Income Start Date:<br>Other Income End Date:<br>Other Income Payer:<br>Other Income contact phone number:<br>Emergency Treatment?:<br>Emergency Treatment Date?: |
| 7/9/2024 | | 800 | Claim | IT | Intake | Last Office Visit:<br>During Intake it was stated ee returned to work<br>Employee Returned To Work?: |
| 7/9/2024 | | 800 | Claim | WK | Work Status | To what status did EE return to work?<br>Claimant asked for status communications to:<br>Cell phone:4637106299 received in layout<br>text #: 4637106299 received in layout<br>email: shane_king1994@yahoo.com received in layout<br>Best Contact Number - Cell<br>Home Phone - 3173738239<br>Work Phone -<br>Cell Phone - 4637106299<br>Other Phone - |
| 7/9/2024 | | 800 | Claim | IT | Intake | Employee Work State : IN<br>Hired As A Temporary Employee Before Becoming A Permanent Employee Or Joined Westrock As Part Of A Recent Acquisition? : Yes<br>What Is The Expected Or Estimated Return To Work Date? : Friday, August 16, 2024<br>Is This Related To COVID? : No<br>Will Surgery Or A Procedure Be Done Due To This Condition? : Yes<br>Explain The Type Of Surgery Or Procedure To Be Performed? : hernia surgery<br>What Is The Date Of The Surgery Or Procedure? : Thursday, July 25, 2024<br>Please Provide Any Additional Important Information : ppw requested to be faxed to provider |
| 7/9/2024 | | 800 | Claim | IT | Intake | Disability Description hernia |

WESTROCK 000559
CONFIDENTIAL