**Shane King**
To: phil.giddens@westrock.com

Tue 8/20/2024 8:40 AM

📎 0488_WR_DL_Contact Reque... — 139 KB
📎 ATT00001.txt — 281 bytes

2 attachments (139 KB)   💾 Save All Attachments

↩ Reply    ➡ Forward

**Shane King**

To: phil.giddens@westrock.com

Tue 8/20/2024 9:00 AM

📄 0488_WR_DL_Disability - Lea...
1 MB

Sent from my iPhone

[Reply] [Forward]