

# Voicemail

## Phil Giddens
work
August 21, 2024 at 3:59 PM

0:00        −0:10

### Transcription

"Shane, it's Phil at work if you can give me a call, please 3 1 7- 2 0 9- 6 3 3 7 thank you…"

Was this transcription useful or not useful?