# AFTER VISIT SUMMARY


Community Health Network

**Shane S. King** MRN: 001212110   Left inguinal hernia   8/21/2024   Community Hospital South

## Instructions

**Adult Post-op Discharge Instructions after Anesthesia**

**General Information**
Please follow these instructions:
1. Do not drink alcoholic beverages for 24 hours.
2. Do not drive a motor vehicle, operate machinery, power tools or equipment for 24 hrs.
3. You may need help caring for small children.
4. Take stairs slowly and carefully.
5. You may experience lightheadedness, dizziness, and sleepiness following surgery, **do not stay alone.**
6. Diet- to avoid nausea, start with liquids, non- greasy, or soft, non-spicy foods and progress to your normal diet or the diet your physician has prescribed for you.
7. Do not sign any legal documents or make any personal or business decisions for 24 hours.
8. With general anesthesia, you may have a sore throat. Drink plenty of cold fluids, take ice chips, or throat lozenges, as needed, to relieve discomfort.

**General Surgical Care - Follow surgeon instructions first and then refer to those listed below.**
Follow up with your surgeon as instructed. Please call the doctor for any of these problems or go to the nearest Emergency Room for severe problems.

1. Temperature of 101F degrees or higher.
2. Pain that does not lessen to a comfortable level with the pain medication prescribed by your physician.
3. Cloudy or foul smelling drainage from the dressing or cast or operative site.
4. Redness or firmness around incision.
5. Bleeding or continuous oozing that saturates the bandage.
6. Nausea or vomiting that continues for greater than 24 hours.
7. Increased swelling of fingers or toes, or severe tightness of the bandage, not relieved with the elevation of the affected extremity above the level of your heart.
8. Increased numbness or tingling of the operative limb, fingers or toes.
9. Pale, blue, or cold fingers, toes, or nailbeds (compared to opposite side).

## Your Next Steps

### Do
☐ Pick up these medications from CVS/pharmacy #3297 - INDIANAPOLIS, IN - 4935 S. ARLINGTON AT CORNER OF THOMPSON
- ibuprofen
- OXYcodone
- traMADoL

### Read
☐ Read these attachments
- CHNW NDP- Resources (English)
- Medicine, Taking Safely: Discharge Instructions (English)
- Scopolamine Transdermal System (English)

### Go
**SEP 19**   Postop 1:30 PM
Steven Clark, MD
Community Physician Network
General Surgical Care
701 E County Line Rd
Suite 201
GREENWOOD IN 46143-1071
317-865-8000

You have more future appointments. Please review your full appointment list.

## MyChart
View your After Visit Summary and more online at https://mychart.ecommunity.com/mychart/. If you have questions, please e-mail 355care@ecommunity.com or call 317-355-CARE to speak with our MyChart staff.

...ctions (continued)

...urse from our staff will attempt to call you at home in the next few days, to ask how you are doing.

**After Hernia Surgery**
You can usually go home the same day as surgery. If you had surgery to repair ventral or incisional hernia, you may need to stay in the hospital overnight. To speed healing, take an active role in your recovery. The tips below can help:

**Reducing Swelling**
Early on, it's common for the area around your incision to be swollen, bruised, and sore. To reduce swelling, put an ice pack or bag of frozen peas in a thin towel. Place the towel on the swollen area 3 to 5 times a day for 15 to 20 minutes at a time.

**Managing Pain**
Take any prescribed pain medications as directed. Be aware that some pain medications can cause constipation. So your doctor may also suggest a laxative or stool softener.

**Returning to Normal**
You can return to your normal routine as soon as you feel able. Just take it easy and follow these guidelines:
- Take short walks to improve circulation.
- Avoid heavy lifting for at least a week.
- Ask your doctor about driving and returning to work.
- You can begin having sex again when you feel ready.

**Following Up**
Be sure to keep all follow-up appointments with your doctor. These ensure you're healing well. During visits, your stitches, staples, or bandage may be removed.

