| | |
|---|---|
| **From:** | Phil Giddens |
| **To:** | Mark Kennedy |
| **Subject:** | FW: Short term |
| **Date:** | Tuesday, August 20, 2024 12:13:21 PM |
| **Attachments:** | 0488_WR_DL_Disability - Leave IP Gen APS 2.pdf |

Mark,

This is the last correspondence from Sedgwick according to Shane. At this point he's not sure if it has been fully approved and the fact that he doesn't have a follow-up email suggests the same to me. Let me know how to proceed. Thanks.

Phil

**From:** Shane King <shane_king1994@yahoo.com>
**Date:** Tuesday, August 20, 2024 at 12:04 PM
**To:** Phil Giddens <phil.giddens@westrock.com>
**Subject:** Short term

EXTERNAL - Use Caution. Do not click links or open attachments unless you know the content is safe.

Sent from my iPhone

WESTROCK 000654
CONFIDENTIAL

| | |
|---|---|
| **From:** | Phil Giddens |
| **To:** | Mark Kennedy |
| **Subject:** | Shane King Term Review Form |
| **Date:** | Friday, August 23, 2024 8:18:31 AM |
| **Attachments:** | Shane King Termination Review 8-23-24.docx |

Mark,

Let me know if you have any questions. Thanks.

Phil

WESTROCK 000655
CONFIDENTIAL

**From:** Sydria Jordan
**To:** Mark Kennedy
**Subject:** RE: Shane King
**Date:** Monday, August 26, 2024 8:15:41 AM
**Attachments:** image001.png

Hi,
Thank you

**CLOSED MONDAY, September 2ND, 2024**

LOADING HOURS 7:30am to 3:00pm

**Sydria Jordan**
Office Manager – Recycling Division



1775 S West Street, Indianapolis, IN 46225
Direct: 317-634-7571
www.smurfitwestrock.com

---

**From:** Mark Kennedy <mark.kennedy@westrock.com>
**Sent:** Monday, August 26, 2024 8:06 AM
**To:** Sydria Jordan <sydria.jordan@westrock.com>
**Subject:** RE: Shane King

Syd,
If there is an FMLA Pending code use that. Otherwise these are absences. I will terminate him effective 8/23

---

**From:** Sydria Jordan <sydria.jordan@westrock.com>
**Sent:** Monday, August 26, 2024 7:36 AM
**To:** Mark Kennedy <mark.kennedy@westrock.com>
**Subject:** Shane King

Good morning!
Could you tell me what the status on Shane King is?  I need to get payroll finished up and not sure what I need to do with his last 3 days  (code them to).

Thank you!

**CLOSED MONDAY, September 2ND, 2024**

LOADING HOURS 7:30am to 3:00pm

**Sydria Jordan**
Office Manager – Recycling Division



1775 S West Street, Indianapolis, IN 46225
Direct: 317-634-7571
www.smurfitwestrock.com

WESTROCK 000660
CONFIDENTIAL

| | |
|---|---|
| **From:** | Eric Coleman |
| **To:** | Kim Robinson; Chandra Davis; Mark Kennedy; Amy Jordan |
| **Cc:** | Yvonne Tribble |
| **Subject:** | RE: HRC0911925 has new comment(s) |
| **Date:** | Wednesday, August 28, 2024 2:46:53 PM |
| **Attachments:** | image004.jpg |
| | image005.jpg |
| | image006.png |
| | image007.png |

Hello Everyone,

I just received confirmation from Sedgwick that the approval for his FMLA is a "fast track" approval (which is the "conditional approval" I referred to on our call). When an employee applies for a leave and confirms their first day absent with Sedgwick, they initially enter an approval into the system. Once the medical documentation is received and a determination is made, the leave is then denied or approved for a specific timeframe. As of now, he has not turned in any medical documentation, but he has provided his doctor's information for Sedgwick to contact them. Please let me know if you decide to proceed with the termination so that I can work with Sedgwick to have his claim updated appropriately.

