UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, | ) |
|     *Plaintiff* | )    Case No. 24-cv-1565 |
| v. | ) |
| Smurfit Westrock PLC, | ) |
| Phillip Giddens, | ) |
|     *Defendants* | ) |

**Order on Summary Judgment**

The Plaintiff having filed his Motion for Summary Judgment, (ECF No. 53), which forms part of the Court record, and the Court, having reviewed said motion, brief, and evidence in support, and being otherwise duly advised, hereby **grants** the Motion, and directs entry of partial Summary Judgment for Shane King and against Defendants as to liability on the FMLA interference and retaliation claims.

**SO ORDERED.**

Signed: _____

Date: _____

Distribution by CM/ECF to registered counsel of record.