UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, | ) |
| PHILLIP GIDDENS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Before the Court is Plaintiff's Motion to Extend Sanctions Deadline, Dkt. [52]. Defendants did not oppose the Motion. The Court, having reviewed the matter and being duly advised, **GRANTS IN PART** the Motion **to the extent** that the deadline to pay the sanctions amount is extended by 60 days.

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to pay the sanctions amount of $1,153.13 imposed by the Court's May 6, 2025, Order, (Dkt. 48), is extended by 60 days, to **September 3, 2025**.

So **ORDERED**.

Date: 7/21/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF