U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shane King, )<br>    *Plaintiff* )<br>vs. )<br>Smurfit-Westrock, PLC, )<br>Phillip Giddens )<br>    *Defendants* ) | Cause No. 1:24-cv-01565-MPB-MKK |

### Notice to Court of Compliance with Sanctions Order

Plaintiff Shane King, by counsel, notifies the Court that as of August 11, 2025, he has paid the sanctions amount of $1,153.13 imposed by previous Order. (ECF No. 48.) See Exhibit A for evidence of receipt.

Plaintiff requests that the Court discharge the sanctions Order as satisfied.

Respectfully submitted,

/s/ Andrew Stautz

Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497

### CERTIFICATE OF SERVICE

I hereby affirm that the foregoing was served on all interested persons by U.S. Mail, eFile, or other means permitted by rule this Aug 13, 2025.

/s/ Andrew Stautz

Andrew Stautz
Atty. #37665-49