# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING<br><br>Plaintiff,<br><br>vs.<br><br>SMURFIT WESTROCK PLC, et al.,<br><br>Defendants. | Case No. 24-cv-1565 |

ACKNOWLEDGEMENT OF RECEIPT

\_\_Dinsmore\_\_ on behalf of Defendant Smurfit Westrock PLC hereby acknowledges receipt of check number 9167425539 from Plaintiff, Shane King in the amount of $1,153.13 this 11th day of August, 2025 in compliance with the Court's Order of May 6, 2025, for the reimbursement of expenses it incurred to attend the February 26, 2025 Settlement Conference.

\_\_Q H Lockman\_\_

Printed: \_\_Q. H. Lockman\_\_

63498638.1