U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Shane King, | ) | |
|     *Plaintiff* | ) | |
| vs. | ) | Cause No. 1:24-cv-01565-MPB-MKK |
| Smurfit-Westrock, PLC, | ) | |
| Phillip Giddens | ) | |
|     *Defendants* | ) | |

**<u>Order Discharging Sanctions as Satisfied</u>**

Plaintiff Shane King, by counsel, having notified the Court of his payment of the sanctions amount of $1,153.13 imposed by previous Order, (ECF No. 48), and the Court being otherwise duly advised, the Court hereby orders the sanctions discharged as fully satisfied.

SO ORDERED.

_____        _____

Judge                                                              Date


Distribution to registered counsel of record by CM/ECF.