U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | |
| vs. ) | Cause No. 1:24-cv-01565-MPB-MKK |
| Smurfit-Westrock, PLC, ) | |
| Phillip Giddens ) | |
|     *Defendants* ) | |

### ORDER

This matter is before the Court on Plaintiff's Notice to Court of Compliance with Sanctions Order, Dkt. [57]. Plaintiff notifies the Court of his payment of the sanctions amount of $1,153.13 imposed by previous Order, (Dkt. 48), and the Court, having reviewed the matter and being duly advised, **GRANTS** the request and hereby orders the sanctions discharged as fully satisfied.

So **ORDERED**.

Date: 8/25/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by CM/ECF.