UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** <br><br> Plaintiff, <br><br> vs. <br><br> **SMURFIT WESTROCK PLC, et al.** <br><br> Defendants. | Case No. 24-cv-1565 |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants Smurfit Westrock PLC ("Smurfit") and Phillip Giddens ("Giddens") (collectively "Defendants"), by and through counsel and pursuant to Local Rule 56-1, moves this Court to grant summary judgment in Defendants' favor and dismiss all of Plaintiff's claims against Defendants in the Complaint with prejudice. In support of their Motion, Defendants rely on their Consolidated Response in Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Full Summary Judgment, which is filed contemporaneously herewith and incorporated herein by reference.

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Louise M. Griffin*
Michael Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

        Louise M. Griffin (*pro hac vice*)
        255 E. Fifth Street, Suite 1900
        Cincinnati, Ohio 45202
        Telephone: (513) 977-8656
        Facsimile: (513) 977-8141
        louise.griffin@dinsmore.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of this filing to all attorneys of record.

        *s/Louise M. Griffin*
        Louise M. Griffin