EXHIBIT A

# Attendance Policy

**1/1/2023**





## Table of Contents

Table of Contents ........................................................................................................................... 2

Introduction .................................................................................................................................. 3

Tracking Periods ........................................................................................................................... 3

Point Accumulation ....................................................................................................................... 3

Policies: ........................................................................................................................................ 5

Attendance Policy Acknowledgement ........................................................................................... 6

WESTROCK 000996
CONFIDENTIAL



## Introduction

Consistent and reliable attendance is an important part of each team member's job, and the expectations are that every team member will report to work every scheduled day, on time, and for their full shift. There are situations that may arise where a team member must be absent due to illness or other emergencies, but every effort should be made to schedule doctor appointments and other personal appointments outside the scheduled work shift.

If it is necessary for a team member to be absent or tardy, it is required that he/she communicate that information to their approved point of contact at their facility (e.g., direct supervisor, HR, and/or other predetermined contacts). If the return date is unknown, a team member must notify every day to update their status until a return date is given. If an absence is to be designated as FMLA, it must be reported as such through Sedgwick. Notification of an absence and/or tardy will only be accepted if it is reported to the team member's approved point of contact using the predetermined method (phone, email, text, etc.).

**All efforts must be made to provide a notification of an absence and/or tardy more than 1 hour prior to the start of a scheduled shift.**

## Tracking Periods

The standardized policy will utilize four tracking periods, for various segments of the attendance policy.

| Period | Purpose |
|---|---|
| Rolling 12 Month Period | For tracking points incurred by team members. Points will remain on team member's record for 12 months. |
| Fixed 90 Day | For new hires only. Will be used for tracking points over the team member's first 90 days of employment. |
| Rolling 90 Day | Used for tracking of .5-Point reduction eligibility |
| Two 6-month Fixed Tracking Periods | Used for tracking of eligibility for perfect attendance bonus |

## Point Accumulation

Attendance occurrences (such as tardiness, absences, or leaving early) are assigned points based on the severity of the occurrence. Points are allocated to different events as follows:

- **Late Arrivals**
  - If the team member arrives late to their scheduled shift but has notified 60 minutes or more prior to the scheduled start time of the shift to advise WestRock of the late arrival, they will accrue **0.5** Point.
  - If the team member arrives late to their scheduled shift but either notifies less than 60 minutes prior to the scheduled start time of the shift to advise WestRock of the late arrival or does not notify at all, they will accrue **1.0** Point.

- **Early Exit**
  - If the team member leaves prior to the scheduled shift end time, with less than 50% of their scheduled shift time remaining, they will accrue **0.5** Point.
  If the team member leaves prior to the shift end time, with more than 50% of their scheduled time shift remaining, they will accrue **1.0** Point.

3



- **Absences**
  - Even if a team member arrives late, missing more than 25% of a shift is considered an absence and will result in the accrual of points under this section.
    - If a team member is going to miss work and notifies 60 minutes or more prior to the scheduled start time of the shift, the team member will accrue **1.5** Points.
    - If a team member is going to miss work and notifies less than 60 minutes prior to the scheduled start time of the shift, the team member will accrue **2** Points.
    - If a team member is going to miss work and notifies 60 minutes or more prior to the scheduled start time of the shift due to illness and provides a doctor's note upon return, they will accrue **1** Point. For known consecutive-day absences, notifying once at the beginning of the absence(s) is allowed and will result in only one occurrence so long as a doctor's note is provided for the days absent and upon the day the team member returns to work.
    - If a team member is going to miss work and notifies less than 60 minutes prior to the scheduled start time of the shift due to illness and provides a doctor's note upon return, they will accrue **2** Points. For known consecutive-day absences, notifying once at the beginning of the absence(s) is allowed and will result in only one occurrence so long as a doctor's note is provided for the days absent and upon the day the team member returns to work.

- **No-Call/No-Show**
  - When team members miss work and do not notify WestRock of their absence(s) in advance or do not notify and miss more than 25% of the team member's scheduled shift, this can be unduly disruptive to the workplace. These are considered "No-call/no-shows" and the team member will accrue **3** Points.

- **Failure to record/punch**
  - Failure to punch in or out for a shift, or a lunch break (if applicable), will cause the team member to accrue **0.5** Point.

