

**RECYCLING DIVISION**

# MEETING/TRAINING ATTENDANCE FORM

Site Name: Indianapolis Recycle

Date: 3/10/2023 AM   Start Time: 7:00 AM   Finish Time: 7:15 AM

Trainer(s): Phil Giddens, General Manager

Type (Check One): Video ___ Power Point ___ Handout __X__

Topic(s): Saturday Work Schedule Policy

**Acknowledgement**: My signature indicates I was present for the training shown. I verify I understand the material presented and had the opportunity to ask questions during the presentation to clarify any points regarding the material.

| # | Print Name | Signature | Verbal Quiz (Pass/Fail) | Written Test (Score) | Skill Demo (Pass/Fail) |
|---|---|---|---|---|---|
| 1 | Mike Hamilton | *signature* | | | |
| 2 | Terry Miller | *signature* | | | |
| 3 | Terry Hammack | *signature* | | | |
| 4 | Jeremy Shipman | *signature* | | | |
| 5 | Shane King | *signature* | | | |
| 6 | Winston Rolling | *signature* | | | |
| 7 | Shawn Ward | *signature* | | | |
| 8 | Tai Caldwell | *signature* | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |

COR F-00076, Rev. 2.0

Westrock 001073

Westrock 001073
CONFIDENTIAL

**WestRock**

| POLICY NAME: | SATURDAY WORK SCHEDULE |
|---|---|
| DEPT/GROUP: | PLANT |
| POLICY SCOPE: | COVERAGE FOR SATURDAY ROTATION |
| EFFECTIVE/REVISED: | March 9, 2023 |
| OWNER: | GENERAL MANAGER |

This policy addresses general time and work hours for planned Saturday work schedule.

I. Overview

    A. Saturday work schedules will be assigned based on operational needs.

    B. Schedules will rotate so that team members will be assigned based on the number of team members available at any given time.

    C. For those assigned, the schedule will be a minimum of 5 hours.

    D. Employees schedule for a particular date shall coordinate a start time among themselves to assure that no one team member is working alone in the plant at any time as a safety precaution for all team members.

II. Scheduled shift/Call off

    A. Should you be unavailable to work on your assigned day, it will be your responsibility to find your own replacement and have said replacement confirm with management they intend to **"cover"** your entire Saturday scheduled shift.

    B. If you have an emergency and need to call off. The following will need to happen.
- Notify your manager before the beginning of your shift.
- Notify whom you are working with.
- Leave a message on the office phone (317-634-7571)

III. Holiday weekend

    A. Voluntary basis

IV. Failure to work

    A. Failure to work your entire shift, as assigned, will result in either a full or half attendance point.

V. Questions

    A. Please contact the General Manager and once on board, please contact the OPS Manager.

Westrock 001074

Westrock 001074
CONFIDENTIAL