

| | | Name | Shane King | |
| --- | --- | --- | --- | --- |
| | | Employee ID | 314731 | |
| | **2023 Hourly** | Date of Hire | 5/16/18 | **EXHIBIT C** |
| | **Performance Appraisal** | Date of Last Increase | 1/2/23 | |
| | | Job Title | Forklift Operator | |
| | | EE Status | Full Time | |

| Instructions | 2023 Performance Ratings | |
| --- | --- | --- |
| Please complete the sections below to review the employee's performance relative to our company values and objectives. Please ensure to list 1-3 descriptive bullets regarding each topic, particularly those higher or lower than a 3 of Meets Expectations. For the wrap up, please complete 1-3 descriptive bullets of what went well this year, and what the employee should look for further development next year. | 5 | Far Exceeds Expectations |
| | 4 | Exceeds Expectations |
| | 3 | Successfully Meets Expectations |
| | 2 | Inconsistently Meets Expectations |
| | 1 | Does Not Meet Expectations |

| 1 | Safety | 1 | 2 | 3 | 4 | 5 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | x | | |

Consider employee's behavior and performance toward safe work practices, housekeeping, and compliance with safety rules and procedures. Does employee follow safety policies, wear appropriate PPE? Does employee actively participate in reporting?

**Comments:** Shane generally meets all company expectations regarding operation of equipment and the use of PPE.

| 2 | Core Values | 1 | 2 | 3 | 4 | 5 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | x | | |

Consider the employee's behavior as it relates to our Core Values - Integrity, Respect, Accountability, Excellence. Does employee treat everyone with dignity and respect? How is the employee's teamwork, communication, collaboration, and ownership?

**Comments:** Shane began the year with issues as they related to the observance and application of our Core Values but over the year we have noticed a pronounced improvement in his communication, collaboration and

| 3 | Quality | 1 | 2 | 3 | 4 | 5 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | x | | |

Consider the performance of correct work within customer expectations and within established time frames. Is the employee's work accurate, thorough, and attentive to detail? Is the employee careful to avoid errors?

**Comments:** There has been a notable improvement in Shane's performance this past year. He is more engaged in his work and it is reflected in his work product. He currently meets our expectations.

| 4 | Productivity | 1 | 2 | 3 | 4 | 5 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | x | | |

Consider the amount of work the employee accomplished in the work day relative to his/her responsibilities. Does the employee accomplish productivity expectations? Does the employee utilize their time effectively?

**Comments:** Shane meets our expectations of productivity.

| 5 | Attendance | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
|   |   | X |   |   |   |   |

*See comments on performance definition tab*

**Comments:** Attendance is an area where Shane has considerable room for improvement having been give a verbal warning in FY23.

| | Overall Rating | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
|   |   |   |   | X |   |   |

**Looking Back:** Shane's performance and application of our company's core values have seen a pronounced improvement during the past year. His primary area needing attention has been his attendance and development in all

**Looking Forward:** Our expectation, for the coming year, is that Shane proactively develop his skills throughout the plant more fully so that he is able to contribute in all areas of plant operation including baler operation.

**Employee:** By signing below, I acknowledge that I met with my supervisor on the date below to review my hourly performance appraisal. I understand the items outlined above and had the opportunity to ask questions.

Print: Shane King
Signature: [signed]
Date: 12/18/23

**Supervisor:** By signing below, I acknowledge that I met with the employee to review their hourly performance appraisal on the date below. I thoroughly explained the review and gave the opportunity to ask questions.

Print: Phillip Giddens
Signature: [signed]
Date: 12/18/23

WESTROCK 000048
CONFIDENTIAL