Timesheet Exceptions Standard Product

| Employee Name | Employee ID | Assignment | Exception Date | Severity | Message |
|---|---|---|---|---|---|
| | 389117 | 389117 | 1/11/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 389117 | 389117 | 1/11/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 389117 | 389117 | 1/11/2024 | Warning | ATTND - Employee has reached 4.0 attendance points. Check the box once the verbal warning has been issued. |
| | 389117 | 389117 | 5/16/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 389117 | 389117 | 5/16/2024 | Warning | ATTND - Attendance: A verbal warning has been issued. |
| | 389117 | 389117 | 5/16/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 389117 | 389117 | 7/8/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 389117 | 389117 | 7/8/2024 | Warning | ATTND - Attendance: A verbal warning has been issued. |
| | 389117 | 389117 | 7/8/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 389117 | 389117 | 8/2/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| | 389117 | 389117 | 8/5/2024 | Warning | Early Out: Employee has punched out 1 or more hours before schedule end time. |
| | 389117 | 389117 | 8/5/2024 | Warning | ATTND - The attendance policy states that employees who leave more than 1 minutes early and worked less than 50% of their Scheduled Shift hours accrue 1.0 attendance point(s). Check box to negate accrual. |
| | 389117 | 389117 | 8/5/2024 | Warning | ATTND - Employee left 332.0 minutes early. |
| | 389117 | 389117 | 8/12/2024 | Warning | ATTND - Employee has reached 6.0 attendance points. Check the box once a written warning has been issued. |
| | 389117 | 389117 | 8/12/2024 | Warning | ATTND - An Unexcused Absence with a call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.5 points. |
| | 389117 | 389117 | 10/28/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 389117 | 389117 | 10/28/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 389117 | 389117 | 10/28/2024 | Warning | ATTND - Attendance: a final warning has been issued. |
| | 389117 | 389117 | 11/29/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| | 389117 | 389117 | 12/5/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 389117 | 389117 | 12/5/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 389117 | 389117 | 12/17/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 389117 | 389117 | 12/17/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 389117 | 389117 | 12/17/2024 | Warning | ATTND - Employee has reached 8.0 attendance points. Check the box once a final warning has been issued. |
| | 326813 | 326813 | 12/24/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| | 326813 | 326813 | 12/25/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| | 306334 | 306334 | 1/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| | 306334 | 306334 | 1/2/2024 | Warning | Long Meal Break |
| | 306334 | 306334 | 2/12/2024 | Warning | Long Meal Break |
| | 306334 | 306334 | 3/11/2024 | Warning | Long Meal Break |
| | 306334 | 306334 | 4/18/2024 | Warning | Long Meal Break |
| | 306334 | 306334 | 6/18/2024 | Warning | Long Meal Break |
| | 306334 | 306334 | 6/24/2024 | Warning | Long Meal Break |
| | 306334 | 306334 | 7/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| | 306334 | 306334 | 7/24/2024 | Warning | Long Meal Break |
| | 306334 | 306334 | 9/23/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 8/22/2024 | Warning | Long Meal Break |
| | 424919 | 424919 | 9/4/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 9/5/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 9/9/2024 | Warning | Employee missed more than 25% of their schedule shift. Employee called in 60+ minutes prior to their scheduled start time. 1.5 attendance points have been applied. |
| | 424919 | 424919 | 9/13/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| | 424919 | 424919 | 9/17/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 9/18/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 9/30/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 10/16/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 10/25/2024 | Warning | Short Meal Break |
