

**2:40** 

 142


CP

2 People >

 On my way now

Ok

Fri, Aug 9 at 7:34 AM

Shane King

I think something is wrong with my phone or something. All 3 alarms were still on snooze with no sound and I'm not in arms reach to shut them off. I just woke up again. But even then the wall alarm didn't wake me up either. Im not sure what's going on with me. Brushing teeth and then on my way. 

Sat, Aug 17 at 5:02 AM

Shane King

Hey I don't have the front door code. It's not

iMessage





**Shane King**

I literally just woke. No alarm going off. I'm so sorry.



On my way now

Ok

Fri, Aug 9 at 7:34 AM

**Shane King**

I think something is