| Division ID | Division | BU | Business Unit | Dept ID | Department | Empl ID | Empl Record |
|---|---|---|---|---|---|---|---|
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 422590 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 420175 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 394190 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 388861 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 388751 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47552 | H-3143-Shp-Shipping/Trans | 387365 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47490 | S-3143-Ind-Administration | 386294 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 51601 | H-3143-Ind-Fixed Manufacturing | 378302 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 332269 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47552 | H-3143-Shp-Shipping/Trans | 314732 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 314731 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47552 | H-3143-Shp-Shipping/Trans | 306334 | 0 |
| D0002 | D0002 - Recycling | B3143 | B3143 - Indianapolis Recycle | 47577 | H-3143-Dir-Variable Overhead | 274959 | 0 |

| Last Name | First Name | Type | Business Title | Hire Date | Rehire Dt | Original Start Date | Action | Reason |
|---|---|---|---|---|---|---|---|---|
| | | H | Forklift Operator | 5/13/2024 | 5/13/2024 | 5/13/2024 | TER | NOS |
| | | H | Forklift Operator | 3/25/2024 | 3/25/2024 | 3/25/2024 | TER | JOB |
| | | H | Sorter | 10/9/2023 | 10/9/2023 | 10/9/2023 | TER | GMI |
| | | H | Sorter | 6/5/2023 | 6/5/2023 | 6/5/2023 | TER | RES |
| | | H | Sorter | 5/22/2023 | 5/22/2023 | 5/22/2023 | TER | NOS |
| | | H | CDL DRIVER - Intermediate | 4/24/2023 | 4/24/2023 | 4/24/2023 | TER | RES |
| | | S | Operations Manager | 4/10/2023 | 4/10/2023 | 4/10/2023 | TER | LVE |
| | | H | Weighmaster - Lead | 9/26/2022 | 9/26/2022 | 9/26/2022 | TER | RES |
| | | H | Forklift Operator - Senior | 7/1/2019 | 7/1/2019 | 7/1/2019 | TER | ATT |
| | | H | CDL Driver - Senior | 5/16/2018 | 5/16/2018 | 5/16/2018 | TER | RES |
| | | H | Forklift Operator - Senior | 5/16/2018 | 5/16/2018 | 5/16/2018 | TER | ATT |
| | | H | CDL Driver - Senior | 3/19/2018 | 3/19/2018 | 3/19/2018 | TER | RES |
| | | H | Equipment Operator-Intrmediate | 10/5/2015 | 10/5/2015 | 10/5/2015 | TER | GMI |

| Action Reason | Termination Date | Address1 | Address2 | City |
|---|---|---|---|---|
| No Show | 5/13/2024 | | | |
| Job Abandonment | 4/8/2024 | | | |
| Gross Misconduct | 4/17/2024 | | | |
| Resignation | 3/18/2024 | | | |
| No Show | 5/22/2023 | | | |
| Resignation | 5/10/2023 | | | |
| Vol Fail to Return from Leave | 11/25/2023 | | | |
| Resignation | 6/30/2024 | | | |
| Tardiness/Absenteeism | 7/10/2024 | | | |
| Resignation | 9/29/2024 | | | |
| Tardiness/Absenteeism | 8/19/2024 | | | |
| Resignation | 9/30/2024 | | | |
| Gross Misconduct | 3/7/2024 | | | |

| State | Postal | Country | Phone | Location | Location Description | Position Number | Reports To | Reports To Emplid |
|---|---|---|---|---|---|---|---|---|
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20187919 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20185055 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20177710 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20171006 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20170838 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20169209 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20167695 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20158347 | 20011182 | 28667 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20101576 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20083076 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20083075 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20074283 | 20156362 | 376534 |
| IN | | USA | | 789 | 789-Indianapolis Recycle | 20023414 | 20156362 | 376534 |

| Reports To Name | Termination Month | Reg Region | Segment | Group | Function |
|---|---|---|---|---|---|
| Giddens,Phillip E | 2024 - 05(MAY) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 04(APR) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 04(APR) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 03(MAR) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2023 - 05(MAY) | USA | 10000 - Group | 10600 - Supply Chain | 10606 - Fiber Supply |
| Giddens,Phillip E | 2023 - 05(MAY) | USA | 10000 - Group | 10600 - Supply Chain | 10606 - Fiber Supply |
| Giddens,Phillip E | 2023 - 11(NOV) | USA | 10000 - Group | 10600 - Supply Chain | 10606 - Fiber Supply |
| Jordan,Sydria V | 2024 - 06(JUN) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 07(JUL) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 09(SEP) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 08(AUG) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 09(SEP) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |
| Giddens,Phillip E | 2024 - 03(MAR) | USA | 20000 - North America | 22700 - North America Mills | 22703 - Forestry & Recycled Fiber |