## WESTROCK COMPANY - DS

**CONFIDENTIAL**

### Incident #4A240783LG50001

| | |
|---|---|
| Call Start Date: | 07/09/2024 |
| First Day Absent: | 07/25/2024 |
| Claim Number: | 4A240783LG50001 |
| Employee ID: | 314731 |
| Claimant Name: | SHANE KING |
| Claimant Gender: | M |
| Caller Name: | SHANE KING |
| Caller Phone: | |
| Handling Office: | Office Number:<br>Sedgwick<br>PO Box 14648<br>Lexington KY, 40512<br>800-540-4272 |
| Client Number: | 488 |

Thank you for reporting this claim to Sedgwick. Below please find a report of the DS claim that was recently reported.

### Employee Search

| | |
|---|---|
| Have You Had An Absence Or Do You Have An Anticipated First Date Of Absence? | Yes |
| What Is The Reason For This Absence? | Illness |
| Will The Days Missed Be Consecutive Days? | Yes |
| What Is The Estimated Or Actual Last Date Worked? | Wednesday, July 24, 2024 |
| What Is The Estimated or Actual First Day Of Absence? | Thursday, July 25, 2024 |
| What Is The Expected Or Estimated Return To Work | Friday, August 16, 2024 |

| | |
|---|---|
| Date? | |
| Reported By | Phone |
| Reporter Type | Employee |
| Employee Lookup | SHANE KING |
| Location Lookup | ContractNumber: 488<br>ClientName: WestRock Company<br>AccountNumber: 11019998<br>AccountName: RCY-PAPER SOLUTIONS<br>UnitNumber: CC3143<br>UnitName: INDIANAPOLIS RECYCLE<br>Address: 1775 SOUTHWEST ST<br>City: INDIANAPOLIS<br>State: IN<br>PostalCode: 46225<br>Country: |

## Employee Information

| | |
|---|---|
| First Name | SHANE |
| Last Name | KING |
| Employee Work State | IN |
| Address | 5903 HEATHMORE DR<br>INDIANAPOLIS, IN 46237<br>United States of America |
| What Is The Best Contact Phone Number? | 463-710-6299 |
| What Type Of Phone Is This? | Cell |
| May We Leave A Voice Message? | Yes |
| May We Send Text Messages Regarding This Absence? | Yes |
| If You Would Like To Receive Notifications And Documentation Via Email, Please Enter Your Personal Email Address. | shane_king1994@yahoo.com |
| Do You Authorize Sedgwick To Make Contact | Yes |

| | |
|---|---|
| With You Or Your Family Member's Health Care Provider For The Purpose Of Seeking Authentication Or Clarification Of The Information Contained In Your Documents? | |
| Have You Been Out For The Same Or Related Condition Within The Last 12 Months? | No |
| Hired As A Temporary Employee Before Becoming A Permanent Employee Or Joined Westrock As Part Of A Recent Acquisition? | Yes |

| Absence Information | |
|---|---|
| What Is The Reason For This Absence? | Illness |
| Will The Days Missed Be Consecutive Days? | Yes |
| What Is The Estimated Or Actual Last Date Worked? | Wednesday, July 24, 2024 |
| What Is The Estimated or Actual First Day Of Absence? | Thursday, July 25, 2024 |
| What Is The Expected Or Estimated Return To Work Date? | Friday, August 16, 2024 |
| Is This Related To COVID? | No |
| Choose The Condition That Best Describes The Reason Away From Work | Surgery - Other than back/spine or oral - 087 |
| Provide A Brief Description Of The Condition. | hernia |
| Will Surgery Or A Procedure Be Done Due To This Condition? | Yes |
| Explain The Type Of | hernia surgery |

| | |
|---|---|
| Surgery Or Procedure To Be Performed? | |
| What Is The Date Of The Surgery Or Procedure? | Thursday, July 25, 2024 |

## Work Schedule Details

| | |
|---|---|
| Same Work Schedule Each Week? | Yes |
| Work Schedule | Week 1 - Sunday: 0 Hours 0 Minutes |
| | Week 1 - Monday: 9 Hours 0 Minutes |
| | Week 1 - Tuesday: 9 Hours 0 Minutes |
| | Week 1 - Wednesday: 9 Hours 0 Minutes |
| | Week 1 - Thursday: 9 Hours 0 Minutes |
| | Week 1 - Friday: 9 Hours 0 Minutes |
| | Week 1 - Saturday: 0 Hours 0 Minutes |

## Hospital/Clinic Information

| | |
|---|---|
| Will Or Did This Condition Require Overnight Hospitalization? | No |
| Is There Information Available For Any Treating Providers? | Yes |

## Provider Summary

**Treating Providers**

### Provider Detail 0

| | |
|---|---|
| What Is The Provider's First Name? | Steven |
| What Is The Provider's Last Name? | Clark |
| What Is The Provider's | 317-865-8000 Ext. |

| | |
|---|---|
| Phone Number? | |
| Is There A Fax Number Available For The Provider? | 317-865-8012 |
| Is There An Email Address For The Provider? | |
| Next Office Visit | Thursday, July 25, 2024 |

No records.

## Comments/Remarks

| | |
|---|---|
| Please Provide Any Additional Important Information | ppw requested to be faxed to provider |

## Thank You!

| | |
|---|---|
| Branch | Sedgwick<br>PO Box 14648<br>Lexington, KY 40512<br>Phone: 800-540-4272<br>Fax: 859-264-4375 |

PLEASE NOTE: This is a post only e-mail, you cannot use the 'Reply' function. Any attempt to do so will not be received by the sender.

WESTROCK 000379
CONFIDENTIAL
4A240703EG50001   7020240709164817

||*||*|| ||*|||*|| |*| || ||*|| |*|| ||*||
7 0 2 0 2 4 0 7 0 9 1 6 3 7 9 6

WESTROCK 000380
CONFIDENTIAL