# Possible claim number- 4A240783LG5-0001 - KING, SHANE - 08/20/2024~~APS Request

EXHIBIT I

Subject: 4A240783LG5-0001 - KING, SHANE - 08/20/2024~~APS Request
From: Rivers, Jacael <Jacael.Rivers@sedgwick.com>
To: Atten: Steven Clark (In Regard To: Shane King) (Business Fax)_ <"fax=/NUM=317-865-3837/NAME=Atten: Steven Clark (In Regard To: Shane King)"@fax.sedgwickcms.com>
Date and Time: 8/27/2024 9:55:53 AM
CC: dropfile@sedgwick.com

WESTROCK 000480
CONFIDENTIAL
4A240783LG50001

6020240827013085



# REQUEST FOR MEDICAL INFORMATION

**Medical Information Due Date: 09/13/2024**

| | | | |
|---|---|---|---|
| Today's Date: | 08/27/2024 | Pages: | 4 |

| | | | |
|---|---|---|---|
| To: | Steven Clark | From: | Jacael R. |
| Fax: | 317-865-3837 | Fax: | (859) 264-4375 |
| Patient Name: | Shane King | Telephone: | (855) 262-5563 |
| Date of Birth: | 03/24/1994 | Claim Number: | 4A240783LG5-0001 |

The above named patient is currently being considered for disability benefits administered by Sedgwick, on behalf of their employer WestRock.

We require **objective clinical information** that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits for the patient. Any and all charges for copies of records are the responsibility of patient.

Please provide the following checked item(s):
☒ **Complete the Provider Statement (attached).**
☒ **Office Treatment Notes from August 2024 - Present**
☒ **Applicable Test results such as MRI, X-Rays, or Labs**

**Please return as soon as possible via Fax (859) 264-4375. Thank you for your assistance.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

# Disability & Leave Provider Statement



phone: (855) 262-5563 | web: mySedgwick.com/WestRock | fax: (859) 264-4375 | PO Box 14648 Lexington, KY 40512

Patient Name: Shane King
Claim Number: 4A240783LG5-0001
Documentation Due: 09/13/2024

To Be Completed by Physician (Please Type or Print)
Section 1: Required information to support FMLA/State Leave

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☐ No ☐
   If yes, provide the beginning and ending dates for the period of incapacity: ___/___/___ - ___/___/___

2. Has the patient recovered sufficiently to return to work? Yes ☐ No ☐
   If "Yes", give the date the patient was able to return to work   ___/___/___
   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. ___/___/___
   _____

3. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☐
   If "Yes", indicate date restrictions begin: ___/___/___    Date restrictions end: ___/___/___
   Restriction (s) required: _____
   _____

4. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   Yes ☐ No ☐   If yes, dates of admission: _____

5. Date(s) you treated the patient for condition: _____

6. Was medication, other than over-the-counter medication prescribed? Yes ☐ No ☐

7. Is the medical condition pregnancy? Yes ☐ No ☐ If yes, expected delivery date: ___/___/___

8. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☐ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
   _____
   _____

9. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT:
   _____
   _____

**Patient Name:** Shane King
**Claim Number:** 4A240783LG5-0001

## Section 2: Required information to support Disability Benefits

10. Objective findings: HT:_____ WT:_____ BP:_____ TEMP:_____ PULSE:_____ RESP:_____

11. Patient's Complaints: _____
_____

12. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)

Primary:      ICD10 Code: _____ Description:_____

Secondary:   ICD10 Code: _____ Description:_____

             ICD10 Code: _____ Description:_____

13. List all co-morbid conditions:_____
_____

14. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. _____
_____
_____

15. When was patient first diagnosed with this condition? _____/_____/_____

16. When is the patient's next office visit? _____/_____/_____

17. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?

    Yes ☐   No ☐

    If Yes:  ☐ Emergency Room visit     ☐ Hospitalization     ☐ 23 hour admission

    Name and address of hospital or facility _____

18. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |

19. Is this condition the result of an injury?  Yes ☐   No ☐   Is this condition work related? Yes ☐   No ☐   If yes, provide date and description of event:
_____
_____

20. If patient is pregnant, is a C-Section planned? Yes ☐   No ☐   If yes, date scheduled? _____/_____/_____

8-27-2024

WESTROCK 000483
CONFIDENTIAL
4A240783LG50001

6020240827013085

Patient Name: Shane King
Claim Number: 4A240783LG5-0001

21. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary):_____

_____

22. Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☐
   List the name of the procedure: _____
   CPT code: _____    Date of procedure: _____/_____/_____

23. Has patient been referred to other physician(s)/specialist? Yes ☐   No ☐   If yes, provide physician name, specialty, and telephone number. _____

_____

24. List specific functional limitations of Activities of Daily Living (ADL's): _____

_____

_____

_____

25.  Has patient been given any driving restrictions for this disability period? Yes ☐   No ☐
   If yes please describe:_____

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc., if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Physician/Provider Printed Name: _____

Physician/Provider Signature:_____Date: _____/_____/_____

Provider Specialty:_____

Phone Number:_____   Fax Number:_____

phone: (855) 262-5563 | web: mySedgwick.com/WestRock | fax: (859) 264-4375 | PO Box 14648 Lexington, KY 40512

WESTROCK 000485
CONFIDENTIAL