

| | |
|---|---|
| **POLICY NAME:** | *FAMILY MEDICAL LEAVE ACT POLICY* |
| **DEPT/GROUP:** | *HUMAN RESOURCES* |
| **POLICY SCOPE:** | *ALL WESTROCK U.S. EMPLOYEES* |
| **POLICY REGION:** | *UNITED STATES* |
| **DATE:** | *MAY 1, 2023* |
| **OWNER:** | *CHIEF HUMAN RESOURCES OFFICER* |

**PURPOSE**: This policy provides general information to the Company's eligible U.S. employees on qualifying conditions and procedures for Family and Medical Leave Act ("FMLA") leave, return to work and job protection during such leave.

**I.  Qualifying Reasons for FMLA Leave**

   a. Eligibility Criteria: Eligible employees can take up to 12 weeks of unpaid, job-protected leave in a 12-month rolling period for the following reasons:

      i. Birth of a child or placement of a child for adoption or foster care;

      ii. To bond with a child (leave must be taken within one (1) year of the child's birth or placement);

      iii. To care for the employee's spouse, domestic partner, child, or parent who has a qualifying serious health condition;

      iv. For the employee's own qualifying serious health condition that makes the employee unable to perform the employee's job; or

      v. For qualifying exigencies related to the foreign deployment of a military member who is the employee's spouse or domestic partner.

   b. Care for Covered Servicemember: An eligible employee who is a covered servicemember's spouse, domestic partner, child, parent or next of kin may also take up to 26 weeks of FMLA leave in a single 12-month period to care for the servicemember with a serious injury or illness.

   c. Intermittent Use of FMLA Leave:

      i. An eligible employee with a qualifying reason for FMLA leave does not have to take leave in one block. When it is medically necessary or otherwise permitted, employees may take leave intermittently or on a



      reduced schedule.  Employees wishing to use FMLA leave on an intermittent or reduced schedule basis should work with local management and HR to schedule such leave.

    ii. The FMLA requires employers to permit leave for baby bonding in a continuous block.  Employers can provide intermittent leave for baby bonding in their sole discretion.  Some state laws require employers to provide intermittent leave for baby bonding.
1. In those states where baby bonding is permitted on an intermittent basis, WestRock will provide intermittent leave as required by state law.
2. In those states where baby bonding is not required by state law, WestRock will permit baby bonding on an intermittent basis when it does not pose a hardship on the business operations.  Local HR and site leadership will review any request for intermittent leave for baby bonding and work with the employee to assess the request and create an agreed intermittent leave plan for baby bonding that meets business needs.
3. Employees are always permitted to take leave for baby bonding in a continuous block.

d. <u>Use of Accrued Paid Leave</u>:  All employees are required to use available and accrued paid leave concurrently with any unpaid FMLA leave, except that employees may choose to use, but are not required to use, accrued or available vacation time (as opposed to sick leave, short term disability or similar paid leave that is not vacation time).  Employees should consult their local HR contact to review the use of accrued paid leave and unpaid leave and how such leave will be counted and paid, where applicable, under Company policies.

e. <u>Rolling Period</u>:  An employee's 12-week entitlement is measured backward from the date on which the employee takes FMLA leave.  It is not measured on a calendar or fiscal year.

II. **<u>Eligibility for FMLA</u>**

    An employee is eligible for FMLA leave if:

a. They have worked for the Company for at least 12 months;

b. They have at least 1,250 hours of service in the 12 months before taking leave; and

c. They work at a location where the Company has at least 50 employees within 75 miles of the employee's worksite.

If the Company becomes aware that an employee's need for leave is for a reason that may qualify under the FMLA, the Company will notify that employee of FMLA eligibility status and refer the employee to the Company's third-party administrator for



a notice of rights and responsibilities under the FMLA.  If the employee is not eligible for FMLA leave, the Company or its third-party administrator will provide a reason for the ineligibility.

**III.     Interaction with Company Policies, Collective Agreements and Other Laws**

   a. The Company has operations in many states and local regions that may provide additional paid or unpaid personal, sick or medical leave for FMLA qualifying conditions.  Where law or regulation permits, such leave shall run concurrently with any FMLA leave.

   b. The Company has collectively bargained agreements in place in its unionized facilities.  Those agreements may provide different terms or conditions regarding discretionary aspects of FMLA leave, such as the use of intermittent leave for baby bonding and/or the application of paid leave to any period of unpaid leave.

   c. The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.

   d. For information on the local laws, policies or collective agreements that may impact your use of FMLA leave, please contact your local Human Resources office or the Benefits Resource Center.

