# Americans with Disabilities Act & Family Medical Leave Act

January 2024

## ADA & FMLA Review for Managers



WESTROCK 001036 CONFIDENTIAL

# First Things

HR for Managers Training
- Not trying to make you an expert in employee law or policy
- Intention is to provide you the information you need to know to support our policies and understand what you need be aware of to ensure compliance with the law
- Resources
    - WestRock policies
    - WestRock Benefits website
    - EAP
    - LEARN
    - Human Resources
- Attendance is required & expected

Conversations with employees regarding the ADA and FMLA are private and should remain confidential

2 |  © 2023 WestRock Company. All Rights Reserved.

WESTROCK 001037
CONFIDENTIAL



# Why is this important?

- It's part of our values
  - We respect and value people
- It's our policy to accommodate
  - ADA & Reasonable Accommodation Policy
  - Family Medical Leave Act Policy
    - WestRock Connect Policy & Procedures
  - Short-term Disability
  - Collective Bargaining Agreements
- It's how we comply with the law
  - Americans with Disabilities Act
  - Family Medical Leave Act
  - State Law



**Integrity** — We are honest, ethical and do the right thing

**Respect** — We treat each other with respect and earn the respect of others

**Excellence** — We strive to perform at the highest levels

**Accountability** — We are responsible for our work, to our team and for contributing to the success of our company

OUR VALUES

3  |  © 2023 WestRock Company. All Rights Reserved.    WESTROCK 001038 CONFIDENTIAL



# ADA & FMLA Review
A brief hypothetical….

Employee Jane is in an office administrative position. She's been with WestRock full-time for 6 months after working as a temp for 8 months. Jane has struggled with missed deadlines and mistake-ridden work. Her attendance has also been poor: she's been absent at least one day every week and has been calling in with vague excuses about being sick. She's already gotten written warnings regarding performance and attendance.

Jane has recently mentioned to coworkers that she's getting divorced. She has missed work because she can't sleep, is fatigued all the time, and is getting head and body aches. Last week Jane called our EAP line and then missed another day. This week, after Jane blows another key deadline, her manager gives her a final warning. During their meeting, Jane says she's struggling with work tasks because she can't concentrate and is tired all the time. The next day Jane calls in sick again, saying she had to go to the hospital for a 'panic attack' after the meeting with her manager. Her doctor says she can't come to work for several days, "maybe longer," while she gets treated. While she's out, her manager discovers several more critical mistakes Jane made during the time before her latest absence.



# ADA & FMLA Review
A brief hypothetical….

- Should Jane be suspended or terminated for her performance issues?

- Should Jane be suspended or terminated for her attendance issues?

- What should the next steps be?

- Significant facts:
    - Time working at WestRock as a temp
    - Pattern of prior absences
    - Call to EAP
    - Statement to manager
    - Circumstances of her latest absence



5 | © 2023 WestRock Company. All Rights Reserved.

WESTROCK 001040 CONFIDENTIAL



# Americans with Disabilities Act (ADA / ADAAA)



6  |  © 2023 WestRock Company. All Rights Reserved.

WESTROCK 001041 CONFIDENTIAL

# ADA Basics

- Americans with Disabilities Act
  - Civil rights and equal opportunity law prohibiting discrimination against people with disabilities
    - Employers must provide people with disabilities equal opportunities in recruitment, hiring, training, pay and more.
  - Protects **qualified** individuals with physical or mental disabilities that substantially limit them in a major life activity
    - Temporary or permanent disability
    - Nearly every condition meets the basic coverage threshold
      - Digestive conditions, diabetes, cancer, blindness…
      - Mental impairments (e.g., ADD, "depression")
  - ADA also applies to someone with a record of an impairment (such as cancer that is in remission)
  - And it applies to someone being regarded by others as having an impairment (such as use of a cane or wheelchair)



# ADA – How it applies to employers

- The ADA is a law and not a benefit program. Employees don't have to apply for coverage
- Employers have an obligation to make employees aware of the ADA
  - Be aware of the need for an accommodation and respond to it
- Employers must provide REASONABLE Accommodations
  - The employee is still expected to perform the "essential" functions of the job
    - Don't rely on written job descriptions
  - The accommodation can't be an undue burden on the business
- Employers can't treat persons with disabilities differently. Must avoid disparate treatment based on disability (or perceived disability)
- Employers must engage in an "interactive" process
  - Discussion with the employee to gather information and discuss proposed accommodations
- The ADA could also apply to employees on a Leave of Absence



