EXHIBIT L

# WestRock

 V000015

SHANE KING
5903 HEATHMORE DR
INDIANAPOLIS IN 46237



# WestRock

Statement Date: October 23, 2024

 V000015

SHANE KING
5903 HEATHMORE DR
INDIANAPOLIS IN 46237

 **WestRock Benefits Center Site**
http://benefits.westrock.com

 **3 ways to get the Alight mobile app:**
1. Text 'Benefits' to 67426 (U.S. Only)
2. Visit http://alight.com/app
3. Scan the QR code with your phone



## Confirmation of Benefits

### Action Needed!

Our records indicate you haven't designated a beneficiary for the plans listed below. To designate a beneficiary, access WestRock Benefits Center Site at http://benefits.westrock.com.

- Basic Group Life
- Basic Group AD&D
- Basic Group Life
- Basic Group AD&D

This statement confirms your benefits as a result of your recent Coverage Termination.

### Your Benefits

If you're eligible for and enrolled in the Short Term Disability and/or Long Term Disability plans, this coverage goes through your last day worked.

Delivered by Alight Solutions

163700053 01479-V000015 

Confirmation of Benefits                                                                                     Page 2

| Plan | Your Previous Benefits (ending 08-31-2024) |
|---|---|
| **Medical** | |
|  | Consumer Choice Plan |
|  | You Only |
| Pay Period Price | $39.14 |
| Annual Price | $2,035.29 |
| Spousal Surcharge | |
|  | Spousal Surcharge - No |
| Pay Period Surcharge | $0.00 |
| Annual Surcharge | $0.00 |
| Wellness Incentive | |
| Pay Period | $0.00 |
| Annual | $0.00 |
| **Health Savings Account** | |
| Your Annual Contribution | $0.00 |
| WestRock Contribution | $0.00 |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Health Reimbursement Account** | |
|  | WestRock provides you with $400.00 of coverage at no cost. |

163700053 01479-V000015

| Confirmation of Benefits | Page 3 |
|---|---|

| Plan | Your Previous Benefits (ending 08-31-2024) |
|---|---|
| **Dental** | |
| | WestRock Dental PPO |
| | You Only |
| Pay Period Price | $3.53 |
| Annual Price | $183.36 |
| **Vision** | |
| | VSP Vision |
| | You Only |
| Pay Period Price | $1.82 |
| Annual Price | $94.68 |
| **Employee Assistance Program (EAP)** | |
| | WestRock provides you with EAP coverage for $0.00. |
| **Short Term Disability** | |
| | WestRock provides you with Coverage - Yes for $0.00. |
| **Long Term Disability** | |
| | 50% Basic |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Basic Group Life** | |
| | 2 x Eligible Earnings - $90,000.00 |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Basic Group AD&D** | |
| | 2 x Eligible Earnings - $90,000.00 |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |

163700053 01479-V000015 

Confirmation of Benefits                                                                                             Page 4

| Plan | Your Previous Benefits (ending 08-31-2024) |
|---|---|
| **Voluntary Employee Life Insurance** | |
| | No Coverage - $0.00 |
| | Non-Tobacco User |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Voluntary Spouse Life Insurance** | |
| | No Coverage |
| | NonTobacco User |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Voluntary Child Life Insurance** | |
| | No Coverage |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Health Care Flexible Spending Account** | |
| Your Annual Contribution | $0.00 |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Dependent Day Care Flexible Spending Account** | |
| Your Annual Contribution | $0.00 |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |
| **Employee Relief Fund** | |
| | Contribution Amount: $0.00 |
| Pay Period Price | $0.00 |
| Annual Price | $0.00 |

163700053 01479-V000015

Confirmation of Benefits                                                                                              Page 5

| Plan | Your Previous Benefits (ending 08-31-2024) |
|---|---|
| **All Pay Period Costs** | |
| Costs | $44.49 |
| **Your Total Pay Period Costs** | $44.49 |
| **All Annual Costs** | |
| Costs | $2,313.33 |
| **Your Total Annual Costs** | $2,313.33 |

## Paying For Your Benefits

### Sign Up for Direct Debit
Avoid worrying about late bill payments by having your payment automatically deducted from your bank account with direct debit. To learn more or sign up for direct debit, access WestRock Benefits Center Site at http://benefits.westrock.com.



**Timing of Your Bills**
Your bills are due on the **first of the month** for the cost of your benefits. Your monthly payments must be received within **30 days** of the due date on the bill, or your coverage will end retroactive to the last day of the month for which payment was received. Any payments deposited after coverage was dropped will be refunded and won't extend your coverage.

**Details About Direct Debit**
If you choose direct debit, all future payments will be taken from your account on the **first of the month**. If the first of the month falls on a weekend or bank holiday, the payment occurs the next business day. Provide your account information when you enroll to authorize WestRock and your financial institution to start the direct debit payment process and to authorize credits to your account as may be necessary to issue refunds when benefit coverage ends. If you want to receive a paper refund check instead, access WestRock Benefits Center Site at http://benefits.westrock.com or call the WestRock Benefits Center. Here are other details if you choose direct debit:

- You'll no longer receive paper bills.
- Your bank statement serves as your confirmation of payment.
- If your payment amount changes, you'll receive a notice at least 10 days before the next scheduled payment.

You may stop using direct debit at any time.

163700053 01479-V000015



Confirmation of Benefits                                                                 Page 6

## Family Information

| Name | Birth Date | Relationship | Plans No Longer Covered |
|---|---|---|---|
| SHANE KING | 03-24-1994 | Self | Medical<br>Dental<br>Vision |

## For More Information

**Online**
WestRock Benefits Center Site
at http://benefits.westrock.com
**Phone**
Monday - Friday 8:30 a.m. to 6:30 p.m. Eastern Time
toll-free at 1-800-540-4272 (United States)
+1-847-883-1072 (Outside the United States)
Generally, you'll have a shorter wait time if you call after Tuesday.
**Download the Alight mobile app**
Visit http://alight.com/app