Sedgwick Claims Management Services, Inc.
PO BOX 14648
Lexington, KY 40512-4648



August 14, 2024

**Phone**: (800) 540-4272
**Web:** mySedgwick.com/WestRock
**Fax**: (859) 264-4375

Shane King
5903 Heathmore Dr
Indianapolis, IN  46237


We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.




Sedgwick Claims Management Services, Inc.
PO Box 14648
Lexington, KY 40512-4648

**Phone**: (800) 540-4272 & select "Leaves of Absence"
**Web**: mysedgwick.com/smurfitwestrock
**Fax**: (859) 264-4375

August 14, 2024

Shane King
5903 Heathmore Dr
Indianapolis, IN 46237

Dear Shane:

Sedgwick is here to help you with your time away from work. To avoid delays in approving your disability claim, we will need a few things from you. Please go to **Your Step-by-Step Guide** on the following page to help you through the process.

- **Your Claim Number**: 4A240783LG5-0001
- **Your Time Away Begins**: August 21, 2024

**Eligibility for Leave of Absence**

You may also qualify for job protection under the Family and Medical Leave Act (FMLA) and/or state leave law that will run concurrent with your disability benefits. Eligibility for leave is based on your anticipated leave date. If your first day of absence is in the future, we will review your eligibility again at the start of your leave.

- The Family and Medical Leave Act (FMLA) provides job-protected time off to eligible employees. You meet the FMLA's basic eligibility requirements as reflected on the attached *FMLA Rights and Responsibilities* document.

**Reasonable Accommodations**
Smurfit Westrock is committed to providing reasonable accommodations to help otherwise qualified employees with a disability perform their essential job functions. If you feel you are an individual that has a physical or mental impairment that substantially limits one or more major life activities who could perform the essential functions of your job with or without a reasonable accommodation, you may be eligible for a reasonable accommodation as defined under the Americans with Disabilities Act (ADA).

If you feel you have a disability and need a reasonable accommodation, please contact your Local HR Contact and inform them you would like to apply for a reasonable accommodation. At that time, further instructions will be provided to you.

**Need additional help?**
If you have any questions or experience a change in your circumstances, please contact Sedgwick by calling the Smurfit Westrock Benefits Center at (800) 540-4272 and select the option for "Leaves of Absence;" Sedgwick representatives are



available Monday through Friday 8:00 a.m. through 9:00 p.m. Eastern Time. You can also contact Sedgwick or find information about your claim anytime online at mysedgwick.com/smurfitwestrock.



Scan this QR code with your smartphone camera to go straight to mySedgwick!

Sincerely,

Jacael R.
Disability Representative

| | |
|---|---|
| SPANISH (Español): | Para obtener asistencia en Español, llame al [(800) 540-4272]. |
| TAGALOG (Tagalog): | Kung kailangan ninyo ang tulong sa Tagalog tumawag sa [(800) 540-4272]. |
| CHINESE (中文): | 如果需要中文的帮助，请拨打这个号码 [(800) 540-4272]. |
| NAVAJO (Dine): | Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' [(800) 540-4272]. |



# YOUR STEP-BY-STEP GUIDE

**Sedgwick**
caring counts

## Step 1| Forms Needed to Process Your Time Away From Work

- **Release of Information:** Complete and return this form to allow Sedgwick to request medical information on your behalf.

- **Authorization to Seek Clarification or Authentication Form:** Sign and return the attached *Authorization to Seek Clarification or Authentication*. While not required, this form allows Sedgwick to expedite the approval of your leave.

- **Required Paperwork:** Ask your healthcare provider to send us objective medical information (such as office notes, test results) that shows you cannot do your job. This should be sent as soon as possible, along with the Medical Information/Provider Statement form by September 13, 2024. Delay in submitting this form or other supportive medical documentation may cause you to miss pay and impact our ability to approve your leave. Please pay any fees your treating provider may charge for medical documentation.

- **Fitness for Duty:** The Fitness for Duty form needs to be completed by your healthcare provider and sent back to Sedgwick prior to you being able to return to work.

- **Ways to Return Your Documents:**
  **Upload: mySedgwick.com/WestRock | Email: WestRockForms@SedgwickCMS.com | Fax: (859) 264-4375**

## Step 2| Plan Your Return to Work *REQUIRES YOUR ACTION*

- **Notify Sedgwick and your HR Business Partner:** Ask your healthcare provider to send a return to work certification or the enclosed fitness for duty form as soon as possible before returning to work. If you are released with restrictions, you may still be able to return to work. Sedgwick will review the restriction to see if we can assist you with returning to work. Contact Sedgwick on your first day back at work. If you are not able to return when expected, contact us to request an extension of your leave of absence.

