**2:41** 

 142      CP

**2 People >**

Thu, Jul 25 at 5:45 AM

Shane King

> Sedgwick said I was good to come back to work today but I woke up sick as hell so I'm not going to make it in. If I can use a floater to save points/ pay, I will, but I don't want to be puking with a fever in the heat. I called and left a voicemail for Syd/ Pat.



> Thanks for letting us know.

Chris Pflum

> Thanks for the heads up. I hope you get feeling better.



Fri, Jul 26 at 6:59 AM

 iMessage 

WESTROCK 000577
CONFIDENTIAL