UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING**<br><br>Plaintiff,<br><br>vs.<br><br>**SMURFIT WESTROCK PLC, et al.**<br><br>Defendants. | Case No. 24-cv-1565 |

**PROPOSED ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court regarding Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. Having considered this matter fully and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendants' Cross Motion for Summary Judgment is **GRANTED.**

Date: _____

_____
Matthew P. Brookman
United States District Judge