UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | Case No. 24-cv-01565-MPB-MKK |
| v. ) | |
| Smurfit Westrock PLC, ) | |
| Phillip Giddens, ) | |
|     *Defendants* ) | |

**Plaintiff's Final Witness and Exhibit Lists**

Plaintiff Shane King, by counsel, designates the following final witness and exhibit lists, per the Court's scheduling order (ECF No. 43).

**I.   Witnesses**

1. Shane King
2. Phillip Giddens
3. Sydria Jordan
4. Mark Kennedy
5. Terry Miller

**II.   Exhibits**

Plaintiff's final exhibit list includes following index of exhibits (from Plaintiff's Motion for Summary Judgment), as well as all non-duplicative exhibits included in Defendants' Response and Cross-Motion (ECF 61-1 through 61-16).

**King Deposition Exhibits**

| | |
|---|---|
| Exhibit 1 | · Application for Employment at WestRock |
| Exhibit 2 | · Employee Counseling form signed 02-19-2019 |

| | | |
|---|---|---|
| Exhibit 3 | Employee Counseling form signed 11-13-2023 | |
| Exhibit 4 | Attendance Policy | |
| Exhibit 5 | Employee Counseling Form - Final Written Warning | |
| Exhibit 6 | Corrective Action Form dated 03-15-2024 | |
| Exhibit 7 | Text Message | |
| Exhibit 8 | Spreadsheet from Sedgwick | |
| Exhibit 9 | Email string re: S King LOA | |
| Exhibit 10 | Time Off Request Form | |
| Exhibit 11 | Complaint | |
| Exhibit 12 | Plaintiff's Response to Defendant's First Set of Discovery Requests | |
| Exhibit 13 | Shane King Notes and Appointment Card | |

## Giddens Deposition Exhibits

| | | |
|---|---|---|
| Exhibit 20 | 8-5-24 Time-Off Request | Attached as ECF No. 53-1 |
| Exhibit 21 | 7-10-24 E-mail Exchange | |
| Exhibit 22 | Attendance Policy | |
| Exhibit 23 | Messages - Giddens/Kennedy | Attached as ECF No. 53-2 |
| Exhibit 24 | 3-6-23 Counseling Sheet | |
| Exhibit 25 | 5-25-23 Counseling Sheet | |
| Exhibit 26 | 6-1-23 Counseling Sheet | |
| Exhibit 27 | 11-13-23 Counseling Sheet | |
| Exhibit 28 | 12-12-23 Counseling Sheet | |
| Exhibit 29 | 3-15-24 Corrective Action Form | |
| Exhibit 30 | 4-25-24 Corrective Action Form | |
| Exhibit 31 | 8-22-24 Termination Review | Attached as ECF No. 53-3 |
| Exhibit 32 | Tangela Thomas Termination Review | |
| Exhibit 33 | 2023 King Attendance Records | |
| Exhibit 34 | 2024 King Attendance Records | |
| Exhibit 35 | Attendance Records Lead Page | |
| Exhibit 36 | 2023 King Attendance Rows | |
| Exhibit 37 | 2024 King Attendance Rows | |

## New Exhibits: Plaintiff Summary Judgment

| | | |
|---|---|---|
| Exhibit 40 | King Deposition Transcript | Attached as ECF No. 53-4 |
| Exhibit 41 | Giddens Deposition Transcript | Attached as ECF No. 53-5 |
| Exhibit 42 | Disciplinary Write-Ups | Attached as ECF No. 53-6 |

| | | |
|---|---|---|
| Exhibit 43 | Sedgwick Claim Timeline | Attached as ECF No. 53-7 |
| Exhibit 44 | King-Giddens Emails 8-20-2025 | Attached as ECF No. 53-8 |
| Exhibit 45 | Giddens Voicemail 8-21-2025 | Attached as ECF No. 53-9 |
| Exhibit 46 | Surgery After-Visit Summary | Attached as ECF No. 53-10 |
| Exhibit 47 | Westrock Benefits Emails | Attached as ECF No. 53-11 |

Respectfully submitted,

Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497
Attorney for Shane King

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, the foregoing was served by CM/ECF to all counsel of record.

/s/ Andrew Stautz
Atty. #37665-49