UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, | ) |
| PHILLIP GIDDENS, | ) |
| | ) |
| Defendants. | ) |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

On September 23, 2025, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed case status.

The Court **GRANTS** Defendants' unopposed, oral motion to extend the deadline to file final witness and exhibit lists to **September 30, 2025**.

The Court **DIRECTS** counsel to report to the undersigned's chambers, Room 359 of the U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, following the final pretrial conference on December 11, 2025. The parties should be prepared to discuss potential settlement. Plaintiff shall accompany his counsel in person. Defense counsel shall ensure that a client representative with full authority to settle the case is available via telephone.

The conference concluded without further order.

Date: 9/24/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.