UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHANE KING** <br><br> Plaintiff, <br><br> vs. <br><br> **SMURFIT WESTROCK PLC, et al.** <br><br> Defendants. | Case No.: 1:24-cv-1565 <br><br> Judge |

### DEFENDANTS' FINAL WITNESS AND EXHIBIT LISTS

Defendants Smurfit Westrock PLC ("Smurfit") and Phillip Giddens ("Giddens") (collectively "Defendants") identify the following individuals as potential witnesses at trial and the following documents as potential exhibits.

A. **WITNESSES**

Defendants Smurfit and Giddens may call one or more of the following witnesses to testify at trial:

1. Shane King;

2. Phillip Giddens;

3. Mark Kennedy;

4. Any and all witnesses listed by Plaintiff in his Preliminary or Final Witness List;

5. Any and all witnesses listed by Plaintiff in his Initial Disclosures;

6. All persons identified in any deposition and during the discovery process;

7. All persons needed for purposes of impeachment, rebuttal, or other purposes, the need for which cannot be anticipated prior to trial.

8. Any records custodian or other person needed to verify, admit, introduce and/or lay foundation for any documents to be used at trial.

9. All persons whose expected relevant testimony is discovered subsequent to the date of filing this Final Witness List.

**B.   EXHIBITS**

Defendants Smurfit and Giddens may offer any or all of the following exhibits at trial:

1. Any and all pleadings and written discovery responses;

2. January 27, 2025 Deposition Transcript of Shane King (ECF No. 53-4) and Deposition Exhibits:

   a. Pl. Dep. Ex. 1 – Application for Employment at WestRock;

   b. Pl. Dep. Ex. 2 – Employee Counseling form signed 02-19-2019;

   c. Pl. Dep. Ex. 3 – Employee Counseling form signed 11-13-2023;

   d. Pl. Dep. Ex. 4 – Attendance Policy;

   e. Pl. Dep. Ex. 5 – Employee Counseling Form – Final Written Warning;

   f. Pl. Dep. Ex. 6 – Corrective Action Form dated 03-15-2024;

   g. Pl. Dep. Ex. 7 – Text Message;

   h. Pl. Dep. Ex. 8 – Spreadsheet from Sedgwick;

   i. Pl. Dep. Ex. 9 – Email string re: S King LOA;

   j. Pl. Dep. Ex. 10 – Time Off Request Form;

   k. Pl. Dep. Ex. 11 – Complaint;

   l. Pl. Dep. Ex. 12 – Plaintiff's Response to Defendant's First Set of Discovery Requests;

   m. Pl. Dep. Ex. 13 – Shane King Notes and Appointment Card.

3. January 28, 2025 Deposition Transcript of Phillip Giddens (ECF No. 53-5) and Deposition Exhibits:

   a. Giddens Dep. Ex. 20 – 8-5-24 Time-Off Request;

   b. Giddens Dep. Ex. 21 – 7-10-24 E-mail Exchange;

   c. Giddens Dep. Ex. 22 – Attendance Policy;

   d. Giddens Dep. Ex. 23 – Messages - Giddens/Kennedy;

   e. Giddens Dep. Ex. 24 – 3-6-23 Counseling Sheet;

   f. Giddens Dep. Ex. 25 – 5-25-23 Counseling Sheet;

   g. Giddens Dep. Ex. 26 – 6-1-23 Counseling Sheet;

   h. Giddens Dep. Ex. 27 – 11-13-23 Counseling Sheet;

   i. Giddens Dep. Ex. 28 – 12-12-23 Counseling Sheet;

   j. Giddens Dep. Ex. 29 – 3-15-24 Corrective Action Form;

   k. Giddens Dep. Ex. 30 – 4-25-24 Corrective Action Form;

   l. Giddens Dep. Ex. 31 – 8-22-24 Termination Review;

   m. Giddens Dep. Ex. 32 – Tangela Thomas Termination Review;

   n. Giddens Dep. Ex. 33 – 2023 King Attendance Records;

   o. Giddens Dep. Ex. 34 – 2024 King Attendance Records;

   p. Giddens Dep. Ex. 35 – Attendance Records Lead Page;

   q. Giddens Dep. Ex. 36 – 2023 King Attendance Rows;

   r. Giddens Dep. Ex. 37 – 2024 King Attendance Rows.

4. Exhibits contained in Plaintiff's Motion for Summary Judgment (ECF No. 53);

   a. King Deposition Transcript (ECF No. 53-4);

   b. Giddens Deposition Transcript (ECF No. 53-5);

    c. Disciplinary Write-Ups (ECF No. 53-6);

    d. Sedgwick Claim Timeline (ECF No. 53-7);

    e. King-Giddens Emails 8-20-2025 (ECF No. 53-8)

    f. Giddens Voicemail 8-21-2025 (ECF No. 53-9);

    g. Surgery After-Visit Summary (ECF No. 53-10);

    h. Westrock Benefits Emails (ECF No. 53-11).

5. Attachment and Exhibits contained in Defendants' Consolidated Response in Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Full Summary Judgment in Favor of Defendants (ECF No. 61):

    a. Declaration of Mark Kennedy (ECF No. 61-1);

    b. Westrock Attendance Policy dated 1.1.2023 (ECF No. 61-2);

    c. Westrock's Indianapolis Recycling Facility Saturday Work Schedule Policy dated 3.9.2023 (ECF No. 61-3);

    d. 2023 Hourly Performance Appraisal of Shane King dated 12.18.2023 (ECF No. 61-4);

    e. Westrock's Accrual Banks Detail Spreadsheet between 1.1.2024 and 12.31.2024 (ECF No. 61-5);

    f. Westrock's Timesheet Exceptions Spreadsheet between 1.1.2024 and 12.31.2024 (ECF No. 61-6);

    g. Text Messages between Shane King and Manager Chris Pflum dated 8.8.2024 and 8.9.2024 (ECF No. 61-7);

    h. Westrock's Indianapolis Recycling Facility Terminations by Giddens in 2023 and 2024 (ECF No. 61-8);

      i. Shane King Initial Claim Report dated 7.9.2024 (ECF No. 61-9);

      j. Request for Medical Information dated 8.27.2024 (ECF No. 61-10);

      k. Westrock's Family Medical Leave Act Policy dated 5.1.2023 (ECF No. 61-11);

      l. Westrock's Americans with Disabilities Act & Family Medical Leave Act Review for Managers dated 1.2024 (ECF No. 61-12);

      m. Pl. Prod. 2024.10.23 Westrock Statement of Benefits (ECF No. 61-13);

      n. Pl. Prod. 2024.08.14 Sedgwick Claim Booklet (ECF No. 61-14);

      o. Text Messages between Shane King and Manager Chris Pflum dated 7.25.2024 (ECF No. 61-15).

6. Exhibits listed in Plaintiff's Preliminary or Final Exhibit List.

7. All documents produced in discovery by any party herein.

8. Demonstrative exhibits.

9. Any exhibit necessary for rebuttal or impeachment.

10. Any document or thing the identity of which is discovered subsequent to the date of this exhibit list.

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Louise M. Griffin*
Michael Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

>Louise M. Griffin (*pro hac vice*)
>255 E. Fifth Street, Suite 1900
>Cincinnati, Ohio 45202
>Telephone: (513) 977-8656
>Facsimile: (513) 977-8141
>louise.griffin@dinsmore.com
>
>*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of this filing to all attorneys of record.

>*s/ Michael Rabinowitch*
>Michael Rabinowitch

64709619.1