UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, | ) |
| PHILLIP GIDDENS, | ) |
| | ) |
| Defendants. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge M. Kendra Klump's Report and Recommendation signed on May 6, 2025. (Docket No. 48). For the reasons detailed in the report, Judge Klump recommends that the District Court deny Defendants' oral Motion to Dismiss. (Docket No. 39 at ECF p. 2).

Federal Rule of Civil Procedure 72(b)(2) gives parties fourteen days to object to the Report and Recommendation. No party has done so within that time. Consequently, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, the Court finds that the Magistrate Judge did not commit clear error. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, (Docket No. 48), and **DENIES** Defendants' oral Motion to Dismiss, (Docket No. 39 at ECF p. 2).

**IT IS SO ORDERED.**

Dated: October 7, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.