UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, | ) |
| PHILLIP GIDDENS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Court, *sua sponte*, sets a telephonic status conference on **November 10, 2025,** at **1:30 p.m. (Eastern)** for this matter. The parties should be prepared to discuss the status of settlement negotiations and trial preparations. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

So **ORDERED**.

Date: 11/06/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.