**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SHANE KING<br><br>Plaintiff,<br><br>vs.<br><br>SMURFIT WESTROCK PLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-1565 |

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

Defendants Smurfit Westrock PLC ("Westrock") and Phillip Giddens ("Giddens") (collectively "Defendants"), by and through counsel, respectfully request the Court continue the Final Pretrial Conference in this matter, which is currently set for December 11, 2025, for twenty-eight (28) days. In support, Defendants state as follows:

1. On April 22, 2025, the Court granted the Parties Joint Motion to Continue Trial Date. (ECF No. 46). The Final Pretrial Conference was continued from August 13, 2025 until December 11, 2025 and the trial was continued from September 23, 2025 until January 27, 2026.

2. On October 31, 2025, the Court ruled on Plaintiff and Defendants' respective Motions for Summary Judgment. (ECF No. 68). The Court granted summary judgment in favor of Defendants as to Plaintiff's breach of contract and tortious interference claims. Plaintiff's FMLA interference and retaliation claims were allowed to proceed.

3. On November 10, 2025, the Court held a telephonic status conference with the Parties to discuss the status of settlement negotiations and trial preparations. (ECF No. 69).

4.  On November 14, 2025, the Parties met and conferred to discuss settlement as well as stipulations of fact and of authenticity of documents pursuant to Required Pre-Trial Preparation deadlines outlined in the Court approved Case Management Plan. (ECF No. 24). Based on the Parties conversation, the Parties believe that they may be able to reach an agreed resolution without the need for a trial through informal settlement negotiations.

5.  In light of the foregoing, Defendants respectfully request that the Court continue the Final Pretrial Conference presently set for December 11, 2025 for approximately twenty-eight (28) days, until on or about January 8, 2026, to allow the Parties time to focus on settlement negotiations.

6.  This Motion does not prejudice the other Party to this case and is not made for the purpose of delay. Additionally, this Motion would not affect the trial date.

7.  Undersigned counsel has conferred with counsel for Plaintiff, who has no objection to a continuance of the Final Pretrial Conference.

WHEREFORE, Defendants respectfully request the Court continue the Final Pretrial Conference in this matter, which is presently set for December 11, 2025, for approximately twenty-eight (28) days.

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Louise M. Griffin*
Michael Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

Louise M. Griffin (*pro hac vice*)

        255 E. Fifth Street, Suite 1900
        Cincinnati, Ohio 45202
        Telephone: (513) 977-8656
        Facsimile: (513) 977-8141
        louise.griffin@dinsmore.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of this filing to all attorneys of record.

        *s/Louise M. Griffin*
        Louise M. Griffin