**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **SHANE KING**<br><br>Plaintiff,<br><br>vs.<br><br>**SMURFIT WESTROCK PLC, et al.**<br><br>Defendants. | Case No. 24-cv-1565 |

**PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE**

This matter is before the Court upon Defendants' Unopposed Motion to Continue Final Pretrial Conference. The Court, having considered this matter fully and being otherwise sufficiently advised, hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that the **FINAL PRETRIAL CONFERENCE** is **CONTINUED** from December 11, 2025 to January 8, 2026 at 9:00 a.m. EST, in Room 288 of the United States Courthouse.

Date: _____

_____
Matthew P. Brookman
United States District Judge