UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01565-MPB-MKK |
| ) | |
| SMURFIT WESTROCK PLC, ) | |
| PHILLIP GIDDENS, ) | |
| ) | |
| Defendants. ) | |

### ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On November 10, 2025, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed the status of settlement negotiations and trial preparations.

Plaintiff shall send an updated demand to Defendants no later than **November 17, 2025**. Defendants shall respond to Plaintiff's demand no later than **November 24, 2025**. The Parties shall email courtesy copies of their respective demand and offer(s) to Chambers at mjklump@insd.uscourts.gov.

Counsel for both parties, Plaintiff (in person), and Defendant's representative (by telephone) shall report to Magistrate Judge Klump's Chambers, Room 359, immediately following the December 11, 2025, final pre-trial conference to discuss settlement.

The conference concluded without further order.

Date: 11/17/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.