UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01565-MPB-MKK |
| | ) |
| SMURFIT WESTROCK PLC, | ) |
| PHILLIP GIDDENS, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO CONTINUE FINAL PRETRIAL CONFERENCE**

This matter is before the Court upon Defendants' Unopposed Motion to Continue Final Pretrial Conference. The Court, having considered this matter fully and being otherwise sufficiently advised, hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that the **FINAL PRETRIAL CONFERENCE** is **CONTINUED** from December 11, 2025 to **JANUARY 7, 2026** at 3:00 p.m. EST, in Room 288 of the United States Courthouse.

**SO ORDERED.**

Dated: November 18, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.