UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01565-MPB-MKK |
| ) | |
| SMURFIT WESTROCK PLC, ) | |
| PHILLIP GIDDENS, ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING SETTLEMENT CONFERENCE

Pursuant to the Court's Order at Docket 73, the Court resets the settlement discussions currently set for December 11, 2025, to **Wednesday, January 7, 2026, at 2:15 p.m. (Eastern), in Room 359**, 46 East Ohio Street, Indianapolis, Indiana before Magistrate Judge M. Kendra Klump.

Demand and offer deadlines remain as set forth at Docket 72.

**SO ORDERED.**

Date: 11/20/2025

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.