U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shane King, ) | |
|     *Plaintiff* ) | |
| vs. ) | Cause No. 1:24-cv-01565-MPB-MKK |
| Smurfit-Westrock, PLC, ) | |
| Phillip Giddens ) | |
|     *Defendants* ) | |

**Voluntary Stipulation of Dismissal**

Plaintiff Shane King, by counsel, makes this voluntary dismissal, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to settlement, with each party to bear its own costs, fees, and expenses. Signatures of all parties to appear:

For Defendants:

/s/ Michael Rabinowitch
Michael Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

For Plaintiff:

/s/ Andrew Stautz
Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497


    Respectfully submitted,

                                  /s/ Andrew Stautz_____

                                  Andrew Stautz
                                  Atty. #37665-49
                                  Stautz Law, LLC

>735 Shelby St. #58
>Indianapolis, Indiana 46203
>andy@stautzlaw.com
>(317) 597-4497

## CERTIFICATE OF SERVICE

I hereby affirm that the foregoing was served on all interested persons by U.S. Mail, eFile, or other means permitted by rule on the date of filing.

>/s/ Andrew Stautz
>
>Andrew Stautz
>Atty. #37665-49