U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shane King,    ) | |
|     *Plaintiff*    ) | |
| vs.    ) | Cause No. 1:... |
| Smurfit-Westrock, PLC,    ) | |
| Phillip Giddens    ) | |
|     *Defendants*    ) | |

**Voluntary Stipulation of Dismissal**

> Dismissal with prejudice acknowledged [76]. The Clerk is directed to close this case.
>
> /s/ Matthew P. Brookman
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: January 15, 2026

Plaintiff Shane King, by counsel, makes this voluntary dismissal, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to settlement, with each party to bear its own costs, fees, and expenses. Signatures of all parties to appear:

    For Defendants:

/s/ Michael Rabinowitch
Michael Rabinowitch
211 North Pennsylvania Street, Suite 1800
Indianapolis, Indiana 46204
Telephone: (317) 860-5372
Facsimile: (317) 639-6444
misha.rabinowitch@dinsmore.com

    For Plaintiff:

/s/ Andrew Stautz
Andrew Stautz
Atty. #37665-49
Stautz Law, LLC
735 Shelby St. #58
Indianapolis, Indiana 46203
andy@stautzlaw.com
(317) 597-4497


        Respectfully submitted,

                      /s/ Andrew Stautz_____

                      Andrew Stautz
                      Atty. #37665-49
                      Stautz Law, LLC