# Call Your Doctor

Call your doctor if you have any of the following:

- A large amount of swelling or bruising (some testicular swelling and bruising is normal)
- Fever over 101°F (38.3°C)
- Increasing pain, redness, bleeding, or drainage from the incision
- Trouble urinating
- Constipation
- Vomiting

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**DISCHARGE INSTRUCTIONS: GENERAL SURGICAL CARE SOUTH**

1. **Diet** For practical purposes, avoid any foods that upset your stomach.
    regular diet

2. **Activity** You may go up and down steps or go out for a walk. This will not hurt your incision(s).
    You may drive once you are no longer taking prescription narcotic for pain relief.
    No lifting over 25 pounds for 1 week(s).
    May workout in 2 week(s).
    May shower, but do not allow the incision to become soaked, as in swimming or      taking a bath for 1 week(s).
    Your bowel function may not be regulated for a few weeks after surgery. THIS IS      NORMAL. If you have difficulty in moving your bowels, you may take milk of magnesia     or Colace by mouth per label instructions.
    **DO NOT USE ANY ENEMAS OR SUPPOSITORIES** unless directed by your surgeon.

...ctions (continued)

3. **Medications** Resume your previous medications unless otherwise directed. Be prompt in filling any new prescription(s).
Follow the pharmacy directions.

4. ~~Drain~~ If you have a drain, empty the drain twice a day and record the amount. Bring the record to the office on your post-operative appointment.

5. Please report any unusual symptoms promptly. Moderate swelling and/or bruising around the incision is not unusual.

6. Please call the office to arrange a post operative appointment on **19 September 2024**

7. Return to work 4 September 2024 if applicable

If there are additional questions, you may call 317-865-8000.

**General Surgical Care South**
**Steven Maurice Clark, MD**
**Edward J. Diekhoff, MD**
**Stephen J. O'Neil, MD**
**P. Jason Bowlds, MD**
**Jingliang Yan, MD, PhD**

701 E. County Line Rd, Suite 201
Greenwood, IN 46143
Office: 317.865.8000 • FAX: 317.865.8012



Your medications have changed

➡ START taking:
**ibuprofen (ADVIL)**
**OXYcodone (ROXICODONE)**
**traMADoL (ULTRAM)**

◆ CHANGE how you take:
**nicotine (NICODERM CQ)**

Review your updated medication list below.

## 👥 Attending providers for your hospitalization

| Provider | Specialty | Primary Office Phone |
|---|---|---|
| Clark, Steven Maurice, MD | General Surgery | 📞 317-865-8000 |

## What's Next

**SEP 19** — Postop with Steven Clark, MD
Thursday Sep 19, 2024 1:30 PM
Prepay due: **Estimate unavailable**

Community Physician Network
General Surgical Care
701 E County Line Rd
Suite 201
GREENWOOD IN 46143-1071
317-865-8000

**AUG 7 2025** — Physical with Ryan Kaufman, MD
Thursday Aug 7, 2025 7:00 AM
Arrive 15 minutes prior to appointment.
Bring all medication bottles to appointment
Bring insurance card, picture ID and copay if applicable
Bring all necessary forms for completion to visit (ex: IHSAA physical form, CDL)
Prepay due: **$0.00**

Community Physician Network
Family Medicine Care
5908 E Stop 11 Rd
INDIANAPOLIS IN 46237-8683
317-497-6800

## ▦ Patient Belongings

| Flowsheet Row | Most Recent Value |
|---|---|
| Patient Belongings at Bedside | |
|   Belongings at Bedside | Clothing, Glasses |
|   Clothing | Pants, Shirt, Underpants, Socks, Footwear |
| Patient Belongings Sent to Safe | |

## Suicide Prevention Resources

Help is available if you or someone you are concerned about is at risk for suicide.

- Call 998 to reach the Suicide & Crisis Lifeline
- For the Community Behavioral Health Crisis Line, dial 1-317-621-5700, Option 1

## Thank you for choosing Community

**It was our pleasure caring for you!**
Our Goal: Provide an exceptional experience for our patients.

**We Want to Hear From You.**

If you have questions about your Community experience or suggestions for making it better, please call **317-621-7000** or email **PatientExperience@eCommunity.com**. Office hours are Monday - Friday, 8 a.m. to 5 p.m.