Sincerely,
**Eric Coleman**
Senior Specialist, Total Rewards



3950 Shackleford Road | Duluth, GA 30096
eric.coleman@smurfitwestrock.com | (678) 291-7156 | www.smurfitwestrock.com

**From:** Kim Robinson <kim.robinson@westrock.com>
**Sent:** Wednesday, August 28, 2024 12:25 PM
**To:** Chandra Davis <chandra.davis@westrock.com>; Mark Kennedy <mark.kennedy@westrock.com>; Amy Jordan <amy.jordan@westrock.com>
**Cc:** Yvonne Tribble <yvonne.tribble@westrock.com>; Eric Coleman <eric.coleman@westrock.com>
**Subject:** RE: HRC0911925 has new comment(s)

Hi All:

We have invited Eric Coleman from Benefits, he will be able to provide further insight.


Best regards,

Kim Robinson
Sr. HR Specialist
**Smurfit Westrock**
HR Solution Center
1000 Abernathy Road NE, Atlanta, GA, 30328, USA
HRSC Tel: 888-551-6323
HRSolutionCenter@SmurfitWestrock.com
www.smurfitwestrock.com
Follow us on LinkedIn | X | Facebook | YouTube







**From:** Amy Jordan <amy.jordan@westrock.com>
**Sent:** Wednesday, August 28, 2024 9:04 AM
**To:** Mark Kennedy <mark.kennedy@westrock.com>
**Cc:** Kim Robinson <kim.robinson@westrock.com>
**Subject:** RE: HRC0911925 has new comment(s)

Good morning Mark,

Thank you for reaching out. In this situation we cannot terminate an employee is currently on leave of absence- the only options we are given to terminate are:

WESTROCK 000662
CONFIDENTIAL

We would have to benefits enter a row stating he either returned or was denied STD then we can enter the termination as Term/Attendance.

So a case would need to filed with benefits to enter this row of denial or return ServiceNow (service-now.com)

Please let me know if you have any further questions.

Thank you,

**Amy Jordan**
**Manager I, HR Operations**

**Smurfit Westrock**
**HR Solution Center (HRSC)**
1000 Abernathy Road NE, Atlanta, GA 30328, United States
Tel: 1.888.551.6323
Hours of Operation: Mondays – Fridays 8 A.M. – 6 P.M. ET
www.smurfitwestrock.com

Follow us on LinkedIn | X | Facebook | YouTube

**From:** Mark Kennedy <mark.kennedy@westrock.com>
**Sent:** Wednesday, August 28, 2024 8:39 AM
**To:** Amy Jordan <amy.jordan@westrock.com>
**Subject:** FW: HRC0911925 has new comment(s)

Hi Amy,
The termination request below is for violation of the attendance policy. Mr. King was terminated ▮▮▮▮

████████████████████████ Is it possible to revise / remove the LOA code as using the two leave codes that Kim has offered do not accurately reflect the reason for termination. Feel free to call if you need clarification.

Thanks
Mark

---

**From:** WRK ServiceNow Production <wrk@service-now.com>
**Sent:** Tuesday, August 27, 2024 5:32 PM
**To:** Mark Kennedy <mark.kennedy@westrock.com>
**Subject:** HRC0911925 has new comment(s)

### HRC0911925

**Opened by:** Mark Kennedy (mkennedy1)
**State:** Suspended

**Short Description:** Terminate Shane King 314731
**Description:**

The following fields have been provided:
Opened by: Mark Kennedy (mkennedy1)

Subject person: Mark Kennedy (mkennedy1)

Emp ID: 391654

Division: Corrugated Segment Group

Description: Terminate Shane King eff: 8/23/24 for violation of the Attendance Policy. His LOA was not approved prior to termination. Thanks

---

**Comments:**

**2024-08-27 17:31:23 EDT - Kim Robinson (krobinson)** Additional comments
Hi Mark,

Shane King is still on a Leave of Absence status is PeopleSoft. The Action Reason options for termination in LOA status are Vol Fail to Return from Leave & Failure to Return from Disability.
Which one should I use for his case?