**Summary**

| Event | Points |
|---|---|
| Late Arrival of less than 25% of shift – Notified 60 minutes or More Prior to Scheduled Start Time | **0.5** |
| Late In of less than 25% of shift – Notified Less Than 60 minutes Prior to Scheduled Start Time | **1** |
| Early Exit – Leaving prior to the end of scheduled shift (also reference absence of missing more than 50% of scheduled shift) | **0.5** |
| No Call/No Show (failure to notify prior to the start of the scheduled start time and missing more than 25% of scheduled shift) | **3** |
| Failure to Punch | **0.5** |
| Unexcused Absence – Notified 60 minutes or More Prior to Scheduled Start Time | **1.5** points per day |
| Unexcused Absence – Notified 60 minutes or Less Prior to Scheduled Start Time | **2** points per day |

4



| | |
|---|---|
| Unexcused Absence – 1 or more Scheduled Day(s) With Doctor's Note – Notifying 60 minutes or More Prior to Scheduled Start Time (for known consecutive absences, notifying once at the beginning of the absences is allowed and only results in 1 occurrence) | 1 |
| Unexcused Absence – 1 or more Scheduled Days with Doctor's Note – Notifying Less than 60 minutes Prior to Scheduled Start Time (for known consecutive absences, notifying once at the beginning of the absences is allowed and only results in 1 occurrence) | 2 |
| Team member must work at least 50% of scheduled shift otherwise it is considered an absence | 1 |
| 90 Calendar days of no occurrences | -0.5 |

## Policies:

### Point Deductions

If team members complete 90 calendar days without incurring any attendance occurrence, they will have 0.5 Point subtracted from their attendance point balance. At no time may a team member points go below zero.

### Perfect Attendance Policy

In addition, any team member employed from the periods of Jan 1 – Jun 30 and Jul 1 – Dec 31 will be eligible to receive one paid day off per period (total of 2 days per year) as a reward for achieving perfect attendance during each of these periods. The perfect attendance policy can be sold in the value of the team member's daily standard hours at their base rate (see HR for submission). The award does not carry over year to year and must be used within the subsequent 6-month period in which it was awarded.

### New Hire Team member Disciplinary Action Schedule

All newly hired team members must complete a 90-day probationary period. During this period, if the team member reaches or exceeds 3 Points, they will be terminated. Points incurred during the 90-day probationary period will carry forward upon the completion of the 90-days of probation and will not expire until 12 months after each occurrence.

### No Call No Show Policy

In addition to the point penalty noted above, any team member who fails to show for a scheduled shift and does not notify in for three consecutive days will be considered to have abandoned their job and be terminated.

Two No-Call/No-Show occurrences in a rolling six-month period will result in termination.

WESTROCK 000999
CONFIDENTIAL



**Disciplinary Action Schedule**

WestRock uses a 12-month rolling period to govern point totals. 12 months following the date of an event that incurs points, the points for that event will be dropped. Reaching the following Total Point Thresholds in a rolling 12-month period results in the following disciplinary actions:

- Team Members Who Regularly Work an 8 and/or 10 Hour Shift
  - **4** Points – Verbal Warning
  - **6** Points – Written Warning
  - **8** Points – Final Warning With 3 Day Suspension
  - **10** Points – Termination

- Team Members Who Regularly Work a 12 Hour Shift
  - **2** Points – Verbal Warning
  - **4** Points – Written Warning
  - **6** Points – Final Warning With 3 Day Suspension
  - **8** Points – Termination

Team members will be presented with notice of incurred points at each of these point accumulations for review purposes. While the Company will endeavor to keep employees informed of their point accumulation, all team members are also expected to keep track of their own points.

**Excused Absences**

Absences for the following reasons are considered "excused," meaning that there will be no points assessed so long as the Company has pre-approved or in some cases approved after the fact due to special circumstances, the employee's request: Jury Duty, Funeral Leave, Vacations, Scheduled Holidays, Official Company Business, Designated Bad Weather Days at management's discretion, FMLA, and/or other medical or non-medical Leaves of Absences, Military Leave, Lack of Work, Disciplinary Leave, ADA Accommodations, Court Appearances under a subpoena, approved time off due to a work-related injury and any other reasons required by local, state or federal law.

## Attendance Policy Acknowledgement

I certify that I have read and understand the WestRock Attendance Policy. I understand that it is my responsibility to maintain good attendance at work or be subject to disciplinary action up to and including termination of employment.

_____          _____

**Team Member Signature**                                             **Date**

_____

**Team Member Name - Print**

6