| | 424919 | 424919 | 12/30/2024 | Warning | Amendments cannot be submitted in a prior calendar year. |
| | 422590 | 422590 | 5/27/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 422590 | 422590 | 5/27/2024 | Warning | Employee does not have qualifying time on the timesheet on the scheduled day before the holiday occurring on 05/27/2024. |
| | 422590 | 422590 | 5/31/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 422590 | 422590 | 5/31/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 62622 | 62622 | 1/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| | 62622 | 62622 | 7/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| | 62622 | 62622 | 7/12/2024 | Warning | Long Meal Break |
| | 62622 | 62622 | 11/29/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| | 351012 | 351012 | 1/8/2024 | Warning | Long Meal Break |
| | 351012 | 351012 | 2/5/2024 | Warning | Long Meal Break |
| | 351012 | 351012 | 7/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| | 351012 | 351012 | 7/12/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 351012 | 351012 | 7/12/2024 | Warning | ATTND - An Unexcused Absence with a call in notification less than 60 minutes from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 2.0 points. |
| | 351012 | 351012 | 8/1/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 351012 | 351012 | 8/2/2024 | Warning | Long Meal Break |
| | 351012 | 351012 | 9/6/2024 | Warning | ATTND - The attendance policy states that employees who leave more than 1 minutes early and worked more than 50% of their Scheduled Shift hours accrue 0.5 attendance point(s). Check box to negate accrual. |
| | 351012 | 351012 | 9/6/2024 | Warning | ATTND - Employee left 286.0 minutes early. |
| | 351012 | 351012 | 9/6/2024 | Warning | Early Out: Employee has punched out 1 or more hours before schedule end time. |
| | 351012 | 351012 | 9/10/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| | 351012 | 351012 | 9/17/2024 | Warning | Short Meal Break |
| | 351012 | 351012 | 12/3/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 351012 | 351012 | 12/3/2024 | Warning | ATTND - Attendance: A verbal warning has been issued. |
| | 351012 | 351012 | 12/3/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 420175 | 420175 | 4/11/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 420175 | 420175 | 4/12/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 394190 | 394190 | 4/2/2024 | Warning | ATTND - Employee left 308.0 minutes early. |
| | 394190 | 394190 | 4/2/2024 | Warning | ATTND - The attendance policy states that employees who leave more than 1 minutes early and worked more than 50% of their Scheduled Shift hours accrue 0.5 attendance point(s). Check box to negate accrual. |
| | 394190 | 394190 | 4/2/2024 | Warning | Early Out: Employee has punched out 1 or more hours before schedule end time. |
| | 394190 | 394190 | 4/15/2024 | Warning | ATTND - The attendance policy states that employees who leave more than 1 minutes early and worked more than 50% of their Scheduled Shift hours accrue 0.5 attendance point(s). Check box to negate accrual. |
| | 394190 | 394190 | 4/15/2024 | Warning | ATTND - Employee left 58.0 minutes early. |
| | 394190 | 394190 | 4/16/2024 | Warning | ATTND - The attendance policy states that employees who leave more than 1 minutes early and worked more than 50% of their Scheduled Shift hours accrue 0.5 attendance point(s). Check box to negate accrual. |
| | 394190 | 394190 | 4/16/2024 | Warning | ATTND - Employee left 22.0 minutes early. |
| | 394190 | 394190 | 4/17/2024 | Warning | ATTND - The attendance policy states that employees who leave more than 1 minutes early and worked less than 50% of their Scheduled Shift hours accrue 1.0 attendance point(s). Check box to negate accrual. |
| | 394190 | 394190 | 4/17/2024 | Warning | Early Out: Employee has punched out 1 or more hours before schedule end time. |
| | 394190 | 394190 | 4/17/2024 | Warning | ATTND - Employee left 435.0 minutes early. |
| | 394190 | 394190 | 4/18/2024 | Error (not p | There are hours reported on a date the employee is not active. |