**IV.     Benefits and Protections**

   a. While on FMLA leave, the Company will continue employee health insurance as if the employee were not on leave.  Employees are responsible for paying any required employee health insurance contributions during periods of FMLA leave either through payroll deductions or direct payment to the benefits administrator. If a direct premium payment to the benefits administrator is more than 30 days late, such delay may result in lapse of coverage.  The employee will receive notice of late payment and provided 15 days after the notice date to make a payment before coverage lapses.  If paid leave is concurrent with unpaid FMLA leave, the employee contribution will be paid by the method normally used during paid leave.

   b. Employees who do not return to work from family and medical leave (except those who do not return due to the continuation, recurrence, or onset of either a serious health condition of the employee or the employee's family member, a serious injury or illness of a covered service member, or because of other circumstances beyond the employee's control) can be required to repay the Company's cost of providing benefit coverages at current plan rates retroactive to the date the unpaid leave began.

   c. FMLA leave does not count as a break in service for pension or retirement plan purposes.

WESTROCK 001033
CONFIDENTIAL



    d. Upon return from FMLA leave, employees will be restored to the same job or one nearly identical to it with equivalent pay, benefits and other employment terms and conditions. An employee on FMLA leave is not protected from actions that would have affected him or her if the employee was not on FMLA leave.

    e. If leave was taken because of the employee's own illness, a fitness-for-duty certification may be required from a health care provider. Failure to do so may cause a delay in the employee's reinstatement.

**V.**    **No Interference or Retaliation**

The Company will not interfere with an employee's FMLA rights or retaliate against an employee for using or trying to use FMLA leave, opposing any practice made unlawful by the FMLA or being involved in any proceeding under or related to FMLA. Employees may file a complaint with the U.S. Department of Labor, Wage and Hour Division, or may bring a private lawsuit against an employer. For additional information or to file a complaint, contact the U.S. Department of Labor, Wage and Hour Division, at (866) 487-9243 (TTY: (877) 889-5627) or www.dol.gov/whd.

**VI.**    **Process for Requesting FMLA Leave**

    a. Generally, employees must give 30 days' notice in advance of need for FMLA leave. If that is not possible, the employee must notify the Company as soon as possible and following general local or Company policies regarding notice procedures.

    b. Employees are not required to provide a medical diagnosis in support of an FMLA leave request but must provide enough information for the Company to determine whether the leave qualifies for FMLA protection. Sufficient information could include informing the Company that the employee is or will be unable to perform his or her job functions, that a family member cannot perform daily activities, or that hospitalization or continuing medical treatment is necessary.

    c. Employees must inform the Company if the need for leave is for a reason for which FMLA was previously taken or certified.

    d. The Company may require certification or periodic recertification in support of the need for leave. If the Company finds the certification is incomplete, the Company or its third-party administrator will notify you in writing noting what additional information is required.

    e. Medical certification should be provided to the Company or its third-party administrator within 15 calendar days of receipt of the certification form to be completed. Failure to timely submit requested certification may result in denial of FMLA leave.

    f. Employees will be notified if the leave will be designated as FMLA leave, and, if so, how much leave will be designated as FMLA leave.



g. Please consult your local HR or management regarding local policies or collective agreements that may apply to your leave, such as periodic reporting responsibilities and/or notice of intent to return to work. Additionally, if FMLA leave is running concurrently with another form of paid leave, there may be obligations relating to the paid leave that you must meet.

**VII.    Return to Work**

Employees should contact local HR or their manager at least two (2) business days prior to any return to work from leave to coordinate return to work. Employees may be requested to provide certification of his or her ability to return to work with or without reasonable accommodation. Failure to provide such certification may result in delay in reinstatement. Should conditions change to allow an employee to return to work sooner than originally estimated, employees should give at least two (2) business days' notice of an early return to the Company.

**VIII.   Use of Third-Party Administrator**

The Company may use a third-party administrator of its choosing to administer its FMLA program, including the receipt of requests, evaluation of requests, response to requests and certifications. The Company will provide information regarding contact requirements for its third-party administrator.

**Previous Version:** October 1, 2018