# ADA – Managers Responsibility

- Be aware of potential situations with employees that could require a conversation with an employee to determine if an accommodation is appropriate
    - Physical impairment
    - Mental impairment
    - Medical condition
    - Perceived impairment
- Whether you learn of the need for accommodation directly or indirectly…

 Notify HR

Advise the employee to contact their HR Representative to discuss a reasonable accommodation

- Requests for an accommodation can be made orally or in writing
- HR will engage the employee in a discussion to determine if an accommodation is desired, approved or denied and documented appropriately
- Assist the employee as needed to complete a Request for Accommodation or Adjustment form



# Family Medical and Leave Act (FMLA)



WESTROCK 001045 CONFIDENTIAL

# FMLA Basics

- Family and Medical Leave Act (FMLA)
  - Allows employees up to 12 weeks of unpaid leave in rolling 12-month period
    - Job is protected
    - Health care benefits are continued (employee must continue payment)
  - Must be used for:
    - Birth of a child (including adoptions, foster children), bonding leave
    - Care of a family member (child, spouse, parent) with a serious health condition
    - Employee's own serious health condition
    - Military Leave
  - Eligibility: employee must have worked for 12 months total, at least 1,250 hours of service during the previous 12-month period (temp time is included)
  - Can be taken in a continuous block leave or intermittent leave
  - Common questions:
    - What is a serious health condition?
    - Is substance abuse treatment included?
    - Intermittent leave requests – disruption of operations?
    - Same sex partners/spouses?
    - What is a "rolling period"?



# FMLA Basics continued

- Employees cannot be penalized or suffer retaliation for using FMLA
  - E.g., Can't be denied a merit increase
  - Upon return to work employee must be restored to the same or equivalent job from a pay, benefits or other employment terms and conditions
- Abuse of FMLA
  - Report suspected abuse of leave to HR
    - Working a second job while on leave, etc.
    - Intermittent Leave management
- Sedgwick Absence Management – Third Party Administrator
  - WestRock uses Sedgwick to administer FMLA, STD and Workers Comp
- Requesting a Claim
  - Employees should contact Sedgwick via the Sedgwick web site OR through the WR Benefits site
    - WestRock Benefits site -> Sedgwick Absence Management -> Report a New Claim
  - HR can also initiate a claim for an employee if needed
  - Documentation to verify the need for leave is required (certification)
  - Employees have 21 days to provide the requested documentation



# FMLA Basics continued

- Return to Work
    - Employee should notify Sedgwick at least two (2) business days prior to the RTW date.
    - Employee's may be requested to provide certification of his/her ability to return to work with or without reasonable accommodation
    - Employees are not required to be at "100%" to return to work.
- PLEASE notify HR (me) whenever an employee returns from FMLA block leave.
- Anytime an employee has missed more than 2 consecutive days for an illness an FMLA claim should be opened.
    - Includes Covid, Flu or other similar illnesses
    - It's not acceptable to use Vacation in lieu of FMLA



# Other Notes

- **State Leave Laws**
  - Many states have state specific requirements for protected leaves
    - Some offer wage replacement or other enhanced benefits.

- **Light Duty – developed from Workers Compensation**
  - Excuses/removes essential functions, OR
  - Creates a new position on a temporary basis

- **ADA Reasonable Accommodation Requires:**
  - Removal of marginal functions OR
  - Transfer to a vacant position

- **Light Duty can be required as an accommodation…**
  - Program provides for light duty positions for employee w occupational injuries
  - ADA should be considered for a return to work situation for personal medical

- **Light Duty Work**
  - Limit to 90 days or risk creating a new job
  - We do not have permanent light duty positions



# ADA & FMLA Review
A brief hypothetical….

- Should Jane be suspended or terminated for her performance issues?

- Should Jane be suspended or terminated for her attendance issues?

- What should the next steps be?

- Significant facts:
    - Time working at WestRock as a temp
    - Pattern of prior absences
    - Call to EAP
    - Statement to manager
    - Circumstances of her latest absence





# Questions & Answers

# Thanks for attending!

WESTROCK 001051 CONFIDENTIAL





WESTROCK 001052 CONFIDENTIAL