   ***Please notify Sedgwick immediately, if you return to work early***

## Step 3| Information Regarding Your Time Away From Work

- **Reduction in Payment Amount:** Your benefit payment may be reduced by other sources of income such as state disability benefits. If receiving any other income, you must provide proof of the amount in the form of an award letter, pay stub or other documentation.

- **Additional Resources:** Your packet includes information about additional programs and benefits available to you while on leave. Some of these, such as health insurance and vacation time, may require your action.

- **Changes to Your Leave:** If you need to make any changes, please contact Sedgwick by calling the Smurfit Westrock Benefits Center at (800) 540-4272 and select the option for "Leaves of Absence"

# RIGHTS & RESPONSIBILITIES

**Basic Eligibility Criteria for FMLA**
- Twelve-month length of service requirement (at the time your leave begins)
- 1,250 hours worked during the 12-month period immediately preceding your leave

If you have requested a first day of absence in the future, eligibility will be determined as of that date. If the number of hours worked in the 12 months preceding your first day of leave is different than the number of hours verified as of the date of this letter, you may not be eligible for FMLA leave and an amended notice of eligibility and rights & responsibilities will be sent to you.

**If your leave qualifies under FMLA, you will have the following rights and responsibilities while on leave:**

- You have the right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as a "rolling" 12- month period measured backward from the date of any FMLA leave usage.
- Your health benefits must be maintained during any period of unpaid FMLA leave under the same terms and conditions as if you continued to work.
- You must be reinstated to the same or an equivalent job with the same pay, benefits and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)
- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a serious health condition of a covered Servicemember's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse your employer for their share of health insurance premiums paid on your behalf during your FMLA leave.

**Health Benefit Deductions:** You will be billed directly from the WestRock Benefits Center for your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum grace period of 30 days in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided you are notified in writing at least 15 days before the date your health coverage will lapse.

**Pay:** You may be required to use your sick or vacation time during your FMLA absence. Please contact your local HR for additional information. If receiving vacation or sick pay, the leave will be considered protected FMLA leave and counted against your FMLA leave entitlement.

**Periodic Updates:** While on leave, you will be required to furnish periodic updates to Sedgwick of your status and intent to return to work.

# AUTHORIZATION FOR RELEASE AND USE OF MEDICAL INFORMATION

**sedgwick**
caring counts

This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

| Employee Name: Shane King | Telephone: (317)373-8239 | Claim Nbr: 4A240783LG5-0001 |
|---|---|---|

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, other health care provider, insurance company, employer or third party administrator that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Life Insurance Company of North America or any of its affiliates (New York Life Group Benefit Solutions). Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick or New York Life Group Benefit Solutions may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick or New York Life Group Benefit Solutions may administer or handle related to me.

I understand that I do not have to give this authorization. If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick or New York Life Group Benefit Solutions may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage, benefits, or services may be delayed or denied as a result.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com

## IMPORTANT INFORMATION ABOUT YOUR RIGHTS

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (P.O. Box 14648, Lexington KY 40512) and/or New York Life Group Benefit Solutions at (P.O. Box 709015, Dallas, TX 75370-9015) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

_____  _____
**Claimant's Signature**                    **Date Signed**

_____  _____
**Signature of Personal Representative who has the authority on Behalf of the Claimant**    **Name of Personal Representative who has authority to Sign the Claimant (Please attach copy of document conferring authority).**

Complete and return this form via: Fax: (859) 264-4375,
Email: WestRockForms@sedgwick.com, or Mail: Sedgwick, PO Box 14648 Lexington, KY 40512.

For assistance, please contact Sedgwick at (800) 540-4272 and select the option for "Leaves of Absence".

---

**Important Notice to Sources of Information**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

# VOLUNTARY AUTHORIZATION TO SEEK CLARIFICTION OR AUTHENTICATION ON FMLA AND/OR STATE FMLA CERTIFICATION



**Employee Name:  Shane King    Claim Number: C407090048800016AA**

In order to substantiate your leave request under the Family and Medical Leave Act (FMLA) and/or state FML, Sedgwick requires a health care provider certification ("FMLA Certification Form") to support your need for family and medical leave due to your own serious health condition or to care for a family member with a serious health condition. It is your responsibility to provide Sedgwick with a complete, timely and sufficient certification. With your permission, once the certification has been submitted, the FMLA regulations allow Sedgwick, as the administrator of your employer's FMLA policy, to seek clarification from your health care provider if it is necessary to understand the meaning of a response or the handwriting on the medical certification.

I, Shane King, hereby authorize Sedgwick to make contact with my health care provider, or my family member's health care provider for the purpose of seeking authentication of the document or clarification of the information contained in the document. This Release and Consent does not authorize the disclosure of:  1) the identification of past, present, or future physical or mental health, or conditions of me or my family member; 2) diagnosis or treatment provided to me or my family member; 3) payment for any health care received; or 4) genetic information. In addition, Sedgwick will not, nor does this Release and Consent authorize Sedgwick to, request information beyond that required by the FMLA Certification Form.