You may receive a survey asking about your experience with Community Health Network. Your voice and opinions are important to Community Health Network and are used to improve upon our commitment to provide "Exceptional care. Simply delivered."

**If you are having a medical emergency, please call 911.**

# Current Discharge Medication List

## START taking these medications

| | Last Dose/Start Date | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **START** — **ibuprofen** 800 MG tablet<br>Take ONE tablet (800 mg total) by mouth every 8 (eight) hours for 5 days. Take with Tramadol<br>Signed by: **Steven Clark, MD**<br>Commonly known as: ADVIL | | | | | | |
| **START** — **OXYcodone** 5 MG immediate release tablet<br>Take ONE tablet (5 mg total) by mouth every 6 (six) hours as needed for Pain.<br>Signed by: **Steven Clark, MD**<br>Commonly known as: ROXICODONE | | | | | | |
| **START** — **traMADoL** 50 mg tablet<br>Take ONE tablet (50 mg total) by mouth every 8 (eight) hours for 5 days.<br>Signed by: **Steven Clark, MD**<br>Commonly known as: ULTRAM | | | | | | |

## CONTINUE these medications which have CHANGED or have new prescriptions

| | Last Dose/Start Date | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **CHANGE** — **nicotine** 7 mg/24 hr<br>Place ONE patch onto the skin daily for 14 days. Start using once the 14mg patches have been used up.<br>Signed by: **Ryan Kaufman, MD**<br>Commonly known as: NICODERM CQ<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** | Start taking on: **October 1, 2024** | | | | | |

## Where to pick up your medications

Pick up these medications at CVS/pharmacy #3297 - INDIANAPOLIS, IN - 4935 S. ARLINGTON AT CORNER OF THOMPSON

- **ibuprofen**
Your estimated payment per fill: $1

- **OXYcodone**
Your estimated payment per fill: $1

- **traMADoL**
Your estimated payment per fill: $1

Address:   4935 S. ARLINGTON, INDIANAPOLIS IN 46237
Phone:     317-791-3826

## Attached Information

**Tobacco Treatment Resources**

Quitting alone is not easy and most people need help. Working with a professional can help you beat the addiction of nicotine. Please ask your healthcare professional for assistance to quit. Below are additional resources.

### Community Health Network Nicotine Dependence Program

- Website: https://www.ecommunity.com/nicotine-dependence-program

### Indiana Tobacco Quit Line

- Website: https://quitnow.net/indiana
- Phone Number: **1-800-784-8669**

2024 Community Health Network. Always follow your health care provider's instructions.

| Attached Information | Medicine, Taking Safely: Discharge Instructions (English) |

# Discharge Instructions: Taking Medicine Safely

Medicine can help treat or prevent illness. But if you don't take it correctly, it may not help. It may even hurt you. Your healthcare provider or pharmacist can help you learn the right way to take your medicine. Here are some tips to help you take medicine safely.

## Safety tips

- Have a routine for taking each medicine. Make it part of something you do each day. Take your medicine after brushing your teeth. Or after eating a meal.
- If you take a few medicines, find help getting organized. A pill organizer is one idea. It can arrange all your medicines for the day. Or for a week at a time.
- Bring all your current medicines to the hospital or your healthcare provider's office. Bring them in their original boxes or bottles. Or bring an up-to-date list of your medicines.
- Don't stop taking a prescription medicine unless your healthcare provider tells you to. Doing so could make your condition worse.
- Don't share medicines.
- Ask your provider about side effects with any new medicines.
- Let your healthcare provider and pharmacist know of any allergies you have.
- Don't take a prescription medicine with another remedy without talking with your healthcare provider first. It can be harmful to take prescription medicines with other substances. These include alcohol, illegal drugs, herbs, supplements, or even some over-the-counter medicines. Talk with your provider or pharmacist before using any of these while taking a prescription medicine.
- Try using the same pharmacy for all your prescriptions. That may not be possible. If not, let each pharmacist know what medicines you are taking.
- Keep medicines out of the reach of children and pets. Keep medicines in a cool, dry, dark place. Don't put them in the bathroom or in the kitchen. There is too much moisture and heat there.
- Don't use medicine that has expired. And don't use medicine that doesn't look or smell right. Call your pharmacist to find out how to safely get rid of medicines. Or where you can take them to get rid of them.
- Medicine in a single-dose container should be used only one time. If you use the container a second time, it may have germs in it. These can cause illness. These illnesses include hepatitis B and C. They also include brain or spinal cord infections.
- Know how to safely dispose of your unused or expired medicines. Many towns have medicine take-back programs. You may be able to drop off medicines at certain places or through your local recycling and trash collection. Go to the FDA's <u>website</u> or talk with your healthcare provider about how to safely dispose of them.