Thanks,
Kim

---

**2024-08-26 08:09:38 EDT - Mark Kennedy (mkennedy1)** Additional comments
User Mark Kennedy (mkennedy1) has initiated a HR Self Service request

Ref:MSG119762222



**From:** Eric Coleman <eric.coleman@westrock.com>
**Sent:** Wednesday, August 28, 2024 2:47 PM
**To:** Kim Robinson <kim.robinson@westrock.com>; Chandra Davis <chandra.davis@westrock.com>; Mark Kennedy <mark.kennedy@westrock.com>; Amy Jordan <amy.jordan@westrock.com>
**Cc:** Yvonne Tribble <yvonne.tribble@westrock.com>
**Subject:** RE: HRC0911925 has new comment(s)

Hello Everyone,

I just received confirmation from Sedgwick that the approval for his FMLA is a "fast track" approval (which is the "conditional approval" I referred to on our call). When an employee applies for a leave and confirms their first day absent with Sedgwick, they initially enter an approval into the system. Once the medical documentation is received and a determination is made, the leave is then denied or approved for a specific timeframe. As of now, he has not turned in any medical documentation, but he has provided his doctor's information for Sedgwick to contact them. Please let me know if you decide to proceed with the termination so that I can work with Sedgwick to have his claim updated appropriately.

Sincerely,
**Eric Coleman**
Senior Specialist, Total Rewards



3950 Shackleford Road | Duluth, GA 30096
eric.coleman@smurfitwestrock.com | (678) 291-7156 | www.smurfitwestrock.com

---

**From:** Kim Robinson <kim.robinson@westrock.com>
**Sent:** Wednesday, August 28, 2024 12:25 PM
**To:** Chandra Davis <chandra.davis@westrock.com>; Mark Kennedy <mark.kennedy@westrock.com>; Amy Jordan <amy.jordan@westrock.com>
**Cc:** Yvonne Tribble <yvonne.tribble@westrock.com>; Eric Coleman <eric.coleman@westrock.com>
**Subject:** RE: HRC0911925 has new comment(s)

Hi All:

We have invited Eric Coleman from Benefits, he will be able to provide further insight.

Best regards,

Kim Robinson
Sr. HR Specialist
**Smurfit Westrock**
HR Solution Center
1000 Abernathy Road NE, Atlanta, GA, 30328, USA
HRSC Tel: 888-551-6323
HRSolutionCenter@SmurfitWestrock.com
www.smurfitwestrock.com
Follow us on LinkedIn | X | Facebook | YouTube





**From:** Amy Jordan <amy.jordan@westrock.com>
**Sent:** Wednesday, August 28, 2024 9:04 AM
**To:** Mark Kennedy <mark.kennedy@westrock.com>
**Cc:** Kim Robinson <kim.robinson@westrock.com>
**Subject:** RE: HRC0911925 has new comment(s)

Good morning Mark,

Thank you for reaching out. In this situation we cannot terminate an employee is currently on leave of absence- the only options we are given to terminate are:

We would have to benefits enter a row stating he either returned or was denied STD then we can enter the termination as Term/Attendance.

So a case would need to filed with benefits to enter this row of denial or return ServiceNow (service-now.com)



Please let me know if you have any further questions.

Thank you,

**Amy Jordan**

**Manager I, HR Operations**

**Smurfit Westrock**
**HR Solution Center (HRSC)**
1000 Abernathy Road NE, Atlanta, GA 30328, United States
Tel: 1.888.551.6323
Hours of Operation: Mondays – Fridays 8 A.M. – 6 P.M. ET
www.smurfitwestrock.com

Follow us on LinkedIn | X | Facebook | YouTube



**From:** Mark Kennedy <mark.kennedy@westrock.com>
**Sent:** Wednesday, August 28, 2024 8:39 AM
**To:** Amy Jordan <amy.jordan@westrock.com>
**Subject:** FW: HRC0911925 has new comment(s)

Hi Amy,
The termination request below is for violation of the attendance policy. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Is it possible to revise / remove the LOA code as using the two leave codes that Kim has offered do not accurately reflect the reason for termination. Feel free to call if you need clarification.