| Name | ID | ID | Date | Type | Message |
|---|---|---|---|---|---|
| | 394190 | 394190 | 4/19/2024 | Error (not p | There are hours reported on a date the employee is not active. |
| | 427616 | 427616 | 11/19/2024 | Warning | Short Meal Break |
| | 427616 | 427616 | 11/29/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| | 427616 | 427616 | 12/26/2024 | Warning | Short Meal Break |
| King, Shane | 314731 | 314731 | 1/5/2024 | Warning | ATTND - The attendance policy states that employees who are more than 1 minutes late accrue 1.0 attendance point(s). 1 Attendance Point has been applied. If the employee call in 60 minutes or more, check the box to negate 0.5 points. |
| King, Shane | 314731 | 314731 | 1/5/2024 | Warning | ATTND - Employee is 20.0 minutes late. |
| King, Shane | 314731 | 314731 | 1/30/2024 | Warning | Short Meal Break |
| King, Shane | 314731 | 314731 | 7/2/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| King, Shane | 314731 | 314731 | 7/2/2024 | Warning | Early Out: Employee has punched out 1 or more hours before schedule end time. |
| King, Shane | 314731 | 314731 | 7/8/2024 | Warning | Short Meal Break |
| King, Shane | 314731 | 314731 | 7/15/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| King, Shane | 314731 | 314731 | 7/16/2024 | Warning | Short Meal Break |
| King, Shane | 314731 | 314731 | 7/23/2024 | Warning | Long Meal Break |
| King, Shane | 314731 | 314731 | 8/7/2024 | Warning | Long Meal Break |
| King, Shane | 314731 | 314731 | 8/8/2024 | Warning | ATTND - The attendance policy states that employees who are more than 1 minutes late accrue 1.0 attendance point(s). 1 Attendance Point has been applied. If the employee call in 60 minutes or more, check the box to negate 0.5 points. |
| King, Shane | 314731 | 314731 | 8/8/2024 | Warning | ATTND - Employee is 72.0 minutes late. |
| King, Shane | 314731 | 314731 | 8/9/2024 | Warning | ATTND - The attendance policy states that employees who are more than 1 minutes late accrue 1.0 attendance point(s). 1 Attendance Point has been applied. If the employee call in 60 minutes or more, check the box to negate 0.5 points. |
| King, Shane | 314731 | 314731 | 8/9/2024 | Warning | ATTND - Employee is 76.0 minutes late. |
| King, Shane | 314731 | 314731 | 9/1/2024 | Info. (actio | King, Shane has not been assigned a schedule.  All employee are required to be assigned a schedule. |
| King, Shane | 314731 | 314731 | 9/2/2024 | Warning | Employee does not have qualifying time on their timesheet on the scheduled day after the holiday occurring on 09/02/2024. |
| King, Shane | 314731 | 314731 | 9/2/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| King, Shane | 314731 | 314731 | 9/2/2024 | Warning | The employee has no scheduled days in the 7 calendar days leading up to this holiday. (or holiday observed) Please manually determine if the employee is eligible for holiday pay. |
| King, Shane | 314731 | 314731 | 9/3/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| King, Shane | 314731 | 314731 | 9/4/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| King, Shane | 314731 | 314731 | 9/5/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| King, Shane | 314731 | 314731 | 9/6/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| King, Shane | 314731 | 314731 | 9/9/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 314732 | 314732 | 1/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| | 314732 | 314732 | 1/16/2024 | Warning | Long Meal Break |
| | 314732 | 314732 | 2/27/2024 | Warning | Long Meal Break |
| | 314732 | 314732 | 4/26/2024 | Error (not p | Zero Slice Hours due to shift time slices within configuration. |
| | 314732 | 314732 | 5/2/2024 | Warning | Long Meal Break |
| | 314732 | 314732 | 7/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| | 314732 | 314732 | 9/23/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 314732 | 314732 | 9/24/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 41058 | 41058 | 6/10/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| | 41058 | 41058 | 11/15/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 41058 | 41058 | 11/29/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| | 378302 | 378302 | 5/30/2024 | Warning | Long Meal Break |
| | 378302 | 378302 | 6/13/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 378302 | 378302 | 6/14/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 378302 | 378302 | 6/20/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 378302 | 378302 | 6/20/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 378302 | 378302 | 6/21/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| | 378302 | 378302 | 6/21/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 420557 | 420557 | 11/4/2024 | Warning | Long Meal Break |
| | 420557 | 420557 | 11/29/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| | 420557 | 420557 | 12/21/2024 | Warning | More than 24 hours of time has been reported in a day. |
| | 383794 | 383794 | 3/26/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| | 383794 | 383794 | 5/17/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| | 383794 | 383794 | 6/13/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 6/14/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 6/17/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 6/18/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 6/19/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 6/20/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 6/21/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 6/30/2024 | Info. (actio | Rymer, John R has not been assigned a schedule.  All employee are required to be assigned a schedule. |
| | 383794 | 383794 | 7/4/2024 | Warning | The employee has no scheduled days in the 7 calendar days leading up to this holiday. (or holiday observed) Please manually determine if the employee is eligible for holiday pay. |
| | 383794 | 383794 | 7/7/2024 | Info. (actio | Rymer, John R has not been assigned a schedule.  All employee are required to be assigned a schedule. |
| | 383794 | 383794 | 7/8/2024 | Warning | Employee does not have qualifying time on their timesheet on the first scheduled day after the holiday occurring on 07/04/2024. If employee did not have an approved cause to miss work, please set the Holiday hours to zero on the prior timesheet. |
| | 383794 | 383794 | 7/8/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/9/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/10/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/11/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/12/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/15/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/16/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/17/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/18/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/19/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/28/2024 | Info. (actio | Rymer, John R has not been assigned a schedule.  All employee are required to be assigned a schedule. |
| | 383794 | 383794 | 7/29/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/30/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 7/31/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/1/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/2/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/5/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/6/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/7/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/8/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/9/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/12/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/13/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| | 383794 | 383794 | 8/14/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |

| | | | | |
|---|---|---|---|---|
| 383794 | 383794 | 8/15/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/16/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/19/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/20/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/21/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/22/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/23/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/26/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/27/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/28/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/29/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 8/30/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 9/2/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 9/2/2024 | Warning | Employee does not have qualifying time on the timesheet on the scheduled day before the holiday occurring on 09/02/2024. |
| 383794 | 383794 | 9/2/2024 | Warning | Employee does not have qualifying time on their timesheet on the scheduled day after the holiday occurring on 09/02/2024. |
| 383794 | 383794 | 9/3/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 9/4/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 9/5/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 9/6/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 383794 | 383794 | 10/18/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| 383794 | 383794 | 10/21/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| 383794 | 383794 | 11/14/2024 | Warning | ATTND - Employee was late and called in 60 minutes prior to scheduled start time and did not miss more than 25% of their shift.  0.5 Attendance Points have been applied |
| 383794 | 383794 | 11/29/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| 383794 | 383794 | 12/5/2024 | Warning | ATTND - Employee is 154.0 minutes late. |
| 383794 | 383794 | 12/5/2024 | Warning | ATTND - The attendance policy states that employees who are more than 1 minutes late accrue 1.0 attendance point(s). 1 Attendance Point has been applied. If the employee call in 60 minutes or more, check the box to negate 0.5 points. |
| 383794 | 383794 | 12/20/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 332269 | 332269 | 6/14/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 6/14/2024 | Warning | Early Out: Employee has punched out 1 or more hours before schedule end time. |
| 332269 | 332269 | 6/19/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 6/19/2024 | Warning | ATTND - Attendance: A verbal warning has been issued. |
| 332269 | 332269 | 6/20/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 332269 | 332269 | 6/21/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 332269 | 332269 | 6/27/2024 | Warning | ATTND - Employee left 212.0 minutes early. |
| 332269 | 332269 | 6/27/2024 | Warning | Early Out: Employee has punched out 1 or more hours before schedule end time. |
| 332269 | 332269 | 6/27/2024 | Warning | ATTND - The attendance policy states that employees who leave more than 1 minutes early and worked more than 50% of their Scheduled Shift hours accrue 0.5 attendance point(s). Check box to negate accrual. |
| 332269 | 332269 | 6/27/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 6/28/2024 | Warning | ATTND - Employee has reached 6.0 attendance points. Check the box once a written warning has been issued. |
| 332269 | 332269 | 6/28/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 6/28/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 332269 | 332269 | 7/1/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 7/2/2024 | Warning | ATTND - Attendance: a final warning has been issued. |
| 332269 | 332269 | 7/2/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 7/3/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 7/4/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 7/4/2024 | Warning | Employee does not have qualifying time on the timesheet on the scheduled day before the holiday occurring on 07/04/2024. |
| 332269 | 332269 | 7/4/2024 | Warning | ATTND - Attendance: Attendance points have been verified and HR has been contacted. |
| 332269 | 332269 | 7/5/2024 | Warning | ATTND - An Unexcused Absence with doctor's note and call in notification of 60 minutes or more from the employee's scheduled start time has been recorded and the employee's attendance balance has been increased by 1.0 points. |
| 332269 | 332269 | 7/7/2024 | Info. (actio | Shipman, Jeremy R has not been assigned a schedule.  All employee are required to be assigned a schedule. |
| 34482 | 34482 | 7/1/2024 | Warning | ATTND - Employee has been awarded 8.0 hours for Perfect Attendance. |
| 34482 | 34482 | 9/30/2024 | Warning | ATTND - Please Validate schedule, activity, pay code, or attendance for the employee on this day. |
| 34482 | 34482 | 10/17/2024 | Warning | ATTND - Employee is 153.0 minutes late. |
| 34482 | 34482 | 10/17/2024 | Warning | ATTND - The attendance policy states that employees who are more than 1 minutes late accrue 1.0 attendance point(s). 1 Attendance Point has been applied. If the employee call in 60 minutes or more, check the box to negate 0.5 points. |
| 34482 | 34482 | 11/29/2024 | Warning | Today is a holiday and there are no scheduled days following the holiday in this timesheet period. The application cannot automatically detect the employees eligibility for holiday pay. |
| 34482 | 34482 | 12/30/2024 | Warning | Amendments cannot be submitted in a prior calendar year. |
| 34482 | 34482 | 12/31/2024 | Warning | Amendments cannot be submitted in a prior calendar year. |

Start Date: 01/01/ End Date: 12/ Assignment Group(s): .RE5 Indianapolis B3143

Exception Code(s): ATTND - Comments required when warnings are issued, ATTND - Employee Arrived Late, ATTND - Employee Left Early, ATTND - Employee arrived late missed more than 25% of schedule, ATTND - Employee arrived late more than 60 minutes, ATTND - Employee has been awarded hours for Perfect Attendance, ATTND - E

Lowest Severity Code Employee ID: All  Employee Last Name: All

Run on: 01/13/2025 08:30 AM    Created by: 6    1