I understand, that I am, or my family member is, responsible for signing any releases or authorizations required under the Health Insurance Portability and Accountability Act (HIPAA) or other laws which would authorize the health care provider to discuss my certification for leave and provide the clarifications requested.

I acknowledge that this authorization is voluntary; however, if I choose not to provide Sedgwick with this authorization, and do not provide either a complete and sufficient certification form Sedgwick may deny the taking of FMLA leave.

I further understand that I have the right to revoke this authorization at any time by providing written notice to Sedgwick at the following address:

>    Sedgwick Claims Management, Inc. Po Box 14648 Lexington, KY 40512-4648

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Revocation does not apply to any action that was taken pursuant to a signed authorization prior to revocation. I understand that I have a right to request a copy of this authorization. This authorization is valid from the date of my signature below and shall expire one year from the date of this authorization.

_____          _____
Employee Signature                      Date

# Disability & Leave Provider Statement

**Sedgwick caring counts**

**phone: (855) 262-5563 | web: mySedgwick.com/WestRock | fax: (859) 264-4375|PO Box 14648 Lexington, KY 40512**

**Patient Name: Shane King**
**Claim Number: 4A240783LG5-0001**
**Documentation Due: 09/13/2024**

**To Be Completed by Physician (Please Type or Print)**
**Section 1: Required information to support FMLA/State Leave**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery?  Yes ☐    No ☐

    If yes, provide the beginning and ending dates for the period of incapacity: ____/____/_____ - ____/____/_____

2. Has the patient recovered sufficiently to return to work?  Yes ☐    No ☐

    If "Yes", give the date the patient was able to return to work    _____/_____/_____

    If "No", in your opinion when, may work be resumed?  (Please do not use "indefinite", "unknown", "undetermined", etc.)  If a date cannot be determined, please estimate in days, weeks or months.___/_____/_____
    _____

3. Has the patient recovered sufficiently to return to restricted work?  Yes ☐    No ☐

    If "Yes", indicate date restrictions begin: _____/_____/_____        Date restrictions end: _____/_____/_____

    Restriction (s) required: _____
    _____

4. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

    Yes ☐    No ☐    If yes, dates of admission:_____

5. Date(s) you treated the patient for condition:_____

6. Was medication, other than over-the-counter medication prescribed?  Yes ☐    No ☐

7. Is the medical condition pregnancy?  Yes ☐    No ☐  If yes, expected delivery date: _____/_____/_____

8. Is the patient unable to perform any of his/her job functions due to their condition:  Yes ☐    No ☐

    If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
    _____
    _____

9. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment).  DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT:
    _____
    _____

**Patient Name: Shane King**
**Claim Number: 4A240783LG5-0001**

### Section 2: Required information to support Disability Benefits

10. Objective findings: HT:_____ WT:_____ BP:_____ TEMP:_____ PULSE:_____ RESP:_____

11. Patient's Complaints: _____
_____

12. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)

Primary:     ICD10 Code: _____ Description:_____

Secondary: ICD10 Code: _____ Description:_____

          ICD10 Code: _____ Description:_____

13. List all co-morbid conditions:_____
_____

14. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. _____
_____
_____

15. When was patient first diagnosed with this condition? _____/_____/_____

16. When is the patient's next office visit? _____/_____/_____

17. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?

    Yes ☐   No ☐

    If Yes:  ☐ Emergency Room visit      ☐ Hospitalization    ☐ 23 hour admission

    Name and address of hospital or facility _____

18. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| _____ | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |

19. Is this condition the result of an injury?  Yes ☐   No ☐   Is this condition work related? Yes ☐   No ☐   If yes, provide date and description of event:
_____
_____

20. If patient is pregnant, is a C-Section planned? Yes ☐   No ☐   If yes, date scheduled? _____/_____/_____

**Patient Name: Shane King**
**Claim Number: 4A240783LG5-0001**

21. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary):_____

    _____

22. Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☐

    List the name of the procedure: _____

    CPT code: _____    Date of procedure: _____/_____/_____

23. Has patient been referred to other physician(s)/specialist? Yes ☐   No ☐   If yes, provide physician name, specialty, and telephone number. _____

    _____

24. List specific functional limitations of Activities of Daily Living (ADL's): _____

    _____

    _____

    _____

25. Has patient been given any driving restrictions for this disability period? Yes ☐   No ☐

    If yes please describe:_____

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc., if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Physician/Provider Printed Name: _____

Physician/Provider Signature:_____Date: _____/_____/_____

Provider Specialty:_____

Phone Number:_____          Fax Number:_____

**phone: (855) 262-5563 | web: mySedgwick.com/WestRock | fax: (859) 264-4375|PO Box 14648 Lexington, KY 40512**

# Fitness for Duty Form


sedgwick
caring counts

phone: (855) 262-5563 | web: mySedgwick.com/WestRock | fax: (859) 264-4375 | PO Box 14648 Lexington, KY 40512

**Employee Name: Shane King     Claim Number:  4A240783LG5-0001**

**Instructions to the Health Care Provider:** Please review the attached job description/job analysis form and complete the below to allow your patient to return to work. If restrictions are recommended, please be specific so that we can determine the necessary modifications needed.  For example, instead of "no heavy lifting," please define the number of pounds, such as, "no lifting over 25lbs."