## Names of medicines

Medicines have brand names and generic names. When a medicine is first made, it's sold only under its brand name. Later it can be made and sold as a generic. Generic medicines cost less than brand-name medicines. And most work just as well. Unless your healthcare provider says otherwise, most people can use the generic medicine. A common mistake is to take a generic and a brand name of the same medicine. Some people do this, thinking they are different. This can lead to harmful reactions. This is also a good reason to bring all your prescriptions in their original bottles to your healthcare visits.

**StayWell last reviewed this educational content on** 1/1/2019

2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Attached Information                                                  Scopolamine Transdermal System (English)

## Scopolamine Transdermal System

**Transderm Scop**

**Uses**

For nausea or vomiting.

**Instructions**

DO NOT take this medicine by mouth.

Place the patch behind the ear.

Keep the medicine at room temperature. Avoid heat and direct light.

This patch should not be cut.

Wash your hands before and after handling this medicine.

Remove old patch before applying new one. Change the location of the new patch.

Remove the plastic liner that protects the sticky side of the patch before applying to the skin.

Be sure the area of skin is clean and dry before putting on a new patch.

Apply the patch to a clean, dry, hairless area.

Do not shave the hair. It irritates the skin. If needed, use scissors to cut the hair close to the skin.

Do not use soap, oils, or alcohol on the area of the skin before applying the patch. Use only water and gently pat dry. Do not rub the skin.

Press the patch firmly for a few seconds to make sure it stays in place.

If the patch does not stick, speak with your doctor or pharmacist. Do not cover the patch with bandage or tape unless instructed by your doctor or pharmacist.

After removing the patch, fold it together and discard it out of reach of children and pets.

Avoid getting the medicine in the eyes, nose, or mouth. Wash the medicine off your fingers after applying it.

Do not dispose of a used patch by flushing it into the toilet.

To avoid irritating your skin, use a different location for a new patch.

Apply the patch only to normal looking skin. Avoid areas of the skin that are red, have scrapes, or damaged.

If the patch falls off or you forgot to use the patch on time, apply a new patch immediately to a different location. Replace this new patch at your next usual dosing time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

relieve dry mouth while taking this medicine, try chewing gum or sucking on hard candy or ice chips. Drink extra water or use a saliva substitute.

## Cautions

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

Do not use the medication any more than instructed.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not drive or operate machinery until you know how this medicine will affect you.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

Do not share this medicine with anyone who has not been prescribed this medicine.

This medicine can cause serious side effects in some patients. Important information from the U.S. Food and Drug Administration (FDA) is available from your pharmacist. Please review it carefully with your pharmacist to understand the risks associated with this medicine.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- blurry vision
- dizziness
- drowsiness or sedation
- dry mouth
- dilation of the pupils
- skin irritation such as redness, itching, rash, or burning
- skin irritation where medicine is applied
- slurred speech

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- agitated feeling or trouble sleeping
- confusion
- hallucinations (unusual thoughts, seeing or hearing things that are not real)
- fast or irregular heart beats
- mood changes
- seizures
- difficulty or discomfort urinating
- seeing halos or colors around lights

A few people may have an allergic reaction to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

## Extra

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.



https://preview.meducation.com/V2.0/fdbpem/6004

IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist. © 2021 First Databank, Inc.

© 2000-2022 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.