Thanks
Mark

**From:** WRK ServiceNow Production <wrk@service-now.com>
**Sent:** Tuesday, August 27, 2024 5:32 PM
**To:** Mark Kennedy <mark.kennedy@westrock.com>
**Subject:** HRC0911925 has new comment(s)

### HRC0911925
**Opened by:** Mark Kennedy (mkennedy1)
**State:** Suspended

**Short Description:** Terminate Shane King 314731
**Description:**

The following fields have been provided:
Opened by: Mark Kennedy (mkennedy1)

Subject person: Mark Kennedy (mkennedy1)

Emp ID: 391654

Division: Corrugated Segment Group

Description: Terminate Shane King eff: 8/23/24 for violation of the Attendance Policy. His LOA was not approved prior to termination. Thanks

**Comments:**

**2024-08-27 17:31:23 EDT - Kim Robinson (krobinson)** Additional comments
Hi Mark,

Shane King is still on a Leave of Absence status is PeopleSoft. The Action Reason options for termination in LOA status are Vol Fail to Return from Leave & Failure to Return from Disability.
Which one should I use for his case?

Thanks,
Kim

---

**2024-08-26 08:09:38 EDT - Mark Kennedy (mkennedy1)** Additional comments
User Mark Kennedy (mkennedy1) has initiated a HR Self Service request

Ref:MSG119762222

**From:** Natashia Quinn
**To:** Mark Kennedy
**Cc:** WestRock@sedgwickcms.com
**Subject:** FW: 4A240783LG5-0001 - KING, SHANE - EE ID# 314731
**Date:** Wednesday, August 28, 2024 12:18:26 PM
**Attachments:** image001.png

Hi Mark,

Can you please assist with the below information.

Thank you,
Natashia Quinn

HR Solutions Center (HRSC): 888-551-6323
Hours of Operation: 8am – 6pm EST

---

**From:** Smurfit Westrock <Westrock@sedgwickcms.com>
**Sent:** Wednesday, August 28, 2024 11:08 AM
**To:** Natashia Quinn <natashia.quinn@westrock.com>
**Cc:** ACS Dropfile SIR Intake <dropfile@acssedgwickcms.com>; Smurfit Westrock <Westrock@sedgwickcms.com>
**Subject:** RE: 4A240783LG5-0001 - KING, SHANE - EE ID# 314731

> **EXTERNAL - Use Caution. Do not click links or open attachments unless you know the content is safe.**

Hello,

I am reaching out regarding Shane's STD claim. His claim is currently pending additional medical, his FMLA is approved 8/21/24-9/19/24. The employee advised that he was terminated. Can you please confirm his termination effective date?

Thank you,

PAYTON SIMPSON | BENEFIT LIAISON
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
WWW.SEDGWICK.COM | Caring counts℠



**From:** Smurfit WestRock <Westrock@sedgwickcms.com>
**Sent:** Friday, August 23, 2024 12:12 PM
**To:** Natashia Quinn <natashia.quinn@westrock.com>
**Cc:** ACS Dropfile SIR Intake <dropfile@acssedgwickcms.com>; Smurfit WestRock <Westrock@sedgwickcms.com>; Smurfit WestRock <Westrock@sedgwickcms.com>

**Subject:** FW: 4A240783LG5-0001 - KING, SHANE - EE ID# 314731

Good Morning,

I am reaching out regarding Shane's leave. His STD is currently pending additional medical, his FMLA is approved 8/21/24-9/19/24. The employee advised that he was terminated. Can you please confirm his termination effective date?

Thank you,

**PAYTON SIMPSON** | BENEFIT LIAISON
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
WWW.SEDGWICK.COM |  **Caring counts℠**

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.