**Incomplete restrictions will be returned for further clarification.  Any fees associated with this form are the patient's responsibility.**

| This section is to be completed by the HEALTH CARE PROVIDER |
|---|
| I have examined the employee named above and certify that this person is **medically able to resume working on** _____/_____/_____ |
| **This employee can return work:**     With No Restrictions ☐   With Restrictions (complete A - D below) ☐ |
| A.) If the employee is returning with restrictions, please review the attached job description/job analysis form and how the medical condition prevents or limits the employee's ability to perform one or more of the identified job functions: |
| B.) Please specify/identify any restrictions (to the employee's job duties and/or working hours or schedule) that may be needed to enable the employee to return to work: |
| C.) How long will the employee need the restrictions listed above?<br>☐ Permanently<br>☐ Indefinitely<br>☐ Through _____/_____/_____<br>☐ Unknown |

| | |
|---|---|
| **Employee Name: Shane King    Claim Number:  4A240783LG5-0001** | |
| If you checked "indefinitely" or "unknown," please describe your answer: | |
| D.)  Any additional comments or suggestions: | |
| If you feel it is relevant, please provide additional supporting office notes, history, physical, test results | |
| **Signature of Health Care Provider:** | **Date:** |
| Name of Health Care Provider (Please Print): | |
| Specialty: | |
| Phone Number of Health Care Provider: | |

**This information is strictly confidential and used for claim processing purposes only.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

**phone: (855) 262-5563| web: mySedgwick.com/WestRock | fax: (859) 264-4375|PO BOX 14648, Lexington, KY 40512**





*With mySedgwick, our secure, online self-service tool, it's easier than ever to access real-time claim information, track claim progress, communicate with your examiner and take steps to advance your claim. Log in from your phone, tablet, laptop or web-enabled device and explore how mySedgwick simplifies the claims process.*

*Log into mySedgwick*

## Create a new user account

1. Please login to **www.mysedgwick.com/smurfitwestrock**.
2. Click **New User**.
3. Follow the prompts to enter your personal information, create a username and password, and select a security question. You will also be asked to set up two-factor authentication.
4. Click **Submit**.
5. After registering, you will receive a confirmation email containing your registration information.

## Questions about registering or logging in?

Click **Contact Support** to live chat with our technical support team or call us by phone.

## Live Chat

Have questions about your claim? Click **Chat with us** to start a conversation and get the answers you need.

## Learn more

Visit **Helpful resources** for a learning center with videos, FAQs, links and more.

### Follow your claim

View claim status and correspondence.



**Exchange information**
Upload claim-related files, sign forms, submit return to work and report a new claim.



**Communications**
Communicate with your claims examiner without even picking up the phone. Manage how we contact you by opting into texts or emails.



**My claims**
View a dashboard summary of important claim reminders, action items, details and leave balance.



**Claim progress tracker**
View where you are in the claims process and next steps.



**Off work calendar**
View a claims calendar to see the status of each absence in a weekly or monthly format.

**GuidanceResources®**



# Coping With Your Serious Conditon

GuidanceResources would like to make you aware of the support available to you and your family members through your Employee Assistance Program (EAP).

Learning to cope with a diagnosis of a serious illness and having to inform friends and family can be overwhelming in and of itself. The added burden of an unfamiliar regimen of medical tests, surgical procedures and therapy only adds stress to an already stressful situation. It is important, however, to stay positive. Your EAP can help you do that and more. We offer someone to talk to and resources to consult whenever and wherever you need them. Contact us for:

- Short-term counseling
- Locating local support groups
- Recommendations for treatment providers or facilities
- Identifying low-cost treatment options and prescription programs
- Assistance locating in-home health aides, housekeepers or other services
- Legal information about wills and trusts
- Budgeting assistance
- And more

Call us anytime, 24 hours a day, seven days a week, to speak with a GuidanceConsultant℠ about your issues. Additional resources are available on GuidanceResources® Online. Go to www.guidanceresources.com and use your company Web ID to log in.

## Here when you need us.

Call: 888.327.4698
TDD: 800.697.0353
Online: guidanceresources.com
App: GuidanceResources® Now
Web ID: GD8405G

Copyright © 2018 ComPsych Corporation. All rights reserved. This information is for educational purposes only.